UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

REAL ESTATE BOARD OF NEW YORK, INC., NEW
YORK STATE ASSOCIATION OF REALTORS, INC.,
BOHEMIA REALTY GROUP, BOND NEW YORK
REAL ESTATE CORP., REAL NEW YORK LLC,
LEVEL GROUP INC., FOUR CORNERS REALTY, LLC,
21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,

          Plaintiffs,

      v.

THE CITY OF NEW YORK, *a municipal entity,* VILDA
VERA MAYUGA, *as Commissioner of New York City
Department of Consumer and Worker Protection*

          Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

1:24-CV-09678 (RA)(JW)

    **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel JESSICA KATZEN, appears as counsel for the City of New York and Vilda Vera Mayuga in the above-captioned action, and requests to receive notice of all docket events via the Electronic Case Filing system.

Dated: New York, New York
     January 6, 2024

                Respectfully submitted,

                MURIEL GOODE-TRUFANT
                Corporation Counsel of the
                  City of New York
                *Attorney for City Defendants*
                100 Church Street
                New York, New York 10007
                Tel.: (212) 356-1646
                jkatzen@law.nyc.gov

            BY: */s/ Jessica Katzen*
                JESSICA KATZEN
                Assistant Corporation Counsel

cc: Counsel for Plaintiffs (via ECF)