

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AIMEE K. LULICH**
Senior Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

January 8, 2025

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  <u>Real Estate Board of New York, Inc., et al. v. City of New York, et. al.,</u>
            24-CV-9678 (RA)

Your Honor:

      I am an Assistant Corporation Counsel assigned to represent defendants City of New York and New York City Department of Consumer and Worker Protection ("DCWP") Commissioner Vilda Vera Mayuga in the above-referenced matter. I write, jointly with plaintiffs' counsel, to provide a brief update to the Court and to respectfully request (1) an enlargement of time to respond to the Complaint and (2) an enlargement of time to file the joint letter and case management plan as directed in the Court Order dated December 18, 2024. This is the first request for an enlargement of time in this matter.

      The Complaint was filed on December 16, 2024, and defendants were served with process on December 19, 2024. Thus, the Answer is currently due on January 9, 2025. Defendants intend to file a Motion to Dismiss the Complaint. Defendants anticipated requesting an additional 30 days to respond to the complaint in any event, due in part to delays occasioned by the holidays as well as the need for additional time to fully brief a Motion to Dismiss. However, plaintiffs intend to file a Motion for a Preliminary Injunction on or about Monday, January 13, and the parties believe any schedule should also reflect this motion. Defendants require time to review the motion after it is filed on Monday. Considering these factors, defendants respectfully request an enlargement of time to respond to the Complaint[1] and the

---

[1] Because the parties do not have a proposed briefing schedule today, defendants are unable to request a specific date for the enlargement of time to respond in this letter. Rather, defendants are requesting that they be permitted to provide such date as part of the proposed joint briefing schedule on January 15, 2025.

parties jointly request an enlargement of time to file the joint letter and case management plan currently due on January 10, 2025.

Currently, there is a preliminary conference scheduled for January 16, 2025 at 1:00 p.m. The parties defer to the Court's discretion whether a conference would be useful at this time given the two anticipated motions.

Accordingly, defendants, with the consent of plaintiffs, respectfully request an enlargement of time respond to the Complaint. The parties jointly request an enlargement of time to file the joint letter and proposed scheduling documents as set forth in the Court Order dated December 18, 2024,[2] and that they be permitted to propose briefing schedules for both the Motion to Dismiss and plaintiffs' anticipated Motion for a Preliminary Injunction by January 15, 2025.

I thank the Court for its consideration of this request.

Respectfully submitted,

/S
Aimee K. Lulich
Senior Counsel

Application granted. The conference previously scheduled for January 16, 2025 is hereby adjourned *sine die*, and thus the parties need not file a joint letter or proposed scheduling order at this time. No later than January 15, 2025, the parties shall file a joint letter proposing briefing schedules for their anticipated motions.

SO ORDERED.

Hon. Ronnie Abrams
January 10, 2025

---

[2] Defendants will seek a stay of discovery pending a decision on the Motion to Dismiss. Plaintiffs will oppose this request.