# Exhibit A

1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

 TRANSCRIPT OF THE MINUTES

          Of the

   COMMITTEE ON CONSUMER
   AND WORKER PROTECTION

------------------------ X

                    Wednesday, June 12, 2024
                    Start:   10:07 a.m.
                    Recess:   4:49 p.m.


HELD AT:          COUNCIL CHAMBERS, CITY HALL

B E F O R E:      Julie Menin, Chairperson

COUNCIL MEMBERS:
                  Gale A. Brewer
                  Amanda Farias
                  Shekar Krishnan
                  Chi A. Ossé

A P P E A R A N C E S (CONTINUED)

Ahmed Tigani
First Deputy Commissioner
Department of Housing, Preservation, and
Development
FIRST DEPUTY COMMISSIONER TIGANI:

President Antonio Reynoso
Brooklyn Borough President

Gary Mallon
Resident of New York City

Bess Friedman
Resident of New York City

Brian Phillips
Associate Broker
Douglas Solomon Real Estate

Ryan Monell
REBNY

Jeffrey Hannon
Real Estate Agent

Rob Solano
Executive Director
Churches United for Fair Housing

Andrea Joseph
President
United Auto Workers Local 4100

Annie Abreu

Law Student

Bradley Tusk
Citizen of New York

Douglas Wagner
Bond New York

Sarah Salzberg
Owner
Bohemia Realty Group

Hal Govsie
Douglas Elliman

Melissa Gomez
Real Estate Agent and Landlord

Anna Klenkar
Broker

Samuel Stein
Senior Policy Analyst
Community Service Society of New York

Allia Mohamed
Co-Founder and CEO
Open Igloo

Michael Corley
Principal Broker
Corley Realty Group

Brendan Griffith
Chief of Staff
New York City Central Labor Council

4

AFL-CIO

Jason Haber
Co-Founder
American Real Estate Association

Anthony Domathoti
Bronx Real Estate Broker

Brian Hourigan
BOND New York

Keyan Sanai
Douglas Elman

Blanca Perez
Citizen of Brooklyn

Augustina Velez
Citizen of Queens

Gladys Pugio[SP?]

Bruno Ricciotti
Co-founder
BOND New York

Mackenzie Ryan
Citizen of Manhattan

Judith Goldiner
Attorney
Civil Law Reform Unit
Legal Aid Society

Gali Davar

5

Legal Intern
Mobilization For Justice

Shasta Spicer
Met Council

Christina Kremidas
Associate Broker
Douglas Elliman Real Estate

Nancy Elton
BOND New York

Barbara Ann Rogers
Associate Broker
Compass

Greg Lynn
Resident, Hell's Kitchen

Ashley Chen
Policy Analyst
Chinese American Planning Council

Alexandra Martinez
Project Manager
New York City Economic Development
Corporation

Marc Burnett
Resident, New York City

Jed Wilder
Living New York

Evan Osur

6

Living New York

Priscilla Jacobs
EXP Realty

Ausar Burke
Organizer
Churches United for Fair Housing

Amy Blumsack
Neighbors Together

Logan Ferris
Political Director
Open New York

Jordan Melkin
NC Pepe Real Estate

Destiny Cruz
New York City Senior Organizer
New York Working Families Party

Arturo Enamorado
PSC CUNY
Professor, Kingsborough Community College

Jonna Stark
Real Estate in Queens

Galloway
Advocacy Manager
Ali Forney Center

Nadia Swanson
Director of Advocacy

Ali Forney Center

Esteban Girón
Crown Heights Tenant Union

Adam Graubart
Rabbinical Student

Jimmy Brett
Associate Broker
BOND New York Properties

Michael Matos
US Military Veteran

Yvette Vasquez
Queen's Political Organizer
1199 SEIU

Anna Gardner
Citizen of New York

Sean Davis
Citizen of New York

Claire Baging[SP?]
Resident of Cobble Hill, Brooklyn

Tuval Mor
Corcoran

Elvin Royman[SP?]
Citizen of New York

Dina Lee
Citizen of New York

8

Philip Johnson
Citizen of New York

Boris Youssefov
Citizen of New York

Andrew Funk
Citizen of New York

Delaney Maisel
Citizen of New York

Gordon Lee
Citizen of Brooklyn

Justin DeGulio
Citizen of New York

Benjamin Ellis
Citizen of New York

Allie Seekely
Citizen of Queens

Ajifanta Marenah
Advocacy Program Manager
Muslim Community Network

Jared Gold
Citizen of Queens

Miranda Coplin
Citizen of New York

Summar Omar

Public Interest Attorney

Neil Cudjoe
Citizen of New York

Lucy Sexton
New Yorkers for Culture and Arts

Amber Guidati
Citizen of New York

Sharon Brown
Citizen of New York

```
1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        10

2        SERGEANT AT ARMPITS:  Good morning, ladies and

3    gentlemen--  At this time once again, good morning.

4    Good morning and welcome.

5        [BACKGROUND VOICES]

6        Okay, good morning, and welcome to today's New

7    York City Council hearing for the Committee on

8    Consumer and Worker Protection.  At this time, we ask

9    that you silence all cell phones and electronic

10   devices to minimize disruptions throughout the

11   hearing.  If you have testimony you wish to submit

12   for the record, you may do so via email at

13   testimony@council.nyc.gov.  Once again, that is

14   testimony@council.nyc.gov.  At any time throughout

15   the hearing, do not approach the dais.  We thank you

16   for your cooperation.  Chair, we are ready to begin.

17       [GAVEL]

18       CHAIRPERSON MENIN:  Good morning.  I am

19   Councilmember Julie Menin.  I'm Chair of the consumer

20   and Worker Protection Committee, and I want to

21   welcome all of you to our committee hearing.  Before

22   I begin, let me first acknowledge my colleagues who

23   are present:  Councilmember Hudson, Councilmember

24   Ossé, Councilmember De La Rosa, and I will

25
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        11

2   acknowledge additional colleagues as they come in.

3   And we've also been joined by the Public Advocate.

4        So thank you for joining today the hearing on

5   Intro 360 also known as the FAIR Act.  I appreciate

6   that so many people feel so strongly about this bill.

7   We're very appreciative that so many people came out

8   to testify today, and we really look forward to

9   hearing from each and every one of you.

10       Two thirds of New York City's residents are

11  renters, and most of us have had first-hand

12  experience with the stressful and frustrating

13  apartment hunting process.  In many instances, that

14  process includes paying a broker fee to a licensed

15  real estate agent or broker hired by the property

16  owner to advertise the apartment, arrange showings,

17  and put together applications.

18       Brokers fees typically range from one month's

19  rent or 8.3% of the annual rent to 15% of the annual

20  rent or more.  There are currently over 21,000

21  licensed real estate brokers in New York City who

22  assist prospective tenants and property owners by

23  filling vacant apartments with tenants.  Real estate

24  brokership tenants navigate this complex rental

25  market and help property owners facilitate showings

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        12

 2   and market their available units.  The bill that we

 3   are hearing today, Intro 360, sponsored by

 4   councilmember Ossé, would require that any broker fee

 5   associated with a residential real estate transaction

 6   for a rental property be paid by the individual who

 7   hired the broker to facilitate the transaction.

 8       We look forward to hearing from tenants about how

 9   this bill would impact their ability to lease an

10   apartment.  We look forward to hearing from real

11   estate agents and brokers about how this bill would

12   affect the services they provide.  And we look

13   forward to hearing from the Administration and other

14   stakeholders about how we can make residential real

15   estate transactions more transparent and more

16   equitable.

17       Before we get started, I want to emphasize that

18   today's hearing must be conducted in an orderly

19   manner to ensure that the public has a full

20   opportunity to be heard.  I know we have a lot of

21   speakers today.  So, we want to just make sure

22   everyone understands the Council's rules.  Do not

23   clap, boo, or shout approval or disagreement from the

24   audience.  If you have agreement, this is fine.

25   [MAKES JAZZ HANDS SIGN]  But again, we do not want
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        13

2   anyone clapping, booing, shouting, or making other

3   noise, because it disrupts the proceedings.

4       If you wish to make a statement, fill out a

5   witness slip with the Sergeant at Arms who are around

6   this room.  Every speaker will have two minutes for

7   the public to be able to testify.

8       I'm now going to turn it over to my colleague,

9   Councilmember Chi Ossé to make a statement on his

10  bill.  Thank you.

11  COUNCILMEMBER OSSÉ:  Thank you so much, Chair

12  Menin, and good morning to everyone here today.  I

13  really appreciate the amount of people that have

14  showed up to testify, both for this bill as well as

15  against.  I thank you for participating in our

16  wonderful democracy.

17      Thank you also to my colleagues and members of

18  the committee.

19      New York City is one of just two major cities in

20  our nation in which tenants are forced to pay the fee

21  for a broker they did not hire.  That system is bad

22  for the economy, brutal for renters, and plainly

23  unfair.  The FARE Act, which stands for Fairness In

24  Apartment Rental Expenses Act, will finally bring

25  fairness to apartment rental expenses.

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        14
2        The average move in cost for New Yorkers and new
3   people living in New York City is now over $10,000.
4   This is a burden very few people and families can
5   bear.  We should name those who suffer under the
6   system of forced broker fees in order to solve the
7   magnitude of the crisis we are here to solve:  The
8   union worker unable to move near her job; the young
9   couple that wants to have a child but can afford to
10  trade in their studio for a two bedroom, so they put
11  off building a family; the graduate moving to the
12  city of for work; and the artist moving here to add
13  to the rich fabric of the world's cultural capital;
14  the woman seeking to leave her toxic relationship,
15  but who stays because she lacks the savings for a new
16  apartment; the immigrant working hard to build a life
17  here; the young man finally ready to move out of his
18  family home, but stay in his childhood neighborhood
19  and is instead driven from New York City altogether.
20       There are a million of these stories and more in
21  the greatest city in the world.  Each story is
22  unacceptable and caused by an exploitative system
23  that exists virtually nowhere else.
24       The FARE Act would end this abuse and be an
25  economic boon to the five boroughs.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        15

2        Some are here today to argue against this bill.

3    They are mistaken to do so, and I will briefly

4    explain why.

5        They will argue, in testimony prepared largely by

6    the Real Estate Board of New York that the FARE Act

7    is bad for tenants because it will lead to increased

8    rents.

9        This assertion is disingenuous and wrong,

10   primarily for three reasons:  One, nearly half of New

11   York City rental units are rent stabilized, meaning

12   rent legally can't be raised beyond the levels

13   established each year by the rent guidelines board;

14   two rent is determined by market forces, not

15   landlords.  If a landlord could magically raise your

16   rent by several thousand dollars tomorrow, he surely

17   would have yesterday.  The fact that he did not

18   indicates that he cannot, because he is already

19   charging the highest that the market forces of supply

20   and demand will allow.  A landlord can ask for any

21   rent he'd like, but he will only receive only what a

22   tenant can pay.  It's ECON-101.

23       During COVID, when demand fell, rents plummeted,

24   thanks to supply and demand.  If rent were indeed set

25   by landlords and not market forces, they would not

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        16

2   have voluntarily slashed it during a period of low

3   demand.

4       Three, under the current system of forced broker

5   fees, tenants are at a disadvantage during lease

6   renewal, with $10,000 upfront move-in costs,

7   primarily due to broker fees, a landlord can demand

8   much higher rent at lease signing, knowing the

9   "captive tenant" has nowhere to go.  Under the FARE

10  Act, the tenant can freely leave at the end of any

11  lease and use this fact to significantly increase

12  their bargaining power during renewal.

13      In short, the FARE Act will put downward pressure

14  on rents.

15      So now we understand the deep and unjust pain

16  inflicted by broker fees, by forced broker fees, and

17  we understand that the FARE Act would alleviate this

18  pain.  While putting downward pressure on citywide

19  rents, the bill is common sense, which is proven by

20  its endorsements of 33 Councilmembers and 12 labor

21  organizations.

22      I look forward to public testimony, and

23  ultimately bringing America's most expensive city to

24  a new equitable and fair era by passing the FARE Act.

25      Thank you Chair.

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        17

2       CHAIRPERSON MENIN:  Thank you very much.  I'm now

3   going to call on the Public Advocate to make an

4   opening statement.  Thank you.

5       PUBLIC ADVOCATE WILLIAMS:  Thank you, Madam

6   Chair.  My name is Jumaane Williams, and I'm the

7   Public Advocate for the City of New York.  I'd like

8   to thank Chair Menin and members of the Committee on

9   Consumer and Worker Protection for holding this

10  hearing, and Chi Ossé, Councilmember Ossé for

11  introducing this legislation.

12      As a co-sponsor of Intro 360 introduced by

13  complete Ossé, I'm in support of the bill, as it

14  would help shift the significant housing cost to

15  whomever contracts the broker, instead of always

16  falling on the prospective tenant.  To rent an

17  apartment today, prospective tenants usually have to

18  pay a brokerage fee on top of the cost to move in

19  their building, the traditional first month of rent,

20  as well as security deposit for a month or two.

21      Additionally, while illegal, some brokers and

22  property owners do ask for a key fee to transfer the

23  key to the new tenant.  According to StreetEasy, it

24  costs an average of $10,500 to move into an

25  apartment, with the largest portion going to brokers
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        18

 2   fees.  This system contributes to the city's housing

 3   affordability crisis.  As of February 2024, New York

 4   City's Department of Housing and Preservation

 5   Development, HPD, reported the initial findings of

 6   the latest NYC housing and vacancy surveys on HBS to

 7   the City Council, and shared the vacancy rate reached

 8   a historic low of 1.4%.  Additionally, quote/unquote,

 9   "among units renting for under $2,400 the net rental

10   vacancy rate is below 1%."  The vacancy rate dropped

11   over the last two years, even as city has added

12   60,000 new homes.  And findings also communicate that

13   86% of households who earn less than $50,000, without

14   rental assistance are rent burdened.  At the recent

15   2024 preliminary vote meeting, the rent guidelines

16   board proposed further rent increases on rent

17   stabilized tenants, both for one-year and two-year

18   leases.  By removing brokerage fees, this legislation

19   would help the NYC housing market become more

20   elastic, giving tenants more access to housing by

21   allowing them to move more easily and affordably.

22       No other city in the US besides Boston has this

23   unique practice of requiring tenants to pay brokers.

24   It is time for us to ease the burdens of these up-

25   front costs.  And some of the worst examples we've
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        19

2    seen are stories of someone paying a broker fee, and

3    not being connected to housing or being forced to pay

4    these fees when they've gone through the process of

5    finding housing without the assistance of broker

6    agents.

7        This bill ensures whoever hired a broker pays

8    regardless of whether it's a landlord or potential

9    tenant.  Tenants need to know that they can

10   compensate a broker only when they hire one to

11   represent them, which will provide them with

12   increased transparency and financial relief to up-

13   front rental costs.

14       We are in the midst of trying to build more

15   affordable housing and preserve the housing that we

16   have, while fixing our public housing and other

17   housing systems.  We are trying to help New Yorkers

18   and assist asylum seekers with connecting to home

19   from shelter residents.  All of this can be done with

20   less financial burden on tenants, who should not have

21   to pay additional costs to obtain residents to begin

22   with.

23       I'm coming with experience of having the fear of

24   being a tenant and trying to rent an apartment,

25   having to pay that fee, and also being a landlord,

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        20
 2   being told I won't pay the fee, and was very much
 3   relieved back then, not even understanding how that
 4   burden might be felt to the person who will be paying
 5   it.
 6       I did want to just make clear that we are in this
 7   crisis, and our leaders are not doing the best to
 8   help us.  The Mayor rent guidelines board appointees
 9   will now be the second year in a row putting the
10   highest rent that we've seen in the past two decades.
11   The Mayor is fighting the City Council on changes
12   made to rent vouchers.  The Mayor and the Governor
13   have not been very supportive of Good Cause Eviction.
14   The Governor now put money in for new housing
15   vouchers.
16       We have to make some changes, some place, to try
17   to ease the housing crisis that we have.  Those
18   changes are going to be difficult, but we have to
19   find the best way to do it.  I did not support the
20   first iteration ideas of these that were lowering and
21   taking away the broker's fees, but this one seems to
22   be a much fairer balance to make sure that brokers
23   can get paid for the work that they're doing, while
24   releasing some of the pressures of tenants who are
25
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        21

 2   unable to find the housing in this housing market as

 3   homelessness increases.  Thank you.

 4       CHAIRPERSON MENIN:  Thank you so much.  I also

 5   want to mention we've been joined by Councilmember

 6   Nurse, Councilmember Avilés, Councilmember Marte.

 7       And if anyone needs a device for interpretation,

 8   please go to the lobby and you can pick up a headset.

 9       We will now call representatives of the

10   Administration to testify.  We'll be hearing

11   testimony from HPDs First Deputy Commissioner, Ahmed

12   Tigani.  I'll now turn it over to the Committee

13   Counsel for the affirmation.

14       COMMITTEE COUNSEL:  Do you affirm to tell the

15   truth, the whole truth and nothing but the truth

16   before this committee and to respond honestly to

17   Councilmember questions?

18       FIRST DEPUTY COMMISSIONER TIGANI:  I do.

19       COMMITTEE COUNSEL:  You may begin.

20       FIRST DEPUTY COMMISSIONER TIGANI:  Good morning,

21   Chair Menin and members of the Committee on Consumer

22   Protection.  My name is Ahmed Tigani, and I am the

23   First Deputy Commissioner at the New York City

24   Department of Housing, Preservation, and Development.

25
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        22

 2   Thank you for the opportunity to testify on the

 3   proposed legislation on today's agenda.

 4       Our priority at HPD, above all else, is to

 5   confront New York City's housing crisis with urgency,

 6   dedication, and when needed, creativity.  We are

 7   always open to new solutions and are excited by an

 8   opportunity to discuss new legislation.

 9       All New Yorkers should be able to choose homes in

10   neighborhoods that they love, the communities that

11   they want to build their lives in next.  Some

12   prioritize proximity to local schools, while others

13   prioritize being within arm's reach of a playground,

14   or their place of employment, and weigh numerous

15   considerations about how to make the right choice.

16       As a father to a young child, my family has been

17   faced numerous times with the question of whether

18   where we live provides us the best situation for

19   connecting him to the life we want to give him.  I

20   also think about my single mother's effort to secure

21   housing for our family, and the questions that must

22   have come up for her as a renter with limited

23   resources about how to prepare if we had to make the

24   decision to look for a different home.

25
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       23

2       These conversations are felt by New Yorkers of

3   all backgrounds and incomes, in many ways, most

4   acutely for our most vulnerable neighbors, and the

5   decisions become tougher as the situation gets

6   compounded by other external factors.

7       I say this because with an alarmingly low rental

8   vacancy rate, finding an apartment that meets your

9   needs can feel like an impossible task.  At HPD, we

10  want to do everything we can to improve access to

11  affordable housing.  Currently, New York City's

12  vacancy rate sits at a mere 1.41%, the lowest that's

13  been since 1968.  To put that into perspective,

14  during our recent New York City Housing and Vacancy

15  Survey, out of over 2.3 million renter households,

16  there were only about 33,000 homes available for

17  rent.  For lower income New Yorkers seeking

18  affordable housing, these options are essentially

19  nonexistent.  That's why we're deeply committed to

20  improving the process of finding and renting a home

21  in New York City.

22      I firmly believe that the solution to our housing

23  crisis lies in constructing more housing,

24  safeguarding our existing stock of affordable

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION         24
 2   housing, and ensuring that New Yorkers have
 3   meaningful options in our housing market.
 4       The City needs to ensure that there's enough
 5   housing of all types, especially low-cost and
 6   affordable housing in every neighborhood.  This
 7   requires affordable housing development, but also
 8   changes that allows the private market to build
 9   additional housing that the city needs.  That's why
10   we're working with our partners at the Department of
11   City Planning and across the Administration to
12   implement policies to support a little more housing
13   in every neighborhood, which, taken together, will
14   have a big impact on New Yorkers housing needs.
15       Another part of ensuring that New Yorkers have
16   meaningful Housing Choice is through our tenant
17   protection work.  This includes inspections to
18   enforce the housing maintenance code enforcement
19   programs, focused on the stress buildings through the
20   Emergency Repair Program, Alternative Enforcement
21   Program, the 7A Program and the Underlying Conditions
22   Program.  HPD represents the City in 7,800 tenant-
23   initiated actions in housing court, and initiated 240
24   comprehensive litigation cases seeking civil
25
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        25
 2   penalties in order to correct in the calendar year
 3   2023.
 4       Our anti-harassment unit works to proactively
 5   identify bad actor owners, and when necessary,
 6   initiate litigation to address disruptions of
 7   essential services, false certifications, and failure
 8   to address hazardous violations.  It also includes
 9   ongoing research and education through classes and
10   events, often in partnership with elected officials
11   and community-based organizations to bring housing,
12   information, resources, services, and one-on-one
13   assistance directly to tenants.  We deploy our
14   outreach vans to ensure we can access New Yorkers
15   wherever they are across the five boroughs.
16       It is clear that the proposed broker fee
17   legislation strikes a chord with New Yorkers, and we
18   understand why.  For New Yorkers, moving costs can be
19   prohibitively expensive and a financial barrier to
20   securing housing amongst a limited number of options.
21   The process leading up to a housing search, either by
22   choice or due to unforeseen circumstances, for many
23   households can result in an impossible scenario where
24   you have to choose between paying rent, covering
25   basic expenses or saving for the future.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        26

2        At the same time, there is tremendous value in

3    housing search support and the operational knowledge

4    that brokers can provide both tenants looking to find

5    a home, especially in communities where listings are

6    harder to find, and property owners navigating the

7    process of making their units available is

8    invaluable.

9        The Administration is therefore actively

10   evaluating this legislation, carefully considering

11   the potential impacts, both intended and unintended,

12   on tenants, brokers, and landlords.  We take these

13   steps to do our due diligence, because with any

14   legislation, it may have consequences that are

15   difficult to identify and quantify, including

16   potentially passing fees to tenants through other

17   charges or increased rents, particularly for units

18   that are not rent stabilized.

19       We look forward to hearing the public feedback on

20   this legislation today, diving deeper into the policy

21   with the bill sponsors and stakeholders weighing in

22   on this bill, so that there is a robust conversation

23   about ways to ensure New Yorkers have transparency in

24   the rental process.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        27

2        On behalf of the Administration, we want to thank

3    the City Council for their leadership on this issue.

4        CHAIRPERSON MENIN:  Thank you very much.  I also

5    want to mention we've been joined by Majority Leader

6    Farias and Councilmember Powers.

7        So I have a number of questions, and then I will

8    turn it over to my colleagues for their questions.

9        How many complaints do you currently get from

10   tenants about brokers fees, and what is the nature of

11   those complaints?

12       FIRST DEPUTY COMMISSIONER TIGANI:  I don't have

13   exact number on complaints that we get about broker

14   fees.  Broker fees are-- as many fees related to the

15   non-regulated or the private market units are subject

16   to state regulation, so they don't normally-- or they

17   wouldn't be channeled through HPD.

18       CHAIRPERSON MENIN:  And in terms of your position

19   on Intro 360, obviously you testified about it.  What

20   would the Administration suggest in terms of

21   enforcing Intro 360?

22       FIRST DEPUTY COMMISSIONER TIGANI:  Based on my

23   understanding, the enforcement of fees of this nature

24   live within state regulation, and additionally

25   anything related to the profession of--

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        28

2      CHAIRPERSON MENIN:  I'm sorry, can you repeat

3   that?

4      FIRST DEPUTY COMMISSIONER TIGANI:  So fees of

5   this nature are typically subject to state

6   regulation, which is my understanding.  We are

7   reviewing the legislation as an administration and

8   trying to make sure that we understand it thoroughly.

9   But that, in addition to the licenses, which are

10  overseen by the Department of State, both seem to be

11  on a state level regulation.

12     CHAIRPERSON MENIN:  How does HPD interact with

13  brokers fees for projects that HPD funds?

14     FIRST DEPUTY COMMISSIONER TIGANI:  So, for HPD

15  projects, any administrative fees associated with our

16  regulated units are part of a management plan that

17  needs to be approved by HPD.  We do not have broker

18  fees in our regulated projects.  There are some fees

19  that may be allowed for special housing types like

20  Mitchell-Lama, but we have no broker fees.

21     We work-- We put our units out to the public

22  through Housing Connect, and the managing agents that

23  work with owners in that process are part of that

24  process.  There is no application fee or broker fee

25  connected to that work, in the Housing Connect work.
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        29
 2   With voucher work, that exists in a different space,
 3   and broker fees may be involved, but for many people,
 4   they may have access to broker fee support through
 5   HRA.
 6        CHAIRPERSON MENIN:  Now, you mentioned that
 7   you're not receiving complaints directly about
 8   brokers fees.  But have you looked into any ways that
 9   tenants can convey concerns directly to HPD?
10        FIRST DEPUTY COMMISSIONER TIGANI:  I will--
11   First of all, I will go and double check and make
12   sure that-- if there is a number that we report to
13   the Council.  But since it does not typically come to
14   HPD rather than 311, the City does have, through the
15   Tenant Protection Cabinet, a tenant helpline.  The
16   Tenant Helpline is staffed by housing specialists
17   that can help direct questions about relief or
18   questions about the legality of any particular fees
19   to the right enforcement agency.
20        So, a tenant can either call 311 to be connected
21   to the Tenant Helpline, they can go online to the
22   website that has a centralized bank of information to
23   be able to get resources and know where to go, and
24   there's some automated chat features to help with
25   some basic questions.
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        30

2       CHAIRPERSON MENIN:  Okay.  I'm going to pass it

3   on to my colleague, Councilmember Ossé, and then

4   other colleagues for their questions.

5       COUNCILMEMBER OSSÉ:  Thank you, Chair menin, and

6   good morning.  I know that initially, DCWP, the

7   Department of Consumer and Worker Protections, was

8   supposed to testify today, but they were unable to.

9   I know that they're going to be the, or would be the

10  potential agency to provide enforcement if this bill

11  were to pass.  I am aware that most of HPD's purview

12  and enforcement power lies with protecting existing

13  tenants in their current housing situation and

14  holding landlords accountable, not necessarily, the

15  real estate transactions that happen before a tenant

16  becomes a resident of the building.

17      Can HPD potentially expand its current programs

18  or initiatives, such as the Office of Tenant

19  Harassment, or expand their Certificate of No

20  Harassment to protect prospective tenants, landlords,

21  and brokers in a rental transaction?

22      FIRST DEPUTY COMMISSIONER TIGANI:  I-- Again,

23  these are questions that we're looking at.  I would

24  say that if these issues come up through our

25  proactive anti-harassment work, or if questions come

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        31

 2   up through the Tenant Helpline, or in any of our

 3   outreach events and engagement activities, we would

 4   make sure that that tenant would be directed to the

 5   proper enforcement agency to seek relief.  Yes.

 6       COUNCILMEMBER OSSÉ:  And what agency would you

 7   feel is best suited to handle this enforcement then?

 8       FIRST DEPUTY COMMISSIONER TIGANI:  Uh, DCP can

 9   speak to that question.  But as I mentioned earlier,

10   the Administration is reviewing this and can come

11   back with further options.

12       COUNCILMEMBER OSSÉ:  Right.  Because I know that

13   HPD is not the agency that would provide enforcement

14   for this, and I know DCP was initially going to

15   provide testimony, I don't have any further

16   questions.  Thank you.

17       CHAIRPERSON MENIN:  Thank you.  I'm now going to

18   call on Councilmember Hudson for her question.

19       COUNCILMEMBER HUDSON:  I actually was going to

20   ask if you could speak to why DCWP isn't here.  It is

21   all of our understanding that they would be the

22   agency to enforce such a bill, and the Administration

23   sent HPD instead of DCWP.  So, I don't know if you're

24   authorized to speak on that, but I would love to know

25   why DCWP isn't actually here.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        32

2        FIRST DEPUTY COMMISSIONER TIGANI:  I can't speak

3    to why DCWP is not here.  I can say that HPD wanted

4    to be here to answer any questions about housing

5    market information, our experience with creating

6    housing.

7        The larger thought we just want to continue to

8    enforce is that now that we are in a housing crisis

9    that's been mentioned by many people here, and prior

10   to this hearing, we want to emphasize the focus on

11   making sure that we're building and creating new

12   housing and preserving housing.  But I can't speak to

13   the reason the other agency is not here.

14       COUNCILMEMBER HUDSON:  I'll say just for the

15   record.  I mean, we certainly appreciate HPD's

16   willingness to be here as a city agency that would, I

17   think, in part, be associated with, with what we're

18   talking about.

19       But I also want to state for the record that the

20   fact that DCWP, who would be the primary agency

21   responsible for such a bill is not here is noted.  It

22   also hinders our ability as Councilmembers to ask the

23   most appropriate questions and to get relevant

24   answers.  So, thank you for being here.  But I just

25   want to make clear to everybody that's here and

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        33
 2   again, for the record, that without the agency solely
 3   responsible for implementation of this bill, it makes
 4   it really difficult for us to get the answers and to
 5   have the productive and constructive hearing that we
 6   were hoping to have this morning.  So, thank you,
 7   everyone for being here, but DCWP really should be
 8   here as well.  Thanks.
 9       FIRST DEPUTY COMMISSIONER TIGANI:  The only thing
10   I'll add, I appreciate that Councilmember, I will
11   just emphasize, as an administration, all the
12   relevant agencies, the law department, these are-- we
13   are in active conversations, so we will be listening
14   to the feedback and the questions that come out of
15   this discussion at this point in the process, and
16   making sure that we're bringing back ideas and
17   continuing the discussion with Council.
18       COUNCILMEMBER HUDSON:  Yeah.  And again, we
19   appreciate that from you, but I'm making my point
20   about DCWP.  Thank you.
21       CHAIRPERSON MENIN:  The Public Advocate?
22       PUBLIC ADVOCATE WILLIAMS:  Thank you.  And I want
23   to associate myself with everything the Councilmember
24   said.  I know you don't have specific information
25   about complaints.  The information that you do have:
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        34

2    Has it been shown that the broker's fees have been

3    prohibitive for some folks to get into housing?

4        FIRST DEPUTY COMMISSIONER TIGANI:  I think-- I

5    think basically, the combination of both the low

6    vacancy rate and our inability to build the supply

7    that we need has-- We know that there's pressure.

8    There's a number of different pressures on the

9    market.  Both our zoning and our regulatory

10    environment is not as equipped to be able to build

11    the supply that we need, which then creates a lot of

12    pressure on both-- on all the actors in the housing

13    industry.

14        So, you know, the reason why-- I think-- As I

15    said, we're excited to talk about new legislation is

16    that we're looking for as many ways as we can to

17    create transparency, and access, and maneuverability

18    in the housing market.

19        PUBLIC ADVOCATE WILLIAMS:  You mentioned a couple

20    of forces that are making it difficult.

21        FIRST DEPUTY COMMISSIONER TIGANI:  Yes.

22        PUBLIC ADVOCATE WILLIAMS:  Is the entry into

23    housing, including brokers fees, one of those things?

24        FIRST DEPUTY COMMISSIONER TIGANI:  That's not a

25    data point that I have, so I can't speak to it in any

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION          35

 2   quantitative manner.  I know that basically we are--

 3   we are seeing that there are multiple ways that

 4   creating access to housing is difficult.  Sometimes

 5   it has to do with the availability of a unit to be

 6   rented at that point, because of the condition of

 7   that unit.  It has to do with navigating any

 8   regulatory pieces to putting a unit up and then

 9   finding and going through any process to bring a

10   tenant into that unit.

11       You know, in our regulated housing it's something

12   that we have constantly looked at.  It's the reason

13   why we've removed paperwork from the process.  We've

14   gotten rid of credit checks for tenants with rental

15   assistance.  We're looking at reducing the income

16   eligibility paperwork, so that people can move

17   through the process faster, moving the file

18   information review to the back-end audit.  We see

19   that through the overall process of bringing tenants

20   into housing, there could be improvements being made,

21   and there are similarities in the private market as

22   they go through the tenant selection process.

23       PUBLIC ADVOCATE WILLIAMS:  And you don't have

24   the-- You say you don't have the data point.  Who

25   would have the data?
```

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        36

 2      FIRST DEPUTY COMMISSIONER TIGANI:  You know, I

 3  can go back and talk to others in the Administration.

 4  We can reach out to 311 and see what complaints that

 5  they have, and come back to you.

 6      PUBLIC ADVOCATE WILLIAMS:  Thank you.

 7      CHAIRPERSON MENIN:  Great.  Thank you so much.

 8  Now I'm going to turn it over for questions to

 9  Councilmember Nurse followed by Councilmember Avilés.

10      COUNCILMEMBER NURSE:  Thank you, Chair.  So, you

11  right now are basically saying you have zero data

12  points to offer in this hearing, a hearing that you

13  knew was going to be about broker fees.  You have

14  literally zero data you're not able to answer any

15  questions.  Can you explain to me exactly what the

16  relationship of HPD is to broker fees of any point?

17  To enforcement, to advising or putting any input on

18  this system of broker fees in the city?

19      FIRST DEPUTY COMMISSIONER TIGANI:  I can

20  Councilmember.  So, I think one thing, one role that

21  HPD is playing in the evaluation of the bill is to

22  understand what could be the intended and unintended

23  consequences of a bill.

24      COUNCILMEMBER NURSE:  So, what are those intended

25  and unintended consequences?
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION          37

 2        FIRST DEPUTY COMMISSIONER TIGANI:  Sure.  So,

 3   there are-- You know, basically there are costs

 4   associated with renting a unit, and understanding how

 5   those costs shift when things are allowed and not

 6   allowed is one thing that HPD could lend its

 7   expertise.

 8        COUNCILMEMBER NURSE:  So do you have something

 9   conclusive to offer today?

10        FIRST DEPUTY COMMISSIONER TIGANI:  As I mentioned

11   earlier, the Administration continues to review the

12   legislation and are waiting to hear more feedback,

13   talk to the Council, continue that evaluation with

14   other agency partners.

15        COUNCILMEMBER NURSE:  I just want to say, I think

16   you have wasted-- maybe not you personally, because

17   I'm sure you didn't make this call, but this

18   Administration has wasted our time today.  You all

19   knew that many people were going to be here today,

20   because this clearly impacts so many New Yorkers, and

21   you all showed up with no data, no input, nothing

22   conclusive, no analysis to offer on this bill.  It's

23   embarrassing, truly embarrassing.

24        People here-- There's a lot of people here who

25   have something to say.  They want to actually make a
```

1  system that works in the middle of a housing crisis,

2  and they left you on the chopping block, to come here

3  and have no input on this.  I mean, this is just--

4  this is disgusting.  It truly is.  I'm-- I am livid

5  right, now because I'm a tenant.  A lot of people

6  here are a tenant.  A lot of people in this room are

7  tenants.  We are desperate.  And you have come here

8  with nothing to offer, not even substantive debate.

9  It's one thing if you came and said, "We disagree

10  with this bill, and here's why, point one, two,

11  three."  But you're not even coming with that.  What

12  you're saying is a lot of nonsense sentences.

13      FIRST DEPUTY COMMISSIONER TIGANI:  Councilmember

14  with due respect, I-- You know, I've come here as a

15  representative of the Administration to say that we

16  believe that there is an important discussion here.

17  We believe that there are elements of the housing

18  industry where we can continue to work to push for

19  better access for tenants into housing.  We have been

20  successful in some parts in our regulated stock.  We

21  believe that there is a discussion where we need to

22  hear from stakeholders.  That's what this hearing is

23  set up to do, what we've convened.  We want to hear

24  this information, take that into our evaluation, and,

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION          39

 2   like all pieces of legislation, continue the

 3   discussion with the Council after today.

 4       COUNCILMEMBER NURSE:  You knew this was coming,

 5   even if you're not the agency that has to directly

 6   deal with this.  If it was me, I would have come

 7   prepared, no matter what my boss told me, because I

 8   would never want to show up to something unprepared

 9   like this.  Thank you Chair.

10       CHAIRPERSON MENIN:  Thank you.  Now,

11   Councilmember Avilés.

12       COUNCILMEMBER AVILÉS:  Thank you Chair.  I share

13   my colleagues frustration here.  To spend time--  The

14   amount of effort that goes in to getting us all here

15   to this table, months of activity, to sit in front of

16   a dais that is empty with such a critical issue is

17   truly a slap in the face, and it seems to be a

18   hallmark of this Administration.

19       I thank you for being here, and I know you do

20   good work at HPD, but I think you've also answered

21   our question when you noted HPD projects don't have

22   broker's fees because you are working to make sure

23   that the most vulnerable New Yorkers, those with low

24   incomes, those working-class New Yorkers, are going

25   to get access to units.
```

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        40

2        So you have answered the question for us, despite

3   having no information for us.  And I will say it is

4   unconscionable that in a housing crisis, we have an

5   Administration that won't even come to the table with

6   some analysis, that won't contribute to a

7   constructive conversation, because this impacts so

8   many lives, both the brokers who are here, the

9   renters who are here, and families who cannot live in

10  neighborhoods because they can no longer afford to do

11  so.

12       We need to do better.  And you have an analysis.

13  This Administration has experience, and has analysis,

14  it has research, it has capability, and it

15  demonstrates nothing.  It is truly unfortunate.  And

16  I hope everyone in this room, no matter what your

17  feeling is on this system, the fact that we cannot

18  engage in a dialogue.  That you're listening, when

19  you know this is a crisis is truly appalling.  And I

20  don't mean to direct that to you.  I am talking to

21  the Administration and the executive apparatus that

22  has millions of dollars at its disposal, many, many

23  full-time staff, that you do not come here to have a

24  full and honest discussion about what is occurring on

25  the ground.
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        41

 2        So, I'm sorry, Chair.  Thank you for that.  Thank

 3   you for the time.

 4        CHAIRPERSON MENIN:  Thank you very much.  So, I'm

 5   going to make a request, because quite honestly, as a

 6   Chair of this Committee, we have over 400 people that

 7   are signed up.  I'm going to be here honestly all

 8   night, along with my colleague, Councilmember Ossé,

 9   to hear from the public.  And so, no matter where one

10   stands on the bill if you're strongly for it, if

11   you're strongly against it, the data is important.

12        So, I started off the hearing with unbelievably

13   rudimentary data questions that are, you know, no

14   matter where one stands on the bill, we just want to

15   have this data.  How many broker-- complaints about

16   brokers fees?  How many tenant complaints do you have

17   about brokers fees?  What is the content of those

18   complaints?  What is HPD doing in terms of their own

19   projects and brokerage fees?

20        So, I'm going to ask that this committee get the

21   data by 5pm today.  So, while we are still here

22   speaking to the public, we have the necessary data to

23   properly conduct this hearing.

24        Thank you, and now turn it over to Councilmember

25   Ossé.
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        42

2       COUNCILMEMBER OSSÉ:  Thank you so much, Chair

3   Menin.  I wanted to follow up on a point you made

4   about this being a state regulation or a-- can you

5   speak to why you believe that is the case?

6       FIRST DEPUTY COMMISSIONER TIGANI:  Yes.  So, on

7   the licenses, I think it's a fairly well-documented

8   where licenses for real estate brokers exist, and so

9   anything related to that profession would live there.

10  On--  When it comes to things related to rental

11  payments in the private market, non-HPD regulated

12  housing, we would-- we usually defer that to state

13  regulation.  More often than not, it lives within the

14  Office of Rent Administration within HDR.

15      COUNCILMEMBER OSSÉ:  Okay, so that's the only

16  thing you came here with.  And I disagree with that

17  statement on multiple reasons.  One, the state deals

18  with rent and setting rents.  The broker fee is a fee

19  that is not considered rent.  It is a prepayment or a

20  payment for a service, right?

21      Two, the Albany Supreme Court struck down the

22  2020 Guidance because of two issues:  One, the

23  guidance was ordered by an agency in the Department

24  of State and not the legislative body.  The judge

25  ruled that an agency could not and does not have

```
 1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        43

 2    lawmaking authority if you are referring to the law

 3    of 2020.

 4        Third, the Department of State, through its real

 5    estate board, governs the licensure, as you said, and

 6    continuing education of real estate state

 7    salespersons and brokers.  The board deals with the

 8    laws written in Article 12-A of the state's real

 9    property law.  Currently, there is no statute or law

10    in Article 12-A that would likely preempt the City

11    from legislating on who pays for the broker fee.

12        The primarily the--  Primarily the laws in

13    Article 12-A that deal with compensation are laws

14    that talk about who the broker can split fees with,

15    or who a real estate salesperson can receive

16    compensation from.

17        And I think you-- you hinted at a point about

18    this potentially not being a city--

19        FIRST DEPUTY COMMISSIONER TIGANI:  No.  I-- As

20    far as-- Two things:  One DOS passed guidance, not a

21    law, and it was based on a 2019, piece of state law,

22    which is why I was referring to the state law--

23        COUNCILMEMBER OSSÉ:  Okay.

24        FIRST DEPUTY COMMISSIONER TIGANI:  --and that

25    oversight.  As far as the City's position on whether-
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        44

2   - on the bill and regulatory power, that's still--

3   that's still something that's being reviewed.

4       COUNCILMEMBER OSSÉ:  Being discussed.  Right.

5   So, I'll just speak to that.  Because the government

6   can regulate.  The city government can regulate

7   private businesses to promote the public's health,

8   safety, welfare, and morals.  The Council has passed

9   numerous resolutions declaring an emergency with the

10  city's housing crisis.  Therefore, this is a public

11  need we need to address, and there can be legislation

12  like the FARE Act that seeks to address this public

13  need.  So, maybe bring that back to the Admin and

14  future discussions.

15      FIRST DEPUTY COMMISSIONER TIGANI:  Yes, sir.

16      COUNCILMEMBER OSSÉ:  Thank you.

17      CHAIRPERSON MENIN:  Okay, Councilmember Powers.

18      COUNCILMEMBER POWERS:  Thank you.  Nice to see

19  you, Commissioner.  Thank you Chair Menin and

20  Councilmember Ossé for having this hearing today.

21      I found last term, when looking at the data, the

22  actual difficulty is finding real data on this

23  because they're a series of private transactions

24  happening, and getting to the real data points--

25  There are data points, I think, that the

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        45

2    Administration could look at, or even the Council

3    could look at it, which is even just a prevalence of

4    the fees.

5        I think my office looked at my district on

6    StreetEasy found about 50% of the apartments listed

7    on there (back then, I mean I could dig up the old

8    data) were-- had a fee and 50% didn't.  I don't know

9    what those datapoints are now, but in fairness, it's

10   extremely difficult to get data on this, which might

11   be the reason, whether you believe in the fee or not

12   believe in the fee, there still may be a need for

13   some regulatory action here, because I think we are

14   talking about a series of transactions with a lot of

15   money involved, that I think there are serious

16   concerns around how they impact tenants.  And of

17   course we're going to hear from brokers on their

18   impact today.

19       But I think whatever it is, I think there's a

20   need for information and regulatory action, and also

21   the City be more involved in this, because I think

22   there are--  A lot of the reason we're not getting

23   data on 311 is because New Yorkers are not going to

24   turn to the city, in my view, unless it's a really

25   predatory action or something that takes place.

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION          46

2       So, I think the reason we're here today is to

3   have a conversation about the fees, but also about

4   how we might be able to have more information in the

5   future.  So, I recognize the challenge faced here by

6   the Administration, and you about exactly trying to

7   get to the type of data that you would want to be

8   able to provide today, which is, I think, a good

9   reason for having this hearing.

10      I just wanted to go back to a couple things.  I

11  think this was mentioned earlier, but HPD units that

12  are marketed do not have a broker fee on them.

13      FIRST DEPUTY COMMISSIONER TIGANI:  HPD units that

14  go through our finance and go through our regulatory

15  agreement process do not have a broker fee.  Any

16  administrative fees that are connected to it would go

17  through a management plan that we review and approve.

18      There's also no application fees as part of

19  Housing Connect.  There are certain housing types

20  that may have costs or fees associated, like

21  Mitchell-Lama, but those go through a review and also

22  need to be approved if any move forward.

23      COUNCILMEMBER POWERS:  And there's no fees

24  because that's a-- that's a prohibition that has been

25  put in place by HPD?  Or because you are-- have some

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        47

 2   good.  Roll over those units and you're choosing not

 3   to?

 4       FIRST DEPUTY COMMISSIONER TIGANI:  It's a

 5   different produced housing.  Like the costs and the

 6   financing and the pre development process to go from

 7   no project to project involves public subsidies.  So,

 8   there's already been certain investments made up

 9   front.  When we're working with the private market

10   and trying to connect people to housing using rental

11   assistance, depending on the rental assistance source

12   there may be-- there are broker fees sometimes

13   involved, and those broker fees can be covered by

14   different programs that we have.  CityFHEPS has a

15   broker fee voucher application eligible individuals

16   may be able to apply to.  When the federal government

17   had the emergency housing voucher program, we had the

18   ability to use broker payment vouchers as a way to

19   create more opportunities for tenants.  In fact, in

20   that situation, brokers were integral into helping us

21   navigate a low-vacancy environment and connect people

22   to housing in a time limit where we had to connect

23   many people with vouchers to housing while the

24   opportunity existed.  And there may be-- And there

25   are sometimes opportunities for standard voucher
```

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        48

2  holders to get broker fee assistance through help

3  with HRA if they eligible.

4      COUNCILMEMBER POWERS:  Thanks.  I think

5  Councilmember Ossé asked this question.  I just

6  wanted to repeat it.  Can you talk, as you're

7  evaluating this legislation, what are the factors

8  that you are considering?  You guys don't have a

9  stated position here today, and certainly a public

10  hearing is a good opportunity to hear from everyone

11  exactly on their sentiment.  But can you talk more

12  about what are the issues you are evaluating in the

13  process of determining the Administration's position

14  on it?  Because I-- It's fairly vague here now, and I

15  wanted to get a better understanding of what you guys

16  are thinking about as you decide if this bill passes,

17  whether to sign it, veto it, let it pass into law.

18      FIRST DEPUTY COMMISSIONER TIGANI:  Sure.  So, I

19  think that there-- there are a number of fees and

20  costs associated with housing, some of it regulated

21  by the 2019 state law that we've talked about

22  earlier, but particularly in non-regulated, non-rent-

23  regulated housing, market housing as it's often

24  referred to, costs can be pushed into other areas of

25  the housing search and lease-up process.  So, we're

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        49

2    trying to look at the different ways that that may

3    happen, different permutations.

4        Additionally, we want to understand better the

5    impact this may have on an industry that employs many

6    New Yorkers here within the city.  And those two

7    factors, in itself, require a deeper analysis from

8    multiple agencies, both in the housing front, housing

9    supply, access, and economic development front, and

10   workforce development front.

11       COUNCILMEMBER POWERS:  Okay, thank you.

12       CHAIRPERSON MENIN:  Okay.  Thank you very much.

13   So, I'm going to ask the Sergeant Of Arms to just--

14   These are the questions that I asked at the top.  So,

15   we'd like to get answers by 5pm, so we can study

16   them.  So, Carl, do you mind passing that?  Thank you

17   so much.

18       And seeing no more questions, I want to thank you

19   for testifying today, and we are now going to move on

20   to the public comment period.

21       So, I'm now opening up the hearing for public

22   testimony.  I want to remind members of the public

23   that this is a formal government proceeding and that

24   decorum shall be observed at all times.  As such,

25   members of the public shall remain silent at all

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        50

2   times.  Again, if you agree with the speaker, feel

3   free to do this [MAKES JAZZ HANDS GESTURE], but

4   otherwise people need to remain silent.

5       The witness table is reserved for people who wish

6   to testify.  No video recording or photography is

7   allowed from the witness table.  Further, members of

8   the public may not present audio or video recordings

9   as testimony, but they may submit transcripts of such

10  recordings to the Sergeant at Arms for inclusion in

11  the hearing record.

12      If you wish to speak at today's hearing, please

13  fill out an appearance card with the Sergeant at Arms

14  and wait to be recognized.  When recognized, you will

15  have two minutes to speak on today's topic, which is

16  obviously Intro 360.  If you have a written statement

17  or additional written testimony you wish to submit

18  for the record, please provide a copy of that

19  testimony to the Sergeant at Arms.  You may also e-

20  mail written testimony to testimony@council.nyc.gov

21  within 72 hours of this hearing.  Audio and video

22  recordings will not be accepted.

23      So, I'm now going to call our first panel.  So,

24  our first panel is Brooklyn Borough President Antonio

25  Reynoso.  Borough President?
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        51

2        BOROUGH PRESIDENT REYNOSO:  Good morning,

3    Council.  I'm grateful to be an entire panel.  I just

4    want to say, I apologize.  It is embarrassing, and it

5    is sad that there are many people here for or against

6    this legislation that would love to really get to the

7    bottom of data that supports the case that's being

8    made by Councilmember Chi Ossé and his legislation.

9    Instead, we're going to be relegated to having a

10   conversation that we've already had in the public.

11   We are wasting time.  This is a literal waste of

12   time.

13       From what I understand, I don't know if anybody

14   from the Administration has even stayed to listen to

15   the testimony of all these people that care deeply

16   about this issue one way or another.

17       Another thing is putting Ahmed Tigani, who is

18   arguably one of the hardest working and most lovable

19   kind servants for the City of New York in front of

20   us:  It's not a mistake.  That is not by-- by chance,

21   that he's the one that's here.  So, I just want to

22   shout out Ahmed and the great work that he does.  And

23   this is obviously not a reflection of his work, but

24   more a reflection of this Administration.

25

COMMITTEE ON CONSUMER AND WORKER PROTECTION         52

1
2        I guess I'll speak to my testimony, which, again,
3    I want to say, really I'm not happy that I'm spending
4    time here when I could have been doing other things
5    in Brooklyn.
6        So, first, I am Antonio Reynoso, and I'm the
7    President of the greatest borough in the City of New
8    York, which is Brooklyn, New York, but I--
9        [BACKGROUND VOICES]
10        Amanda Farías, Councilmember, is arguably from
11    one of the next-best boroughs in this city.  But it's
12    all love.  We're from Brooklyn, so we always show
13    love.
14        Good morning, Chair Menin.  Thank you for holding
15    this hearing today, and thank you to Councilmember
16    Ossé for introducing this important and common-sense
17    bill.
18        No one here, not even the landlords, needs to
19    tell me that you-- that we are experiencing a housing
20    crisis.  But because we are not building enough, New
21    York City's vacancy rate is the lowest it's been
22    since 1968.  Fewer apartments are available across
23    all rent levels, meaning it's especially difficult
24    right now for low- and moderate- income New Yorkers
25    to find secure housing.

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        53

2       [BELL RINGS]

3       I guess-- There you go.  Thank you so much for

4   having me.

5       CHAIRPERSON MENIN:  If you want to--

6       BOROUGH PRESIDENT REYNOSO:  I don't want to

7   continue.

8       CHAIRPERSON MENIN:  I think there's some

9   questions for you, so...

10      BOROUGH PRESIDENT REYNOSO:  Questions I'll

11  answer, but I just don't want to waste anybody else's

12  time that's behind me, because you guys are going to

13  be here a long time, and I want to make sure they get

14  their time.  But I'm more than happy to answer

15  questions.  Thank you Chair.

16      CHAIRPERSON MENIN:  Thank you so much, Borough

17  President, for being here, and I'm going to turn it

18  going to turn it over to Councilmember Ossé, who has

19  some questions for you.

20      COUNCILMEMBER OSSÉ:  Thank you, Borough

21  President.  Has your office had any complaints from

22  constituents about the broker fee or having been

23  forced to pay a broker fee?

24      BOROUGH PRESIDENT REYNOSO:  We-- We originally

25  weren't receiving any information or gathering

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        54
 2   information related to broker fees until your
 3   legislation came up.  Then there was deep support
 4   that was coming in for my advocacy, for the FARE Act.
 5       So, I want to say that I think your advocacy and
 6   the introduction of the legislation was the first
 7   time we started getting questions or requests for
 8   advocacy from Brooklynites for this legislation.
 9       COUNCILMEMBER OSSÉ:  Okay.
10       BOROUGH PRESIDENT REYNOSO:  So, we don't-- we
11   don't have the data, but are more than happy to pull
12   it up from our constituent services, the amount of
13   calls we've gotten to the concerns related to the--
14   to the FARE Act.
15       COUNCILMEMBER OSSÉ:  That would be really helpful
16   if you can get that whenever you can.
17       BOROUGH PRESIDENT REYNOSO:  Will do.  Will do.
18       COUNCILMEMBER OSSEE:  That would be very
19   supportive.  Thank you.
20       BOROUGH PRESIDENT REYNOSO:  Thank you.  And I
21   just-- On a personal experience, I note,
22   Councilmember, I paid $7,500 to get into my apartment
23   through a broker fee, and a first and second month's
24   rent.  I think I want to say in 2000-and-like-9.  And
25   it was very difficult for me to-- who is well-- well-
```

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION          55
 2  off.  You know, middle class.  Everyone knows my
 3  salary here.  I knew my salary when I was a
 4  Councilmember.  But when I was a Councilmember it was
 5  very difficult.  And those challenges are real, and
 6  people that experience it, you know, paying $5000
 7  versus $7500 would have been a big difference to me
 8  and my family as we were growing, and I wasn't able
 9  to experience it.  So, I'm not only here on a
10  professional level, I'm here on a personal level as
11  well.
12      COUNCILMEMBER OSSÉ:  In that experience, did you
13  go out to hire the broker?
14      BOROUGH PRESIDENT REYNOSO:  No.  I never saw the
15  broker in my life.
16      COUNCILMEMBER OSSÉ:  You never saw them?
17      BOROUGH PRESIDENT REYNOSO:  Never saw the broker.
18  I saw it online.  I went to go visit the apartment,
19  and it came with a first, second-- what was called
20  the security-- a first month's security and broker
21  fee.  And I had to pay all three of them in one shot.
22      COUNCILMEMBER OSSÉ:  $7,500?
23      BOROUGH PRESIDENT REYNOSO:  7500 bucks.  Yeah.
24  And I think that was in--  It was a long time ago.
25  It was in-- not in the apartment I am now, but in the
```

```
 1    COMMITTEE ON CONSUMER AND WORKER PROTECTION          56
 2    apartment I was in before.  I'm still a tenant.  I
 3    also had to pay for the broker fee for this house,
 4    which I found on my own as well.
 5         COUNCILMEMBER OSSÉ:  Twice.
 6         BOROUGH PRESIDENT REYNOSO:  So-- So, this is the
 7    second time, but this one was just the first month's
 8    and a broker fee for the new apartment.  But the
 9    broker fee was something I had to pay both times.
10         COUNCILMEMBER OSSÉ:  Thank you.
11         CHAIRPERSON MENIN:  Thank you very much, Borough
12    President, being here.
13         BOROUGH PRESIDENT REYNOSO:  Thank you so much for
14    this important hearing.
15         CHAIRPERSON MENIN:  Thank you.  I'm now going to
16    call the first panel is going to be Gary Mallon, Bess
17    Friedman, Brian Phillips, Ryan Monnel.  And while
18    they're coming up, just in the interest of time, I'm
19    going to let the second panel, know, so they can
20    start to get ready:  Rob Solano, Andrea Joseph,
21    Jeffrey Hannon, Annie Abreu, and Bradley Tusk on
22    Zoom.  Thank you. yyy
23         Okay.  Okay, thank you.  Please begin.
24         COUNCILMEMBER OSSÉ:  Press the-- Press the mic.
25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        57

2        MR. MALLON:  Ah, thank you, ladies and gentlemen,

3    here we find ourselves again discussing yet another

4    broker fee bill.  It is crucial that we all

5    understand the law of unintended consequences.  When

6    people attempt to legislate an industry they do not

7    know or understand, it inevitably leads to problems

8    for everyone involved, and unfortunately, tenants

9    will pay the price.  We all support a more affordable

10   New York.  We all want the city to be a place where

11   people can find affordable housing.  However, this

12   bill will not achieve that goal.  We face a supply-

13   and-demand issue until we address this, pricing will

14   not change.  The market will become less negotiable.

15   Landlords have become more rigid in the fees they

16   charge, and these fees will be baked into the cost of

17   rent, pushing them even higher.

18       If we truly want to affect the cost of living in

19   New York City, we need to address the lack of

20   building in New York City.  This legislation is not

21   an attempt to find a meaningful solution.  It is

22   legislation for the simple sake of legislation.  Look

23   at the 2019 rent laws:  Despite their goals, rents

24   grew by 26% since the law was enacted.  It's harder

25   than ever to find an apartment.  The bill will have

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        58

 2   similar unintended consequences.  We currently have

 3   an efficient, transparent, and fully negotiable

 4   rental market.

 5       Enacting this bill will reduce all of those

 6   benefits on top of making everything more expensive.

 7   The services that agents provide are constantly

 8   devalued by this Council.  Most agents work six to

 9   seven days a week, absorbing almost all of the risk

10   in this industry.  Every call they answer, every

11   showing they book, does not guarantee a signed lease.

12   Agents often spend their own time and money on

13   clients who work with multiple brokers

14   simultaneously.

15       Saying agents only open doors is far from the

16   truth.  If this fundamental change happens, there

17   will be even less availability to view apartments.

18       Unlike agents, building owners don't work seven

19   days a week.  At the end of the day, tenants have a

20   choice.  They don't have to use a broker if they

21   don't want to.  50% of the apartments available right

22   now are no fee apartments.  This disruption has the

23   potential to hurt tenants and will ultimately cost

24   them more money.

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        59

2        Along with REVNY and all residential firms, I

3    actively oppose this bill.  It will compromise market

4    transparency, and in short, tenants will pay the

5    price.  Thank you.

6        CHAIRPERSON MENIN:  Thank you.  The next

7    panelist--  Yes, thank you.

8        MS. FRIEDMAN:  Good afternoon everyone--

9        COUNCILMEMBER OSSÉ:  Turn on the mic.

10       CHAIRPERSON MENIN:  You want to turn it on so the

11   red light-- when you see the red light, it is on.

12       MS. FRIEDMAN:  Gotcha.  Thank you.  Good

13   afternoon.  Bill Intro 360 threatens not only the

14   livelihood of New York City Real Estate Agents, but

15   also the financial welfare of the very tenants the

16   bill seeks to protect.  If passed, this bill will

17   push brokerage fees onto landlords.  Landlords, in

18   response, will bake these fees into the monthly rent

19   for the tenants to absorb, and will therefore

20   increase their rents, not only the year they sign,

21   but each year they choose to renew.  Today, an

22   upfront fee in writing is transparent and negotiable.

23   This bill would make the fees hidden and progressive,

24   predatory, and incredibly misleading.  Hard working

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        60

2    agents who make zero dollars unless a deal gets done

3    will also feel a major financial impact.

4        Despite reality TV shows the starting income for

5    a New York City agent is $52,000 a year.  That's less

6    than many politicians here today make, and let's not

7    forget, many of these agents are renters themselves.

8        So, here are the facts, housing affordability

9    will not be solved by this misguided and hollow

10   legislation, and in fact will be made much worse.

11   Simply put, this bill will make it harder for brokers

12   to be fairly paid, raise housing costs, and limit

13   housing access.  The last thing New York City needs

14   right now.  Housing is expensive because there's not

15   enough of it.

16       Less than 10,000 new multifamily units were

17   proposed in New York City in 2023.  A wide range of

18   experts agree we need more than 500,000 new units to

19   keep up with population growth by 2030.  The lack of

20   supply and increasing demand gets plenty-- gives

21   plenty of runway for higher rents.

22       Brokers, as mentioned here earlier, are

23   instrumental in helping incoming residents navigate

24   the unique and complex rental market in New York.

25       [BELL RINGS]

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        61

 2       Being a broker--

 3       CHAIRPERSON MENIN:  I'm just going to ask you to

 4   wrap up, please.

 5       MS. FRIEDMAN:  Yes, being a broker is an

 6   accessible career that welcomes immigrants, single

 7   mothers, people of color, and young people just

 8   starting out.  So, along with making apartments more

 9   unaffordable, this bill is also making it harder for

10   brokers to make ends meet and taking away people's

11   livelihoods.

12       [BELL RINGS]

13       Finally, the current state of the market

14   determines whether a broker fee is paid by an owner

15   or a tenant, and whether the fee is one month's rent

16   or 15%, all of which is negotiable to the benefit of

17   renters.  This bill would take that consumer choice

18   away.

19       New Yorkers want to make decisions about their

20   housing--

21       CHAIRPERSON MENIN:  We just to-- every member of

22   the public gets two minutes.  So, really, I've got to

23   ask you to wrap up.

24       MS. FRIEDMAN:  Okay, well, here's-- I'll be

25   closing sorry.  If the City Council is a real partner
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION          62

 2   in solving our housing crisis, they must stop this

 3   legislation, and I hope that local lawmakers and the

 4   public fully understand what is at stake before

 5   considering Intro 360.  New Yorkers simply cannot

 6   afford for rents to jump up at a time when so many

 7   are in need of quality housing.

 8        CHAIRPERSON MENIN:  Okay--

 9        MS. FRIEDMAN:  This bill will do the opposite of

10   what it claims people--

11        CHAIRPERSON MENIN:  Okay.  We've got to wrap up.

12   We--

13        MS. FRIEDMAN:  --and the process will be far less

14   transparent.  Thank you.

15        CHAIRPERSON MENIN:  Thank you.  Can we hear from

16   the next panelist?  Please?  Thank you.

17        MR. PHILLIPS:  Good morning, Chair Menin and

18   members of the Committee on Consumer and Worker

19   Protection.  My name is Brian Phillips.  I'm an

20   Associate Broker with Douglas Solomon Real Estate

21   here in Manhattan, where I both live and earn a

22   living.  I actually live in Harlem, and some of my

23   colleagues who live or work in Harlem are in the room

24   with me today.

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        63

2        I'm a member of the New York State Association of

3    Realtors, where I am the 2024 Chair of the New York

4    City Issues Working Group, and I serve on the

5    legislative steering committee at NYSAR.  Many NYSAR

6    members are here in attendance today.  Additionally,

7    I'm a member of the Real Estate Board of New York.

8        As a small landlord and a real estate agent, I

9    specialize in rentals as a key part of my business.

10   As a small landlord, I have faced significant

11   financial pressures due to rising real estate taxes,

12   homeowners, insurance and maintenance costs.  These

13   increases have forced me to increase rents, a

14   situation shared by many of my landlord clients.

15   This financial strain is further complicated by the

16   proposed requirement for landlords to pay the

17   brokerage fee when hiring agents on an exclusive

18   basis.  This requirement could lead to two likely

19   outcomes:  Landlords may either incorporate the

20   broker fee into the rent, spreading it over the

21   entirety of the lease.  This would result in higher

22   monthly rents and increased lease renewal rates,

23   which are based on a last rented price.

24       Alternatively, landlords might opt not to hire

25   agents on an exclusive basis.  This means tenants

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        64

2   would have to pay the brokerage fee, and listings

3   would not appear on platforms like StreetEasy, which

4   require exclusive listings.

5       In Manhattan, rental listings will not syndicate

6   to Zillow unless they are first listed on StreetEasy.

7   Consequently, available listings would become harder

8   to find for renters.  As agents and brokers, we cover

9   the cost of professional photography, floor plan, and

10  3d video tours, which can easily range from--

11      [BELL RINGS]

12      CHAIRPERSON MENIN:  Okay, I'm going to ask you to

13  wrap up please?

14      MR. PHILLIPS:  Okay.

15      CHAIRPERSON MENIN:  And you can submit-- Let me

16  just be clear with every member of the public:  We

17  take the written testimony.  So, please, if you don't

18  get to finish your prepared statement.  We take all

19  of that written testimony.

20      MR. PHILLIPS:  Right.  I'll just finish this

21  paragraph.  All right?

22      CHAIRPERSON MENIN:  Yeah.  If we could please--

23  We've got over 400 speakers.  We've got to make sure

24  that everyone is given the same amount of time.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        65

2    Okay?  Please.  One more sentence, please, and then

3    we really need to wrap it up.

4        MR. PHILLIPS:  Right.  The FARE Act, while well

5    intended, well may have unintended, unintended

6    consequences, reducing visibility of listings and

7    ultimately harming tenants.

8        CHAIRPERSON MENIN:  Thank you.  Okay.  And we'll

9    hear from the next speaker.  Thank you.

10       MR. MONELL:  Well, thanks Chair and members of

11   the committee.  I'm Ryan Monell with REBNY.  I'll try

12   to make up for a lost time here and say, you know,

13   you've heard a lot from-- from some of our leadership

14   in in the industry.  Look, I think we want to be part

15   of the solution, right?  We want to make sure that

16   we're addressing the costs that we're seeing in

17   regards to rentals across the city in a meaningful

18   way.  We actually believe this bill will go in the

19   wrong direction, as you've heard from Bess and Gary

20   and Brian, which is consequential not only for, you

21   know, obviously, renters across the city, but also, I

22   think for agents who-- it's going to make it more

23   complicated for them to do the work they do every

24   day.

25

COMMITTEE ON CONSUMER AND WORKER PROTECTION          66

1

2          By the way, you know, we have 1500 agents who

3     showed up today to make it loud and clear that this

4     is not the solution relevant to-- to the rising cost.

5          And I think, you know, we should listen to some

6     of the folks who are out there every day looking at

7     the market, looking at the data, and really want to

8     see costs go down.  And we know that supply is really

9     the main driver in regards to how we can solve for

10    that.  But we can't do things in the meantime that

11    are going to make it even more complicated and more

12    challenging, and actually eliminate choice in the

13    market.  And we believe this bill would do just that.

14         The last thing I'll say, as Bess mentioned, is,

15    you know, most of these agents who are your

16    constituents are renters themselves, and make $52,000

17    a year starting out.

18         And so, we're talking about eliminating the

19    livelihood for folks who really, truly want to be

20    stalwart members of their communities, do a service

21    for their neighbors, and try to make a living for

22    them and their families.  And so, passing this

23    legislation will undoubtedly have a consequential

24    impact on their ability to earn, and we need to take

25    that into account when we're considering this bill as

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        67
 2  well.  So, I'll stop there, but I appreciate all of
 3  your time today.  Thank you.
 4      CHAIRPERSON MENIN:  Thank you very much.  There
 5  are a number of questions that colleagues have for
 6  the panel, so let me just jump right into it.
 7      No--  No, you're on the second panel, sir.  I
 8  believe you.  Yes.  I called the second panel to say-
 9  - just to get ready.  So-- No, no, that's okay.
10  We're going to be coming to you next, but we've got
11  an order to the panel, so we'll be coming to you
12  shortly.
13      So, I'm going to open it up to Councilmember
14  Ossé.  Questions?
15      COUNCILMEMBER OSSÉ:  I have no questions for this
16  panel, thank you.
17      CHAIRPERSON MENIN:  Okay.  Public Advocate, you
18  said you have questions?
19      PUBLIC ADVOCATE WILLIAMS:  Thank you so much, and
20  thank you all for being here.  First, I just want to
21  mention:  Every time-- There is no part of the
22  industry that seems to want to do their part to fix
23  the crisis, and I get there are multiple reasons why
24  we're in the housing crisis, whether we're not
25  building enough, affordability, whether it's the rent
```

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        68

2  guidelines board.  There's a whole bunch of things

3  that are going, and every time we try to fix one part

4  of it, that part of it says, "Don't fix that part of

5  it."  So it's a very difficult thing to do, and I

6  think we need "all/and", and not just "or".

7      This is one place where I feel like it's a good

8  balance, because we're not taking away the ability

9  for people to make their money.  And I know the

10 average is $52k I'm interested to know if that's the

11 mean, median, or what kind of average it is.  Because

12 I know that people make considerably more than $52k.

13 As well as that there's a lot of working folks that

14 do make the $52.

15     So I want to clarify:  The 2019 rent guidelines

16 board, the rent laws were specifically to help

17 preserve the housing that we have, and keep the

18 tenants in it.  And I think it was successful in

19 doing that.

20     I had a question about other markets in other

21 cities.  It seems to me that we are only one of two

22 major cities that do this.  So, are you saying that

23 the real estate industry is not successful in other

24 cities because they have to pay who gets-- who hires

25 them?

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        69

 2       MR. MONELL:  I mean, I would simply say that the

 3   size, scale, and intensity of New York City, co-ops,

 4   condos, and rental apartments, it's a completely

 5   different market than anywhere else in the country.

 6       And once again, just like in any industry,

 7   tenants have a choice.  There's either a full-service

 8   or no service, and when 50% of the market is already

 9   no fee, which means tenants have a choice to either

10   represent themselves or hire a broker to make their

11   lives easier, it's simply a free market that works,

12   and this legislation will do nothing at all to reduce

13   the cost that tenants face.

14       PUBLIC ADVOCATE WILLIAMS:  Does that mean that

15   the other cities that have this law, there is a

16   thriving realtor market?

17       MR. MONELL:  I can't speak to other cities.  All

18   I could say is this city's size, scale and density

19   cannot be compared to any other city that I'm aware

20   of with the complexity of the marketplace.

21       PUBLIC ADVOCATE WILLIAMS:  Yeah, we also have the

22   highest rents in, probably, the world and one of the

23   lowest vacancy rates that we've ever had.

24       MR. MONELL:  Because we don't build apartments

25   anymore, because politicians don't understand that
```

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        70
2   developers take risks to build apartments that you
3   don't want to incentivize them to do so.
4       [APPLAUSE]
5       CHAIRPERSON MENIN:  Okay.  [GAVEL]  We need to
6   maintain--
7       SERGEANT AT ARMS:  Quiet down.  Quiet down.
8       CHAIRPERSON MENIN:  We have to maintain order in
9   here.  I'm going to be very clear--
10      [BACKGROUND VOICES]
11      You can--  As I said, if you agree, please feel
12  free to do this, [MAKES JAZZ HANDS GESTURE] but we
13  cannot have-- we've got to maintain decorum in here.
14  Thank you so much.
15      [BACKGROUND VOICES]
16      PUBLIC ADVOCATE WILLIAMS:  I will assure you,
17  sir, having paid brokers fees, and having had tenants
18  myself, and organizing around housing for about 20-
19  something years, I know much more than you about why
20  this housing market is the way it is, and why we're
21  not building housing.
22      And so the profitability of housing is the major
23  reason that we're having a housing crisis right now.
24  So, we're trying to figure out how to manage that.
25
```

COMMITTEE ON CONSUMER AND WORKER PROTECTION          71

1

2      And frankly, I support building up, depending

3  what we're building.  So, to pretend that you have

4  more knowledge than those of us on here about the

5  housing market is not--

6      MR. MONELL:  I mean, I respect--

7      PUBLIC ADVOCATE WILLIAMS:  I'm not finished, is

8  not really a real thing.

9      What we're trying to figure out here is how we

10  can make sure the entry point into housing is

11  balanced.  And so that's why I'm asking about other

12  markets, because what seems to happen is we're having

13  discussion in a vacuum.  And so if the City hasn't

14  shown up, we're now just talking to ourselves, and I

15  understand that you want to keep the system the way

16  it is.  Most people do, particularly if they're

17  benefiting from it.

18      And what we're trying to do is find the balance.

19  I want to make sure you get the money that you

20  deserve for the work that you're doing.  But it seems

21  to me if someone else is hiring, which is the case in

22  every other industry, the person who hires a person

23  is the person that pays for it.  And that's why I'm

24  asking the questions, so we can have information

25  about other cities.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        72

 2       MR. MONELL:  Sir, just one thing.  I've been in

 3   the industry for 26 years.  I've overseen hundreds of

 4   thousands of lease transactions, so I think I have a

 5   little bit of experience in this business.  That's

 6   just number one.

 7       Number two, you talk about giving choice and you

 8   talk about saving tenants money.  The simple fact is,

 9   look at the 2019 rent laws.  If you have bad credit

10   or no credit, you have to pay insurance to get an

11   apartment now that you did not have to do before.

12   You've taken choice away from tenants.  If you have a

13   pet, which many New York City residents do, you now

14   have to pay extra rent each and every month for that

15   pet because you've decided to take away choice from

16   tenants.

17       Other markets are not relevant.  What's relevant

18   is this market, and the fact is there's no building

19   going on.  It's a law of supply and demand, and if

20   you fix that, you will fix pricing.  Until then, this

21   is just an attack on the brokerage community that's

22   unwarranted.

23       PUBLIC ADVOCATE WILLIAMS: :  Thank you.

24   [BACKGROND NOISE]  I am finished.

25       SERGEANT AT ARMS:  Quiet please.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        73

2        PUBLIC ADVOCATE WILLIAMS:  I will say, you spent

3    26 years trying to figure out how to make money off

4    of broker's fees.  I spent over 20 years trying to

5    figure out how to fix the housing crisis.  It's a

6    different system.  It's a different study than what

7    we're trying to figure out.  So I'm glad that you

8    made your money that way.  I'm trying to figure out

9    how we can fix the housing crisis.  And what I'm

10    telling you is I don't mind brokers making the money.

11    I'm trying to figure out how best to do that, and how

12    we can fix the crisis that we're in, because people

13    like you want to make as much money as possible.  And

14    we're just trying to figure out how I can--  I hear

15    you, but--  I'm listening to his testimony.  But I am

16    actually trying to figure out how people can make

17    money, whether they're wealthy brokers or they're

18    making $50,000.  I'm not trying to take away people's

19    ability to make money.  All we're trying to do is

20    figure out how we can lessen the burden of tenants

21    who are trying to enter into a housing market.  That

22    is a crisis because of a lot of things that have

23    happened.  The system is not working and has been not

24    working for a very long time, not because of 2019

25    laws.  Thank you.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        74

2        MS. FRIEDMAN:  But with-- with all due respect.

3    Since this Council and Councilmember Ossé is

4    proposing this bill, this law, shouldn't you have

5    this-- this substance to support why this makes sense

6    financially?  Don't-- Shouldn't you have those data

7    points to argue those today, if you think this makes

8    sense?  Where--  Where's the information to support

9    it?

10       PUBLIC ADVOCATE WILLIAMS:  So what-- We do have

11   some.  The city's not here.  You should be mad at the

12   Mayor and his administration for not being here.  But

13   what we do know is the way that this thing works is

14   very prohibitive.  When I had to pay $12,000 to get

15   into an apartment:  Praise God that I have the

16   ability to do so.  Most people do not.  And so it is

17   prohibitive in the market to pay this extra fee,

18   which is ranging between 8% and 15%.  That's just a

19   real thing.  So, we're just trying to figure out how

20   to balance who pays it, not to take the money out of

21   anybody's pocket.

22       MS. FRIEDMAN:  No, but sir, with all due respect,

23   as quoted here, you can look online right now, 50--

24   almost 50% of--

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        75
 2       PUBLIC ADVOCATE WILLIAMS:  I think I've taken a
 3   lot of time.
 4       MS. FRIEDMAN:  --units are no fee apartments.
 5   You don't-- Nobody's forced to--  This is all
 6   negotiable.
 7       PUBLIC ADVOCATE WILLIAMS:  That's just not--  So-
 8   - So one:  Usually after "all due respect", no
 9   respect follows.  But I appreciate what you're
10   saying.  But that is not how it happens in reality.
11   And so I have--  When I was renting, I found no fee
12   apartments.  I've also been-- apartments brought to
13   me that I didn't even know existed, that were better
14   than apartments that I saw.  And so that's a false
15   choice, to be able to say that.  Sometimes there's a
16   choice on paper, but that's not how it works out in
17   the reality of people finding apartments.
18       MR. MONELL:  All I would like to say, if you
19   actually cared about legislation that was impactful
20   and effective, you would actually engage the
21   brokerage community in the conversations versus
22   dictating to it.  Never once do you engage with the
23   brokerage community or seek our opinions.
24       PUBLIC ADVOCATE WILLIAMS:  That's what's
25   happening now, by the way.  There's a huge
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION         76

2    engagement.  You're right here, engaging with the

3    council.

4        MR. MONELL:  That's today.  But not about before.

5        PUBLIC ADVOCATE WILLIAMS:  Yeah, the bill hasn't

6    passed.  This is how bills get passed.

7        MR. MONELL:  Well, you should speak to the

8    community in advance.

9        COUNCILMEMBER OSSÉ:  Can I respond?  Brokers have

10   actually worked on this bill.  They'll be testifying

11   right after this panel.  So you'll-- you'll hear from

12   them in this room.  So, thank you.  We've engaged the

13   broker community.

14       MR. MONELL:  I disagree.

15       CHAIRPERSON MENIN:  Okay.  And we've got two

16   other Councilmembers who have questions,

17   Councilmember Nurse, followed by Councilmember

18   Hudson.

19       COUNCILMEMBER NURSE:  Thank you, Chair.  I'll try

20   to be brief.  You know, I think-- I think we're all

21   saying that.  No one is saying you shouldn't earn a

22   living.  We're just looking at who's paying for that.

23   This is pretty simple.  And I think you're conflating

24   it intentionally.  But I see a lot of signs about,

25   "Don't raise the rent."  And yet, I don't think I've

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        77
 2   seen any of the brokers here-- and you know, feel
 3   free to raise your hand if you're wrong.  In any
 4   housing movement actions, I've not seen you here at
 5   any-- when we're discussing any housing legislation
 6   that's going to impact or keep people's rents low.
 7   Like, feel free to raise your hand if you participate
 8   in the housing movement as a broker.
 9       Yes, great.  I'm glad that some of you do, but a
10   lot of you don't.  I didn't see any of you at the RGB
11   rent guideline board meeting.  Were you there?  No.
12       Okay, so the fact is, we have a situation where
13   there's people that we don't meet who are supposed to
14   be doing work, and we have to pay for their labor
15   that we did not contract.  That's what this bill is
16   about.
17       So, I guess I'm curious, for the record:  Is
18   there any requirement that a broker shows up to a
19   viewing that they've scheduled?
20       MR. MONELL:  Yeah.  My brokers will show up at
21   every appointment.
22       COUNCILMEMBER NURSE:  Your brokers, but is there
23   a requirement by law?
24       MR. MONELL:  I can't tell you that's a
25   requirement by law.  I can tell you what our company
```

```
1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        78

2    does and what our agents do, and you guys continually

3    demean the service of what brokers do.

4        COUNCILMEMBER NURSE:  Yours might be unique, but

5    not all are.

6        MR. MONELL:  You look at exceptions about worst

7    case scenarios versus looking at the vast majority of

8    brokers.

9        COUNCILMEMBER NURSE:  The worst case scenario is

10   generally what the rule is.  That's why we're in a

11   housing crisis.

12       MR. MONELL:  I disagree with you.  I disagree

13   with you.  We're in a housing crisis because there is

14   no building.

15       COUNCILMEMBER NURSE:  The worst case scenario is

16   generally the most common experience.

17       MR. MONELL:  That's not true.

18       COUNCILMEMBER NURSE:  I have seen ads on the

19   internet that don't say there's a broker fee, and

20   then when you show up there is suddenly a broker fee.

21   Suddenly the broker fee can move.  There are bad

22   actors here, which is why we are in this situation.

23       If you want to be solutions-oriented here, that

24   is welcome.  But then you have to acknowledge the

25   fact that if I don't pay for your service, I
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        79

2    shouldn't--  If I'm not contracting you, I should not

3    have to pay for your service.  It is a very simple

4    concept.

5        MR. MONELL:  The very simple concept is every

6    person signs a brokerage agreement in advance of

7    seeing that apartment, which clearly sets forth what

8    the broker fee is.

9        COUNCILMEMBER NURSE:  That's not how it always

10   goes down.

11       MR. MONELL:  Once again, you're looking at the

12   excep--

13       COUNCILMEMBER NURSE:  Perhaps for you, and

14   congratulations for having a great firm, but that

15   does not happen for everyone.

16       MR. MONELL:  I was talking, and you interrupted

17   me.  I didn't interrupt you.  Well, that's your

18   experience in a limited situation.  I'm telling you

19   what the law provides.  You must sign a brokerage fee

20   agreement clearly detailing what the costs are.  You

21   must sign disclosure agreements, fair housing

22   agreements.  There is tremendous amounts of

23   legislation that currently exists, but everyone

24   chooses to take the one-off situation and conflate

25   it.

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        80
 2      COUNCILMEMBER NURSE:  It's not a one-off
 3  situation if there are hundreds of people here.
 4      MR. MONELL:  It's not the--  It's not the rule.
 5      COUNCILMEMBER NURSE:  It's not a one-off
 6  situation if we're at this point of needing
 7  regulation.
 8      MR. MONELL:  We need regulation because we need
 9  housing.
10      COUNCILMEMBER NURSE:  Yes.  I'll move on.  Thank
11  you.
12      CHAIRPERSON MENIN:  Councilmember Hudson followed
13  by Councilmember powers.
14      COUNCILMEMBER HUDSON:  Thank you, Chair.  I
15  wanted to follow up.  The Public Advocate asked a
16  question that I had as well, but I didn't hear an
17  answer.  You mentioned in testimony that starting
18  income is $52,000 a year for a broker.  Is that an
19  average salary or the median?
20      MS. FRIEDMAN:  It's not a salary.  Agents are
21  1099s.  It's an average income-- I mean--
22      COUNCILMEMBER HUDSON:  So it's the--
23      MS. FRIEDMAN:  the starting.  It's the starting.
24      COUNCILMEMBER HUDSON:  It's the average starting.
25      MS. FRIEDMAN:  Yes.
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        81
 2       COUNCILMEMBER HUDSON:  Okay, and so what
 3   percentage of annual income for brokers comes from
 4   broker fees for rentals?
 5       MS. FRIEDMAN:  I don't have that statistic.
 6       COUNCILMEMBER HUDSON:  Ryan or anybody?
 7       MR. MONELL:  We can try to get that for you.  I
 8   think it varies.  It probably fluctuates between
 9   agent to agent, quite honestly.  So, it's a really
10   difficult number to get, but we can get it.  We can
11   try to find some data that reflects that.
12       COUNCILMEMBER HUDSON:  Okay.  I think-- I think
13   an average would be helpful for us to understand, you
14   know, is it on average, 1 percent of an annual
15   income, 90 percent?
16       MR. MONELL:  In terms of the fee?
17       COUNCILMEMBER HUDSON:  Yeah.
18       MR. MONELL:  So I would say fees are probably
19   larger than 1% of their annual income, because when
20   you're talking about a-- an independent contractor
21   who's predominantly earning off of commissions, which
22   is a fee, then it's going to be a large-- a larger
23   percent than 1% but, well, we can get you more
24   information relevant to how most agents earn-- earn,
25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        82

2    and number one, what their salaries are over time in

3    their career, on average.

4        COUNCILMEMBER HUDSON:  Yeah.  I think it would be

5    helpful to know what percentage of the annual salary,

6    on average, that the brokers fees make up.

7        MR. MONELL:  Yeah.  I think, though, just like,

8    you know, speaking more anecdotally, and we will get

9    you this data-- you know, look, the reason that we

10   have 1500 people here today from the brokerage

11   community is the fact that this is actually going to

12   have an impact, not only on their clients, who are

13   renters, but also on their ability to earn, right?

14   And so, we want to make sure that we're looking at

15   legislation cohesively and in a way that makes-- that

16   reflects that impact as well, which is significant.

17       COUNCILMEMBER HUDSON:  Yeah.  I think just to

18   reiterate what my colleagues have said:  Nobody here

19   is saying that brokers shouldn't make a broker's fee.

20   What we're simply saying is that if you hire the

21   broker, whoever that is, whether it's the landlord or

22   the tenant, if you hire the broker then you should

23   pay for the broker's fee.  If you don't hire the

24   broker, you shouldn't pay for the broker's fee.

25

COMMITTEE ON CONSUMER AND WORKER PROTECTION        83

1

2       If I-- if I hire a plumber to come in and do

3   plumbing work, I pay for the plumber.  If my neighbor

4   doesn't hire the plumber, or a tenant doesn't hire a

5   plumber, I'm not asking them to pay for the plumber's

6   work.  I'm paying for the plumber's work because I

7   asked the plumber to come in and do the work.  I

8   think it's-- it's basic--  I'm not going to go back

9   and forth because--

10      MR. MONELL:  Sure.  Understood.  We can talk

11  further about it.  Understood.  But I do think--

12      COUNCILMEMBER HUDSON:  --we are on a time

13  schedule here and I want to get back to other topics.

14  But I think having the average of-- of what the

15  broker fee makes up in an annual salary would be

16  helpful, and I'll leave it there.

17      MR. MONELL:  Yup.  Okay.  I will just say very

18  quickly--  I mean, it is certainly more nuanced, and

19  I understand the basic premise in regards to it--  it

20  seems fair to only pay what you're-- you're hiring

21  someone to do.  But the reality is, if this bill were

22  to pass into-- into law, the fee is still going to be

23  passed on to the renter.  And the challenge is:

24  Right now, despite what we have with the concerns in

25  regards to supply, you do have a choice.  You can

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        84
 2   either pay a fee up front, or you can pay the fee as
 3   part of your rent over time.
 4       And the reality is, you're eliminating that
 5   choice if this bill were to pass, making the
 6   assumption that folks don't want to have that ability
 7   to make the economic decision for themselves.  So,
 8   it's a little bit more convoluted relevance than just
 9   saying, "Whoever hires a broker should pay the
10   broker," and we're happy to discuss that more offline
11   and I understand there's a lot of people who need to,
12   need to testify, but I do want to make sure that
13   premise is understood.
14       COUNCILMEMBER HUDSON:  Yeah.  And I think, as
15   Councilmember Ossé mentioned, you will hear from your
16   fellow brokers who are in support of the bill and who
17   have a different opinion to provide.
18       Thank you, Chair.
19       CHAIRPERSON MENIN:  Thank you very much.  Now,
20   Councilmember Powers.
21       COUNCILMEMBER POWERS:  Thank you.  You sort of
22   got to it at the end.  But the central premise of
23   this entire hearing is:  Why are tenants asked to pay
24   in instances when they have not hired the broker to
25   show them the apartment?
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        85
 2       MR. MONELL:  I think--
 3       COUNCILMEMBER POWERS:  And that's the premise of
 4   the hearing.  And that central question is the one
 5   that we should be talking about throughout all this.
 6   Because I am happy all day to talk about how the
 7   Council and others need to do more on the housing
 8   front, and we need to find a balance between
 9   regulatory schemes, and adding supply, and all the
10   stuff.  But the central premise here today is:  If a
11   tenant is looking for an apartment, and you guys are
12   saying 50% of the-- 50% of the rent--  I think that
13   number is extremely high.  I think it works against
14   you.  50% of half the units in, certainly my district
15   in Manhattan, midtown Manhattan and the Upper East
16   Side, but the housing stock of New York City, we're
17   saying 50% have an extra fee on them.  In some cases,
18   the Borough President mentioned $7,500.  That's a lot
19   of money at once.
20       The central question is:  Is that.  And I
21   appreciate Ryan's nuance and the premise of it.
22   There are other factors that go into it.  Where will
23   that fee end up?  Will they still engage brokers, the
24   landlords, if they-- if we switch over the burden?
25   But I think that's the question, and I would love to
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        86

 2   hear a clear answer about if a landlord brings a

 3   person into the-- into the--  And we know why, right?

 4   They don't have to--  It's no overhead for them to

 5   bring that person into the equation, and it solves a

 6   problem for them.  But if they have made the decision

 7   to bring somebody into a transaction, why is the

 8   other party, in this case, required to pay for that

 9   service that they have not brought into that

10   equation?

11       And that's like the only question I think we

12   really need to be asking today.

13       MR. MALLON:  I mentioned earlier, as a small

14   landlord, that I am facing increased insurance,

15   property taxes, and maintenance costs, and I pass on

16   those costs to the tenants, and many of my landlord

17   clients do the same thing.  I don't have the--  And

18   I'm already coming out of money out-of-pocket to make

19   mortgage payments on my investment properties.

20       I don't have it.  Landlords don't have it.

21   They're going to charge the tenant.  They're going to

22   amortize it over 12 months, and the tenant's going to

23   pay that increase.  And as mentioned earlier, on the

24   lease renewal, the tenant is going to pay more

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        87

2    because that lease renewals based on the last rented

3    price.

4        COUNCILMEMBER POWERS:  I understand about

5    mortgage, insurance.  Those are like required fees

6    that you have to pay.  I don't think a tenant is

7    necessarily going to not believe that wouldn't

8    somehow end up in the cost of doing rent.  The hiring

9    the broker is an optional fee that the land--

10   Obviously, we're saying 50% don't do it.  So, there's

11   50% who have decided out of that.  So, when you make-

12   - when you as a landlord, make that decision, that's

13   making a decision that now has to be passed on to the

14   tenant.  It's not something that I think a tenant

15   would reasonably believe.  Because we know that,

16   because we hear from tenants about this all the time,

17   that they would suddenly have to pay this fee all at

18   once by the way.  I actually do think that a lot of

19   tenants would prefer to pay that over the course of a

20   few months than have to pay it all at once.  It's a

21   lot of money to pay all at once for a lot of folks

22   and who can't afford it.

23       But I think, still, it's an option, and the

24   landlord's exercising that option, but then turning

25   to the tenant to pay for it.  And I think why we are

COMMITTEE ON CONSUMER AND WORKER PROTECTION          88

1    discussing the loss of fees, I mean the loss of

2    income is because there's a fear here that it's going

3    to switch.  So, the idea that it's all going to get

4    baked in-- that they just going to stop using that

5    service, and I just recognize that challenge.  But

6    the idea that it's all going to get baked into the

7    rent undercuts that then.

8         But I guess I just want to go back to that

9    question:  Why, if I'm a tenant, and to the

10   gentleman-- I'm sorry I don't remember your name-- in

11   the middle:  There is a--  There is a frequency, at

12   least in my district, where tenants show up.  They've

13   never met the individual who's standing there to open

14   the door.  There are missed appointments, and you get

15   nothing for that missed appointment.  There are-- The

16   challenge, you walk in, there's 15 other people

17   waiting there to see that apartment too.  It's like

18   Hunger Games for an apartment.  That certainly speaks

19   to the supply need.  No doubt about it.

20        But then when I get there, I'm in a race.

21   Whether-- Is there negotiating power?  Little.

22   Because there's 15 other people standing there who

23   will pay more than I will pay, or I what I will pay.

24        [BACKGROUND VOICE]

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION          89
 2      So, I don't know what he said.
 3      But-- So I guess--  I guess we're just back to
 4  the same old question:  I walk into an apartment.
 5  There's 10 people standing there.  They all want that
 6  apartment.  It's like first-come-first-serve.  Who's
 7  going to sign that paper and get that apartment, or
 8  pay the fee just as they do the credit check, and see
 9  the apartment.
10      And now I have to be told that in order to get
11  that apartment, I have to pay because the person that
12  I didn't employ, I didn't hire, I didn't bring into
13  interaction.  That's the--  That's the cost of entry.
14      MR. MONELL:  Well is that-- Is that a no fee
15  rent--
16      COUNCILMEMBER POWERS:  So--  Well, why?  I want
17  to know the question why--
18      MR. MONELL:  I'll explain to you why.  I'll
19  explain to you why.
20      COUNCILMEMBER POWERS:  And the last thing I'll
21  say is other cities do have relevance here, because
22  we are looking at other cities.  I'm doing a
23  scaffolding hearing in a few weeks.  We're looking at
24  every other city to look at Local Law 11 reform to
25  see how we can do scaffolding, because other cities
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        90
 2   aren't doing it the way we are.  There's a lot to
 3   learn out there.
 4       Our market's complex, but there's a lot to learn
 5   out there.  So, I guess that's the question that I
 6   think we all talk about and answer today.  And I'd
 7   like to hear from everybody is why is a tenant
 8   required to pay in a transaction?
 9       MR. MONELL:  I'll explain it to you.  There's
10   something called dual agency, okay?  And if I'm
11   engaged by an owner, that's one side of a
12   transaction.  You as a tenant found the ad that I put
13   online.  I spent money advertising and marketing it
14   to bring you in.  I'm negotiating on your behalf.
15   I'm working with you to submit the application.  I'm
16   working on both sides of the transaction.
17       COUNCILMEMBER POWERS:  And who's-- And who's
18   paying the fee then?  Is it both sides paying?
19       MR. MONELL:  It depends.  There are certain
20   instances where the owner pays, and there's other
21   insurances where the tenant pays.
22       COUNCILMEMBER POWERS:  Sure.
23       MR. MONELL:  So, it's not-- You guys make
24   everything as a black and white situation.  Our
25   argument is in the middle.
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        91

 2        COUNCILMEMBER POWERS:  No, in fact--  No-- I'll

 3   tell you what.  In fact--  In fact--

 4        MR. MONELL:  I was trying to-- You asked for an

 5   answer, but you're not listening.

 6        COUNCILMEMBER POWERS:  No, no.  I'll tell you

 7   what's true.  Last term, I introduced the bill, and I

 8   recognized dual agency.  I said you could split the

 9   fee between the tenant and the broker, and 1500

10   brokers showed up to City Hall and protested that,

11   saying that I was taking money out of their pocket,

12   okay?

13        MR. MONELL:  You asked--

14        COUNCILMEMBER POWERS:  You want to talk about

15   dual agency?  Let's talk about dual agency.  I

16   actually, in my bill reflected the reality that there

17   is a service to the tenant provided when you post it,

18   when I see it, when you show me that thing, and-- and

19   I was told by every single broker--  I think you

20   testified here too--

21        MR. MONELL:  I did.  And I'm testifying again.

22        COUNCILMEMBER POWERS:  You did.  I remember.  And

23   you told me I was stealing money from you guys, and

24   putting you out of work and all the other things.

25        MR. MONELL:  You are.  You are.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        92

2        COUNCILMEMBER POWERS:  I actually tried to do it

3    the way you're talking about.

4        MR. MONELL:  No, you didn't, but that's okay.

5        COUNCILMEMBER POWERS:  I did.  I absolutely did.

6    I tried to reflect--

7        MR. MONELL:  You tried to limit the commission

8    that agents should make.  You asked the question.  I

9    was giving you an answer.

10       COUNCILMEMBER POWERS:  Okay, well I--

11       MR. MONELL:  You're not letting me finish my

12   answer.  You're interrupting.

13       COUNCILMEMBER POWERS:  Okay.  Go ahead.  Go

14   ahead.

15       MR. MONELL:  So, the simple fact is, brokers do

16   work on both sides of the transaction.  There is not

17   a black-and-white answer here.  It's a nuanced

18   situation, and every side benefits.  The simple fact

19   of the matter is this Council wants to remove

20   negotiability from the tenant to do what is in his or

21   her best interest and dictate how an industry works.

22       None of you work in the industry, so you

23   shouldn't be legislating the industry, because you're

24   going to have unintended consequences.  And the 2019

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      93

 2   rent laws are the specific problem that we face now.

 3   I--

 4        COUNCILMEMBER POWERS:  I think-- I think the

 5   notion that a legislative body can't legislate a

 6   field that we don't work in is an absurd notion.  I

 7   just want to be clear about that.

 8        MR. MONELL:  But mistakes happen.

 9        COUNCILMEMBER POWERS:  But I do want to recognize

10   we are renters and tenants.  We have constituents.

11   We have people calling us with this problem, and

12   we've--  I've walked into these situations.  I know

13   exactly what I'm talking about, too.  I'm not saying

14   my expertise is your expertise.

15        You're there.  I respect your expertise, but that

16   notion that we can't participate in regulating a

17   field that we don't personally work in is, like the

18   entire-- it's like--  it's a ridiculous notion.

19        MR. MONELL:  We can agree to disagree.

20        MR. PHILLIPS:  Councilmember, I'll just try to

21   answer your question very quickly.  But, you know,

22   when you talk about the costs that it takes to

23   actually list a unit, show a unit, run an

24   application, do all the aspects relevant to make--

25   taking photography for an apartment to be rented, you
```

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        94
 2  know, there's a cost accrued there, right?  And, you
 3  know, the reality is, an owner, by and large, is
 4  going to pass that cost on one way or another, like
 5  it or not, unfortunately.
 6      And the reality is, I mean, if this bill were to
 7  pass, obviously, two things could happen:  Number
 8  one, it gets baked into the rent because, you know,
 9  the fee can no longer effectively be passed on in
10  certain situations.  The second aspect (and this is
11  probably more likely for stabilized units in
12  particular, because obviously there's a cap in
13  regards to how high rent can go) is the owner could
14  basically say, I'm no longer going to hire an agent.
15  I'm going to give a multitude of agents the right to
16  list this unit, and then the fee could still be
17  passed on in that regard.  And so the reality is this
18  is not going to do anything to actually alleviate
19  that cost.
20      Relevant to other markets, you're absolutely
21  right.  I mean, obviously we should look at what
22  other-- other cities are doing.  I think the
23  assumption that we are making is that other cities
24  are more affordable.  That necessarily is not the
25  case, right?  What we need to solve for is what will
```

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      95

2  actually reduce costs here in New York City.  We are

3  telling you, as an industry, I think, that this is

4  not the way to do it.

5      MR. MALLON:  I wanted to address your question.

6  You mentioned you walked into situations where there

7  was-- you assumed there was no fee, but there's

8  suddenly a fee.  Did you respond to a no-fee ad?  If

9  you responded to no fee ad...

10     COUNCILMEMBER POWERS:  I think--  I think

11  Councilmember Nurse brought up that situation.  I

12  didn't break up the situation.  I think she talking

13  about an--

14     MR. MALLON:  [TO COUNCILMEMBER NURSE

15  SPECIFICALLY]  Was it a no-fee ad you responded to?

16  Did you go--

17     COUNCILMEMBER POWERS:  I think--  I think the

18  point that she was making was that there are

19  situations where a tenant has seen an advertised no-

20  fee apartment, walked in, and had a fee.

21     Is there--  Well, actually, it's a good question:

22  What is the recourse for the tenant in that

23  situation?

24     MR. MALLON:  Right.  You go right to the listing

25  agent.  If the listing--  If it's a no fee rental,

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       96

2    you go right to the listing agent, the landlord's

3    agent, and there's no fee.  But if you elect to have

4    your own representation, you're going to pay a fee.

5    Everyone knows that.  So, if you go right to the

6    listing agent, the agent who has the listing, there's

7    no broker fee.

8         COUNCILMEMBER POWERS:  No, but I guess if I saw

9    an advertisement online that said, "No fee

10   apartment"--

11        MR. MALLON:  You go right to the listing agent.

12        COUNCILMEMBER POWERS:  And I went to the-- I

13   showed up to the thing, and I-- the person says,

14   there it's a 10% fee.

15        MR. MALLON:  Then that's not the listing agent.

16        COUNCILMEMBER POWERS:  Understood.  But I think

17   in this particular situation, most New Yorkers are

18   not going to know how to navigate, and that's--

19        MR. MALLON:  Anyone who deals with me--  Like, if

20   I have a no-fee rental online, it's only-- most

21   people come unrepresented.  They get it.

22        MS. FRIEDMAN:  That's why, with the agency

23   disclosure form, it sort of identifies who's

24   representing who in the equation, or if people waive

25   the right to have representation.

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION          97

2       COUNCILMEMBER POWERS:  But if I walk into an

3   apartment today and I-- there are, you know, three

4   other people looking at this apartment too-- five,

5   ten-- I mean, there's lines out the door sometimes.

6   I walk in and am asked to sign a form, I still didn't

7   bring you into the transaction.

8       It's like a Hunger Games moment, where I'm asked

9   at that point in time to sign it in order to get the

10  apartment I want.  It's like a forced disclosure form

11  to sign, to make sure that I can now get the

12  apartment I want.

13      And in the market that we're in, you're right,

14  like we're in a tight market, I am desperate to get

15  an apartment, I want to be close to my job, my

16  family, whatever it is, or I just like this

17  apartment.  I-- The competition for these apart-- at

18  least in my district-- the competition for these

19  apartments means, of course, I'm going to sign the

20  form and I'm going to pay the fee, if-- if that's

21  what gets me the apartment.  Or at least I'm going to

22  sign the form, because that gets me the apartment.  I

23  think that's a situation we're trying to solve for.

24      MR. PHILLIPS:  Yeah, I--

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        98

 2       COUNCILMEMBER POWERS:  I'm not trying to-- I

 3   don't want to come off as disrespectful to anybody

 4   here, but I think that we-- there are situations that

 5   are real, where people are fighting for these

 6   apartments and asked to pay-- sign the form and pay

 7   the fee.

 8       MR. PHILLIPS:  Yeah.

 9       COUNCILMEMBER POWERS:  And it's 50% of the

10   apartments in New York City.  So, there's a problem.

11       MR. PHILLIPS:  So, I would say--  I mean, two

12   things to that very quickly, and I know we have to

13   move on, Chair.

14       But first off, I mean, what you're describing, by

15   and large, is a creation of the 1.6 vacancy that we

16   have in the city, as you know.

17       The second aspect is, I think, you know,

18   regarding the rights that you have as a prospective

19   consumer, prospective renter, when working with an

20   agent should be more clear.  And I think it's

21   something that we as a-- as an industry could get

22   behind, relevant to making sure you know your rights

23   when you're working with an agent, you know your

24   rights when you're working with going to find an

25   apartment.  And there's a lot more that can be done
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        99

2    to make that more transparent.  So, in regard to what

3    we can do to actually solve for some of the issues

4    you're seeing in your district, we should discuss

5    that more, because I think there's some low hanging

6    fruit relative to making the process even easier.

7        CHAIRPERSON MENIN:  Okay, great.  Now I'm going

8    to turn it over to Councilmember Ossé before we call

9    the next panel.

10       COUNCILMEMBER OSSÉ:  Yeah, I just wanted to

11   clarify that, you know, I--  The bill does not end

12   broker fees, and I know that there was a lot of

13   communications coming from REBNY about that, which is

14   disinformation, but it says whoever hires a broker

15   must pay.

16       I personally was happy to hire a broker when I

17   was looking for an apartment.  I believe that brokers

18   add a valuable service to the city.  So, even if this

19   bill does pass, and it seems like, if it is a

20   valuable service like we all agree, then people will

21   still be hiring a broker, right?

22       That's how it works in every other industry, and

23   how it should work in this industry as well.  And the

24   final point is, whether it's 90%, or 30%, or 50% of

25   apartments that, you know, have a no fee apartment,

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        100
 2   whether it's on StreetEasy or Zillow, that number
 3   should be zero in terms of those who are forced to
 4   pay broker fees.  You know, that other percentage of
 5   apartments that are available, and that's
 6   unfortunately the case that we are seeing.  Thank
 7   you.
 8       CHAIRPERSON MENIN:  Okay.  Thank you very much to
 9   this panel.  We are now going to move on.  So, before
10   we get to the panel that I mentioned was going to go,
11   we-- I just want to mention we've been joined by
12   Comptroller Brad Landers, State Senator Julia
13   Salazar.  So they are going to come up first.
14       [SERGEANT AT ARMS ISSUES INSTRUCTIONS TO
15   AUDIENCE.]
16       CHAIRPERSON MENIN:  Hello, Comptroller Lander,
17   welcome.
18       COMPTROLLER LANDER:  Good morning.  Thank you so
19   much, Chair Menin, and members of the Council's
20   Committee on Consumer and Worker Protection, which I
21   used to serve on and loved, and other members of The
22   Council.  Thank you for convening this important
23   hearing and providing the opportunity to testify on
24   critical legislation facing tenants across the city.
25   I strongly support Intro 360, The Fairness In
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       101

2    Apartment Rental Expenses, or FARE Act, sponsored by

3    Councilmember Ossé.

4        Intro 360 as you know, requires that whoever

5    hires a broker in a real estate transaction pays the

6    broker's fee.

7        The FARE Act is a common-sense bill that I urge

8    the Council to pass for two main reasons,

9    transparency and fairness.  The FARE Act would

10   require that fair, transparent contracts are

11   negotiated between parties involved in renting

12   apartments in New York City.  Over two thirds of New

13   York households are renters.  Those households are

14   disproportionately low-income compared to homeowners,

15   and they deserve to know exactly how much it will

16   cost to rent a new apartment.  This bill, in many

17   ways, will simply provide renters with the same fair

18   treatment and transparency that are already provided

19   to buyers in the home ownership market, making sure

20   that all fees and costs are known to the renter at

21   the outset of the transaction.

22       And it is also a common-sense element of fairness

23   that the party that chooses the broker should pay the

24   fee, where tenants hire a broker to help them find an

25   appropriate unit.  Of course, they should foot the

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        102

2    bill, but where landlords are the ones to identify

3    and hire, they should pay the fee for the broker

4    they've chosen.

5        And you were talking about this in the prior

6    panel, but I think it just bears underlining:

7    Landlords do bear a lot of costs, you know?  They

8    need to have insurance, and they need to hire a

9    super, and they need to pay for a plumber to come fix

10   the unit.  None of those things can they go and give

11   the bill to the tenant.  That is what rent is.

12   Tenants pay rent for services, and when landlords

13   choose services to be provided to them, they pay.

14   When tenants choose services to be provided to them,

15   they pay.  That's what this bill would do.  It is

16   plain and simple.

17       Look, it won't solve all of New York City's

18   housing problems.  We're in the tightest housing

19   market in generations, lowest vacancy rate, highest

20   rent burdens.  I won't go into that.  That's in my

21   testimony.

22       But families are leaving the city as alarming

23   rates as a result, and reducing the burden of hidden

24   brokers fees on families trying to find a new home

25   could potentially help to counter those trends.  With

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        103
2   record high rents, an unexpected an often last-minute
3   request or demand for a broker's fee can be the
4   difference in a tenant's ability to afford a
5   prospective apartment.  And with an increasingly
6   competitive housing market, this is an inefficiency
7   that can and must be avoided.
8       I'm very grateful for the opportunity to testify,
9   for you to have this important public hearing, and I
10  urge the Council to pass the FARE Act.
11      Thank you so much.
12      CHAIRPERSON MENIN:  Thank you, Comptroller.  And
13  now we will turn to State Senator Salazar.
14      SENATOR SALAZAR:  Thank you, Chair Menin and
15  members of the Committee, Councilmembers, for
16  allowing me to testify today.  I am Senator Julia
17  Salazar.  I represent communities in parts of
18  Brooklyn and Queens in the New York State Senate.
19      I want to express my support for Councilmember
20  Ossé's bill, the FARE Act, to ensure that prospective
21  tenants in our city will no longer be forced to pay
22  broker fees in cases where the tenant did not hire
23  the broker.
24      The norm within New York's rental market of
25  landlords passing brokers or agencies on to
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       104

2    residential tenants makes an already expensive and

3    often burdensome process of securing housing in our

4    city, even more cost prohibitive for many renters.

5        This practice is not the norm in most major

6    cities in the US, as has already been mentioned.

7    However, in New York, the practice of landlords or

8    brokers demanding the tenants pay the broker's fee is

9    not new.  In fact, the state legislature sought to

10   address this problem through the Housing Stability

11   And Tenant Protection Act, the HSTPA, an omnibus bill

12   that I voted for, which became law in 2019.

13       The intent of the legislation was to strictly

14   limit the fees that can be legally imposed on a

15   tenant, and to end the practice of compelling tenants

16   to pay additional fees, including brokers fees, as a

17   precondition to obtain housing.

18       Unfortunately, after parties representing the

19   real estate industry brought a lawsuit against the

20   Department of State for seeking to enforce this law,

21   a state court ruled against the Department of State's

22   guidance in 2021 making the broker fee component of

23   the HSTPA unenforceable.  As a result, there is

24   currently nothing preventing a landlord from

25   demanding a tenant pay the commission or fee for an

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      105

2  agent that the tenant did not hire, and there is no

3  legal limit to how much a landlord or broker can

4  charge a tenant as a broker fee.

5      Due to this failure to restrict brokers' fees, a

6  family or a tenant who could otherwise afford the

7  upfront costs of renting an apartment often faces a

8  wildly unaffordable broker fee, costing them

9  thousands, or even in some cases, tens of thousands

10 of dollars in order to move into an apartment.

11     When the broker works for the landlord, the

12 broker should be paid by the landlord.  Brokers often

13 provide a valuable role in service to property owners

14 and to prospective tenants.  The purpose of this bill

15 is not to negatively impact brokers or their

16 livelihood, but simply to make it clear that the

17 party who hires the broker is responsible for paying

18 the broker, and they cannot stick another person with

19 their bill.

20     In a city where hundreds of thousands of our

21 neighbors are experiencing homelessness every day and

22 countless more New Yorkers are struggling with

23 housing insecurity, we cannot allow such an

24 exploitative practice to persist, that makes it

25

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        106

2   impossible for many working people to secure

3   permanent housing.

4       For the sake of my constituents and the majority

5   of New Yorkers who are renters, it is urgent that the

6   City Council pass the FARE Act and protect tenants as

7   consumers from this harmful and unjust practice.

8       Thank you.

9       CHAIRPERSON MENIN:  Okay.  Thank you both very

10  much.

11      COUNCILMEMBER OSSÉ:  Thank you.

12      CHAIRPERSON MENIN:  Okay.  Thank you both very

13  much for your testimony.

14      We are now going to move on to the panel that I

15  mentioned Rob Solano, Andrea Joseph, Jeffrey Hannon,

16  Annie Abreu, Bradley Tusk on Zoom.

17      Just to expedite, I'm going to let the next panel

18  know.  That doesn't mean come to the desk, but just

19  start to get ready.  The panel after will be Melissa

20  Gomez, Sarah Salzberg, Hal Govsie, and Douglas

21  Wagner, thank you.

22      MR. HANNON:  Okay.  Sorry about that.

23      CHAIRPERSON MENIN:  Okay, no problem.  Please go

24  ahead.

25      MR. HANNON:  I'd like to thank--

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      107

2      COUNCILMEMBER OSSÉ:  You've got to turn your mic

3  on.

4      CHAIRPERSON MENIN:  Turn your mic on.

5      MR. HANNON:  I turned it off.  Sorry about that.

6  I'd like to thank you the committee Chairperson.  I'd

7  like to thank Chi for pushing this bill, listening to

8  brokers, tweaking the bill from the earlier bill.

9      My name is Jeffrey Hannon.  I'm a real estate

10  broker.  I own my own brokerage.  I'm a one-man shop.

11  I'm independent.  I started my brokerage in early

12  2020, before COVID, after leaving Douglas Elliman.

13      I'm here today because-- Not so much that I work

14  in rentals so much anymore.  I've been doing this

15  since 2012.  I was one of these rental brokers who

16  gets told, "You know you're going to be the next

17  Frederick Eklund, and you're going to have your

18  million-dollar listings."  And the reality is, I

19  moved here.  I was working a serving job in Midtown.

20  I had $5,000 in the bank, and I closed one deal that,

21  like, a cousin of a cousin had, and I thought I was

22  going to-- you know, this was it.  I quit my serving

23  job.  And then September came.  I made no money.  It

24  slowed down.  This was back in 2012.  I've always

25  hated having to collect a broker's fee from my

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        108
 2   tenant.  There are OPs that everyone talks about.
 3   There's 50%, our Ops.  You know, I don't know where
 4   they get this data.  StreetEasy?  Because StreetEasy
 5   is not reliable.  We don't have an MLS in this city.
 6   It's one of the only ones also that doesn't have a
 7   Multiple Listing Service where brokers can look and
 8   get all the listings.  A private company had to
 9   create this, and now it's owned by like the Zillow,
10   Trulia, Naked Apartments, whatever.
11      I take issue and nothing personal against Bess.
12   She was lovely.  I met her outside.  But when was the
13   last time she's represented a tenant under $5,000
14   around this city and made--
15      [BELL RINGS]
16      I'm just going to ask you to wrap up again.
17   Everyone has two minutes.  So once the two minute
18   bell, everyone needs to wrap up.
19      MR. HANNON:  Basically, REBNY does not represent
20   agents.  They represent corporate landlords, and
21   they're lying to their agents.
22      CHAIRPERSON MENIN:  Okay.  Time is up.  Next
23   speaker.  Thank you.
24      MR. SOLANO:  Good morning.  My name is Rob
25   Solano.  I am the co-founder and Executive Director
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        109

2    of Churches United for Fair Housing.  We have over

3    25,000 members to our 40-plus church partners

4    providing affordable housing service in Brooklyn,

5    Queens, and recently in the Bronx.  I am here today

6    on behalf of hundreds of thousands of tenants we

7    represent throughout New York City to support the

8    FARE Act.

9        The FARE Act is simple and clear, making it one

10   of the easiest bills we have ever had to explain to

11   our members and faith leaders.  If you hire someone,

12   you pay for their services.  This bill doesn't stop

13   brokers from getting paid.  It just ensures that the

14   cost is covered by the party who hired them.

15       Right now, landlords can force tenants to pay for

16   brokers they didn't choose or vet, and cannot hold

17   them accountable.  We have heard many, many, many

18   hundreds of stories of tenants who would charge a

19   month's rent just to receive a lockbox code from the

20   broker.  Moving is already expensive with moving

21   related fees, first month's rent, and a deposit.  It

22   can take months to get your deposit back from your

23   current apartment, making saving up to moving nearly

24   impossible.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        110

2        Adding a broker fee on top of that creates a huge

3    barrier, especially for low-income tenants that are

4    using CityFHEPS vouchers, Section 8 or HASA.  I would

5    love to see brokers who raise their hand that work

6    with those tenants.  On HRA, only pay half their

7    usual broker fees.  We've only seen landlords use

8    broker fees to exploit tenants.  For example, right

9    now, there's a listing in the Bronx for an

10   affordable, rent stabilized apartment, and it comes

11   with a broker fee, a $10,000 broker fee to the

12   tenant.

13       I urge you to support the FARE Act.  Your backing

14   will help create a fair housing system in New York

15   City.  Thank you.

16       CHAIRPERSON MENIN:  Thank you.  Next speaker.

17       MS. JOSEPH:  Is this on?

18       CHAIRPERSON MENIN:  If the red light is on, it's

19   on.

20       MS. JOSEPH:  Okay.  Thank you.

21       Good morning, Councilmembers.  My name is Andrea

22   Joseph.  I am a postdoctoral researcher at Mount

23   Sinai and the president of United Auto Workers Local

24   4100.  Today, I have the pleasure of speaking not

25   only on behalf of my members in 4100, but all our New

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        111

2    York City members in Region 9A.  We represent workers

3    in nonprofits, arts museums, higher education, movie

4    theaters, car dealerships, sciences, and more.  The

5    vast majority of our membership are renters.

6        We have a housing and affordability crisis in our

7    city.  Our members work hard.  We fight at the

8    bargaining table for everything we get.  I know this

9    firsthand because my shop at Mount Sinai went on

10   strike for our first contract last winter.  In our

11   strike, we won nation leading wages for postdocs.  We

12   are proud of that, but I am equally proud that we

13   stayed on strike to win housing guarantees for our

14   members.

15       The reason we did this is because we are a

16   majority immigrant workforce.  We knew that if we

17   didn't fight for it at the bargaining table, our

18   members would be subject to the open market, and they

19   would be vulnerable to exploitation by broker fees.

20       In our strike, we were also fighting for

21   childcare and to keep women in the workforce.  I've

22   heard from members across our region that they are

23   deciding to move out of the city or leave a job they

24   love because they cannot afford an apartment with

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       112

2    space for their families and the broker fee that goes

3    along with that.

4       One example I heard of this was from a leader in

5    our union with an 18-month-old daughter who wanted to

6    move within his rent-stabilized building to a newly

7    vacant larger apartment one floor down.  When he

8    asked about moving into the other apartment, the

9    landlord tried to charge him a broker fee by

10   connecting him with his preferred broker instead of

11   letting him transfer.  This was someone already

12   paying a monthly rent to this exact landlord.  That

13   worker is now moving out of the building, moving

14   further from his daughter's school, friends, and

15   family because they needed more space.

16      [BELL RINGS]

17      At the bargaining table, UAW fights for workers

18   to get our fair share, but we also stand for the

19   entire working class, because not everyone is in the

20   union.  We fundamentally support Councilmember

21   Ossé's--

22      CHAIRPERSON MENIN:  Okay, I'm going to ask you to

23   wrap it up, please.  Thank you.

24      MS. JOSEPH:  That's it.

25      CHAIRPERSON MENIN:  Great.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       113

2        MS. ABREU:  Is it on?  Okay?  Hello.  My name is

3    Annie Abreu.  I'm from Sunset Park in Brooklyn.  I

4    just graduated law school, so I'm actually taking a

5    break from studying for the bar to come testify and

6    convince everybody that doesn't need to be convinced.

7    Me and my mother are low income, so I faced housing

8    insecurity basically most of my life, but it's been

9    worse within the last 11 years, especially as the

10   housing crisis has worsened.

11       For the past three years, we have lived in a very

12   insecure living situation where the threat of

13   eviction basically hangs over our head every single

14   day.  And among other things, we can't really do

15   anything, because it's not a situation where the law

16   really protects us.  But my need for housing has

17   increased.  We desperately would like to move, and as

18   I step into my new employment as a housing attorney,

19   in September adequate housing is going to be

20   essential for that transition.

21       We've had two main obstacles when it comes to

22   being able to move freely within our neighborhood.

23   The first is income requirements.  Because we are low

24   income, we don't really make the 40-times-the-rent

25   requirement that a lot of landlords set.

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        114

2      However, even as I'm about to enter into a new

3  income bracket and finally meet that income

4  requirement, I'm faced with another obstacle, which

5  is the broker's fee.

6      It would be impossible for us to leave our

7  current insecure living situation and find an

8  apartment in my neighborhood as soon as I start

9  working, because having to pay three fees in one go

10  is basically impossible.  That means that me and my

11  mother would have to save money for at least six to

12  eight months before we even have enough money to just

13  pay the landlord.  So, that doesn't even cover moving

14  expenses.  It's literally just money going to a

15  single person, and they're going to use a portion of

16  that to pay the person they hired, not that I hired.

17      I'm fine paying one month's rent and security

18  deposit.  But given that our current expenses won't

19  just disappear to give me and my mother the ability

20  to save all of that money, it is much more feasible

21  for us to save $4,600 for a two bedroom that's going

22  for like $2,300 in my neighborhood, than it would be

23  for us to save $6,900.

24      While me and my mother would love to save every

25  paycheck that comes our way, it's impossible.  Living

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        115

2    in New York City basically means that you pay to

3    breathe at this point.  I do not think that there's

4    any reason for me to pay one month's rent or more to

5    a person the landlord hired to post something on

6    StreetEasy, or Zillow, or God-knows-where, riddled

7    with typos and lies only for me to get the apartment

8    on my own and not get any response and not get any

9    responses to my basic questions.

10       CHAIRPERSON MENIN:  Thank you.  And we have one

11   more speaker on this panel.  We have Bradley Tusk on

12   Zoom.

13       MR. TUSK:  Thank you so much.  Since you guys

14   have a lot of people we testify, I'm going to be

15   really brief and skip my prepared remarks.  I just

16   want to make the case that from an economic

17   standpoint, this bill is excellent for New York City.

18   Everyone here has approached it from more of an

19   affordability standpoint.  That makes a lot of sense.

20   But one of the things that makes New York New York,

21   is that the best and the brightest people from all

22   over the world, every continent, every part of the

23   globe, want to come here, and they come here, and

24   they do great things.  They start businesses.  They

25   start organizations, they create great ideas.  They

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        116
 2   create great art.  And that's what allows so much
 3   more opportunity to happen for so many other New
 4   Yorkers.  But we are preventing their ability to do
 5   that, and to move here by charging that, the sort of
 6   artificial barrier, this totally unnecessary fee.
 7       And so unless we want a city where all we have
 8   are people can afford the broker's fee, like the
 9   consultants, and investment bankers, and things like
10   that, and who would want a city like that?  It's
11   totally boring.
12       You know, we're losing a lot of talent to Austin,
13   to Nashville, to Miami, to so many other places, that
14   we don't have to.  So from a long-term perspective,
15   from the city creating jobs, creating wealth,
16   creating more taxpayers, the best thing we can do is
17   pass the FARE Act.  Thank you.
18       CHAIRPERSON MENIN:  Thank you.  So, I think
19   Councilmember Ossé has questions for this panel.
20       COUNCILMEMBER OSSÉ:  Uh, I have a question for
21   everyone on this panel, but I'll start with Mr.
22   Hannon.  As a broker, why do you support the FARE
23   Act, and is it important that the FARE Act passes?
24       MR. HANNON:  I'm not a very good public speaker.
25   I'm sorry.  I support the FARE Act, because if my co-
```

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      117
2   op clients, my condo owner clients, can afford to pay
3   a one-month fee than a landlord that has 700
4   buildings, these huge corporate landlords, can pay
5   the fee.  In fact, they already do.  All of us here,
6   we always have to explain to our clients, "Oh, the
7   no-fee versus the fee, the no-fee apartment it's
8   built in, they offer two months free."  Net effective
9   is the new thing.  They rent those at lower-- It's
10  just so--  There's no transparency, and the $50,000--
11  It's just like, people are on food stamps or on
12  Medicaid, and like, I'd love to know how many of them
13  are in that level, like the working class, the
14  immigrants, the ones just starting off.
15      I'm in favor of it because I have nothing to
16  lose.  I don't care.  I don't need to work in this
17  business anymore.  But I will fight for those who are
18  younger than me.
19      [BACKGROUND VOICES]
20      [GAVEL]
21      COUNCILMEMBER OSSÉ:  Thank you.  I have a
22  question for Rob Solano.  From your organizing work
23  across the city, how many New Yorkers hire brokers?
24      MR. SOLANO:  We've been doing this since 2009.
25  One of our workshops had over 2000 New Yorkers come
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        118

 2   to apply for housing.  And I would say-- I would say,

 3   none wanted to hire a broker to pay a fee for them,

 4   for ultimately something that they can find on

 5   Zillow, or StreetEasy, or word of mouth to folks.

 6   And most of them-- and this was going back from their

 7   own experience-- the broker would pay the fee if they

 8   were buying the apartment, or if they were buying a

 9   condo.  They're mental already is established that

10   broker fees are paid by the landlord.

11       And I just wanted to make-- about broker fees:

12   HPD already does follow the FARE Act in their

13   marketing guideline on page 67, Attachment S1.  They

14   have embedded the FARE Act where the broker fee is

15   done by the developer.  And I have a lot of respect

16   for the HPD rep, uh, that came.  They could have gave

17   you the data, since they've been building housing

18   since 1975 at HPD.  They could have came to told you

19   what the broker fees are, and they would have told

20   you that they do it through the FARE Act.  They put

21   it on the developer, and why the market in HPD has

22   been incredibly successful for over four decades.

23   HPD has been working with the FARE Act and been

24   implementing the broker fee to the developer in all

25   of their projects, not just the Mitchell Lama throw
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        119

2    that he gave you.  It's been embedded in their

3    marketing system for four decades.

4        COUNCILMEMBER OSSÉ:  And the previous panel of

5    brokers stated that the current system is

6    transparent.  They were implying that prospective

7    tenants are going into these deals with the full

8    knowledge that they need to pay the broker fee.  Do

9    you feel that the bargaining and negotiating process

10   for tenants is fair under the current system?

11       MR. SOLANO:  Absolutely not, because we also work

12   with the developers that do some-- take on the

13   brokers, and they sometimes put it on the tenants on

14   our affordable housing marketing team.  And I would

15   say to-- the marketing team is relatively brokers.

16   You can just call their marketing team a marketing

17   agent.  I would say no one has any idea of what's

18   happening as a tenant in the experience.  They get

19   their first month, they get their last month, they

20   get their security.  They try to get this thing

21   going.  Then they get reminded they don't have to pay

22   last month anymore.

23       Very, very common, the broker fee is a gotcha at

24   the end that is reminded and hustled by the broker.

25   I do want to establish why I think there's a lot of

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       120

2    energy-- why the why the brokers want to go one on

3    one with tenants and not landlords.  Landlords have

4    lawyers, landlords have staff, landlords have

5    resources and other real estate apartments to hustle

6    with that broker.

7        So, it's much easier for a broker to go one-on-

8    one with a single mom.  It's much easier for a broker

9    to go one on one with someone that doesn't have a lot

10   of resources and won't sue them.  And also a broker

11   can then ruin their credit if that specific tenant,

12   for some reason, they didn't feel like the services

13   was done well, and decided not to pay the broker fee,

14   that broker could turn around, write a report, and

15   give that person a bad credit.

16       So, there is a lot of strategy, why big broker

17   firms here today would rather handle everyday New

18   Yorkers, and why I'm appreciative of the government

19   here today taking a step forward to support the

20   tenants and everyday New Yorkers.  Let them deal with

21   the landlords as they usually do.

22       CHAIRPERSON MENIN:  Thank you for that.  And I

23   have a question for Ms. Joseph from the United Auto

24   Workers--

25       [BACKGROUND VOICES]

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        121

 2        COUNCILMEMBER OSSÉ:  [TO CHAIR, GESTURING:]  She

 3   was yelling liar.  The woman in the blue over there.

 4        [GAVEL]

 5        CHAIRPERSON MENIN:  Let me be clear:  Whether

 6   you're for this, against it, the rules are very

 7   clear.  We will call you out of order, and the

 8   Sergeant Of Arms will remove anyone who is

 9   disruptive.  Okay?  I just want to make sure everyone

10   understands the rules that we follow here in the

11   Council.  So if people will continue to be

12   disruptive, they will be removed.

13        COUNCILMEMBER OSSÉ:  I do have a question for

14   Ms.--  Thank you, Chair Menin.  I do have a question

15   for Ms. Joseph from the United Auto Workers Union:

16   Why is broker fee reform important for unionized

17   workers?

18        MS. JOSEPH:  Sure.  As I mentioned in local 4100,

19   and in my shop at Mount Sinai, 80% of our workers are

20   international workers.  60% of postdocs at Columbia

21   are international workers.  Many of us are parents,

22   have children.

23        Affordability is an issue that affects workers

24   and especially UAW members across the region.  It's--

25   You know us postdoc researchers are coming to New
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION      122

2    York City to contribute to science.  You know, study

3    cures for cancer, study neurodegenerative diseases.

4    We're relocating.  We're moving to--  We're moving to

5    a new country.  We have many--  The moving costs are

6    exceedingly high.  And you know, as the speakers

7    before me mentioned, being forced to pay first

8    month's rent, last month's rent, security deposit,

9    and, you know, broker fee on top of that is, you

10   know, makes it impossible for our workers to upgrade

11   apartments when our families grow, or when our needs

12   change.  So, it's really important to workers in our

13   union and all the working class people in the city.

14       COUNCILMEMBER OSSÉ:  Thank you.  And my last

15   question is for Miss Abreu.  How has the broker fee

16   impacted your ability to find housing for you and

17   your mother, as you testified?  How is the broker fee

18   considered an obstacle to find affordable housing for

19   working class families?

20       MS. ABREU:  So actually, I was thinking about it

21   when you asked.  I can't remember who, but when you

22   asked about the bargaining process.

23       And for me, I remember, about, like 2014 I was in

24   high school, but we were trying to move, so I was

25   like, looking for a place for us, like, as a

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        123

2    teenager.  And we were so desperate at the time that

3    that fee came up, and I was so confused.  I was

4    always used to hearing about security deposit, one

5    month's rent.  And I was like, "Oh.  Well.  Okay.  I

6    guess we're desperate, so we'll pay it," but the

7    income requirement was the main obstacle then.  But

8    that was when rent was $1,400.  Now rent for a two-

9    bedroom, or even a one-bedroom, is like over $2,000.

10    I was passively searching on StreetEasy the other

11    day.  I found like 32 apartments that were listed.

12    Only two of those didn't have a fee.  One of them

13    that didn't have a fee was a two-bedroom apartment

14    that was going for $3,200.  Why would I go for that

15    option when there is a two-bedroom apartment that's

16    available for $2,000?  But then the problem with that

17    one is that there is a broker's fee.  So I would have

18    to save $6,000 to be able to actually access that

19    apartment.  So, for me, that means that if I want to

20    move within New York City, I can't move freely.  I

21    have to save for six to eight months, like I

22    mentioned before.  I have to keep myself in an

23    insecure living situation, keep myself in an

24    uncomfortable living situation, keep myself in an

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        124

2    inadequate living situation until I have enough money

3    to pay somebody that I did not hire to move.

4        COUNCILMEMBER OSSÉ:  And I'm not sure if you

5    remember, in your search, but when you found those

6    two no-fee apartments, do you recall if they were

7    luxury buildings, or pre-war buildings?

8        MS. JOSEPH:  No, they were-- they were like

9    regular buildings in the neighborhood, like, that you

10   would find, you would look in like one of the regular

11   apartments that are like in the corner.  You know,

12   something I see every single day.  There's not really

13   that many luxury apartments in-- in Sunset Park,

14   specifically.  And something that I keep like

15   laughing at when people talk about the fact that

16   there are not develop-- enough developments going on

17   in New York City.  There are so many affordable

18   housing lottery apartments being built all throughout

19   the five boroughs.  But the problem with that is that

20   there's like, income requirements for that, so

21   they're not accessible either.  So, there are

22   apartments.  So, I don't know where that-- that's

23   coming from.

24        And I also don't know where the number, like, the

25   50% of apartments that don't have brokers fees coming

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        125

2   from.  Because again, in my search, I only found two

3   that did not have a broker's fee.  And usually when

4   they don't have a broker's fee, it means that they're

5   going to be more expensive in rent because they're

6   trying to, like, fit that fee in somewhere else.

7        [BACKGROUND VOICES]

8        That's not in support of y'all.

9        [GAVEL]

10       MR. SOLANO:  Councilmember, if I may add to your-

11   - Councilmember Ossé, if I can  also try to answer

12   your question.  If you look at The Williamsburg

13   market today, most of the development sites do not

14   hire brokers.  They--  If the brokers were so sought

15   after, and this was an incredible service, why aren't

16   these high in high-income markets that charges $4,000

17   to $5,000 for two bedrooms going after the brokers to

18   market their apartments?  There is an incredible

19   balance in the Williamsburg market right now.

20   There's incredible data on it that all the waterfront

21   units are being done on their own, with their own

22   team, without charging a tenant the broker fee.

23       So, there is a level of the high-income community

24   that does not have to pay the broker fee.  They get

25   net effective rent.  They get no fee.  They get

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        126

2    swimming pool access.  They get amenities on top of

3    it.  They sometimes get a television from their deal.

4    But when it comes to the lower income side of the

5    family, we don't get the TV, we don't get the one

6    month off, and we have to pay a broker, a broker fee

7    for an apartment that should be being paid a broker

8    fee by the landlord.

9        So, there is a substantial amount of market rate

10   units in the system that is not using the service, a

11   lot of the people here in the room that call

12   themselves brokers.  They've-- The whole entire high

13   income level renters have shifted over to handle

14   their own team and not charged broker fee.

15       So, the market is responding.  The market is

16   saying, "Broker fee should either be handled by the

17   landlords, or we shouldn't be charging it at all,"

18   and that's coming from the high incomes.

19       So, what we should be doing is establishing,

20   getting the data from that, and understanding that if

21   that's working for the higher market, could be

22   working for the lower market as well.

23       MS. JOSEPH:  I want to also reference the fact

24   that they all cheered for that, but that's-- the fact

25   that landlords find sneaky ways to do things is their

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        127

2    fault as well.  They are their partnership.  It's a

3    predatory partnership.  They're going to feed each

4    other some way or another.  It's not because

5    landlords are just going to do it to do it.  It's a

6    partnership.

7        CHAIRPERSON MENIN:  We've also been joined by

8    Councilmember Krishnan, and I'm going to turn it over

9    to Councilmember Nurse for a question.

10       COUNCILMEMBER NURSE:  Thank you, Chair.  One of

11   the things that was said this morning at a rally was

12   about the upfront costs, cobbling together the

13   upfront costs versus a little bit more in rent

14   monthly.  And I think it really speaks to the cash

15   flow issue that we're-- that really is the problem

16   with most with most household budgets.  They don't

17   have the cash flow.  They have very little savings.

18   If anything goes wrong, if they get hurt at work, if

19   something happens, their kid gets sick--  Like every-

20   -  So many New Yorkers are a simple accident, a

21   simple car situation away from completely depleting

22   their entire bank accounts.  And so I-- you know this

23   conversation about rolling in the rent or not, it

24   really is about the fact that cobbling together

25   thousands of dollars up front is the-- is the

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION       128

2  barrier.  Somebody said today, oh, $50 to $100 more

3  in rent.  That might be something they could stomach

4  because that's what the market is at, unfortunately,

5  and that's a problem that has to be fixed.  And

6  believe me, this Council works on that all the time.

7  Nobody here on this-- in this side of the table needs

8  a lecture about housing supply and housing demand.

9  We can just not waste our time talking about that, in

10  this particular instance.  But the fact that it's--

11  it's incredibly challenging to get $3,000, $2,000,

12  $1,000 extra when you don't really have anything in

13  the savings is really what we're talking about as

14  well.

15     So, can you speak to the-- the community that

16  you, that you work with and serve and their ability

17  to pull that amount of money together?

18     MR. SOLANO:  I welcome this conversation.  We-- I

19  just did it on Saturday.  I helped my-- my brother-

20  in-law, move from a fourth floor walk up to a first-

21  floor apartment five blocks away.  And I was just

22  there to bring coffee, and I ended up moving the bed

23  and the bureau with him.  I was there for two hours

24  while my wife had the two kids looking.  He only had

25  enough for the security deposit and the first month's

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       129

2    rent, and he has saved over two years just to be in

3    the position.  And in his own mental felt that that

4    was totally appropriate.  "It's the first month that

5    I lived there, and if anything ever happens to this

6    apartment, I know that is a security, that me and the

7    landlord will come..."  This is on the ground.  The

8    data will show that what I've just said as a human

9    example, will collaborate-- collaborate, everything

10   I've just told you on.  It is almost nearly

11   impossible for everyday New Yorkers to combo together

12   our a first month's rent and a security.  And he

13   already accepted that he was not going to get the

14   security from the apartment, that he was not-- even

15   though he mopped it, cleaned it, erased every little

16   thing that was there.  He already just said, that's

17   going to take me forever.  I'm going to try, but I'm

18   probably not going to get that back.

19       So, there is an incredible need that if there was

20   another fee on top, it would have been two years just

21   to do the first month, and the security, it would

22   have been impossible just for my brother-in-law to

23   move anywhere.

24       So, to your point, I say this is an incredible

25   need to put that broker fee on the landlord.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      130

 2       CHAIRPERSON MENIN:  Okay, thank you.

 3       COUNCILMEMBER NURSE:  It's also-- It's also the

 4   fact that sometimes people end up going into debt to

 5   cover that fee.

 6       MR. SOLANO:  Yeah.

 7       COUNCILMEMBER NURSE:  Because even if they might

 8   work out a deal where there's-- they're not only--

 9   things are rolled into their rent, but they're still

10   paying off monthly, something with a deal.

11       So, it is incredibly challenging at the household

12   level, and I really appreciate you speaking on it.

13       MR. SOLANO:  Thank you.

14       CHAIRPERSON MENIN:  Thank you very much.

15   Councilmember Oseé had another question for the

16   panel.

17       COUNCILMEMBER OSSÉ:  Just one more question for

18   Mr Tusk, in response to your point on this impacting

19   the economy.

20       From your perspective, why is passing the FARE

21   Act important, especially for young professionals who

22   may want to work in new industries in the city?

23       MR. TUSK:  Yeah.  I mean, look, I invest in tech

24   startups, early-stage tech startups all over the

25   country.  But I would always prefer to invest in New
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       131

2    York startups.  And I have all of these companies

3    where they want to be based here, but they have to be

4    able to recruit talent, and they're competing with

5    other startups all over the country and all over the

6    world, and when the cost of living here is too high,

7    when someone has to move here and pay exorbitant out-

8    of-pocket fees just to get information that's already

9    free on the internet, they end up not basing their

10   companies here, right?  And so all kinds of

11   industries, from digital health, to transportation to

12   energy, to education that are doing incredibly

13   groundbreaking things all across artificial

14   intelligence, machine learning, things like that.

15       We're not getting the benefit of that, simply

16   because we are sacrificing all of those jobs and all

17   that opportunity in order to give one constituency a

18   fee that they really, quite frankly, don't deserve.

19       COUNCILMEMBER OSSÉ:  And the last question that I

20   have for you is:  Why is it important to keep our

21   young professionals in New York and not move to other

22   cities?

23       MR. TUSK:  I mean, they're-- because the ROI, the

24   Return On Investment is really high.  I mean, these

25   tend to be people, who they're typically not in

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        132

2    schools, so there's no cost of educating.  They're

3    not using a lot of social services.  They're spending

4    the vast majority of their disposable income on

5    entertainment and nightlife, and, you know, bringing

6    it right back into the economy.  So, they're--

7    they're paying taxes, they're putting money in the

8    economy.  They require very little from the city in

9    terms of cost or services.  These are really high-

10   value tax payers, and having them is where it gives

11   us the resources to help everybody else who needs

12   help.  And so we should do everything we can to

13   encourage them to be here.

14       COUNCILMEMBER OSSÉ:  So you would say forced

15   broker fees are bad for New York City's economy?

16       MR. TUSK:  No question about it.

17       COUNCILMEMBER OSSÉ:  Thank you.

18       MR. SOLANO:  Councilmember Ossé, may I add to the

19   economy question?  Because it's something that Sandy-

20   - Councilmember Nurse had mentioned:  The assumption

21   is that most of our tenants are paying 30% of their

22   income towards rent.  Tenants are more likely paying

23   50% to 60% to 70% of their income is going to rent.

24       This is not the days of 30% ratio that is

25   happening in New York.  The market has exploded that

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       133
 2   people need to put-- it used to be two generations of
 3   family.  People putting four generations of family in
 4   one household, squeezing into a two-bedroom, and
 5   paying up to 70% of that family's income towards
 6   rent, and additional-- your legislation to put the
 7   broker fee into a landlord or to anyone that wants a
 8   broker fee will be life-changing to everyday New
 9   Yorkers.
10       And I just wanted one last second to say, it's
11   not every day this happens.  Over two decades that I
12   have been pushing legislation, this is an important
13   legislation that has real impact on New Yorkers, and
14   I appreciate you all today.
15       COUNCILMEMBER OSSÉ:  Thank you.  Thank you Chair.
16       CHAIRPERSON MENIN:  Okay.  Thank you very much to
17   this panel.  And we will now call the next panel.
18   Douglas Wagner, Hal Govsie, Sarah Salzberg, Melissa
19   Gomez.  If you could please come up.
20       Okay, please begin.
21       MR. WAGNER:  Hello.  I'm Douglas Wagner from BOND
22   New York.  I live in Councilmember Ossé's District
23   36.
24       I'd like to draw attention to the ideas of how
25   this would affect advertising transparency and
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        134

2    possibly create the greatest amount of shadow

3    inventory since the days of classified newspaper

4    advertising.

5       Landlords can make a business decision not to pay

6    a broker fee, and they can simply offer available

7    apartments to the brokers they do business with on an

8    open-listings basis, and then still have the tenant

9    pay the fee.  This is what happened in 2019, as was

10   previously discussed when the Department of State

11   issued guidance around HSTPA preventing a landlord's

12   agent from charging a broker fee to a tenant.  As we

13   know, that guidance was overturned, but in the

14   interim, landlords would temporarily restate their

15   relationships with real estate brokers as a way to

16   avoid paying the fee.

17      Many of the rental companies would receive

18   vacancy lists with the same apartments on them with

19   huge disclaimers prohibiting advertising, warning us

20   that we, as brokers, could list the apartments, but

21   we did not represent the landlord.  We were

22   encouraged to show these listed apartments to, and

23   bring applications from, tenants we already

24   represented and who would pay our commission.

25

```
1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        135

2        I'm afraid the number of online apartment ads

3    would likely decrease by up to 85% when brokers are

4    no longer allowed to advertise non-exclusive

5    listings.

6        Consumers don't care whether a listing is an

7    exclusive or a non-exclusive.  They want to find out

8    what's available and how to see it.  We could go from

9    around 17,500 transparent apartment ads today to

10   about 2,500 of them in a week, removing consumers'

11   choice to search between no fee and fee-based

12   listings, effectively forcing anyone able to find

13   anything satisfactory in the remaining inventory to

14   have to hire a real estate broker and pay them the

15   fee.

16       Most brokers would continue to receive the

17   vacancy lists, but the information won't go away--

18       [BELL RINGS]

19       CHAIRPERSON MENIN:  Okay.  I'm going to ask you

20   to wrap up please.

21       MR. WAGNER:  This bill proposes to reduce tenant-

22   paid broker fees, and it would actually create more

23   of them than ever existed before.  Thank you.

24       CHAIRPERSON MENIN:  Okay.  Next speaker.

25
```

COMMITTEE ON CONSUMER AND WORKER PROTECTION       136

1

2      MS. SALZBERG:  Hello.  I'm Sarah Salzberg.  I'm

3  the owner of an independent firm, Bohemia Realty

4  Group in Harlem.

5      As New York City grapples with the housing

6  crisis, our legislators must focus on solutions that

7  address the root cause of this complex problem,

8  instead of dictating how rental brokers are

9  compensated.  Intro 360 would have myriad unintended

10 negative outcomes for tenants that will raise housing

11 costs and further limit housing access.  We have been

12 down this road before.  The 2019 passing of the

13 state's disastrous HSTPA serves as a troubling

14 reminder of another legislative attempt to keep

15 housing affordable by restricting landlords and

16 brokers, which spectacularly backfired.

17     Since 2019 rent in New York City has raised over

18 26%.  Last year alone, wages increased 1.2% while

19 rents increased 8.6% the highest of any market in the

20 country.

21     One of the many unintended consequences of HSTPA

22 is the tens of thousands of rent stabilized units

23 that sit off line due to a mandate that allows for

24 almost no rent increase, regardless of the funds

25 needed for renovations.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        137

2        City officials would better serve their

3    constituents by immediately advocating for reforms to

4    HSTPA, which would bring back 10s of thousands of

5    rent stabilized units.

6        Have there been any economic studies or analysis

7    that indicate Intro 360 would lower rents?  I think

8    we have clearly seen today:  No, there have not been.

9        Once a law is passed, it is hard to roll it back.

10    That's why we are fighting against this bill.

11        Number one:  Renters will be forced to pay more

12    in rent and in fees.  If all exclusive relationships

13    mandate that the broker fees is paid by the owner,

14    the owner will pass that cost to the tenant.  That's

15    what they do now.  Should that tenant stay longer

16    than a year, they end up paying that fee over and

17    over again.

18        Number two:  Renters will have less choice.

19    Right now, any open listing that currently pays a fee

20    to a tenant's agent, that would no longer be legal.

21    Similarly, there are many exclusives where owners may

22    prefer to keep rents lower for faster absorption.

23    Intro 360 fails to consider the flexibility that the

24    New York City market demands, and that has

25    historically benefited renters by giving them choice.

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        138

2       [BELL RINGS]

3       CHAIRPERSON MENIN:  Next speaker, thank you.

4       MR. GOVSIE:  Thank you.  Hal Govsie with Douglas

5   Elliman.  Thank you for having me here.  This bill

6   will be a lose-lose for renters and agents, as it

7   would increase rents and make it harder to apply for

8   an apartment, while also creating a more challenging

9   environment for agents to be paid for their work.

10      As we see, working with property owners every

11  day, most no-fee apartments do not absolve the renter

12  from paying broker compensation.  If not paid

13  directly by the renter, landlords most often include

14  broker fee costs in the rents.

15      The reality is, few owners have the time or

16  interest in handling the work that brokers do, and

17  recognize without them, apartments would not be

18  marketed, shown, and leased with the level of detail

19  and efficiency that benefits landlords and renters

20  alike.

21      With the current rental housing supply in New

22  York City so far behind demand, market history

23  suggests leasing apartments at higher rents,

24  inclusive of broker fees, will not be a challenge for

25  these owners.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        139

2        The Councilmember sponsoring this bill has even

3    acknowledged that the result of this legislation

4    would be that many landlords would include broker

5    fees in rents, arguing that the cost of a broker fee

6    would be more manageable for the renter if paid over

7    the cost of the initial lease term, rather than on

8    signing the day.  This is shortsighted.

9        While deferring broker fee costs may offer

10    momentary financial relief for some by baking fees

11    into rents, you are creating three negative

12    consequences for renters:  Immediately, you are

13    inflating average asking rents that would limit

14    negotiating power for renters in an already

15    competitive market; additionally, this bill could

16    also impact housing access with a higher base rent,

17    more renters will not meet the income requirements to

18    apply for certain units, thus further limiting their

19    options; finally, by including a previously one-time

20    payment now and rent, renters will again pay the cost

21    of the broker fee each year they resign their lease.

22        As I see my time is wrapping up here:  If

23    legislators want to curb rising apartment costs, they

24    should support tools to create more housing

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        140

2    inventory, to keep up with demand, continuing to

3    advocate for failed ideas like--

4        [BELL RINGS]

5        CHAIRPERSON MENIN:  Okay.  If you could please

6    wrap up.

7        MR. GOVSIE:  -- Intro 360 distracts from

8    addressing the real causes of housing costs, increase

9    while punishing hardworking brokers and creating a

10   more challenging environment for renters.

11       CHAIRPERSON MENIN:  Okay.  And next panelist.

12       MS. GOMEZ:  Hi.  My name is Melissa Gomez.  I'm

13   actually from Southeast Queens.  I'm a member of the

14   New York State Association of Realtors.  I'm a real--

15   I am a realtor, and I'm also a small landlord as

16   well.

17       This legislation simply will not help the

18   residents of New York.  Affordable housing is a huge

19   concern for all of us, not just for this council, but

20   for real estate agents as well.  This bill attempts

21   to put a band aid on an issue, yet not really

22   resolves the problem.  Enacting a bill like this

23   would make landlords either not use a real estate

24   agent or significantly increase their base rent.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        141

2        How do I know that it would increase rent?

3    That's because if you look on StreetEasy today, there

4    are 13,942 apartments.  Out of that 6,542 are no

5    fees.  When you're looking at the fees, the no fee,

6    rentals start at $4,893.  The ones that are

7    associated with broker fees are starting at $2,899

8    hat right there, shows you what's going to be

9    happening as far as rent is concerned.

10        Then we talk about other areas.  I looked up

11   Miami.  In Miami, tenants have to pay three months up

12   front, first month's rent, last month's rent and a

13   security deposit.  Here we only do first month's rent

14   and a security deposit to the landlord.  But Miami

15   also has different tenant laws.  For example, you can

16   give a three-day notice in Miami for eviction of non-

17   payment, whereas in New York City, 30, 60, or 90 days

18   is your notice and you're going to be in housing

19   court for a minimum of a year.

20        Next, the question is:  What will happen if we

21   discourage land was from hiring real estate agents.

22   And let's face reality.  In my experience, some

23   landlords do not feel that the same fair housing laws

24   that apply to real estate license leaves apply to

25   them.  I have often had to explain to a landlord

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      142

 2   about the state and federal fair housing laws and how

 3   they must obey them.

 4       If this bill becomes law, the opportunity will

 5   decrease, and instead, the limited housing options

 6   that are currently available will become even more

 7   limited to the majority of people that are actually

 8   seeking shelter.

 9       This bill is an attempt to put a band aid on the

10   affordability crisis.  However, does not address

11   issues like the delays in housing court, the red tape

12   to build, modify and renovate, et cetera, that are

13   not being addressed.

14       To give an example, I own a two-family property

15   in the Bronx.  I had a gas leak.  It took me six

16   months back and forth between Con Ed in New York City

17   to get that resolved.

18       [BELL RINGS]

19       CHAIRPERSON MENIN:  Okay.  I'm going to ask you

20   to wrap up please.

21       MS. GOMEZ:  Okay, no, that's it.  You know, I

22   just at the end of the day, it's going to be baked

23   in, which is the reality.  Thank you for having-- for

24   hearing me.

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        143

2        CHAIRPERSON MENIN:  Okay.  Any questions for this

3    panel?  If not, we are going to move on.  And I also

4    want to mention, we've been joined by Councilmember

5    Brewer.  Okay, thank you to this panel.  I'm now

6    going to call the next panel.  Anna Klenkar, Michael

7    Corley, Samuel Stein, Allia Mohamed, Brendan

8    Griffith.  Please come up.  Thank you.

9        COUNCILMEMBER OSSÉ:  You may begin.  Remember to

10   turn on your mic.

11       MS. KLENKAR:  Good morning, Councilmembers.  My

12   name is Anna Klenkar, and I'm a broker who supports

13   the FARE Act.  In 2019, when this briefly became law,

14   I was primarily a rental agent, earning about $40,000

15   a year, and I welcomed this change.

16       Not only is it a fairer system, one which exists

17   almost everywhere else, but it meant I would never

18   again work with a tenant for weeks, only to give up

19   my commission when a listing agent wanted the full

20   15% fee, a fee paid by someone who actually hired me,

21   not them.

22       Since 2019, I've publicly supported this type of

23   legislation.  I'm not alone, but the official

24   industry stance has been to block these bills in

25   order to protect our income.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       144

2        That's how REBNY gathered agents here to protest

3    today by claiming this is necessary to, quote,

4    protect our commissions.  But REBNY has also proposed

5    as an alternative to the FARE Act helping tenants

6    negotiate down the commissions they pay us.  It feels

7    less like we're protecting ourselves and more like

8    we're protecting landlords, whom REBNY also

9    represents.

10       Notably, they do not represent tenants, which

11   makes me question some of their other claims about

12   the bill's impact.  The FARE Act does not cap agent

13   commissions.  If our incomes drop because landlords

14   pay us less than they expected tenants to pay, it

15   just shows the current system is built on

16   exploitation.

17       At the end of the day, it isn't about us.  It's

18   about removing financial hurdles that keep tenants

19   trapped in unsafe situations, which can be as serious

20   as life or death.  But while you don't need real

21   estate's permission to pass this bill, rest assured

22   that agents, as well as attorneys and other industry

23   professionals are involved, even if it was too risky

24   or intimidating to physically be here today.

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        145

 2        It is incredibly popular, and the longer we fight

 3   it, the more we erode agents reputation and public

 4   trust.  There are always unintended consequences to

 5   any change, but not all of those consequences are

 6   bad.  I believe this bill will help much more than it

 7   hurts, and if any Councilmembers have additional

 8   questions, I'm happy to speak further.  Thank you for

 9   your time.

10        COUNCILMEMBER OSSÉ:  Thank you.

11        Thank you, Chair Menin, and thank you

12   Councilmember Ossé.  My name is Samuel Stein.  I'm a

13   Senior Policy Analyst at the Community Service

14   Society of New York, which is a nonprofit that's been

15   helping low-income New Yorkers for about 180 years.

16   We've always had a strong focus on housing and

17   especially on low-income tenants.

18        We support Intro 360, or the FARE Act, and I want

19   to add some data points that have not been discussed

20   before that can help inform our support.

21        The first is that the median renter household in

22   New York City makes 59% of the area median income or

23   Ami.  Owners in the city make 109% of AMI.  So,

24   there's a huge income discrepancy according to the

25   last housing and vacancy survey.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        146

2        The housing and vacancy survey also showed a lot

3    of movement in this city.  In fact, there was a 44%

4    increase in moving within the city from the last HVS

5    to the current one.  Over 761,000 households, more

6    than one-in-five New York City households, moved into

7    their current home in the years 2021 or 2022.  This

8    is unheard of.  57% of them moved into market-rate

9    apartments, not necessarily because they love

10   market=rate apartments, but because that's what's

11   available.

12       However, it's not an even playing field.  It is

13   much more higher income people who are able to move

14   than lower income renters.  56% of people who moved

15   into their apartment since 2021 make more than

16   $100,000.  We're just talking about rental

17   apartments.  People who make--  Renters who make over

18   $100,000 are just 36% of the city's rentals, yet they

19   were 56% of the people who were able to move.

20       There was also a racial discrepancy.  50% of the

21   people who were able to move in those last few years

22   are white, whereas white renters are just 32% of the

23   New York City tenants.  I have more data that I can

24   offer on savings as well.

25       COUNCILMEMBER OSSÉ:  Thank you.

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       147

2        MS. MOHAMED:  Hello.  My name is Allia Mohamed,

3   and I'm the Co-Founder and CEO of Open Igloo, a

4   leasing marketplace that's helped over a million and

5   a half New York City renters research their

6   landlords, review their buildings, and find quality

7   apartments.

8        In the last four years, we've also worked

9   alongside brokers and landlords that share our belief

10  that transparency is paramount in creating a fair and

11  functioning housing market.  And at Open Igloo, we

12  feel that the FARE Act supports that belief, and I

13  want to share a few of the perspectives that we've

14  learned from the renters, agents, and landlords that

15  are a part of our community.

16       I think many people in this room would agree that

17  whenever a New Yorker complains about their housing

18  situation, maybe it's a maintenance issue, or maybe

19  they just want a different kind of space, the common

20  response from non-New Yorkers is, "Well, if you don't

21  like it, why don't you just go find something else?"

22  And this reply is so frustrating, because we all know

23  the emotional and financial toll that comes with

24  moving in this city.  A one- or two-month broker fee

25
```

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      148

2  on top of moving costs is simply a financial

3  impossibility for many New Yorkers.

4      The FARE Act will give renters the freedom to

5  move, the freedom of choice, and keep renters from

6  being excluded from what is already a tight housing

7  market.

8      We've also learned from landlords that it is

9  better if tenants don't feel like they were forced to

10  pay a fee to a broker that did not represent their

11  interests.  Many owners agree that the FARE Act has

12  the potential to build trust and to make sure that

13  the owner-tenant relationship starts off on the right

14  foot, and that is good for business.

15      From our agent community members, including the

16  agents that work on our team, we've heard that this

17  will be an opportunity for great agents to rise above

18  the stigma and focus their energy on building long-

19  lasting relationships with the owners and renters

20  that value their expertise.

21      I understand that this is a charged debate, but

22  one thing is unequivocal, and that something needs to

23  change.  The FARE Act is the first proposal we've

24  seen that isn't going after brokers, isn't going

25  after fees, but simply trying to make the process of

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        149

2    renting more transparent and fair for all

3    stakeholders.   Thank you.

4        MR. CORLEY:  Good morning, Chairperson Menin, and

5    thank you for allowing me to come here and speak in

6    support of the fairness of the FARE Act.  My name is

7    Michael Corley.  I'm the principal broker at Corely

8    Realty Group, a boutique residential brokerage firm

9    that started in 2004.  And I'm here in support of the

10   FARE Act, because just as many of the people that are

11   here on the panel that I'm with, it establishes a

12   much fairer marketplace.

13       As a Managing Principal at Corely Realty Group,

14   Inc, I personally understand how challenging it is to

15   earn a living as a licensed real estate agent.  So,

16   it was not an easy decision in 2008 to end the

17   practice of charging renters a broker fee.  That

18   decision proved decisive, since it fostered referrals

19   from our existing leasing clients, and bought new

20   business opportunities to our firm.

21       It is my hope that as a licensed practitioner for

22   22 years, having professionally leased over 150

23   apartments, personally in my career, my testimony can

24   provide a balanced perspective that demonstrates the

25   value this legislation offers to thousands of

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION      150

2    residents that enter the rental market each year and

3    the licensed real estate agents that broker rental

4    transactions on the path of property owners.

5        Hopefully, by the end of my testimony, members of

6    the Consumer and Worker Protection Committee and all

7    in attendance will appreciate the value agents bring,

8    and also why property owners should pay for the

9    services they offer.  Thank you.

10    MR. GRIFFITH:  Good afternoon, Chair Menin and

11    members of the Council's Committee on Consumer and

12    Worker Protection.  My name is Brendan Griffith, and

13    I am the Chief of Staff at the New York City Central

14    Labor Council, AFL-CIO.  Over 300 unions are part of

15    our coalition, and those unions represent over 1

16    million workers across all five boroughs of our city.

17        We strongly support Intro 360 which requires the

18    party retaining the services of a broker to pay the

19    broker.  Today, New York City is a city where a

20    majority of households, 69%, rent their homes.

21    Currently, the median asking rent for an apartment is

22    approximately $3,500, a staggering $42,000 per year.

23        In addition to meeting that high monthly rent,

24    most tenants who want to move into a new apartment

25    are forced to pay broker fees, even when they did not

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       151

2    retain the services of that broker, or they were able

3    to find the apartment on their own.

4        The resulting upfront costs of moving have made

5    it even more difficult for working New Yorkers to

6    find appropriate housing within New York City.  With

7    rental costs already accounting for more than 30% of

8    some New Yorker's income, many of our members are

9    already rent burdened, or paying more than 50% are

10   severely rent burdened, and that's before even

11   accounting for substantial payments to third parties

12   that they had no choice in retaining.

13       The current state of affairs has contributed to

14   making New York City unaffordable for working

15   families.  Intro 360 eases some of that burden by

16   ensuring that, like in almost every other city in the

17   United States, the person who decides to hire a

18   broker is the one who will pay for their services.

19       By shifting the burden of some of these upfront

20   costs back to the party who hires these brokers, the

21   FARE Act brings us one step closer to ensuring that

22   everyday working families are able to live and thrive

23   in New York.

24       And I just want to end by stating that the CLC

25   and our affiliates, we appreciate the opportunity to

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       152

2    testify in support of this much-needed legislation,

3    and we look forward to continuing to work with this

4    committee to develop policies that improve the lives

5    of working people in New York City.  Thank you.

6        CHAIRPERSON MENIN:  Thank you very much.  I'm

7    going to turn it over to Councilmember Ossé for

8    questions for this panel.

9        COUNCILMEMBER OSSÉ:  Thank you.  And I do want to

10   start, because I know there was a gentleman who

11   testified earlier that said that brokers were not

12   engaged in this bill, but we actually wrote this bill

13   with brokers to get their input, who were in support

14   of the FARE Act.

15       The first question that I have is for Ms.

16   Klenkar.  What are the benefits of having brokers

17   collect their fee from the hiring party?

18       MS. KLENKAR:  Um, choice for one.  We heard

19   earlier that right now, tenants have a choice: No

20   service or full service.  And that's not even

21   entirely true.  But in a new system, each party, the

22   landlord and the tenant, get to make a decision if

23   they hire someone, who they hire, and what services

24   they're requesting for what payment.  So, for

25   example, you are moving to New York City, and you

COMMITTEE ON CONSUMER AND WORKER PROTECTION        153

1    might not want someone to run around with you and do

2    every single showing for 15%, but maybe you negotiate

3    something different.  Maybe you're a family that's

4    working and you don't have the funds for a full fee,

5    but you can come to an agreement with your

6    representative, where something that works for both

7    of you.

8        As a system exists today, you do not have any say

9    in that as a tenant, the only person with choice in

10   the current situation is the landlord, who's deciding

11   whether their property is listed with an agent or

12   not, and what the fee is.

13       COUNCILMEMBER OSSÉ:  I also want to reiterate

14   that the FARE Act was introduced with the intent of

15   just making real estate transactions fair for all

16   parties, including landlords, tenants, and brokers

17   who are involved.  Broker and consumer whether--

18   Yeah, I guess, tenant and landlord, if FARE were to

19   pass, how can brokers be empowered to negotiate their

20   fees from the hiring party

21       MS. KLENKAR:  The same way we negotiate

22   everything.  I mean, we have to have buyer

23   agreements, seller agreements, landlord agreements.

24   You're already sort of negotiating with a tenant or a

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        154

2    landlord now.  This just gives you the ability to

3    say, "Look, you can't shift the entire fee to the

4    tenant.  You're going to have to pay me something, if

5    you want to hire me, and we can figure out what that

6    looks like."

7        COUNCILMEMBER OSSÉ:  And the Real Estate Board of

8    New York is stating that under FARE, brokers will

9    lose their ability to make more money, and it will

10   cap their fees.  They've said this multiple times

11   about this bill.  From your perspective as a broker,

12   how will the FARE Act impact brokers?

13       MS. KLENKAR:  Well, it doesn't cap fees.  It

14   definitely doesn't.  And REBNY does govern landlords,

15   so if they are concerned about agents getting paid,

16   they do have something to do about it, potentially.

17       But as far as what else it will impact, it really

18   just removes an exploit.  Tenants pay 15% out of

19   desperation.  No one is paying 15% because they feel

20   that that is what's fair to them, to someone who just

21   showed them an apartment once, and did a lot of

22   valuable work, but for the other party.

23       COUNCILMEMBER OSSÉ:  Thank you.  And I have a

24   question for Mr. Corley.  How long have you been a

25   broker for, again?

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       155

2        MR. CORLEY:  22 years.

3        COUNCILMEMBER OSSÉ:  Okay.  And we are hearing

4    that the broker fee can be negotiated.  In your

5    opinion, are renters well-equipped to negotiate down

6    the broker fees?

7        MR. CORLEY:  Absolutely not.  [CHUCKLES]  No.

8        COUNCILMEMBER OSSÉ:  Do you want to speak more to

9    that, or...?

10       MR. CORLEY:  Certainly.  Listen, I'll just share

11   with you that as a broker, if I'm listing an

12   apartment, I have at my disposal what I call a

13   gatekeeper fulcrum, meaning that because I'm the

14   access point to that apartment, I also control the

15   outcome to presenting an application, to assessing

16   default risk of that applicant, and making certain

17   that there's no other avenue for them to achieve

18   getting a lease other than through me, since I'm

19   hired by the broker.

20       For all of our clients, the people that I work

21   for, they hire me, they pay me, and those are

22   property owners, small property owners, people that

23   own two-family brownstones, three-family brownstones.

24   So they are well acquainted with the level of work

25   that I do.  And had I continued that practice of

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION       156

2  requiring a fee from the renter, there'd be no chance

3  of them negotiating anything to lower a fee for me.

4     COUNCILMEMBER OSSÉ:  Thank you for that.  And I

5  have another question for you:  The brokers on the

6  previous panel mentioned that there is an agreement

7  prospective tenants or renters need to sign.  Is this

8  agreement that prospective renters are signing a

9  document that renters have full knowledge and

10  information to knowingly sign?

11     MR. CORLEY:  It's at the point of sale, much like

12  when you go to the counter at CVS, and you've got all

13  your goods, and you find out how much it costs.  At

14  what point do you have to negotiate down any value at

15  that point?  You don't.  And so when a renter finds

16  out that the landlord has approved them to lease the

17  apartment from the broker, they get handed a bunch of

18  papers, forms that outline certain disclosures,

19  acknowledgements, and as a result, they are at the

20  point of which--  with so much sunk costs they can't

21  refuse to move forward.  It's an enormous task to

22  lease an apartment in this city.  And they would

23  rather go ahead and move forward rather than to begin

24  the search again.  So, no.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        157

2        COUNCILMEMBER OSSÉ:  And, Ms. Klenkar, I wanted

3    to follow up on something that you said, because I've

4    received in our push for this bill, dozens of

5    messages, private messages from brokers who are in

6    support of this bill and didn't feel comfortable

7    coming to testify in support of this bill.

8        I know you spoke a little bit to that, in terms

9    of some of the intimidation that-- that-- and the

10   support that comes within the broker community.

11       MS. KLENKAR:  Look, sometimes it's not possible.

12   If you're an agent on a team.  I know some people who

13   speak off the record because they can't risk their

14   team's ongoing relationships with certain landlords.

15   People have been fired over this.  And REBNY actually

16   contacted my manager when they found out I would be

17   here today.

18       COUNCILMEMBER OSSÉ:  Wow.

19       MS. KLENKAR:  So, it is a little bit intimidating

20   to feel like your industry thinks you're a traitor

21   for voicing your opinion.

22       COUNCILMEMBER OSSÉ:  Another question for you is:

23   There's an argument that if landlords are forced to

24   pay for brokers, no one would hire a broker due to

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        158

2    cost.  Do you believe that is true?  And if not,

3    please elaborate why.

4       MS. KLENKAR:  I don't think it's true because I

5    do a lot of-- or have historically done a lot of no-

6    fee rentals with owners who are choosing to hire me

7    and they're paying my fee so that every tenant is

8    going to be treated kind of the same, and we can

9    evaluate who has the strongest application, and who

10   will be the best fit for their listing.

11      COUNCILMEMBER OSSÉ:  Thank you. And, Ms. Mohamed,

12   opponents say renters already have a choice to not

13   pay the broker fee because of no-fee apartments.

14   But, how many apartments in New York are considered

15   no-fee apartments?

16      MS. MOHAMED:  I know we've heard a lot of stats

17   today that it's around 50-50.  And I think looking at

18   just the StreetEasy data is a bit inaccurate, to get

19   a full picture of what the no fee listings are.

20      I would say closer to 70% of the listings in New

21   York City come with a fee, and the other 30% that

22   don't have a fee, a lot of times it's, you know,

23   landlords that have gone a different route, having

24   in-house leasing teams that are made up of agents,

25   actually, that just have a different cost structure

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      159

2  that they've modeled into-- into their financials

3  when it comes to leasing the properties.

4      COUNCILMEMBER OSSÉ:  And what are the typical

5  rents of no fee apartments?

6      MS. MOHAMED:  So, it definitely varies.  It

7  depends on neighborhood.  It depends on borough.  But

8  you definitely see no fee apartments that happen more

9  commonly in luxury apartments with full-fledged

10  amenities.  Those buildings come with free month

11  concessions.  They come with no fees.  Those

12  buildings have on-site teams like I shared that are--

13  that are made of agents.

14      So, definitely there isn't this full-fledged,

15  full-choice access that a renter has when they go

16  into the market.  They're really making a choice

17  between 70% of the apartments taking that completely

18  out of the list when they're looking to move.

19      COUNCILMEMBER OSSÉ:  And you would say most of

20  those no-fee apartments on the market are luxury

21  apartments?

22      MS. MOHAMED:  A big--  A big percentage of them.

23  Not all, but a large percentage of them.

24      COUNCILMEMBER OSSÉ:  So they would be-- So they

25  would be expensive anyways?

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        160

 2       MS. MOHAMED:  Correct.

 3       COUNCILMEMBER OSSÉ:  Right.  Why are the rents

 4   of-- Oh, well you answered that.  Opponents say that

 5   tenants are able to negotiate-- give me one second--

 6   negotiate down a broker fee, and this fee is not

 7   forced.  From your research do you feel--  do you

 8   feel that a renter having an ability to pay the

 9   higher broker fee means they are seen as a more

10   competitive tenant, and therefore likely to be chosen

11   by the landlord for the unit?

12       MS. MOHAMED:  Yeah.  I'll echo some of the

13   comments made by the panelists.  You know, a key

14   ingredient to any negotiation is to have leverage.

15   So, it is very, very difficult for renters at the

16   11th hour when they need a new apartment next week to

17   start negotiating the broker fee in that moment.  We

18   get emails, inquiries from renters every single day,

19   asking for guidance on whether they should negotiate

20   the broker fee.  And there are many instances where

21   we'll encourage them to do that, if we think it's--

22   if we think it's smart, right?  Has the apartment

23   been on the market for 100 days?  What neighborhood

24   is it in?

25
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        161
 2       There are brokers--  Not all brokers operate as a
 3   monolith, right?  Everyone operates their business in
 4   a different way.  There are some renters-- some
 5   brokers that will prioritize applications that will
 6   pay the highest fee.  Other brokers may not operate
 7   that way.  But I would say it is very difficult for
 8   renters to negotiate broker fees.
 9       COUNCILMEMBER OSSÉ:  And my last question for you
10   before moving on is that we hear that units are
11   listed as no fee, but then prospective tenants will
12   find out that these units are actually requesting a
13   broker fee.  What is the reason behind this?
14       MS. MOHAMED:  We do see it happen quite-- quite
15   frequently.  And listen, there are a lot of brokers
16   in this room that are doing their business by the
17   book, following the laws to the T, making sure that
18   all the disclosures are given to the renter even in
19   the first inquiry, right?, in the first phone call or
20   email.
21       But there are some cases, and I think it's
22   important for people to acknowledge this, that you
23   will show up to a no-fee listing, and a broker might
24   tell you, "Oh, sorry.  That apartment is no longer
25
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        162

2   available.  Let me show you something else, but that

3   apartment has a fee.  Would you like to see it?"

4       So we do see that happen.  We do get inquiries

5   from renters that are asking for guidance on this.

6   "Is a broker allowed to do that?  What can I do?"

7   And sometimes we're just-- we just say,

8   "Unfortunately, you know, you're going to have to,

9   you know, move on to another apartment."  So, it's

10  very difficult for renters.

11      COUNCILMEMBER OSSÉ:  Thank you.  And I have a

12  couple questions for Mr. Griffith from the Central

13  Labor Council.  Why is broker fee reform-- reform, in

14  your opinion, or from the union's perspective,

15  important for unionized workers?

16      MR. GRIFFITH:  Great.  Thank you for the

17  question.  You know, the reality is that the median

18  rents of approximately $3,500, the median annual

19  income of about $77,000, New York City is-- is more

20  and more unaffordable.  And when you have fees like

21  this that are paid for all intents and purposes, they

22  are a wage cut.  They are wage cut for workers who

23  are trying to change the situation to a more

24  appropriate apartment, as has been mentioned by

25  previous panelists, it might be a larger apartment

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       163

2    for a larger family, closer to home.  Many city

3    workers have residency requirements.  This is a

4    significant part of how workers in New York City

5    spend their income.

6        COUNCILMEMBER OSSÉ:  Thank you.  And what is the

7    correlation to keeping workers in New York, and

8    strengthening union power?

9        MR. GRIFFITH:  New York City is a union town.

10   You know, it's-- it's said often, and it's as true

11   today as it was 10 years ago, 20 years ago, and it

12   will be 10 years and 20 years from now.  That being

13   the case, we want to make sure that union workers in

14   this city are invested in this city as residents,

15   their families are--  You can afford to raise a

16   family in this city, and to do that, we need to make

17   sure that that housing is a cost that is controlled

18   for workers.

19       COUNCILMEMBER OSSÉ:  Thank you.  And for our last

20   panelist, Mr. Stein, from CSS's survey, quote "The

21   Unheard Third", it was reported that a majority of

22   tenants surveyed cannot afford all the expenses that

23   come from moving into a new home, and this led to

24   tenants taking on debt, borrowing money, or selling

25   possessions, which further put an undue burden on

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       164

2    them.  What do tenants feel that they have to do, all

3    that to ensure they can meet the fees associated with

4    moving in.

5        MR. STEIN:  Yeah, and let me say that "The

6    Unheard Third" survey is an annual survey we've been

7    doing for over 20 years, and it's a scientifically

8    rigorous study.  It's done by a professional polling

9    firm.  Our sample size is quite large.

10       So yeah, a majority of tenant respondents said

11   that they could not cover a $400 emergency expense.

12   And as you said, they--  When we asked, you know,

13   "What would you do?"  They said, "We'll take on debt,

14   borrow from friends or family," or sell something in

15   their possession.  That's just for a $400 expense.

16   We asked how much money New Yorkers have in savings,

17   homeowners-- a majority of homeowners said more than

18   $10,000, while the most common response for public,

19   subsidized, and rent-regulated tenants was $0 to $99.

20   And you might say, well, they don't pay broker fees

21   to get into their apartments.  Well, yes, but they

22   want to pay-- they might need to pay a broker fee to

23   get to another apartment.  So, when they move, they

24   have nothing in savings.

25

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        165

2      And in fact, two out of five market rate tenants

3  also said they have $0 to $99 in savings.

4      We asked about, you know whether they worry about

5  household expenses:  40% of homeowners said they

6  never have to worry about family expenses.  Less than

7  20% of renters said the same.

8      COUNCILMEMBER OSSÉ:  Thank you.  One more

9  question.  I'm so sorry Chair.  But Ms. Klenkar,

10  remember in the past panel, we heard that brokers or

11  landlords are just going to take their homes off of

12  these sites and will go into an age of darkness in

13  terms of finding an apartment.  Can you speak to

14  that?  Or does this bill have any correlation to how

15  that would impact?

16      MS. KLENKAR:  I think that in some situations, it

17  feels like a bluff.  Because if you're claiming that

18  instead of paying an agent a one-month fee to

19  represent enlist your apartment, or choosing to do it

20  yourself, you're going to not earn an entire year's

21  worth of rent because it's easier for you to keep it

22  vacant than have it rented if the tenant is no longer

23  paying the fee?  I find that confusing.

24      I also want to point out this bill is not passing

25  today.  There will be plenty of opportunity after

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        166

2    this to go through every single specific situation

3    with things like open listings and transparency.

4        I hope that this is the-- hope of-- or the

5    beginning of more collaboration between members of

6    the public, City Council, and people who work in real

7    estate on the ground, having more input into bills

8    that will help protect everyone.

9        COUNCILMEMBER OSSÉ:  Thank you.  And I also do

10   want to thank the hundreds of supporters who are

11   outside.  I know that they're watching on live

12   stream, who haven't made it in yet.  This committee

13   sees you, and knows where New Yorkers stand.

14       So, thank you so much to this panel.

15       CHAIRPERSON MENIN:  Okay, thank you to the panel.

16   I'm now going to call the next panel, Jason Haber,

17   Brian Hourigan, Anthony Domathoti (sorry, it's hard

18   to read this one), and Keyan Sanai.  Please come

19   forward to testify.  Thank you.

20       Okay, please begin,

21       MR. HABER:  Good morning.  Good afternoon now.

22   My name is--

23       [GAVEL]

24

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        167

2        CHAIRPERSON MENIN:  One second.  Ssshh.  If

3    you're going to be speaking, please exit the chambers

4    so we can hear.  Thank you.

5        MR. HABER:  Thank you.  My name is Jason Haber.

6    I'm the Co-Founder of the American Real Estate

7    Association, and a long-time member of REBNY.  The

8    last 25 years I've been coming before this council,

9    championing many progressive causes.  I am a former

10    district leader, state committee member, and DNC

11    delegate, and I speak today not just as a progressive

12    with receipts, but as a real estate professional and

13    also an academic, where I've served on the adjunct

14    faculty at John Jay College, where I taught courses

15    on urban planning and affordable housing.

16        Councilmember Brewer has been-- spoken to my

17    class.  I don't think any other members of the

18    committee are, but in future classes, I'd love to

19    have you there.

20        I frequently lecture to civic groups on urban

21    planning, and I'm considered an expert in this field.

22    And so my evaluation today of this bill comes from

23    years of study and market knowledge.  It doesn't come

24    from speaking to people at diners.  Sorry, Governor.

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        168

 2       But let me be clear for all the intentions of

 3   this bill, it's the unintended consequence, and I

 4   truly know it's unintended, but rents will go up.

 5   They will go up to historic levels, and your

 6   constituents will come to you and say, "Why is the

 7   rent too damn high?"  It will make today's rent look

 8   low.

 9       We have an obligation to not engage in tactics

10   which raise the rents.  They are already far, far too

11   high.  There are real solutions out there that I'd

12   love to discuss with you in the Q and A if you like.

13       There are agents here today who are not on the

14   clock.  They are not being paid.  They are losing

15   money because their livelihoods are also on the line.

16   We can do better.  Let's make New York more

17   affordable, and it starts by voting no on this bill.

18   Thank you.

19       [APPLAUSE]

20       [BACKGROUND VOICES]

21       CHAIRPERSON MENIN:  Okay.  Again, we've been very

22   clear what the rules are.  You cannot-- You really

23   need to remain silent.  Please.  Next speaker.  Thank

24   you.

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        169

2        MR. DOMATHOTI:  Good afternoon.  Chairman--

3    Chairwoman Menin, and members of the Council

4    Committee on Consumer and Worker Protection.  My name

5    is Anthony Domathoti, and I'm a real estate broker in

6    the Bronx.  I'm also a member of the New York State

7    Association of Realtors, and the Hudson Gateway

8    Association of Realtors whose members serve Manhattan

9    and the Bronx, as well as the lower Hudson Valley.

10        As a lifelong resident of the city, I witnessed

11    the struggles and triumphs of countless individuals

12    navigating our city's challenging rental market.  The

13    support and expertise of licensed realtors has been a

14    beacon of hope for many, including myself.

15        I'm here to speak in opposition of Intro 360.

16    When I first moved to this bustling city for my

17    career, I was overwhelmed by the sheer complexity of

18    finding an affordable apartment.  The maze of

19    listings, the uncertainty of landlords who charged

20    varying security deposits, and had conditions for

21    application approvals, and the ever-looming threat of

22    being taken advantage of were daunting.

23        A licensed Realtor stepped in, offering not just

24    a service but a lifeline.  Their fee, which some

25    might see as a burden, was a small price to pay for

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        170

2   the security, for the peace of mind, and the

3   invaluable guidance they provided me.

4        I also think of a dear friend who, after months

5   of fruitless searching and countless disappointments,

6   decided to enlist the help of realtor.  Within weeks

7   they found a suitable home, navigated the legality

8   seamlessly, and moved in without the stress that had

9   plagued them for so long.  The Realtor's fee was not

10  just a payment, it was an investment in their future,

11  in their stability, and in their happiness.

12       This bill threatens to dismantle the crucial

13  support system by prohibiting Realtors from

14  collecting fees unless directly employed by the

15  renter.  We risk stripping away the very essence of

16  what makes the New York City Market navigable for so

17  many.  Realtors are state licensed professionals, not

18  faceless entities.  They're hardworking individuals

19  who dedicate their lives to helping others find homes

20  in their vast, unforgiving city.

21       [BELL RINGS]

22       I'm just going to close off with one sentence.

23  Let us not forget that every policy impacts real

24  life.  The realtor who helped me find my first

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        171

2    apartment, the agent who rescued my friend, are the

3    backbone of this city's market.  We must--

4        CHAIRPERSON MENIN:  Okay, you need to-- no, no.

5    That's more than one sentence.  We're going to--

6    Again two minutes for every speaker.

7        MR. DOMATHOTI:  Thank you.  Thank you for your

8    time.

9        CHAIRPERSON MENIN:  Okay, thank you.  Next

10   speaker.

11       MR. SANAI:  Hi.  My name is Keyan Sanai.  I've

12   been the number one rental agent at Douglas Elman for

13   the past five years in a row, and I've been in this

14   business for a little over a decade.

15       I come from a single family, low-middle-class

16   home outside of Poughkeepsie, New York, and I'm a

17   proud product of the public school system.  A

18   majority of my family are refugees who escaped from

19   Iran during the Islamic Revolution.

20       Before I moved here, I worked at a country club

21   to save enough money to move here.  When I moved

22   here, I lived paycheck to paycheck for many years.

23   Without any connections or help, I bootstrapped my

24   way to some success.  I have years now of both

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        172

2    intricate experience of both tenant representation

3    and landlord representation.

4        While I'm glad that we have the data to codify

5    that the rents will go up, I can also speak from my

6    personal experience dealing with landlords.  During

7    that two-week period there was confusion about this

8    ban in 2020, I called all my landlords, or they

9    called me and they said, "Great, raise the rent, 500,

10   700 bucks and make it no fee."  This will price

11   people out of the apartments, and not only that,

12   it'll increase the value of the buildings for these

13   landlords, thus making them richer and widening the

14   wealth gap, which I thought was something you guys

15   weren't trying to do.

16       In recent weeks, I've had to watch the Councilman

17   push fallacies which are not based off fact and are

18   pure hyperbole, including that this bill will not

19   raise the rent, and also that my job consists of just

20   opening a door.

21       This type of hyperbole is a cheap attempt to

22   sucker people into thinking this bill will affect

23   positive change when it will really cause long-term

24   financial pain and even more mayhem in the housing

25   market and perhaps more inventory shortage.  This

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        173

2    bill will hurt the very people the Councilman is

3    pretending it would help.  And unlike the Councilman,

4    I do have real world experience in this field, as

5    well as the data to codify it.

6        I'm happy to answer any questions you have with

7    facts or real-world experience.  I'm also very happy

8    to help be a part of the solution.  This is not the

9    solution.

10        Councilman, you say you wrote this bill with

11    brokers.  Myself, nor any of the top rental brokers

12    in the city heard from you.  You picked and chose

13    people based on confirmation bias who are frustrated

14    with their own lack of success, as we previously

15    heard.  Thank you.  God bless America.

16        [APPLAUSE]

17        CHAIRPERSON MENIN:  Next speaker.  Next speaker.

18    Thank you.

19        MR. HOURIGAN:  Good afternoon.  Brian Hourigan

20    from BOND New York.  The last time I was here in this

21    chamber, I spoke in defense of the hard-working real

22    estate professionals who pride themselves on

23    providing quality service, before also proposing

24    ethics reforms that would raise the bar in our

25    industry and improve transparency for consumers.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        174

2        This time, I feel compelled to speak out on

3    behalf of New York City renters and the public at

4    large, who would be irreparably harmed if this bill

5    should pass.

6        Intro 360 is the quintessential wolf in sheep's

7    clothing.  It may sound reasonable to some who don't

8    understand the fundamentals of our market.  The irony

9    of the bill, though, is that it will, in foreseeable

10   ways, raise costs, raise rents, reduce transparency,

11   promote unethical bait-and-switch techniques among

12   unscrupulous brokers, and actually increase the

13   prevalence of tenant-paid broker fees, as opposed to

14   lessening them.

15       My firm overwhelmingly represents tenants, and in

16   the last quarter, over 60% of the transactions we

17   worked on, we were hired by a tenant but paid by a

18   landlord, whom we did not represent, not by our

19   tenant client.  Under this bill, that structure would

20   become illegal, and all those tenant clients would

21   have had to pay for our services.

22       While I don't have time to detail every other

23   negative consequence of the legislation, I'm

24   confident other industry experts can detail just how

25   this will cause the largest rent increase New York

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      175
 2   City has ever seen, while obliterating consumer
 3   choice, and demonstrate why this bill should actually
 4   be called the Discriminators Delight Bill.  It works
 5   against the interests of our most vulnerable New
 6   Yorkers, who are, of course, public assistance
 7   voucher holders.
 8       I think it's fair to say that every one of us in
 9   this room agrees a city has a serious and worsening
10   affordability crisis which needs to be addressed in
11   thoughtful and meaningful ways.  To those who are
12   concerned about affordability and equitable access to
13   housing, you and I are on the same team.  We need
14   more affordable housing, and it must be built right
15   now.  We need to protect the most vulnerable by
16   improving our archaic, bureaucratic, broken public
17   assistance voucher system right now.
18       And New Yorkers need and deserve the most well
19   trained, ethical, transparent and professional real
20   estate representatives in any market, anywhere, right
21   now, but there's much work to be done on that front.
22       Let's resolve to immediately introduce and adopt
23   a sweeping tenants Bill of Rights--
24       [BELL RINGS]
25
```

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      176
 2      -- which elucidates precisely what choices
 3  renters may have--
 4      CHAIRPERSON MENIN:  Okay.  You need to wrap this
 5  up.
 6      MR. HOURIGAN:  --when they enter the marketplace,
 7  empowers them to make informed decisions --
 8      CHAIRPERSON MENIN:  Okay.  That's--
 9      MR. HOURIGAN:  --and finally, holds accountable
10  any brokers, agents or landlords who act in good
11  faith--
12      CHAIRPERSON MENIN:  You're going to have to wrap
13  it up.
14      MR. HOURIGAN:  --[inaudible] obligations.
15      CHAIRPERSON MENIN:  Okay.  Shhh.  I'm going to
16  call on Councilmember Brewer for questions.
17      COUNCILMEMBER BREWER:  Thank you very much.  So
18  Jason, I know that you have thought about this issue.
19  So if we are trying, everybody, to keep rents down
20  and do not have people pay these huge fees, don't
21  answer-- and I think you won't that we have to build
22  more housing.  We know that.  It's slow.  What other
23  suggestions do you have to accomplish what we all
24  want?
25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       177

2        MR. HABER:  Sure.  So instead of building

3    housing, right now, we have over 50,000 vacant units

4    in the city.  If Albany allowed landlords to accept

5    Section 8 vouchers at the voucher limit, for example,

6    50,000 units go in one week.  66,000 homes were on

7    the market for sale in the country last week.  This

8    would be like putting the entire country's housing

9    stock into New York City in an active market, and you

10   would alleviate immediately... immediately.  And that

11   could be done in one day.

12       Those units right now are sitting vacant.

13   There's over 50,000 of them.

14       COUNCILMEMBER BREWER:  Okay, so you're talking

15   about getting the Section 8 to go into the 50,000.

16   That's your answer?  I just wanted to check to see

17   what it was.

18       MR. HABER:  That's my answer.

19       COUNCILMEMBER BREWER:  All right, thank you.

20       CHAIRPERSON MENIN:  Okay.  Councilmember Ossé.

21       COUNCILMEMBER OSSÉ:  Yeah.  I just-- I don't have

22   any questions.  I just wanted to correct the record

23   that I never said that all brokers do is just open

24   doors.

25       MR. SANAI:  You do.  It's on Tictok.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       178

 2       COUNCILMEMBER OSSÉ:  On--  I did not do that.

 3       [BACKGROUND VOICES]

 4       MR. HOURIGAN?:  You did.  You said--

 5       MR. SANAI?:  It is on Tiktok.

 6       MR. HOURIGAN?:  --you need to open a door.

 7       COUNCILMEMBER OSSÉ:  Maybe someone else responded

 8   to that.

 9       MR. SANAI:  You did, but...

10       [BACKGROUND VOICES]

11       [GAVEL REPEATEDLY]

12       COUNCILMEMBER OSSÉ:  I think--  I think--

13       MR. SANAI:  Don't gaslight me bro.

14       CHAIRPERSON MENIN:  Please.  Everyone needs to be

15   silent, thank you.

16       COUNCILMEMBER OSSÉ:  And also it's not a

17   question, so you cannot respond.

18       MR. SANAI:  You're lying.

19       COUNCILMEMBER OSSÉ:  I believe brokers do provide

20   a valuable service, especially when the individual

21   party hires that broker.  You know, I appreciated the

22   work that my broker did in finding me the perfect

23   apartment that I currently live in now.  I just think

24   when the dynamic is forced upon people, it's an

25
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       179

 2   unfair situation.  That's what the purpose of this

 3   bill is to do.

 4       MR. SANAI:  You said we get paid to open the

 5   door.  It's on Tiktok.

 6       COUNCILMEMBER OSSÉ:  That's-- That's what I

 7   pushed.  I would, I would, I don't remember saying

 8   that.  But--  But if-- if you do want to-- want to

 9   uplift it for me at some point, that would be great.

10       MR. SANAI:  It's in the one with the female

11   comedian, Alana.  You said they get paid 15% and they

12   just opened the door.

13       COUNCILMEMBER OSSÉ:  So, I think brokers provide

14   a valuable service.  This bill is-- is, in my

15   opinion, not anti-broker.  I worked with some brokers

16   who worked with me to do this.

17       I do want to also correct that, you know,

18   landlords don't set rent.  You know, market forces of

19   supply and demand set rent.  And I'm all for building

20   more housing.  I've made very public statements about

21   that.  I'm supportive of the government building more

22   housing.  But at the same time, you know, this bill

23   is not reinventing the wheel.  This is replicating

24   how this is done in every other major city in America

25   except for Boston.  Chicago is a dense city.  San
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      180
 2   Francisco is a dense city.  Los Angeles is a dense
 3   city.  And in those cities, they don't force tenants
 4   to pay a broker fee.
 5       MR. SANAI:  Correct.  But this is--
 6       COUNCILMEMBER OSSÉ:  I just wanted to correct the
 7   record there.
 8       MR. SANAI:  --the greatest city in the world, and
 9   things are done differently here.
10       COUNCILMEMBER OSSÉ:  Thank you, Chair.
11       CHAIRPERSON MENIN:  Okay.  Thank you very much to
12   this panel.
13       MR. SANAI:  Liar.
14       CHAIRPERSON MENIN:  I'm now going to call the
15   next panel:  Augustina Velez, Blanca Perez, and
16   Gladys Pugio[SP?].  We--  Just so everyone
17   understands the rules.  There will be an interpreter
18   for this panel.  The speaker gets two minutes, and
19   the interpreter gets two minutes to translate.  Thank
20   you.
21       One second we're waiting for the interpreter.
22       INTERPRETER:  Okay.  I sit here just to interpret
23   for them, or no?
24       COUNCILMEMBER OSSÉ:  I think we have one, yeah.
25
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      181
 2       CHAIRPERSON MENIN:  Yes, we have one.  Thank you
 3   so much.  Thank you.
 4       Great.  Please begin.  First speaker.  Okay,
 5   please begin.
 6       MS. PEREZ:  Good afternoon.  My name is Blanca
 7   Perez.  I live in [inaudible] Brooklyn.  I am a
 8   worker.  I clean houses.  Sometimes I have to clean
 9   two or three houses in order to earn $100.  Rent is
10   already very expensive for me and for us, the
11   workers.
12       So for us, it is hard to pay the rent.  We cannot
13   live alone any longer.  We have to live between--
14   amongst other people.  So to pay other people on top
15   of it is already a lot for us.  It's stressful.  I've
16   lived in this apartment for 25 years, and now that
17   they sold the house, I need to move.  It's stressful.
18   It's too much money for me.  I don't have a fixed
19   income.  So, I live day to day, and I would be very
20   affected by this.
21       Thank you very much.
22       CHAIRPERSON MENIN:  Thank you.  And the next
23   speaker, please.
24       MS. VELEZ:  Good afternoon.  My name is Augustina
25   Velez.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        182

2        COUNCILMEMBER OSSÉ:  Can we turn her mic on?

3    Thank you.

4        MS. VELEZ:  I'm a mother of a family.  I lived in

5    heights Queens for the last 17 years, and during all

6    this time because of the increase in rents I've had

7    to move several times, and also accept conditions

8    that are not the best, and this in part is because of

9    the extra costs that come with moving.  If landlords

10   increase our rent and we cannot pay anymore, we will

11   have to move, and by moving, we will have to pay more

12   money in order to get a new apartment.

13       So, it seems we cannot get out of the circle

14   where people, working people like me, are taking more

15   and more money from us.

16       A few years ago, I had to move because the rent

17   was increased in my last apartment.  In that

18   occasion, I needed more than $6,000 for the first

19   month between broker and deposit, and also the move

20   costs and the installation of services.

21       In most businesses, the person who hires the

22   other person pays.  And in the case of a broker, this

23   should be the person who hires the broker.  It's

24   their responsibility to pay.  Enough with these

25   injustices.  So landlords have to pay for the work

```
 1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        183
 2    and the services they use, and brokers should also be
 3    demanding this as well.  Brokers have shared that
 4    they spend a lot of time traveling and the traveling
 5    costs come from their own pockets, and they should
 6    demand to be paid by that person who hires them.  I
 7    ask that my message be heard and a stop to this
 8    unfairness.  It's time for landlords to take
 9    accountability and pay for the services, services
10    which they themselves decide to use.
11        On behalf of my family, and tenants around the
12    city, and also my community, I ask the City Council
13    to please approve the FARE Act, and those who hire
14    the other party should pay.  Se puede, si se puede.
15        MS. PUGIO[SP?]:  Good afternoon, everyone.  My
16    name is Gladys Pugio.  I'm giving the testimony of
17    someone else who couldn't come because she wasn't let
18    out of her work.
19        Okay.  My name is Lydia Patricia Charia[SP?].  I
20    recently had to move from Bushwick with my husband
21    and my two children, because the rents are very high
22    in a gentrified neighborhood, and it has increased
23    financially because of the same housing industry.
24        We were forced to leave the community where we
25    were used to living, the school, my children's
```

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        184
 2  school, our church, the supermarket, and the
 3  community organization, Se Hace Camino Nueva York, of
 4  which I'm a member.
 5      During seven months, I worked tirelessly looking
 6  for an apartment, looking for available places,
 7  calling different numbers, et cetera, until I finally
 8  found a good option for me and my family in Queens.
 9      In order to move to this apartment, I was forced
10  to pay three months of the cost of the apartment,
11  which were the first month the security deposit and
12  the broker's fee, which was a total of $6,750.
13      So I'm here because it is extremely difficult to
14  pay so much money to be able to move, and it is
15  unfair that working tenants have to pay so much money
16  to a broker, which we didn't even hire.
17      When I went to see the apartment, the broker was
18  in charge of the apartment.
19      This is what she's trying to say.  For me, it
20  happened the same thing.  When I moved to Bushwick,
21  we found in the newspaper that they were renting this
22  apartment.  But when we got over there to see, there
23  was a broker there.  I said, "I didn't call you.  So,
24  who are you?  Where's the landlord?  Who's the
25  owner?"
```

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        185

 2      And then they said-- they were telling me that if

 3  I get the apartment, if I give three months.  Nobody

 4  has that money.  People might have it, some others,

 5  but not everybody.

 6      CHAIRPERSON MENIN:  Okay.  I'm going to ask you

 7  to wrap up and then questions.

 8      Okay, so I think Councilmember Ossé has some

 9  questions.

10      COUNCILMEMBER OSSÉ:  Yeah.  I guess the one

11  question that I have is:  Do you feel that you, or

12  anyone that you know, whose primary language is not

13  English, is fully equipped with the knowledge and

14  resources to fully bargain and negotiate the broker

15  fee?

16      [TRANSLATOR TRANSLATES]

17      MS. PUGIO[SP?]:  No.  No.  Because they come in

18  by surprise.  They don't tell us that they were going

19  to charge us that extra month of rent for the broker.

20  Never told us.  And they never told us that there was

21  a broker in charge of that.  So, why do we have to

22  pay some services that we have not requested?  That's

23  what she's trying to tell.  Why do I had to pay

24  something that we-- we not requested.  Nobody

25
```

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        186

2  requested.  Nobody looked for that dollar amount to

3  pay somebody just to see an apartment.

4      COUNCILMEMBER OSSÉ:  Right.  Thank you.

5      MS. PUGIO[SP?]:  The landlord could do that.

6      COUNCILMEMBER OSSÉ:  Thank you.

7      MS. PUGIO[SP?]:  All right?

8      CHAIRPERSON MENIN:  Thank you very much to this

9  panel.  Okay.  Thank you very much.  We're going to

10  call the next panel.  Jesse Ronair, Bruno Ricciotti,

11  William Abramson, Mackenzie Ryan, and Jordan Silver.

12  Please come up.  Thank you.  yyy

13      Okay, please start.

14      [UNKNOWN SPEAKER]  Okay.  Got a shocker here for

15  everyone.  If this bill passes, it is going to work

16  in reverse.  It's going to significantly increase the

17  number of broker fee rental listings in New York

18  City.  Whoever hires the broker must pay the broker.

19  This is the core language of the bill.  And when

20  Councilman Oseé came up with this catch phrase, he

21  mistakenly thought that most rental deals were done

22  by hired brokers.  The opposite.  The opposite is

23  true.

24      My colleagues and I here estimate that around 75%

25  of all rental listings in the city right now are open

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        187

2    listings.  That means the renter, according to the

3    language of this bill, the renter would be forced --

4    I hear the word forced a lot today -- In 75%

5    situations, the renter would be forced to pay the

6    broker fee, which is the high majority of all deals.

7    So, around three quarters of the market would lose

8    the option to pay the broker fee.

9        Right now the system works, because the owners of

10   these open listing rentals can ebb and flow with the

11   market.  They can pay the broker fee when they want

12   to in the slow winter months, or if an apartment is

13   not renting, they can pay the broker fee.  They have

14   that option.

15       This bill would take away that option, and it

16   would-- land-- it would become illegal for these

17   open-listing landlords to pay their broker because

18   they haven't hired him or her, and it would force the

19   renters to pay the broker.  This bill is going to

20   work backwards.

21       And then let's cut-- let's talk about the other

22   25% of landlords that do right now hire brokers.

23   Sorry.  But do you guys think they're going to sit

24   back and just let you force-- let themselves be

25

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        188

2  forced to pay the broker fee?  No, they're going to

3  jump to the other side, add on to that 75%.

4      We anticipate this bill will result in a broker

5  fee listing market between 85% to 95%.  That will

6  eliminate choice.  [TO GALLERY:]  Anyone agree with

7  me?

8      [TO COUNCIL:]  I want to talk about one other

9  point quickly.  The woman was sitting there, very

10  nice, in that seat next to Mr. Ossé.  She talked

11  about, if the-- sometimes renters wouldn't mind

12  paying a little more rent.

13      [BELL RINGS]

14      And she said--

15  CHAIRPERSON MENIN:  Okay.  You need to wrap up

16  please.

17      [UNKNOWN SPEAKER]:  The difference is hundreds of

18  dollars.  A $3,000 listing, the property is $3,500,

19  no fee.

20      CHAIRPERSON MENIN:  Okay.  Thank you.  You've got

21  to wrap up.  Thank you.  Okay, next speaker, please.

22      MR. RICCIOTTI:  Hey everyone.  My name is Bruno

23  Ricciotti.  I'm the owner and co-founder of BOND New

24  York.  Each regulation our industry has been subject

25  to has yielded awful unintended consequences.  For

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        189

2    example, caps on security deposits did not and do not

3    protect tenants, but rather make it nearly impossible

4    for less-qualified applicants to secure an apartment

5    at all.  Embarrassingly, this law created a cottage

6    industry where tenants now pay additional fees, as

7    high as a month's rent, to an insurance company to do

8    the exact same thing that the law prohibits.

9         Limits on capital improvements to make rent

10   stabilized apartments habitable resulted in tens of

11   thousands of these apartments being warehoused

12   offline and unavailable to the public, all during a

13   homelessness crisis where tens of thousands of New

14   Yorkers do not have homes.

15        In this same time period, New York has

16   experienced the sharpest increase in apartment rents

17   in history, with an average of nearly 30%, with some

18   rents nearly doubling in some neighborhoods.

19   Unlikely a coincidence and more likely, a causal

20   connection.

21        This is the recent legislative track record.  No-

22   fee apartments are where the broker fee is included

23   in the rent, paid up front by the landlord.  With all

24   other factors the same these rents are higher than

25   the rents with tenant paid fees.  That's why over

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        190

2    half of the landlords choose to offer their

3    apartments this way without any mandate.  These

4    landlords do this to achieve the highest rents

5    possible to satisfy their banks and investors.

6    Landlords who don't pay agent commissions are usually

7    mom and pops, who tend to be more interested in

8    keeping tenants, who plan to stay for several years

9    and prioritize community over the bottom line.  These

10   are the best landlords a tenant can wish for but of

11   the very landlords who would suffer if Intro 360 were

12   to pass.

13      Commissions on tenant fee, apartments could be

14   negotiated and are attached to units with lower

15   rents.  If this were not the case, no one would ever

16   choose to rent a tenant-fee apartment.  Councilman

17   Chi demonstratively does not understand this.

18      We currently have a rental market full of choice

19   and diversity.  No one is forced to pay a broker fee

20   up front.  On StreetEasy today, there are 14,000

21   apartments available for rent, 54% of those are

22   offered no fee to the renter.  The number is higher--

23      [BELL RINGS]

24      CHAIRPERSON MENIN:  Please wrap it up.

25

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      191
2       -- and even higher in more normal economies.
3   Nearly 100% listed--
4       [BELL RINGS]
5       CHAIRPERSON MENIN:  Okay.  I'm going to ask you
6   again.  You can submit your written testimony.  We do
7   read that.  So please, if you could submit your
8   written testimony, thank you very much.
9       MR. RICCIOTTI:  Thank you.
10      CHAIRPERSON MENIN:  Next speaker, please.  Thank
11  you.
12      MS RYAN:  Hi.  My name is Mackenzie Ryan.  I'm
13  born and raised in Manhattan and been an agent for 15
14  years.  I began working in real estate when I was in
15  high school in the midst of the 2008 financial crisis
16  that I could earn money for my upcoming college
17  tuition.  I posted ads on Craigslist.  Climbed six-
18  story walk ups on sweltering summer days, and many
19  days, I walked home to West 98th Street from Alphabet
20  City to save whatever money I earned.
21      I graduated college in 2014 and have just paid
22  off my student loans from rental income and rental
23  deals that I did last March.
24      I'm a pragmatic and realistic person and at
25  heart, a deal maker.  So, today, I would like to
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION      192

2    discuss the reality of this rather vague deal and as

3    black and white of terms as possible by focusing on

4    three key components, the renters, the landlords, and

5    the agents, which, at the end of the day, can

6    ultimately be categorized as working New Yorkers.

7         Let's start with the landlords.  We need to focus

8    on smaller landlords who have razor-thin margins and

9    use the majority of their building's income to

10   maintain and renovate the building.  While many

11   landlords already pay the fee, what happens to those

12   that can't afford it?  What happens to showing

13   apartments to landlords who live miles away and are

14   out of state?

15        The reality is, while the landlord is the one who

16   hires us, we do 90% of the work for the tenant.  When

17   you leave the office at 6 p.m. and need a 6:30

18   showing, we are the ones who show up.  When you need

19   to measure the apartment for the third time to make

20   sure your couch fits, we are the ones who show up.

21   When you have 20 questions about the lease, we are

22   the ones who walk you through it.  We do the work for

23   the tenants just as much as we do for the landlords.

24   If a landlord becomes responsible for this process,

25   this will-- the outcome will be less access to

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        193

2    apartments and even less inventory and the renter

3    loses.

4        Now for the agents, having read Council's

5    platforms, almost all of you here today promise the

6    people of your district more jobs and more

7    affordability.  This bill is a direct contradiction

8    of both.  More than 70% of agents in New York are

9    renters, but more than that, they are single parents,

10   heads of their households, and graduates coming into

11   the economy.

12       Lastly, for renters, having read all 141 words of

13   this bill, not a single one of these--

14       [BELL RINGS]

15       CHAIRPERSON MENIN:  Okay.  I'm going to ask you

16   to wrap up.

17       MS. RYAN:  Yup.  My last sentence:  Not a single

18   one of these words is development or rezoning.

19       CHAIRPERSON MENIN:  Okay.  Thank you.  And next

20   speaker, please.

21       [UNKNOWN SPEAKER]:  Good afternoon everyone.  We

22   can all agree that New York City desperately needs

23   more affordable housing.  However, the proposed bill

24   is like putting a band aid on a broken leg.  First

25   off, the language is way too vague for real world

```
1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        194
2    interpretation, which alone should render it null and
3    void.
4        For instance, the bill states, if you hire a
5    broker, you pay the broker.  It's so simple, but it
6    really raises several questions:  Can a broker be
7    hired by both a landlord and a tenant?  What
8    constitutes the act of hiring?  Will the city draft a
9    specific contract?  And what will that contract look
10   like?  There are too many unknowns to pass
11   legislation this ambiguous.
12       The FARE Act creates the image of consumer
13   protection, helping the little guy, when in reality,
14   all it does is restrict and remove consumer choice.
15   Like we mentioned, half of all listings on StreetEasy
16   are already no-broker fee.  If you can't find
17   something in your price range, this is a
18   macroeconomic problem that requires careful nuanced
19   solutions.
20       Broker fees like prices fluctuate on market
21   conditions.  This act is the beginning of a top-down
22   government controlled housing system similar to price
23   controls.  Such artificial manipulation of the market
24   will lead to higher rent prices.  Any reputable
25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        195

2    economist will tell you that this type of legislation

3    has the opposite effect of its intended purposes.

4        Chi talked about basic economics, 101, I think we

5    need to go back and take that course again.  Policy

6    needs to be analyzed in terms of the consequences

7    they create, rather than the hopes that inspire them.

8    This issue of price affordability boils down to

9    supply and demand.  If we want landlords to pay more

10   fees and provide affordable housing, the solution is

11   not a quick fix.  It requires the hard, deliberate

12   work of incentivizing construction and changes in

13   zoning regulations and programs encouraging more

14   building.

15       This is not a common sense bill.  This is a

16   nonsense bill.  Thank you.

17       CHAIRPERSON MENIN:  Okay, thank you to this

18   panel.  We are now going to move on to the next

19   panel.  Thank you.

20       [UNKNOWN SPEAKER:]  Mr. Ossé, no questions for

21   all of that?

22       CHAIRPERSON MENIN:  Excuse me--

23       COUNCILMEMBER OSSÉ:  No.  I already responded to

24   some of your-- your talking points that I disagree

25   with, but no questions for this panel.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      196

 2       [UNKNOWN SPEAKER:]  I'd like to discuss.

 3       CHAIRPERSON MENIN:  Okay, thank you to the panel.

 4   We're now-- We're now going to call the next panel.

 5   So Gladys Kachinaya.  And we need the interpreter,

 6   please, has been requested.  If the interpreter

 7   could, please come back.  Gali Davar, Achusa

 8   Mazafari, Shasta Spicer, and Judith Goldiner.  If you

 9   could all please come up.  Thank you.

10       Okay.  Are the other panelists here?

11       [UNKNOWN SPEAKER:]  I know that Achusa had to

12   leave because she works with me.

13       CHAIRPERSON MENIN:  Okay.  Achusa-- Okay, okay.

14   Let's take that.  Okay.  Okay, please begin.  Thank

15   you.

16       MS. GOLDINER:  Hi.  My name is Judith Goldiner.

17   I'm the attorney in charge of the Civil Law Reform

18   unit at the Legal Aid Society, and I'm speaking in

19   favor of the FARE Act, which Legal Aid strongly

20   supports.

21       I want to speak particularly about low income

22   renters who find the combination of security deposit,

23   first month's rent, and broker fee basically

24   impossible to overcome, and we see that especially

25   with our clients who have either CityFHEPS or Section
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        197

2    8, because even if they can get assistance from HRA,

3    HRA will only pay half of the normal broker fee, and

4    that means that is-- the brokers will just not work

5    with our very-low-income clients.

6        The main issue here, for-- from our perspective,

7    is our clients and my colleagues, experience with

8    brokers is that the brokers-- it's not that the

9    brokers don't do work.  They work for the landlords.

10   They screen tenants, they do background checks, they

11   look at guarantors, they gather information about the

12   tenants, but that is not a service to the tenants.

13   It's a service to the landlord.

14       Our only substantive comment on the bill is we

15   actually think what the bill should say very clearly

16   is that landlords pay.  That what we're-- What we are

17   concerned about is that, given this market, and given

18   how little choice tenants have, if you say that the

19   person who hires the broker has to pay, that brokers

20   will just, as they do now, make tenants sign

21   agreements saying that they're going to-- that they

22   agree that they are the one hiring the broker and

23   they have to pay.  And we feel very strongly that

24   it's the landlord who's getting the benefit of the

25

```
 1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       198

 2    broker's experience, and the landlord is the one that

 3    should pay.

 4        Almost out of time.  I really appreciate the

 5    council and the leadership of Councilmember Ossé, and

 6    we strongly support this bill.  Thank you very much.

 7        CHAIRPERSON MENIN:  Okay, next speaker, please.

 8        MS. DAVAR:  Hi.  Good afternoon.  My name is Gali

 9    Davar.  I am a legal intern at Mobilization For

10    Justice.  Mobilization for Justice envisions a

11    society in which there is equal justice for all.  Our

12    mission is to achieve social justice, prioritizing

13    the needs of people who are low income,

14    disenfranchised, or have disabilities.  We thank The

15    Committee for holding this hearing and considering

16    our testimony.  Broker fees making NYC rental housing

17    unaffordable before renters even step foot inside.

18    The FARE Act is a step in the right direction to

19    lower upfront costs and alleviate the housing

20    affordability crisis so renters can move when and

21    where they want.

22        MFJ's clients have experienced the difficulties

23    of broker fees first hand.  For example, AL, a mother

24    of three in the Bronx, had to move after having a

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       199

2    baby to a home more appropriate for her growing

3    family.

4        Even after obtaining government assistance to pay

5    for half the broker fee, she still needed $1,700 to

6    pay the balance, which put her ability to move at

7    risk without the assistance of MFJ.

8        Jean M., a senior citizen on Social Security, had

9    to move when her lease expired.  Even after she was

10   awarded a rent subsidy, the cost of broker fees was a

11   major barrier to moving, even as she faced eviction

12   and feared becoming homeless.

13       Many renters need to move for all kinds of urgent

14   reasons, like fleeing domestic violence or escaping

15   poor housing conditions, but broker fees contribute

16   to burdensome upfront moving costs that keep renters

17   locked into current apartments.  Typical broker fees

18   are 12% to 15% of the annual rent, amounting to

19   thousands of dollars.  Only 22% of New Yorkers can

20   afford these costs out-of-pocket.

21       For nearly three quarters of renters, high

22   upfront costs negatively affected their move,

23   impacting what homes they could afford, their desire

24   to move, or their ability to move.

25

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        200

2      Further, broker fees disproportionately burden

3  low-income New Yorkers.  Affordable and rent

4  regulated apartments are more likely to charge a

5  broker fee.  When vacancy rates for affordable

6  apartments are below 1% then the choices are few and

7  far between, so those most economically disadvantaged

8  are the most exploited.

9      We urge the city to take this sensible measure to

10 reduce upfront costs, modernize the city's rental

11 market and improve housing mobility and accessibility

12 for vulnerable tenants.

13     [BELL RINGS]

14     CHAIRPERSON MENIN:  Okay.  Please wrap it up.

15     MS. DAVAR:  Thank you.

16     CHAIRPERSON MENIN:  Thank you.  Thank you very

17 much.  And next speaker.

18     MS. SPICER:  Thank you.  My name is Shasta

19 Spicer.  I'm speaking on behalf of a tenant.  I'm a

20 member of the Met Council.  Thank you, Councilmember

21 Ossé, for calling this meeting and allowing the

22 public to speak.  I appreciate your time today.

23     It's very unfortunate that the Administration who

24 was supposed to be here to provide valuable data for

25 us to properly inform, and to gain insight into their

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        201

2    position so that we can come to an honorable

3    agreement, is unacceptable and disrespectful to

4    everyone, especially to the renters who are deeply

5    affected by this housing crisis, in which the FARE

6    Act bill would greatly alleviate the burden upon them

7    during a time of need for housing.

8        There is an imbalance already in our economy, and

9    the fact alone is proof that everyone is at a loss

10   somewhere.  Obviously, people cannot follow

11   directions.  It is clear by the people who are absent

12   and the people making noise when asked not to.  This

13   discussion is very juvenile, in my opinion, because

14   the hiring of the brokers should be left to the ones

15   doing the hiring.

16       We can sit here and talk about rents going up, et

17   cetera, but the housing crisis is the most important

18   because there are people's lives at stake by finding

19   housing that is affordable and also safe.  And what I

20   mean by affordable is in regards to the amount of

21   income one is making.  What I mean by safe, is that

22   tenants are not being scammed and taken advantage of

23   during a vulnerable time of life, such as moving or

24   finding a place to live.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION         202

2         I see one thing happening here, and that is

3    brokers and landlords trying to find loopholes in

4    which they can prevent their own loss of their

5    financial standing when they are clearly in a

6    position to show care and common decency toward the

7    people they want services from.  Getting rent from

8    tenant is us providing a service, let's be clear.

9         The economy is shifting, and so everyone needs

10   are different.  And since we are in a crisis,

11   everyone has got to be open to facing challenges in a

12   way that addresses the needs of the crisis and not

13   the needs of people's pockets, because everyone is

14   losing.  Thank you.

15        CHAIRPERSON MENIN:  Thank you very much.  Okay--

16        COUNCILMEMBER OSSÉ:  I just have a question for

17   Judith.  Have any of your clients, or any clients of

18   yours been impacted by the broker fee that you have

19   represented?

20        MS. GOLDINER:  So many of our clients like-- have

21   stories like MFJ's clients.  You know, they-- they

22   think they've won the lottery because they have a

23   Section 8 voucher, or they were finally able to get a

24   CityFHEPS voucher, and they think that's going to

25   allow them to move.  And when they see what the

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       203

2    broker fee costs are, they know that there is no way

3    they're going to move.  And we--

4        [BACKGROUND VOICES]

5        COUNCILMEMBER OSSÉ:  That's really respectful.

6        MS. GOLDINER:  We certainly see that, you know--

7    and you know, HRA will only cover for some people.

8    And if they cover anything, it's about half the

9    broker fee.  So, it's a significant burden on people.

10   We see people paying under the table for these fees,

11   because it's the only way they can do it, begging,

12   borrowing, putting themselves and their families at

13   risk, because that's the only way they can obtain an

14   apartment.  And it's really very problematic.

15       I would-- I also want to add that during COVID,

16   landlords paid the broker fee, and once again, the

17   market didn't crash, didn't come to an end, and

18   there's no reason we can't have a system where the

19   landlord pays.

20       CHAIRPERSON MENIN:  Okay.  I just want to say

21   something.  To be clear, everyone has their two

22   minutes.  If you disagree with the speaker, you are

23   going to get your two minutes to voice your

24   disagreement, but shouting out or saying something

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       204

2    while someone is speaking is not tolerated during our

3    proceedings.  Thank you.

4        COUNCILMEMBER OSSÉ:  The second question I have

5    for you is:  Real estate transactions can be a

6    contractual deal, and hiring a service, like hiring

7    brokers can involve a contract.  From a legal

8    standpoint, do you feel that everyday-- everyday New

9    Yorkers, such as the folks you represent, are fully

10   equipped to negotiate down a broker fee?

11       MS. GOLDINER:  Of course not.  I thought the

12   whole "choice discussion" with prior panels was

13   farcical.  The idea that the average person-- not to-

14   - You know, certainly my clients are not in a

15   position to negotiate that at all.  And for almost

16   every tenant that I talk to, rich or poor, they are

17   told, "This is the deal.  Take it or leave it."

18   These are contracts of adhesion.  They don't have

19   options.  And the idea that you can negotiate in this

20   market is simply ridiculous to me.

21       COUNCILMEMBER OSSÉ:  I remember in one of our

22   past conversations about this, you've spoken about

23   the broker fee being a valuable service, or it has

24   been, or the broker being a valuable service that

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        205

2    they provide to tenants.  How has that changed over

3    the past couple of years, would you say?

4        MS. GOLDINER:  I mean-- I think what we talked

5    about is that the brokers are mainly a valuable

6    service to landlords, and we-- I totally understand

7    why it's a service that a landlord might want to use,

8    so that they don't have to screen tenants themselves,

9    they don't have to do that work.  I completely

10   understand that.  There is a certain number of

11   extremely wealthy tenants, who do not live in New

12   York, who may want to use a broker to go find them an

13   apartment when they don't live here.  That is a

14   minuscule number of the people in New York who are

15   trying to find apartments.  And frankly, I don't

16   think that's the group that we really need to worry

17   about.  They will find what they need.

18       What we need to worry about is the everyday New

19   Yorkers, here every day, who need to find apartments.

20   And we need to make sure that that upfront cost is

21   not so ridiculous.

22       COUNCILMEMBER OSSÉ:  Thank you, and thank you

23   Chair.

24       CHAIRPERSON MENIN:  Thank you very much.  Okay,

25   thank you to the panel.  We're now going to move on

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        206

2    to the next panel, Iris Corcos, Nancy Elton,

3    Christina Cremidas, Lynn Gregg, and Barbara Ann

4    Rogers.  Please come up.  Thank you.

5        Please begin.  Thank you, sure.  Just yeah, press

6    the button so the red light is on.  Thank you.

7        [UNKNOWN SPEAKER]:  Okay, so first of all, I

8    wanted to-- to mention that I am an everyday New

9    Yorker.  I am also a person who's renting, who's

10   who's working here.  So, just like everybody else who

11   was speaking before about the every-- everyday New

12   Yorkers, they were actually speaking about me as

13   well.

14       And I had a whole different speech, but I'm going

15   to tweak it, because my colleagues already said most

16   of it, so there's no point in repeating.  But I do

17   want to point out that when Mr. Keith powers

18   sponsored the bill in 2019 about limiting-- limiting

19   how much landlords can charge for security, actually

20   it caused a whole big problem afterwards, because

21   people that don't qualify, like people that don't

22   earn enough money, people that don't have good

23   credit, international students, international

24   employees that come working to work for Bloomberg but

25   have zero credit history, cannot rent.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       207

2       What does that do?  They have to take-- And they

3    don't have personal guarantors.  They have to hire

4    third-party guarantors.  That's-- They have to

5    resign for with third-party guarantors every time

6    they renew.  Every time they renew their lease, they

7    have to sign for that, and it could be just as much

8    as the apartment itself.

9       So, when-- If they would be charged three months

10   or four months security deposit, they would get that

11   money back.  And many of them did after one year of

12   living in the in the building, landlords refunded

13   some portion of it.  That's not the case with third-

14   party guarantors.  Right now, I'm working with two

15   students of minority origin that they work, they

16   full-- they go to school full time.  They ran out of

17   money.  They ran out of money because to resign for a

18   rent-stabilized department.  They had to pay the

19   guarantors again.  And I received-- Now they are

20   facing--  they're late on the rent.  Guess who's

21   helping them?  The broker.

22      [BELL RINGS]

23      CHAIRPERSON MENIN:  Okay.  Thank you.

24      [UNKNOWN SPEAKER]:  I want you just to mention

25   one more thing, if you if you'll allow me.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       208
 2       CHAIRPERSON MENIN:  Yeah.  Please, we again--
 3       [UNKNOWN SPEAKER]:  A short sentence.
 4       CHAIRPERSON MENIN:  Again, we have to run an
 5   additional hearing.  We treat everyone exactly the
 6   same.
 7       [UNKNOWN SPEAKER]:  I just want to point out
 8   something very important.
 9       CHAIRPERSON MENIN:  Just if you could please
10   submit your testimony.  Again, we need to stick to
11   the two minutes.  Okay.
12       [UNKNOWN SPEAKER]:  Can I just say one more
13   thing?
14       CHAIRPERSON MENIN:  I'm sure if there are
15   questions, you could.  But again, we're going to do
16   two minutes per speaker.  Okay?  If we could have the
17   next speaker, please.  Thank you.
18       MS. KREMIDAS:  Hello.  My name is Christina
19   Kremidas.  I'm an Associate Broker at Douglas Elliman
20   Real Estate.  I've been a real estate professional
21   for nearly a decade, and I first-hand saw the New
22   York City housing crisis, which always has been in
23   existence, get majorly exacerbated in the past few
24   years following the pandemic.
25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        209

2        When the 2020 pandemic drove a lot of renters out

3    of New York City, apartments were vacant.  The people

4    who actually capitalized on vacant apartments and

5    took these units for slashed prices were

6    surprisingly, out-of-state people who had never

7    previously lived in New York City.  These people were

8    well-employed, and they could finally have their

9    dream of a luxury pied-a-terre, luxury lifestyle

10   pied-a-terre in Manhattan.  They could finally

11   justify it.  They couldn't before.

12       We all thought that these people would move out

13   once rent returned to market price.  They

14   surprisingly renewed.  They're still here, and they

15   have tied up inventory for New Yorkers who need it.

16       In addition, buyers who are supposed to be ready

17   to buy by now, due to a very difficult economic

18   situation with rampant inflation and high interest

19   rates, can't buy.  They are still renting.  These

20   first-time home buyers are still stuck in rentals.

21   There is no inventory to go around.  And I know that

22   there was already a conversation about the fact that

23   this is a inventory shortage of apartments, and I

24   know that there was already a response that this is

25   difficult to solve.  It takes time to solve.  But

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        210
 2   just in my few-block vicinity where I live, there are
 3   lots that went from empty to 100 story skyscrapers
 4   with luxury finishes that were imported from Europe
 5   in just a couple of years.
 6       So, I think that building can be possible with
 7   the right incentives.  And why-- why is it so slow to
 8   create this new housing?  But now we are in the worst
 9   crisis because of the prior two scenarios that I just
10   mentioned.  We have--  This has bubbled up to the
11   surface as the worst crisis that we've had in
12   inventory since 1968.  When there's a balance between
13   supply of units and demands for apartments, there is
14   a much more balanced playing field where landlords
15   offer incentives to tenants.
16       [BELL RINGS]
17       CHAIRPERSON MENIN:  Okay.  Thank you.  Thank you
18   very much.  Okay, next speaker, please.  Thank you.
19       MS. ELTON:  Hello.  My name is Nancy Elton.  I'm
20   a real estate professional with BOND New York and a
21   resident of District 2.  The last time I had the
22   privilege of testifying in this chamber, I learned a
23   new phrase, "rent burdened."  According to the US
24   Department of Housing and Urban Development, or HUD,
25   "rent burdened" is defined as paying more than 30%
```

```
 1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        211

 2    monthly gross income in gross monthly rent.  Severely

 3    rent burdened more than 50%.  [TO GALLERY:] By a show

 4    of hands, how many in this chamber are rent burdened?

 5       [TO COUNCIL:]  Okay, one thing we know is for

 6    certain, is that there is more that we agree about

 7    than we disagree.  Rent is too high.  As a native New

 8    Yorker such as myself, rent has become a nightmare.

 9    We must set the tide of our housing crisis, where in

10    only one week, over 630,000 applications were

11    submitted to the New York City Housing Authority for

12    Section 8 housing assistance.

13       Number two:  Vacancy rate is extremely low, not

14    going to go through it and belabor it, but housing is

15    being warehoused, and right now we're seeing bidding

16    wars where rental rates of already overpriced

17    departments are having bidding wars, outpacing many

18    consumers' ability to afford them.

19       Number three:  Transparency benefits the

20    consumer.  When we advertise for landlords, we

21    provide transparency and readily available resources

22    to provide information.  Let's not create a scenario

23    where landlords permanently bake fees into monthly

24    rent, with higher rent becoming the foundational

25
```

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        212
 2  rent, and tenants end up paying for the fee over and
 3  over and over again every year.
 4      Number four:  Our most vulnerable need a housing
 5  solution that works.  I spoke with a caseworker on
 6  Friday where we agreed and vented with each other
 7  that the system is broken.  Everyone is justifiably
 8  frustrated -- caseworkers, landlords, agents, and
 9  most importantly, the human being, the fellow New
10  Yorker that just wants a home.
11      For months, I've been scratching my head trying
12  to figure out just what the prime sponsor intends
13  with the proposed amendment.  Only two lines.  Sounds
14  reasonable.  The sponsor even created that catchy
15  acronym.
16      [BELL RINGS]  But as you've heard today, there is
17  far more nuance--
18      CHAIRPERSON MENIN:  Okay.  Thank you.  If you
19  want to submit-- you need to wrap up.
20      MS. ELTON:  --and I urge you do not be led by
21  this deceptively simple, or simply deceptive
22  proposal.
23      CHAIRPERSON MENIN:  Okay, next speaker.
24      MS. ROGERS:  Good afternoon.  I'm Barbara Ann
25  Rogers.  I'm an Associate Broker with Compass.  I've
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        213

2    been in real estate for almost 20 years now.  I live

3    in Brooklyn where I also do most of my work.  I have

4    lived in Brooklyn for 30 years.

5        Yes, I have seen neighborhoods change.  I have

6    seen my neighbors forced to move because they

7    couldn't afford the rent.  Broker's fees are the

8    least of New Yorkers problems.  It's not the broker's

9    fee that's keeping people from being able to live

10   where they want to.  It's the rents in general.

11       Intro 360 will only increase these rents further

12   by pushing those fees to be added to rent, as we've

13   seen.  And as people have said, Oh, but rent

14   stabilized apartments, they can't do that.  Well,

15   that amount of rent stabilized increase is set every

16   year, as everyone knows by the rent guidelines board.

17   Don't you think if this passes that those rent

18   stabilized landlords will now have additional

19   ammunition to get an even higher rent increase,

20   because they're now paying brokers fees?  And that is

21   going to apply to each and every rent-regulated

22   tenant, whether they are moving or not.

23       This unfortunate bill is not going to have the

24   effect it seeks.  And I would also state that I don't

25   care who said it:  Brokers do way more than just open

```
1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        214

2    doors.  The amount of service I provide to my clients

3    is extreme.  Yes, the renters:  They may not have

4    hired me, but I am giving them service, and that goes

5    from helping them with their applications, to

6    advising them on how to handle the move, and yes to

7    negotiating commissions.  I do negotiate commissions,

8    and I mostly do negotiate them downward.

9        So, this bill, unfortunately, well-intentioned

10   though it may be, will have the exact opposite

11   effect.  Thank you very much.

12       CHAIRPERSON MENIN:  Thank you.  And we have one

13   more--  You are on the panel, sir.  Your name is...?

14   Sorry, I can't hear.

15       MR. LYNN:  My name is Greg Lynn.

16       CHAIRPERSON MENIN:  Oh, okay.  Please proceed.

17   Thank you.

18       MR. LYNN:  Sure.  So, good afternoon.  Happy

19   Pride for those of you that are actually celebrating

20   it, to you Chi.  My name is Greg Lynn.  I am a 20-

21   year resident and neighbor of Hell's Kitchen and CB-4

22   constituent.

23       Unlike most of the people in my industry, the

24   intro is marked--  Sorry, let me rephrase.  The Intro

25   360 is marketed to be an easy and no-brainer solution
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        215

2   to the community and growing affordable housing

3   crisis.  However, the bill is detrimental.  There are

4   over 20,000 real estate licensed agents in New York,

5   as you, Chair Menin, mentioned earlier.

6       I've listened over and over to all the comments

7   that you've asked and all the questions.  I am

8   frustrated as well.  We are in a system that is

9   broken.  We are in an affordable housing crisis.  But

10  the individuals that are-- you are attacking right

11  now, the residential agents that are here, that are

12  validating, are the good ones.  Our industry is

13  flawed.

14      I came from regulatory and compliance for a

15  Fortune 500 company to help with housing.  That is my

16  job every day.  I represent condo owners and Co Op

17  owners.  I tell them fair housing is important.  You

18  cannot deny housing to people because you choose that

19  you want them to look like this or have this much

20  money in their bank account.  It is not right.  We do

21  more for a tenant than anyone ever understands.  We

22  pick up the phone at 3 a.m. when the refrigerator is

23  not working, when the air conditioning is not

24  working, and our clients are in China, okay?

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        216

2        We are the face of tenants, and in some cases, we

3    do get paid up front.  And unfortunately, that is the

4    way in which it is currently, right now, with the

5    system:  A payment program across over a period of

6    time?  Brokers would be happy for to do, if that's

7    necessary, if that's allowable from a firm.

8        I think again, co-ops and condos should not be

9    included in this bill.  If you're referring to

10   landlords, we can talk again.  I want to work this

11   out.  Thank you.

12       CHAIRPERSON MENIN:  Okay, thank you to the panel.

13       COUNCILMEMBER OSSÉ:  Can I say something?

14       CHAIRPERSON MENIN:  Councilmember Ossé?

15       COUNCILMEMBER OSSÉ:  Yeah.  Just-- Just for the

16   record again.  You know, I-- I appreciate the work

17   that that some brokers do, all right?  I think we--

18   we acknowledge the fact that there are-- some people

19   would say some bad apples, but I would say that

20   there's a decent amount of bad apples out there, as

21   I've heard from my constituents and many people who

22   have spoken.

23       And the intention of this bill is to not put good

24   brokers out of business.  And I believe that those

25   good brokers that have a great client base, that have

```
 1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        217

 2  worked well within their decades of service, will

 3  still be hired after the passing of this bill.

 4  People will understand that they provide that

 5  valuable service that we are talking about today.  I

 6  believe that this bill would weed out those who take

 7  advantage of folks who are looking for housing.

 8      MS. KREMIDAS:  Can I just say that we would

 9  welcome legislation that focused on weeding out bad

10  apples?

11      COUNCILMEMBER OSSÉ:  This is what this

12  legislation is.  So, I believe that the work that you

13  do--

14      MS. KREMIDAS:  No.  I doesn't weed out bad

15  apples.

16      MS. ROGERS:  It's a blanket--

17      COUNCILMEMBER OSSÉ:  If your work is valuable--

18  I believe that if your work is valuable, your clients

19  acknowledge that and will still hire you after this

20  bill is passed.

21      MS. KREMIDAS:  It's a blanket--

22      COUNCILMEMBER OSSÉ:  They just won't be forced to

23  pay the fee.

24      MS. KREMIDAS:  May I please say something that

25  hasn't been directly addressed?
```

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       218

2       COUNCILMEMBER OSSÉ:  Thank you.

3       MS. KREMIDAS:  There--  The landlords that will

4   pay their brokers and continue to pay is not the--

5   are not the landlords that are the issue here that is

6   creating the problem.  These--

7       CHAIRPERSON MENIN:  Okay.

8       MS. KREMIDAS:  These-- These landlords--

9       CHAIRPERSON MENIN:  Thank you.

10      MS. KREMIDAS:  They will discriminate if they

11  don't have a third-party--

12      CHAIRPERSON MENIN:  Councilmember Ossé directed a

13  question--

14      MS. KREMIDAS:  --advocate in between the tenant

15  and the landlord.  Unconscious bias very much exists.

16  These are also people that don't want to--

17      CHAIRPERSON MENIN:  Okay.  Just to be clear.

18  There's rules around question and answer.  So,

19  Councilmember Ossé asked a question which was

20  answered, that we--

21      COUNCILMEMBER OSSÉ:  I didn't ask-- I didn't ask

22  a question.

23      CHAIRPERSON MENIN:  You didn't ask?

24      COUNCILMEMBER OSSÉ:  No.

25
```

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        219
2       CHAIRPERSON MENIN:  Okay.  Okay.  All right.
3   Thank you very much to the panel.
4       [UNKNOWN SPEAKER]:  We also tip the servers in
5   the restaurant.  We're not the ones hiring them.
6       CHAIRPERSON MENIN:  Thank you.  Thank you to the
7   panel.  We are going to go on to the next panel.
8       [UNKNOWN SPEAKER]:  Will other members be joining
9   us to answer questions as well?
10      CHAIRPERSON MENIN:  I'm sorry.  We're moving on
11  to the next panel.  We're moving on to the next-- I
12  did not hear actually what you said, but we're going
13  to move on to the next panel.
14      We've got a zoom panel.  Ashley Chen, Mark
15  Burnett, and Ajitfanta Marena, and Alexandra
16  Martinez.  Thank you.
17      SERGEANT AT ARMS:  Time has started.
18      MS. CHEN:  Thank you, Chair Menin and members of
19  the City Council for the opportunity to testify.  My
20  name is Ashley Chen, and I'm the Policy Analyst at
21  the Chinese American Planning Council, CPC.
22      CPC is the largest Asian-American social service
23  organization the US providing vital resources to more
24  than 80,000 people per year in all five boroughs
25  through more than 50 programs at over 30 sites.
```

COMMITTEE ON CONSUMER AND WORKER PROTECTION        220

1

2      CPC strongly supports the Fairness in Apartment

3  Rentals Act, FARE, which would require the party who

4  hired the broker to pay the broker fee.

5      CPC serves a large immigrant population, and it

6  is crucial that we acknowledge that immigrant New

7  Yorkers face disproportionate housing barriers.

8  During the COVID 19 pandemic, we surveyed over 1000

9  AAPI New Yorkers, and we found that 26% of

10  respondents needed help with housing, and 26% needed

11  help with utility bills.  However, this was an issue

12  even before the COVID 19 pandemic, with immigrants

13  more likely to be increasingly rent burdened, live in

14  overcrowded spaces and live in substandard conditions

15  that don't receive regular maintenance.

16      However, even when our community members find

17  housing that is suitable for them, they are subjected

18  to astronomical and unfair brokers fees.  It is

19  unconscionable in one of the wealthiest cities in the

20  world that we're continuing to prey on low-income and

21  working class families, and the affordability crisis

22  is driving New Yorkers out of the city.

23      The Fiscal Policy Institute recently reported

24  that households with young children are 40% more

25  likely to leave our state and two times as more

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        221
 2   likely to move out of New York City.  This is due to
 3   the high cost of living, especially with the
 4   Administration's cuts to childcare and increasing
 5   housing costs.
 6       In order to address the housing affordability
 7   crisis and empower working class New Yorkers, we need
 8   to immediately pass the FARE Act.
 9       We thank you for the opportunity to testify, and
10   for the Councilmember Ossé's leadership, and we look
11   forward to working with The Council to ensure the
12   passage of this bill.
13       Thank you for your time.
14       SERGEANT AT ARMS:  Time has started.
15       CHAIRPERSON MENIN:  Next speaker, please?
16       [inaudible]
17       CHAIRPERSON MENIN:  Yes, please go ahead.  Thank
18   you.
19       MS. MARTINEZ:  Okay.  Perfect.  Hi everyone.  My
20   name is Alexandra Martinez.  I am a Project Manager
21   for the New York City Economic Development
22   Corporation, and I came here to state that I'm in
23   full support of the FARE Act.  I have heard
24   continuous testimonies today stating that over 50% of
25   the no-fee apartments listed are actually no fee, and
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        222

2    that we are able-- we have choice as a tenant,

3    because we are able to negotiate.  And at least I

4    feel like that was painfully clear, that that's a lie

5    based off my experience.  I have been in search of a

6    two-bedroom apartment with my roommate, an elementary

7    school teacher.  We are blessed enough to be middle

8    income, which I feel like is important to state.  And

9    during this search, we found a no fee apartment on

10   StreetEasy.  As we arrived, there were 20 other

11   visitors there.  We met an agent, and we-- the agent

12   told us that we needed to put down $1,000 deposit for

13   good faith that goes toward a security deposit.  We

14   talked to him.  We gave a deposit that same day,

15   because, as anyone knows, I think someone said

16   earlier, that is like The Hunger Games.  The Hunger

17   Games is probably like a kids show compared to what

18   New York City is like.

19       And well, we did that.  We came--  The broker--

20   The broker told us that there is actually a broker's

21   fee after we handed our non-refundable $1,000.  So we

22   felt pressured to proceed, and we were scrambling to

23   pay for a service we never requested.

24       And on top of this, we were then approached with

25   an application fee, a listing fee, a leasing fee,

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        223

2    wiring fees to send that money, which pushed our

3    moving cost to almost $8,500.  She's an elementary

4    school teacher.  I'm a New Project Manager, and it

5    wasn't the fact that it was just expensive.  It felt

6    predatory, and exploiting our lack of knowledge.

7        Again, a lot of the agents that spoke today

8    stated that, "Well, there's rules and regulations

9    around this," and that we should have known.  We did

10   not know, okay?  We saw the apartment that we liked,

11   and we went for it.

12       The current system is clearly broken.  A lot of

13   these-- a lot of these listings are misleading and we

14   have no power to negotiate.  And this--

15       SERGEANT AT ARMS:  Time is expired.  Thank you.

16       COMMITTEE COUNSEL:  There's one more.

17       CHAIRPERSON MENIN:  Okay.  Sorry.  There's one

18   more speaker on the Zoom panel.

19       SERGEANT AT ARMS:  Your time has started.

20       MR. BURNETT:  Thank you City Council and

21   Councilmember Ossé for sponsoring and popularizing

22   this bill.  My name is Mark Burnett, and I'm a

23   lifetime resident of New York, hailing originally

24   from Jamaica Queens.  I now live in Brooklyn, having

25   moved twice in the past six years, and I can attest

COMMITTEE ON CONSUMER AND WORKER PROTECTION        224

1
2  that the FARE Act would have made those experiences

3  those experiences far easier for me.

4      One example is at the outset of the application

5  process for my current apartment in Weeksville,

6  Brooklyn.  I was told there would be no brokers fee

7  for the unit.  Once my application was approved, just

8  a week before I was to leave my last apartment, my

9  responsibilities were laid out.  It was first month's

10  rent, security deposit, both of which I expected, and

11  two surprise fees.  I was told there'd be a pet

12  deposit of $1,200 and a broker's fee equal to one

13  month of rent at $2,500 bucks.

14      I was profoundly privileged to be able to afford

15  those surprises, but they nearly doubled my expenses

16  at the last minute and caused me to pay the surprise

17  broker's fee and installments.  And I didn't even

18  have time to think about the recourse for the fact

19  that the fee was a surprise either.  I needed a place

20  to stay.  And this was all before the cost of moving

21  supplies and utilities.

22      I'm currently looking for a new apartment with my

23  girlfriend, who's had similar troubles when she first

24  moved to New York a couple years ago.  Her

25  responsibilities for moving were first and last month

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        225

2    of rent, security deposit and a surprise broker's

3    fee, yet again, bringing her total to a whopping

4    $15,000.  Worse yet, at her next apartment, she had a

5    broker's fee held over her head as the only

6    alternative to a bidding war on rent.  But I think

7    that's a story for another bill.

8        At the very least, we need legislation like the

9    FARE Act to protect tenants looking to buy their way

10   into shelter, which we should regard as a human

11   right.  Rent prices are rising, wages on average,

12   aren't beating out inflation and the cost of living,

13   and all this spells disaster for renters.  This bill

14   would be just one step towards leveling the playing

15   field and keeping landlords honest as they seek new

16   tenants.  Thank you all for your time.  Thank you

17   again, Councilmember Ossé, and Free Palestine.

18       CHAIRPERSON MENIN:  Okay, thank you very much.

19   We are now going to call the next panel.  Naomi

20   Alzenki (sorry if I'm-- it's a little hard to read

21   the writing), Evan Osar, Jed Wilder, Priscilla

22   Jacobs.  Please come forward.  Thank you.

23       Okay, thank you.  If you could please begin.

24   Thank you.  Okay.  Okay, yes.  Please begin.  Thank

25   you.

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        226

2       MR. WILDER:  My name is Jed Wilder.  I work at

3   Living New York as a real estate agent and run a team

4   in which we represent approximately 1500 units

5   throughout the city, potentially the largest

6   portfolio of any agent in the city.  I'm not saying

7   this to brag, but in an informative manner,

8   utilizing-- by utilizing this large sample size at my

9   fingertips.

10      I've been in the business since 2012.  I have

11  many landlords that choose to pay the commission, but

12  only because they're making the smart move for

13  themselves, as they know they can add 8% to 10% to

14  the asking rent, and that can be much-- and then it

15  will be much higher on renewal.  This bill is a

16  detriment to affordability, not helpful.

17      I have a conversation daily with owners about

18  this, and yesterday, spoke to an owner of a building

19  on East 81st Street, and this was how the

20  conversation went:  We can get $4,400 for this

21  apartment with you paying the fee, or if the tenant

22  pays the fee $4,000.  Let me know your thoughts.  He

23  chose the $4,400, 10% higher, and then on a renewal,

24  that will be 10% higher.  Qualifying for apartments

25  will also become an issue with the higher prices,

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        227

2    because it will be harder to beat the 40-times-the-

3    rent standard criteria.

4        Additionally, my average team member makes about

5    only $50,000.  I have a family and three kids, and

6    this is my livelihood.  This bill not only has a

7    negative impact on the affordability of housing, but

8    will majorly affect the lives of many people like

9    myself and my team.

10        As opposed to closing your eyes and passing the

11    bill because you've gotten this far, and have passion

12    about your work, which I appreciate, I can assure you

13    that it may be better to-- it will be better to not

14    pass the bill and look at the details of what's

15    better or worse for New York City renters.  Thank

16    you.

17        CHAIRPERSON MENIN:  Thank you.  Next speaker,

18    please.

19        MR. OSUR:  Honorable members of the New York City

20    Council, I hope you will ask questions like you do

21    for the panels that support this bill.  Thank you for

22    allowing me to speak today.  My name is Evan Osur,

23    and I'm an Associate Broker and run the largest team

24    at Living New York.  When is enough enough?  When

25    will people focus on the real causes of housing

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        228

2    affordability, rather than the politically easy way

3    out?

4        Scapegoating real estate agents is not the

5    solution.  There are over 30,000 agents in New York

6    City making less than $55,000 with no benefits, no

7    health care, no 401K, no nothing.  We are the

8    definition of the working class, blue collar people,

9    despite what shows like Million Dollar Listing might

10   have you believe.

11       The question before us today is not to discuss

12   whether broker fees are right or wrong, or why New

13   York City has broker fees and other cities don't.

14   Keep in mind we are the only city in the country that

15   doesn't have an MLS.  The question is:  Will this

16   bill increase or decrease the cost to renters?  It

17   will certainly increase.

18       Look, I understand on a very basic level, people

19   might attribute a one-time broker fee to increased

20   cost of rent.  However, the reality is, this bill

21   will tack on a broker fee every year.  It will

22   continuously renew.  For example, an apartment cost

23   $3000 with a broker fee.  After this bill cost $3400

24   with no broker fee, the landlord will bake the broker

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       229

2    fee into the cost then upon renewal, rather than

3    increase on $3000 increase on $3400, year after year.

4        Some say this increase is tolerable because the

5    upfront costs are too painful.  But what's not okay

6    is convincing renters that saving a little today is

7    worth mortgaging their future to pay significantly

8    more, starting one year out.  How shortsighted.

9        Please understand the real reason why the city is

10   unaffordable is due to a supply issue.  There's not

11   enough housing.  If you want to actually solve the

12   problem, add more housing, convert unnecessary office

13   space into affordable housing, and stop making it so

14   hard for landlords to run a business, so much so that

15   we have 88,000 warehoused departments that are

16   sitting vacant, that would immediately bring down the

17   cost of rent.

18       Once supply increases, you will see broker fees

19   going dramatically down, and there will be a natural

20   balance.  This bill will make supply even more tight,

21   because owners will prefer to renew their tenants

22   rather than going to market and paying a broker fee,

23   which will tighten the supply even more.

24       [BELL RINGS]

25       Keep in mind, we pay $7 per day, per listing--

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        230

2        CHAIRPERSON MENIN:  Okay.  Thank you.

3        MR. OSUR: --for rights to advertise on

4    StreetEasy.

5        CHAIRPERSON MENIN:  If you want to submit your

6    testimony--

7        MR. OSUR:  Should we ban waiters?  Should we pay-

8    -

9        CHAIRPERSON MENIN:  Okay.  You have to wrap up.

10    Thank you.  Okay, next speaker, please.  Thank you.

11        MS. JACOBS:  Good afternoon.  My name is

12    Priscilla Jacobs, and I've been a real estate agent

13    with EXP Realty since September of 2022.  I was born

14    and raised in Brownsville, Brooklyn, New York, where

15    I still reside.  Last week, I took a mandatory

16    course-- class, sorry, to renew my license on fair

17    housing that was taught by Neil Garfunkel.  Mr.

18    Garfunkel serves as Broker Council to Real Estate

19    Board in New York.  He began that class by stating

20    that shelter is one of the most basic of human needs.

21    It's really important for human beings to have a

22    sanctuary to come home to.  This bill threatens the

23    ability of people to acquire homes and apartments.

24    By eliminating broker fees, you would make it so much

25    harder for agents to get paid, causing confusion, and

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        231

2  many of us would leave this industry.  Landlords

3  would list properties themselves or choose not to

4  work with agents, leading to less transparency in the

5  process.  This would impact housing access with a

6  higher base rent, more renters won't meet the 40X

7  income requirement to qualify, coldly leaving many

8  New Yorkers out on the streets.  The homeless

9  population could increase as a result.

10     I'm not a lawyer, but it seems to me that if this

11  bill becomes law, it would violate fair housing laws,

12  whose purpose is to give everyone the right to live

13  wherever they choose.

14     There is so much more to my job than just opening

15  doors for people.  Back in 2022, when I first became

16  a realtor, I thought that this job would be easy,

17  easy for me to do.  I quickly found out that being a

18  real estate agent is very difficult because this job

19  requires so much effort and patience.

20     I assisted my client with finding a home-- with

21  finding homes, negotiating with sellers for more than

22  a year without receiving a single penny.  I

23  understood why agents were leaving this industry,

24  leaving this profession in droves during 2023.  I

25  also sent a resignation letter to my broker, but

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       232

 2   something told me to hold on.  So I rescinded my

 3   resignation and resumed my search, combing through

 4   every listing that would pop up on my database.

 5       On February 6, I gave my clients the keys to a

 6   dream home and received a miniscule commission check,

 7   which did not compensate me enough for a year and a

 8   half of arduous work.

 9       [BELL RINGS]

10       I injured my knee last weekend, but I'm still

11   here because this bill threatens my dream of

12   succeeding as a real estate agent.

13       CHAIRPERSON MENIN:  Okay.  You need to wrap up.

14       MS. JACOBS:  Okay.  I'm wrapping up.

15       CHAIRPERSON MENIN:  If you want to submit your

16   testimony, that's fine.

17       MS. JACOBS:  At EXP Realty, my brokers give

18   weekly compliance meetings where agents are

19   constantly told that the best way--

20       CHAIRPERSON MENIN:  Okay.  Thank you.  Thank you

21   for your comments.  Thank you very much.  I just want

22   to say, when people are speaking, if you disagree

23   with them, please do not laugh.  It is very

24   disrespectful in this chamber.  You'll have your two

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION      233

2    minutes.  You can voice your disagreement then.

3    Thank you.  Okay, last speaker on the panel.

4        MR. BURKE:  Good afternoon.  My name is Ausar

5    Burke.  I'm an organizer with Churches United for

6    Fair Housing, a grassroots organization dedicated to

7    fighting for affordable housing for all New Yorkers.

8    Today I'm here to speak in strong support for the

9    FARE Act.  As someone who works closely with working

10   class New Yorkers, I have witnessed firsthand how

11   broker fees act as a significant barrier-- barrier to

12   support securing affordable housing.  These fees,

13   often equivalent to one month's rent or more, create

14   a huge financial burden for tenants who are already

15   struggling to make ends meet.  For many, paying a

16   broker fee means diverting funds from essential needs

17   such as food, healthcare, and education.

18       The FARE Act is a necessary step towards

19   eliminating these unjust broker fees and ensuring

20   that all New Yorkers have a fair chance at finding

21   safe and affordable housing.  By supporting this

22   legislation, we can alleviate the financial burden on

23   working class tenants, increase housing stability,

24   and promote greater equity in our housing market.

25

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       234

2       In conclusion, I urge you to support the FARE Act

3   and stand with us and fight for fair housing.  Let us

4   work together to remove these unnecessary barriers

5   and create a more just and equitable New York for

6   all.  Thank you.

7       CHAIRPERSON MENIN:  Okay, thank you to the panel.

8   Councilmember Ossé, has questions.

9       COUNCILMEMBER OSSÉ:  I-- I know that there will

10  be future testimonies about this, about how the

11  passing of this bill would increase rents, and I just

12  want everyone listening in the room, and online, and

13  in future communication that this is a talking point

14  that has specifically come from the Real Estate Board

15  of New York.

16      Now the Real Estate Board of New York represents

17  landlords, developers, people who, you know, affect

18  the rent that each and every single one of us pays in

19  this room.  Not once have I seen the Real Estate

20  Board of New York mobilized 1500 people to show up to

21  a rent guidelines board meeting to push back against

22  the rents that they increase in those meetings.  It's

23  interesting that now they care about the increasing

24  in rent and they're showing up to this bill hearing.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        235

2        In addition to that, I would like to dispute some

3    of the false claims that this will increase rent.

4    One:  No one's talking about this, but nearly half--

5    specifically 44% of New York City rentals in New York

6    City are rent stabilized.  Again, it would be illegal

7    for landlords to bake that rent into-- the broker fee

8    into those rents.  Two:  Rent is determined by market

9    forces, not by landlords.  If landlords could

10   increase your rent tomorrow, they would have done so

11   yesterday.  They are not holding back on increasing

12   your rent.  And finally:  Under the current system of

13   forced broker fees, tenants don't have bargaining

14   power, and landlords know that.  They know that you

15   can't move out of your apartment because it costs

16   $10,000-plus, because you have to pay a broker fee to

17   move into another apartment.

18       With that being the case, landlords can increase

19   your rent knowing that you're basically trapped in

20   that housing.  Passing this bill will give tenants

21   bargaining power.  It will give them mobility to move

22   around their housing market.  And it will not only--

23   it won't increase rents, it'll put a downward

24   pressure on rents.  Thank you.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        236

2        MR. OSUR:  I'm sorry something you said that's

3    not factually correct.  If I could just correct:  So

4    rent stabilized apartments can go up if the tenant

5    vacates.  So, that's not entirely true.  There can be

6    a preferential rent and a legal rent.

7        Also, should we be-- should we be paying the tips

8    for waiters?  Or should the restaurant be paying the

9    tips for waiters?  They hired them.  They employed

10   them.  I didn't employ them.

11       COUNCILMEMBER OSSÉ:  It's optional.  That's the

12   thing about tips for waiters.  It's optional, and

13   people choose to do so.

14       MR. OSUR:  It's not optional.  You know that.

15   You're going to go to a restaurant and not pay--

16       CHAIRPERSON MENIN:  Okay.

17       [GAVEL]

18       Okay, thank you.  Thank you very much.  We're

19   going to keep order in here.

20       MR. OSUR:  Rent stabilized apartments can be

21   increased.  I just want to make note.

22       CHAIRPERSON MENIN:  Thank you.  Okay, thank you

23   to this panel.  We are now going to move on to the

24   next panel.  Jordan Melkin, Logan Ferris, Destiny

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        237

2    Cruz, Amy Blumsack, Mia McDonald, Arturo Edinardo.

3    If you could please come forward, thank you.

4        COUNCILMEMBER OSSÉ:  Whenever you're ready to

5    begin, right?

6        CHAIRPERSON MENIN:  Yes, please start.  Thank you

7    very much.

8        MS. BLUMSACK:  Good afternoon.  My name is Amy

9    Blumsack.  I represent Neighbors Together.  We are a

10   community-based organization located in central

11   Brooklyn.  Over 60% of our members are homeless, and

12   so we work with a very large number of people who

13   have vouchers.

14       As we know, rental assistance vouchers can be a

15   lifeline for people who have them.  However, not all

16   vouchers pay broker's fees, and not everyone can get

17   help from HRA to pay a broker's fee, meaning that

18   brokers fees cause barriers to people accessing

19   housing, and they can be stuck in homelessness

20   because of the prohibitively expensive fees.

21       Requiring someone with a voucher to pay a

22   broker's fee can be a form of source-of-income

23   discrimination, which is illegal in both the city and

24   the state.  And for people who are paying broker's

25   fees with a rental assistance voucher, they are

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        238

 2   paying a significantly higher portion of their

 3   income, making this an issue of equity.

 4        The waiting list for Section 8 vouchers was open,

 5   and we saw over 600,000 people apply.  Vouchers are a

 6   means of income support, and so if people have that

 7   much need for assistance, they are not going to be

 8   able to pay broker's fees.  That's like over 600,000

 9   households that can't afford to pay this extra money.

10        CityFHEPS vouchers do pay-- they do-- some do pay

11   the broker's fees.  However, if landlords would pay

12   the broker's fees, that would be cost savings to the

13   City of New York, and we know how much the Mayor is

14   into cost savings.

15        Additionally, I want to say that if the FARE Act

16   were passed, it would remove incentive for bad actors

17   to discriminate against voucher holders.

18        And lastly, I would like to say that people keep

19   talking about rents being baked in, and tenants

20   aren't happy, and brokers aren't happy.  This is why

21   we need to decommodify housing.  Housing should not

22   be a commodity where people are making money off the

23   backs of people for a human right.  Thank you.

24        CHAIRPERSON MENIN:  Thank you.  Next speaker,

25   please.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        239

2        MR. FERRIS:  Thank you, Chair Menin and

3    Councilmember Ossé and members of the Committee for

4    the opportunity to share testimony in support of the

5    FARE Act.  My name is Logan Ferris and I serve as the

6    Political Director at Open New York.  Open New York

7    is an independent, grassroots, pro-housing nonprofit.

8        New York faces-- I'm not the first person to say

9    this today, but New York faces a severe housing

10   crisis.  In February, the New York City Housing and

11   Vacancy Survey revealed that the rental vacancy rate

12   had fallen to 1.4%, meaning that New Yorkers are

13   experiencing the tightest housing market in decades.

14       While renters are suffering, landlords have more

15   power than ever.  Tenants are essentially forced to

16   accept high rent increases in substandard living

17   conditions, because the average upfront cost for a

18   tenant to move into a different apartment in New York

19   City is now over $10,000.  That's assuming you can

20   even find a new apartment.

21       While it's clear that the city needs a

22   comprehensive approach to increase the housing

23   supply, building the housing that we need will take

24   time, and we must find ways to help alleviate the

25   burden of the crisis on renters in the short term as

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        240

2    well.  Intro 360, or the-- the FARE Act is one way

3    to-- one way that we can help improve the burden on

4    tenants.

5        I'm here testifying in favor of this bill today

6    on behalf of my organization, but also as a tenant

7    myself.  Over the last four years, my landlord,

8    landlord has raised my rent by nearly 30%, and

9    neglected to make much needed repairs because he

10   knows that moving within New York City is a huge

11   burden.  He's right.  With so few apartments

12   available to rent, and the upfront costs of moving

13   being equivalent to three months' rent, I have no

14   bargaining power, and my landlord is able to take

15   advantage of that situation.

16       Your landlord should always be afraid that you

17   can find a new apartment, but until we create more

18   housing and pass much-needed reforms like the FARE

19   Act, they will continue to have the upper hand.

20       We look forward to the passage of this

21   legislation and working with The Council to pass city

22   housing opportunities so we can start to build more

23   housing in every neighborhood.  Thank you.

24       CHAIRPERSON MENIN:  Thank you.  And our next

25   speaker.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      241

 2       MR. MELKIN:  Hello.  My name is Jordan Melkin.

 3   I've been a real estate agent with NC Pepe Real

 4   Estate since 2005.  I'm a 20-year resident of

 5   Greenpoint.

 6       I tossed my written testimony after hearing what

 7   a lot of people here have had to say.  Rather than

 8   tell you all about what I know, I'm going to tell you

 9   about some things I don't know, and I'd be very

10   curious to learn.  One thing I'd like to know is, for

11   my colleagues, my real estate professionals that are

12   here and across the city:  When you do charge a

13   landlord a broker fee, how much is that fee?  And

14   when you charge a tenant a broker fee, how much is

15   that fee, and are they the same?  I would love it if

16   you guys would open your books show us that, and we

17   can see if there are really free-market forces here

18   which are allowing tenants to negotiate the price

19   that we as the real estate industry are asking them

20   to pay, or rather telling them they need to pay if

21   they want this apartment.

22       I am also kind of curious-- dumbfounded as to the

23   reference of the dual-agency agreement as somehow

24   something that has any impact whatsoever on a

25
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      242

2   tenant's choice of hiring a real estate agent, or

3   broker in order to complete a transaction.

4       We only have-- or rather, we have hundreds of

5   renters for every vacant apartment.  Every one of us

6   knows-- every one of us renters knows when we've been

7   waiting online to get into that open house to see an

8   apartment for rent, that if we want that apartment,

9   we need to sign that agreement.  It is signed under

10  duress.  In no way or form, if you go out and ask New

11  Yorkers, would you sign this and would you hire a

12  real estate agent or broker and pay them that fee, if

13  you didn't have to, there's no way that any more than

14  a small fraction of them would say yes.

15      [BELL RINGS]

16      CHAIRPERSON MENIN:  Okay.  Thank you.  And next

17  speaker, please.

18      MS. CRUZ:  Good afternoon.  Chair Julie Menin,

19  committee members and Councilmember Chi Ossé.  My

20  name is Destiny Cruz, and I'm the New York City

21  Senior Organizer at the New York Working Families

22  Party.  As a party of tenants, union members, parents

23  and working class people, we strongly endorse the

24  FARE Act.  This bill, in its simplest forms, codifies

25  whoever hires the broker pays for the broker's fee.

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      243

2       Let's be clear, when the FARE Act passes, brokers

3   will still get paid.  If the FARE Act does not pass,

4   millions of tenants will remain burdened with

5   maintaining a portion of a broker's salary.

6       I'd like to share the story of one of our WFP

7   members, Kaylee Farish.  Kaylee's rent went up 50% in

8   two years.  Unable to sustain the increase, she began

9   her search for a new home, but couldn't find an

10  apartment without a broker's fee.  A couple of weeks

11  before her lease was up, she finally found a unit

12  listed as having no fee.  She reached out to schedule

13  an appointment and discovered that there was a $6,000

14  brokers fee on this non-luxury, Lower East Side

15  apartment.  Accounting for the first month's rent,

16  broker's fee, security deposit, and movers, her move

17  easily added up between $15 to $20,000.  Kaylee had

18  to leave New York City and move in with a friend.

19      It is nearly impossible for the everyday New

20  Yorker to prepare $20,000 in a short period of time.

21      Agents say that the FARE Act will worsen the

22  housing crisis, because fees will be baked into

23  tenants' rents.  I implore brokers worried about

24  increased rents to join us at the rent guidelines

25  board final vote, where students, professors,

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        244

 2   families, and everyday New Yorkers will see yet

 3   another sharp increase to rent-stabilized units,

 4   negatively affecting mobility across our city.

 5       Today marks the five-day countdown on the message

 6   our local government sends to millions of tenants

 7   across New York City.  Our strong City Council--

 8       [BELL RINGS]

 9       CHAIRPERSON MENIN:  Okay.  Thank you.  If you

10   want to submit your testimony.

11       MS. CRUZ:  May I speak my last sentence?

12       CHAIRPERSON MENIN:  Again, we're doing the same

13   for everyone.  So, please, if you could just submit

14   the written testimony, thank you.

15       MS. CRUZ:  Thank you.

16       CHAIRPERSON MENIN:  And next speaker.  Thank you.

17       MR. ENAMORADO:  Good afternoon.  My name is

18   Arturo Enamorado.  I'm a member of PSC CUNY and also

19   a Sociology Professor at Kingsborough Community

20   College, and I'm a lifelong New Yorker and renter.

21       First of all, our union is an absolute support

22   for the FARE Act.  It is what's right for citizens of

23   New York, as well as renters and our students.  But

24   I'd also like to share briefly my experience.

25
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        245

 2        Two years ago, I landed my dream job at

 3   Kingsborough Community College.  But the requirement

 4   is I had to move from Jamaica Queens, my home, my

 5   place of living for years, to Brooklyn to lessen my

 6   commute, to make my job possible.  After months of

 7   searching, my partner and I looked, and looked, and

 8   looked to find an apartment within our means, and I

 9   still had a commute of an hour, we were finally able

10   to find an apartment that was within our means, until

11   we found out that we could not get the keys because

12   we had to pay a broker's fee.  We had to pay one

13   month's security, first month's rent, and an

14   additional $2,400, totaling my cost to $7,200 just to

15   move in, to which I did not hire this broker, nor did

16   I even see them physically to give them-- for them to

17   give me my key.  This is not who I hired.

18        And to my-- the brokers in the room, let me just

19   say this really briefly:  I do not blame my students,

20   nor do I charge them an extra fee to come to class.

21   Nor do I blame one-- blame them for my one year

22   without a contract.  That blame goes to my employer

23   who hired me.  As a labor union, we sponsored this

24   bill because we understand that the equivalent is the

25   equivalent of speaking from both sides of your mouth
```

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION       246

2  to educate the next generation only to cripple them

3  with a the cost they did not ask for.

4      We stand by our students and the working class

5  members of New York, and we stand with all of you,

6  and we please encourage that you pass this act.

7      CHAIRPERSON MENIN:  Okay, thank you.  Just one

8  announcement.  We have 40 speakers that have signed

9  up in person.  We have 13 on Zoom.  I am announcing

10  this because we've been told by the Speaker's office

11  that if we go past four we have to move rooms.  So,

12  I'm just giving everyone that heads up and that is

13  trying to be good about the timing, but we may have

14  to move rooms depending on where we are at four

15  o'clock.  Thank you.

16      Did you have a question?

17      COUNCILMEMBER OSSÉ:  Just one question for Mr.

18  Milken.  You mentioned in your testimony that there's

19  an imbalance between what brokers are charging

20  landlords, and what brokers are charging tenants.

21  From your experience as a broker, what are some

22  examples of that?

23      MR. MELKIN:  Well, in my experience, amongst--

24  I've been doing this for again, almost 20 years.  In

25  my experience across the board, landlords pay less

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION       247

2  for a broker fee when it's a no-fee listing, as do

3  tenants when it is a fee listing.

4      "Why" is simple.  We've heard a lot of talk about

5  market fundamentals here.  Landlords, if they are

6  asked to pay a higher fee than they would like to

7  pay, have hundreds of agencies and thousands of

8  agents and brokers, to choose from to take their

9  business elsewhere and shop on price of the broker

10  fee.  When a tenant is faced with a broker fee, what

11  they want is the apartment.

12      So, first of all, they have-- they're already

13  being asked for some-- to pay for something they have

14  no interest in paying for.  Next if they don't want

15  to pay that broker fee or want to negotiate it down,

16  they've got no leverage, because there are a line of

17  tenants behind them who are already waiving checks.

18  That's why we've had bidding wars over the last three

19  years, and that's why it's going to continue to

20  happen unless we do something about it.

21      COUNCILMEMBER OSSÉ:  Thank you.  Thank you Chair.

22      CHAIRPERSON MENIN:  Okay, we're going to call the

23  next panel.  Michael Jacobs, Sheila Carroll, Jonna

24  Stark, and John Preston.  Thank you.

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        248

2        Um, any other member of that panel that is still

3    here, please come forward.  If not, please go ahead.

4    Thank you.

5        You can begin.  Thank you.  Push the button until

6    you see it red.

7        MS. STARK:  Hello, I'm Jonna Stark.  I live or

8    work in Queens.  I'm a real estate agent.  I don't

9    know if there's-- there hasn't been much that has

10   already been said, but I do want to just point out

11   that there are a lot of costs to landlords in New

12   York City that I don't think are costs elsewhere.

13   Like, for example, I just rented an apartment where

14   the building charges the landlord $4,000 every year.

15   So, the tenant was fine to pay the $3,000 broker's

16   fee because the building is charging these landlords

17   exorbitant fees.

18       So, if it's a condo, co-op, condop, it's just a

19   whole different ball game where they have more

20   expenses than you would think.  I just listed an

21   apartment today.  It's $5,500.  Now, when you go on

22   StreetEasy and look at it, it'll show comparable

23   units.  And the comparable units nearby--  So, this,

24   this, this apartment is $5,500.  I'm collecting the

25   broker's fee, because the owner has to pay two

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        249
 2   months' of common charges to the building.  So,
 3   that's a whole other--  You know, they have all these
 4   fees that you don't actually are aware of.  But the
 5   comparable units are all no-fee units, 165-10, 163-
 6   05, 161-30.  So, this idea that a no-fee apartment is
 7   actually more expensive, it's really true.  So, we--
 8   the landlord said, "I'll just charge $5,500 if the
 9   tenant will pay the broker's fee, because I have all
10   these other costs."
11       So, it's-- it's a nuanced sort of deal where
12   that's almost a concession, and it's actually really
13   true.  You say that landlords only squeeze as much as
14   they possibly can.  A lot of landlords don't.  Mom
15   and pop.  Landlords don't they want to keep a good
16   tenant, and they're willing to take less rent, but
17   they have a lot of costs, and they say, "Hey, can we
18   work this out?  If the tenant can pay this fee, I can
19   charge less."
20       And I talk to landlords all the time who are
21   charging less because they want to keep a good
22   tenant.  So, there's that.
23       Also, other states charge two or three months
24   security deposits.  So, the cost of moving:  Look at
25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        250

2    other states.  The cost of moving is the cost of

3    moving everywhere.  It's a lot.

4        CHAIRPERSON MENIN:  Thank you very much.

5        MS. START:  Thank you.

6        CHAIRPERSON MENIN:  Thank you we are going to

7    call the next panel.  Katie Shane, Adam Grobert,

8    Galloway, Esteban Giron, and Nadia Swanson.  Please

9    come forward.  Thank you.

10        Yes.  Okay, thank you.  Please go ahead.  Please

11    begin.  Thank you.

12        GALLOWAY:  Good afternoon.  My name is Galloway,

13    them/them, and I'm the Advocacy Manager at the Ali

14    Forney Center, an organization dedicated to

15    supporting homeless, LGBTQIA+ youth in NYC.  Thank

16    you to Chair Menin and Councilmember Ossé for holding

17    today's hearing, and also the ongoing support of the

18    Council for queer youth experiencing homelessness in

19    NYC.

20        I'll be submitting longer written testimony to

21    advocate for the passing of the FARE Act, but this is

22    a crucial piece of legislation that will help

23    eliminate significant barriers for many New Yorkers

24    seeking housing.  As many of you know, AFC serves

25    over 2000 LGBTQIA+ young people each year, providing

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        251

 2   them with essential services, including housing

 3   assistance.  Many of these youth are forced into

 4   homelessness due to family rejection, discrimination,

 5   and systemic inequalities.  Finding stable housing is

 6   a critical step towards stability and self-

 7   sufficiency for many young people.  However, the

 8   current requirements for tenants to pay brokers fee

 9   often places the burden on the clients.

10       For many homeless queer youth, these fees, which

11   can amount to thousands of dollars, are simply

12   unaffordable.  This financial barrier exacerbates the

13   struggle prolonging homelessness and prevents them

14   from securing safe and stable housing.

15       By passing the FARE Act, we can remove these

16   unnecessary obstacles and provide a fair path for

17   housing for all New Yorkers, particularly those that

18   are most vulnerable.  Shifting the responsibility of

19   the broker fee to the parties that hire the broker is

20   a common-sense solution that aligns with the

21   principles of equality and justice, and ensures the

22   cost of accessible affordable housing does not fall

23   on those that are already not being able to be able

24   to afford those barriers and limits the affordability

25   to it.
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      252

 2       Furthermore, the FARE Act will not only benefit

 3   homeless queer youth, but also countless other

 4   individuals and families across the city who are

 5   struggling to make ends meet.  It's the step towards

 6   creating a more inclusive and equitable housing

 7   market where everyone can have a fair access to

 8   secure housing.  Thank you.

 9       CHAIRPERSON MENIN:  Okay.  Thank you.  Next

10   speaker, please.

11       MX. SWANSON:  Hi.  How are you?  Thank you to The

12   Committee, Chair Menin, and Councilmember Ossé.  My

13   name is Nadia Swanson.  My pronouns are they/them.

14   I'm the Director of Advocacy at the Ali Forney Center

15   with Galloway.  I'm also a licensed clinical social

16   worker.  And so you're familiar with the Ali Forney

17   Center.

18       This bill is really important to every New

19   Yorker.  It is important to me.  It's important to my

20   family and my friends.  But I matter less than the

21   5700 young people that are experiencing homelessness

22   every day in New York City.  And I'm not being

23   hyperbolic when I say that eliminating the broker's

24   fees are literally life-saving.  This is especially

25   important for the 16-to-24-year-olds at AFC who are
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       253

2    working so hard to move through their traumas of

3    abuse and family rejection, who fight through

4    homophobic, transphobic, and racist barriers as they

5    face-- to obtain education and employment.

6        Last fall, we held a roundtable discussion with

7    unhoused youth from various programs, sharing stories

8    of fees being too high, brokers pushing them into

9    neighborhoods they didn't feel safe in because of

10   their vouchers, brokers ghosting our housing

11   navigators, and then they end up expiring, all

12   because EHV vouchers don't pay broker's fees.  If the

13   voucher does pay, HRA doesn't pay on time, all of the

14   fee, and they just want to get their 15%.

15       We all fought so hard for vouchers, and we're so

16   thankful to the Council for that supermajority

17   override for FHEPS vouchers last year.  But all that

18   work won't mean anything if people cannot use them.

19       One of the youths at that roundtable, and that I

20   worked with for the last year in youth advocacy,

21   spoke about how much the broker fees were a barrier,

22   and how hard it is to find an apartment without a

23   fee.  As time passed, he was able to find temporary

24   housing, but his mental health declined and substance

25   use increased to cope.  That constant fear and

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION      254

2    exhaustion only exacerbates years of trauma, never

3    allowing youth to get out of survival mode, having

4    tremendous impacts on their health.

5        I am devastated to say that in March, he

6    committed suicide, and yesterday I attended the

7    funeral, his family organized on what would have been

8    his 25th birthday, the day he would have aged out of

9    DYCD/RHY services.  The amount of youth we have lost

10   in a year because they're stuck in drop-in centers is

11   devastating.

12       [BELL RINGS]

13       CHAIRPERSON MENIN:  Okay, thank you.  If you want

14   to submit your testimony.  Thank you very much.

15   Okay, next speaker.

16       MR. GIRÓN:  Good afternoon.  My name is Esteban

17   Girón.  I'm a member of the Crown Heights Tenant

18   Union, and I also serve on the Board of Tenants PAC.

19   Thank you, Chair and the members of this committee

20   and Councilmember Ossé for this opportunity.

21       The general membership of the CHTU is proud to

22   support this legislation.  Councilmember Ossé's

23   district include areas where we organize, and he and

24   his staff sought our input in drafting and developing

25   this bill.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        255

2        Today, I want to direct my remarks to the brokers

3    who oppose this . bill I reviewed REBNY's explainer

4    and video and talking points.  Do they really expect

5    tenants to accept that they, the organization that

6    has done everything in its power to strip tenants of

7    basic protections and destroy rent stabilization,

8    that REBNY wants to protect renters from rent

9    increases?  The same organization that spent millions

10   of dollars on lobbyists and a misinformation campaign

11   to stop good-cause eviction from becoming law, and is

12   still attempting to roll back the 2019 HSTPA, that's

13   using our rent money to hire attorneys to help them

14   undo rent stabilization at the Supreme Court?

15       Let's be clear, REBNY does not want your rent to

16   be affordable.  Brokers, don't be gaslit by the

17   wealthiest landlords and developers in the world, who

18   sustain their profits on your backs.  The fact that

19   you're starting salary is $52,000 only proves that

20   REBNY doesn't give a shit about you and is not acting

21   in your best interest.  All of your workers and a

22   large number of your renters who are being exploited

23   at your jobs and forced to spend way too much of your

24   income on your housing.

25

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        256

2       The fact of the matter is that you have more in

3   common with me than you do with James Whelan, or

4   David Brodsky, or Stephen Ross.  We should be on the

5   same side.

6       Tenants may not have millions of dollars to blow

7   on lobbyists and consultants, but we do believe and

8   fight for tenant and worker power.  And considering

9   we won the passage of right to counsel, the 2019

10  HSTPA, new good-cause protections, and the rejection

11  of every case brought against rent stabilization to

12  the Supreme Court, I would encourage brokers to join

13  our rank and stop playing for the losing team.

14      The CHU urges the New York City Council to stand

15  up for the rights of workers, and tenants, and

16  brokers by passing this bill without delay.

17      Thank you.

18      CHAIRPERSON MENIN:  Thank you.  Last speaker on

19  the panel.

20      MR. GRAUBART:  Good afternoon.  My name is Adam

21  Graubart, and I moved to New York four years ago to

22  study at rabbinical seminary.  My Jewish tradition

23  teaches me that in Leviticus 25:14, when you sell

24  property to your neighbor or buy anything from your

25  neighbor, you should not wrong one another.  And

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      257

2  later, Jewish law clarifies that this verse refers to

3  overcharge.

4      My tradition is clear, price gouging is wrong.

5  Beyond Jewish communities, this principle makes

6  universal, moral, and practical sense for all New

7  Yorkers.

8      Forcing tenants to pay exorbitant fees up front

9  for a broker they were forced to use and did not hire

10  themselves at a time when their housing situation is

11  most uncertain, is exploitative.

12      Personally, as a graduate student, I live on a

13  fixed income.  If I ever needed to suddenly move,

14  paying current rates for a broker's fee would push me

15  to drain my savings or need to leave New York City

16  altogether.

17      The Council has a moral obligation to create a

18  system in which real estate cannot extract additional

19  profits from the limited funds of working class and

20  middle class tenants.  Moreover REBNY members claim

21  that this bill would tie the hand-- tie their hands

22  behind their backs.

23      But let us be clear, landlords do not need to

24  take advantage of tenant vulnerability and drive up

25  real estate profits.  I also agree with Councilmember

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        258

2   Ossé's assessment that rent stabilization and market

3   forces would negate REBNY's claims that this bill

4   would lead to rapid increases in rent.

5       Wringing of New Yorkers trying to make ends meet

6   for the sake of profit is not inherent.  It is a

7   willful act that could be avoided.  I implore the

8   council to stop the wringing of tenants, and to not

9   acquiesce to the pressure of the moneyed interests.

10  Please pass the FARE Act now.

11      [BELL RINGS]

12      CHAIRPERSON MENIN:  Okay, thank you.  So, one

13  announcement, the Speaker's office has just informed

14  us we do need to leave this room at three.  So, what

15  is going to happen is we're going to keep calling

16  speakers.  Then at three o'clock, we're taking a

17  recess.  The hearing will resume at 3:45 at 250

18  Broadway, which is a building across the street on

19  the 16th floor.  Again, we're stopping at three.  The

20  hearing will resume at 3:45 at 250 Broadway, 16th

21  floor.  Anyone who wants to testify but can't stay,

22  can sign up to testify remotely or submit written

23  testimony to testimony@council.nyc.gov.

24

25

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        259
2        Okay, I'm going to call the next panel.  Thank
3   you.  Adam Taha, Danielle Lewis-McClair, Jimmy Brett,
4   Brian William, Deeb Shahanfi.
5        Please come forward if I called your name, if
6   you're--  Okay.
7        Okay, please begin.  Thank you.
8        MR. BRETT:  I'm it?
9        CHAIRPERSON MENIN:  Yeah, you're it.
10       MR. BRETT:  Do I get more than two minutes?
11       So good afternoon all.  My name is Jimmy Brett,
12   and I'm an Associate Broker with BOND New York
13   properties.  My bosses just left.  I came here today
14   because I think it's very important to hear from
15   people who have experience.  I'm a broker.  30 years
16   ago, in 1994 I helped my nephew Andrew open his first
17   City Habitats office.  City Habitats was the first
18   rental real estate company in New York City devoted
19   to rentals.  He opened 19 offices, of which I managed
20   two of them for a few years, and then he sold the
21   company to Corcoran.
22       I am overly familiar with the rental industry in
23   the city for the past 30 years.  I'm a different kind
24   of a broker.  My entire business is representing
25   property owners.  I'm known (if you look on my
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        260

 2   website) as the property owners broker.  I know the

 3   mentality and the business model for landlords,

 4   management companies, building owners, both small and

 5   large, and individual apartment owners of

 6   cooperatives and condominiums.

 7        When they have to pay extensive taxes, rising

 8   insurance, rising Con Ed bills and their staff and

 9   property upkeep, all of which have skyrocketed over

10   the past couple of years.  Yes, they write the checks

11   for these bills.  But (and this is a big but), they

12   raise the rent-- they raise the rent.  So, in

13   reality, the tenants are paying for it.  If you pass

14   this bill-- If you pass this bill, all you, all you

15   are doing is making-- making the rents go up, the

16   apartments that are almost unaffordable today are

17   going to become totally unaffordable.

18        [BELL RINGS]

19        CHAIRPERSON MENIN:  Okay.  Thank you very much.

20   Thank you for your testimony.

21        We're now going to call the next--

22        MR. BRETT:  Can I say one last thing though?

23        CHAIRPERSON MENIN:  No, no, no.  Nope.  Nope.

24   No, sorry.  We're not-- We're not going to do that.

25   Everyone gets two minutes.
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       261

2        The next panel is Yvette Vasquez, Sean Davis,

3    Michael Matos, Anna Gardner, Rebecca Meldman, and

4    Claire Baging.  Please come forward.  Thank you.

5        Okay, please begin.

6        MR. MATOS:  Good afternoon, Councilmembers and my

7    fellow New Yorkers.  My name is Michael Matos, and

8    I'm a US Military Veteran.  I'm here today to express

9    my strong support for Intro 360, a vital piece of

10    legislation aimed at improving the accessibility of

11    housing in New York City.

12        Intro 360 is designed to address the critical

13    issue of housing accessibility in NYC.  As someone

14    who has served our country and continues to serve our

15    community, I understand the significant challenges

16    many veterans and low-income families face in

17    securing affordable, stable housing.  The high cost

18    of living and limited availability of affordable

19    housing options have created significant barriers for

20    many NYC residents.

21        According to a recent report by the New York

22    State Comptroller, almost 3 million households in New

23    York are dealing with housing costs that consume more

24    than 30% of their household income, with one-in-five

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      262
 2   households experiencing a severe cost burden of more
 3   than 50%.
 4       Veteran homelessness remains a persistent issue.
 5   In 2023 there were approximately 1500 homeless
 6   veterans in New York City, reflecting a troubling
 7   trend that has not significantly improved over recent
 8   years.  Many veterans face unique challenges when
 9   transitioning back to civilian life, including
10   finding stable housing.  This legislation can play a
11   crucial role in reducing veteran homelessness by
12   increasing the availability of affordable housing.
13       As a veteran, I have witnessed the struggles of
14   my fellow service members in finding secure housing.
15   Intro 360 offers a promising solution to alleviate
16   these difficulties.
17       Low-income families are disproportionately
18   affected by the lack of affordable housing.
19   According to the NYC housing and vacancy survey, over
20   25% of low-income households spend more than half of
21   their income on rent.  Moreover, so-called affordable
22   housing programs are often unobtainable for these
23   families and Section 8 housing voucher holders, due
24   to various systematic barriers, the limited supply of
25
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        263

2   truly affordable Units, means that many low income

3   households--

4       [BELL RINGS]

5       CHAIRPERSON MENIN:  Thank you, sir.  Next

6   speaker.  If you want to submit your testimony,

7   please do.  Thank you.

8       MR. MATOS:  Yes.

9       MS. VASQUEZ:  Good afternoon.  My name is Yvette

10  Vasquez, and I'm the Queen's Political Organizer for

11  1199 SEIU.  I am here on behalf of 1199 SEIU and our

12  thousands of healthcare workers in New York City.

13      I've listened to representatives from BOND New

14  York, whose revenue was $100 million last year,

15  Douglas Elleman, whose revenue was $941 million last

16  year.  And I'm noticing in this room that there are

17  workers on both sides saying that they need

18  assistance.  The brokers are scared that they're not

19  going to make money, and the renters cannot afford

20  it.

21      When we negotiate, we go to the table and

22  negotiate for our members' salaries.  We go to the

23  top, the people who have the money.  We don't put

24  that on the residents that they take care of.  We

25  don't ask the residents to pay their salary.  So, we

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        264

2    ask the billion-dollar health care industry to pay

3    what they need to pay.

4        And I implore the workers of these real estate

5    companies to do the same.  They clearly have enough

6    money in the millions and billions of dollars that

7    they bring in yearly.

8        We need to work together to create affordable New

9    York City Housing with equitable and reasonably

10   priced housing.  We're urging the Council to pass the

11   FARE Act to ensure that no one is burdened with

12   unreasonable costs while trying to find a place to

13   live.

14       I have a very-- blessed to have a good job, and

15   it took me six months to find an apartment that was

16   reasonable, and I still had to make concessions on

17   that.  I looked on all of these websites that they've

18   mentioned today -- StreetEasy, Zillow, and what have

19   you.  All of these rentals that are listed as no fee.

20   Every single one I went to turned out to have a fee.

21   So, just because they say that don't-- don't have a

22   fee, is not correct.  You show up and boom, there it

23   is.

24

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        265

2        So, I don't know where they got their stats from,

3    but that is the case, and I just lived through it.

4    So, thank you.

5        CHAIRPERSON MENIN:  Thank you.  Next speaker,

6    please.

7        MS. GARDNER:  Good afternoon.  My name is Anna

8    Gardner, she/her, and I'm a constituent of

9    Councilmember Chi Ossé.  I've been here since 8:45am

10   today, and I'm grateful for the chance to testify.

11   I'm testifying in support of Intro 360.

12       I moved to New York four years ago to live with

13   my sister after I was hospitalized during the

14   pandemic.  I had to quit my job upstate and had very

15   little savings when I moved in with her.  As I was

16   recovering and easing into work again, I found my

17   apartment on Craigslist that was in my price range.

18   I was really not financially stable to sign my own

19   lease at the time, but the apartment was rent-

20   stabilized, near my new job and would go very

21   quickly.

22       On top of first month's rent and security

23   deposit, I had to pay the broker's fee for my

24   landlord.  The only way I could pay the total of

25   $4,500 was borrowing money from three of my family

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        266

2    members.  I was fortunate and privileged to have that

3    safety net, a familial loan I could pay back on my

4    own timeline without interest.  But many, many, many

5    New Yorkers do not have that safety net or savings.

6        I didn't meet my landlord in the entire process

7    of renting my apartment.  The broker listed the

8    apartment, gave me the tour, and he had me sign the

9    lease at his office.  I didn't hire the broker to do

10   any of that.  My landlord did.  If I wasn't in a

11   rent-stabilized apartment, and my landlord didn't

12   want to pay that fee and wanted to pass it on to me

13   over the course of the year of a lease, I would be

14   very amenable to that, and would have been much more

15   financially stable in that moment.  I do think it's a

16   fallacy of saying that these fees are going to be

17   baked in indefinitely into rents.  I think that

18   there's different ways to go about this.  I don't

19   believe this bill is being presented as a solve for

20   the affordable housing crisis in New York, and I'm

21   not looking at it to lower my rent.

22       It's essential that this piece of-- This is an

23   essential piece to a broader solution to alleviate

24   upfront financial burden on renters, renters who are

25   living paycheck to paycheck, renters who are on the

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      267

2  brink of incredible debt.  This bill is for them, for

3  us, for the majority of New Yorkers just trying to

4  make it by.  This broken system will be made more

5  sustainable, bit by bit, with legislation like Intro

6  360.  Thank you to the 33 Councilmembers, to the

7  Public Advocate.  FARE is fair.

8     [BELL RINGS]

9     CHAIRPERSON MENIN:  Thank you very much.  If you

10  want to submit your testimony.  Next speaker, please.

11  Thank you.

12     Thank you.  Chair Julie Menin, Councilmember

13  Ossé, and the members of The Committee and members in

14  attendance.  My name is Sean Davis, and I'm a

15  resident of New York County, district five.  I'm also

16  a Staff Attorney with Mobilization For Justice who

17  handles housing court cases across the five boroughs.

18  I am now testifying in my own capacity as a tenant,

19  in support of the FARE Act.

20     So, we're talking about brokers fees in the midst

21  of a huge housing crisis in this city.  We heard from

22  brokers that this is a supply-and-demand issue.  To

23  call this a supply-and-demand issue simply is to

24  remove all the nuance required to deal with this

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        268

2    situation, and moreover, the housing crisis in this

3    city...  Nuance that the FARE Act takes into account.

4        Now, having said all that, I'm also not saying

5    that all a broker does is open a door, but this act

6    is meant to be fair to everyone.  Speaking to my

7    experience, I tried to move about a year ago, was hit

8    with broker's fees, and I had to make the decision

9    that it wasn't going to pay off unless I lived there

10   a few years, I decided not to move.  Other people are

11   not as lucky.  They get stuck renewing leases to

12   avoid homelessness, because what else are you going

13   to do?  That ends them up in housing court, and

14   that's where I come in.

15       Now, I made that decision not because I didn't

16   want to move.  It wasn't made because the housing

17   that I not the broker located was expensive.  It was

18   made because I was trying to move to a less-expensive

19   apartment that turned out to be cost prohibitive when

20   factoring in the broker's fee.  Why should the tenant

21   pay that?  I have not heard a good answer to that

22   today.  Now I touched on this a little bit.  But to

23   generalize the scope and give an idea of what New

24   Yorkers are dealing with, this is having a real

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        269

2    financial detrimental effect on working class New

3    Yorkers.

4        I'm going to skip a little bit here just for

5    time.

6        So, I've heard the word options a lot from

7    brokers here.  They want tenants to have options.

8    That's what this is about.  It's disappointing to

9    hear that.  That is-- I do not believe that to be

10   genuine.  They're saying that this would be bad for

11   tenants.  That is simply not the case.  I also want

12   to say that the broker asking you not to legislate in

13   this arena.  That was the most inappropriate thing

14   I've heard in a while.  It shows that they do not

15   understand even despite being able to organize how

16   legislation works, they also have no idea how

17   vouchers work if they think it's so simple, it could

18   be done in a day.

19       [BELL RINGS]

20       CHAIRPERSON MENIN:  Thank you.  Okay.  Thank you

21   very much.  Next speaker, please.

22       Good-- Good afternoon.  Can you hear me?

23       CHAIRPERSON MENIN:  Yes, we can hear you.  Thank

24   you.

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        270

 2       [UNKNOWN SPEAKER]:  Good afternoon.  New York

 3   City has always prided itself on its forward thinking

 4   and commitment to innovation, yet there's a glaring

 5   inconsistency tarnishing our city's reputation:  The

 6   unjust practice of burdening tenants with exorbitant

 7   fees to brokers that they didn't even hire.  It's

 8   time to put an end to this outdated and unfair system

 9   by supporting the FARE Act.

10       In a city where two thirds of the population

11   lives paycheck-to-paycheck, asking families to save

12   for months, if not years, for a security deposit and

13   first month's rent is already a daunting task.

14   Demanding them to shell out thousands of dollars to a

15   broker, often for minimal service, is simply absurd.

16   Brokers lack the incentive to be transparent about

17   property flaws, leaving tenants vulnerable.  Why

18   should tenants put the bill for a service they didn't

19   choose, especially given this risk?  If landlords

20   insist on hiring a broker, they may do so, but it is

21   outrageous to expect the tenant to pay that bill up

22   front, especially when they had no input in hiring

23   this person in the first place.  Opponents argue that

24   landlords may offset broker fees by raising rents.

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        271

2    While this might strain renters' budgets, it's a step

3    towards fairness.

4        Many New Yorkers endorse substandard living

5    conditions because they cannot afford the upfront

6    costs of moving.  Incremental rent increases, though

7    challenging, offer a pathway for families to seek

8    better living conditions.

9        Others have brought up the fact that no-fee

10   apartments are already available, but in my

11   experience, the vast majority of these units are

12   either scam listings in decrepit condition, or way

13   too highly priced for the average New Yorker.  When I

14   was searching for an apartment, I just was looking

15   for two basic criteria, fitting my budget, and having

16   a reasonable commute to the school I teach at.  There

17   were only two apartments that fit these criteria, and

18   I was forced to choose between a $2,000 brokers fee

19   or a unit with five open complaints with the city due

20   to rodent issues.

21       The FARE Act presents a balanced solution.

22   Brokers retain their role while easing financial

23   burdens on the tenant who again, did not hire them in

24   the first place.

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        272

 2       I urge you to stand with the millions of New

 3   Yorkers you represent by supporting the FARE Act and

 4   thank you for your attention and commitment to

 5   serving our community.

 6       CHAIRPERSON MENIN:  Okay.  Thank you.  Next

 7   speaker, please.

 8       MS. BAGING[SP?]:  Hi.  Thank you.  Chair Julie

 9   Menin, Councilmember Chi Ossé, and the members of the

10   committee.  My name is Claire Baging[SP?], and I'm a

11   resident of Cobble Hill, Brooklyn.  In 2016 my

12   husband and I were looking for our first apartment

13   together, and we scoured StreetEasy listings for

14   hours, signed up for multiple open houses and viewed

15   several different apartments.  When we found the

16   listing for our future one bedroom in Hell's Kitchen,

17   we were one of many applicants and the rent, what the

18   time was $2,150 per month.

19       We knew the brokers were not working for us.

20   They did not help us find the apartment, and their

21   only job was to unlock the apartment and collect the

22   paperwork for us.  This work, we paid--  For this

23   work, we paid our two brokers fees totaling $3,870,

24   to the sole realtor who was showing this apartment.

25   And we were also told that if we didn't quickly pay
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        273

2    all fees owed, there were many other applicants in

3    line behind us who are ready to take our spot and

4    already paid application fees.  Including these three

5    months rent, the broker's fee and the application

6    fees we needed $10,320 to move into a roach-infested

7    one bedroom apartment in Hell's Kitchen.  Without

8    some substantial financial help from my family, this

9    would have been impossible for us.

10       So, if we care about the housing crisis that we

11   are currently facing, and about losing communities to

12   gentrification, we need to take action on this issue.

13   I urge the council to make our real estate

14   transactions more fair and to pass the FARE Act now.

15       CHAIRPERSON MENIN:  Thank you.  And Councilmember

16   Ossé has a question.

17       COUNCILMEMBER OSSÉ:  I just wanted to uplift you

18   at the point on, you know, some of these brokerages

19   making, you know, over a billion dollars or millions

20   of dollars a year.  To all the brokers that are mad

21   at me in here, I really do urge you to maybe organize

22   your brokerages.  You talked about how you don't have

23   healthcare and other things that you should have, you

24   know, in a place where you work.  Organize those

25   spaces.  Put pressure on your employers that are

```
1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       274

2    making all of this money.  Don't put that bill on to

3    the tenants and the working-class New Yorkers who

4    live here and uphold our city.  Thank you.

5        [BACKGROUND VOICES]

6        [GAVEL]

7        CHAIRPERSON MENIN:  No, no, no.  You're out of

8    order.  There is no speaking in the chambers.

9    Everyone has their two minutes where they can get up

10   and speak.  Thank you.  We are moving on.

11       We have one more panel before we have to take a

12   recess.  So, again, I'm going to call this panel.

13   Then after the panel, we're breaking at 3:00.  We'll

14   resume at 3:45 at 250 Broadway, 16th floor.

15       So, the next panel, Tuval Mor, Philip Johnson,

16   Elvin Rotman, Nina Lee, Eric Ross, and Marty Moore,

17   please come up.  Thank you.

18       The first one-- and I apologize I was hard to

19   read the writing.  Tuval?  Yes.  Tuval.  So sorry.

20   Sorry, sorry.  Yes.  Tuval.  Thank you so much.

21   Everyone has two minutes.

22       MR. MOR:  Let me know when I can begin.

23       CHAIRPERSON MENIN:  Yes.  Go ahead.  Thank you.

24   My name is Duval Mo and I'm a real estate agent at

25   Corcoran, and I've been doing real estate in New York
```

1     COMMITTEE ON CONSUMER AND WORKER PROTECTION        275

2     City, focusing on rentals in the city for the past 20

3     years.  I was involved in thousands of rental

4     transitions representing the owners and renters.

5          When a potential tenant goes now online to the

6     major website, he can search by no fee or with fee.

7     Everything is disclosed up front.  And for the

8     disgusting bad-apples brokers that are misleading, I

9     would fully support a law that will punish them.

10         That being said, if a tenant chooses to inquire a

11    rent that disclosed it has a broker fee.  It means

12    the owner decided that for this apartment, he chose

13    to keep the apartment rent low and have the broker

14    fee paid by the upcoming tenant.

15         The tenant saw the apartment on the website that

16    the agent paid for to advertise, with the virtual

17    staging and photography that the broker paid for, did

18    not find it by himself.  It was the marketing of the

19    broker that allowed the potential tenant to find it.

20         I believe I bring a different experience than the

21    other brokers that came before me, because for the

22    first 15 years, I worked just for renters, and now

23    just for owners.

24         When I'm talking to owners I represent, we do

25    provide them with two options:  One, they pay the

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION        276

2  broker fee, and one where the renter pays the broker

3  fee.

4     When the owner pays the broker fee, it's always

5  up 10 to 15% higher than the initial rent proposed.

6  If the renter is paying the fee, and we take into

7  account that the average renter in New York City

8  stays two to three years, it shows that the average

9  cost for the renters will be much lower if he himself

10 pays the fee.  And yes, we can also negotiate when

11 there is no competition.

12    Every New Yorker deserves housing.  Not every New

13 Yorker deserves to be in the best area of Manhattan,

14 getting $10,000 broker fee or rental for free.  It

15 doesn't work this way.  We are now the most expensive

16 city in the world.  What do you think owners that

17 worked all their lives to buy a property--

18    [BELL RINGS]

19    CHAIRPERSON MENIN:  Thank you very much.  Next

20 speaker, please.

21    MR. ROYMAN[SP?]:  Good afternoon, Councilmembers.

22 Thank you for the opportunity.  My name is Elvin

23 Royman[SP?].  I'm here to speak against Intro 360 for

24 the millions of New Yorkers who have voluntarily

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        277

2    participated in a rental transaction and thereby

3    support the status quo.

4        I'm also here for the many thousands of New

5    Yorkers who work in real estate and small landlords,

6    including the 1500 who are right outside this

7    building today, whose pocketbooks you are looking to

8    plunder.

9        This bill is anything but fair.  It is despicable

10   to think that the council is looking to punish the

11   real estate agents, whose average income is around

12   $58,000 according to Glassdoor.  By cutting their

13   fees by 50% which is reputably predicted, you're

14   effectively placing them below the poverty line in

15   one of the most expensive cities in the world.

16   Agents are renters, too.

17       I find it entirely disingenuous for the council

18   people, city government employees, and their

19   preferred panelists to be testifying about one or two

20   cherry-picked anecdotal horror stories (not to

21   mention asking questions of panelists who are

22   ignorant of the majority of transactions and many are

23   just downright lying) to paint the entire industry as

24   evil, when the vast majority of agents are honest,

25   law-abiding, hardworking New Yorkers, almost all of

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        278

2    whom are members of vulnerable minority groups such

3    as people of color, women, immigrants, Jewish, or

4    LGBTQ.

5        Plus my parents are proud immigrants granted

6    asylum in this beautiful city 45 years ago when they

7    ran for their lives from a regressive, oppressive,

8    authoritarian communist regime, and this legislation

9    is leading us down a path to that hell.

10        The landlords have all the power since they

11    control the supply of housing.  If they are forced to

12    cover all broker fees, the rents will go up to absorb

13    that cost in the first year and will be baked into

14    the rents forever, even after renters have paid that

15    fee off, and subsequently, more people will be

16    prevented from acquiring housing.

17        I implore you, don't raise the rent.

18        I'm curious that this bill is being debated on

19    one of the holiest days of the Jewish calendar.  This

20    seems like a tactic to prevent the nearly 1.5 million

21    New York City Jews from voicing their opposition to

22    this bill.  To be frank, the reality is that we have

23    a horrible affordability crisis in the city.  The

24    vacancy rate is below 1.5% and this bill will make

25    that significantly worse, instead of actually

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        279
 2   building affordable housing, this legislation is
 3   being presented to obfuscate from the reality.
 4       [BELL RINGS]
 5       CHAIRPERSON MENIN:  Thank you.  And next speaker,
 6   please.
 7       MS. LEE:  Good afternoon.  Speakers, members of
 8   the council.  My name is Dina.  I'm here to talk
 9   about affordability.  You're saying that brokers fees
10   are going to are an upfront cost that is preventing
11   people from gaining housing.  The real problem is
12   that there are no affordable housing in the city as
13   of right now.
14       The AMI for 50% as set by HPD, is $54,350 for a
15   single-person household, that would mean that an
16   affordable apartment would be $1,358.75.  If you do
17   it, search on street, easy for that.  There's only
18   two apartments in the entire city, fee or no fee,
19   that meet that number.
20       So, the issue is not brokers.  The issue is
21   affordability.  You're allowing major developers to
22   build at 120% AMI, 80% AMI, in new developments,
23   instead of at 30% and 40% and 50% AMI, which will
24   actually help New York City people get affordable
25   housing.
```

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      280

2       Additionally, there are no brokers fees in

3   affordable housing.  If you apply to a housing

4   lottery, if you are applying to subsidized housing,

5   which is what is actually affordable to New Yorkers,

6   you do not have a broker's fee.  You're only

7   experiencing that in market rate housing.  And in

8   market rate housing, you do have the option of what

9   the landlord decides.

10      Additionally, when you speak about the 44% of

11  housing that is rent-stabilized, please remember that

12  there is warehoused housing in that 44% which

13  includes that 100,000 units that are offline right

14  now.

15      So, it's disingenuous to tell people that it will

16  not affect them.  It will absolutely affect them

17  moving forward.  Brokers.  A lot of brokers do not

18  want to charge tenant fees.  It makes our job so much

19  more difficult.  So, if there's a listing that has a

20  broker's fee attached, then it's because there was no

21  other option.  Our advertisement is already heavily

22  regulated by Department of State, which indicates

23  that we must include all upfront fees in our

24  advertisements.  For persons who are not doing that,

25  please report them to the to DOS immediately.  You
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        281

2    should not be pulling up to a showing and getting

3    hidden fees.

4        So, these are not things that you're fixing with

5    this legislation, because there's already regulation

6    in place to prevent this happening to tenants.

7        CHAIRPERSON MENIN:  Thank you.  Next speaker,

8    please.

9        [UNKNOWN SPEAKER]:  Hi.  Before I start, I would

10   just like to request that Councilmember Ossé actually

11   put the laptop away, put the iPhone away, stop

12   looking around the room when we're speaking, people

13   in opposition of your bill, because I notice that's

14   what you're doing in a habitual manner, and actually

15   listen to the presenters, okay?  Because you only

16   listen to your side, not to the other side.  It's

17   disrespectful.

18       I think I have to say the most important single

19   thing that's going to be said here today:  There were

20   a lot of people that came out in opposition to this

21   bill.  Okay, who did you not see here today come out

22   in opposition?  The owners of the buildings, the

23   landlords, okay?  Why did they not come out here?

24   Not because they don't have brains, not because they

25   don't have means, not because they don't have

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        282

2    lobbyists and lawyers.  Put that laptop away, please.

3    The reason why--  Put the laptop away and focus.  The

4    reason why they're not here, Councilman Ossé, is

5    because they realize that your bill will actually

6    help them.

7        In line with what everybody is saying here, the

8    rent will go up.  So, they're actually passive about

9    your bill, or actually secretly in favor of your

10   bill.  They know that it will cause the rents to go

11   up, which will redound to their benefits, increasing

12   the value of their holdings, and also increasing

13   their bottom line year after year, after year, after

14   year, because they will continuously recoup the cost

15   that they outlay and keep the rent at the exact same

16   level.  And instead of recouping what they outlay, it

17   will just go directly into their pocket.

18       That's the reason why none of them are here.

19   Okay, so I think, QED, you keep saying that that

20   rents will not go up, and in fact, they will go down

21   if the rents would--

22       CHAIRPERSON MENIN:  Sir.  There's no record--

23   Excuse-- There's absolutely no recording from the

24   stand.

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        283

 2       [UNKNOWN SPEAKER]:  Okay, I didn't-- I didn't

 3   know.

 4       CHAIRPERSON MENIN:  Thank you.  Okay, you may

 5   continue.  Thank you.

 6       [UNKNOWN SPEAKER]:  If the rents--  If, according

 7   to what you're saying, the rents would go down, you

 8   would have a room full--  If you were right, you

 9   would have a room full today of landlords and owners

10   protesting your bill.  Okay, this is proof positive

11   that at the complete opposite would happen.

12       [BELL RINGS]

13       CHAIRPERSON MENIN:  Thank you.

14       COUNCILMEMBER OSSÉ:  There were multiple

15   landlords in this room today though, self-described.

16       [UNKNOWN SPEAKER]:  I can't hear you.

17       COUNCILMEMBER OSSÉ:  There were multiple, self-

18   described small homeowners who were in the room

19   today.

20       [UNKNOWN SPEAKER]:  I can't hear.  There's

21   crosstalk.

22       CHAIRPERSON MENIN:  We're allowed to come in and

23   interject questions, okay?  That is absolutely

24   Council prerogative.

25
```

```
1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        284

2        COUNCILMEMBER OSSÉ:  There were multiple people

3    advocating on your behalf, who sat on the panel and

4    said they were landlords and homeowners, so that's--

5    that's incorrect.

6        [UNKNOWN SPEAKER]:  They were real estate

7    brokers.  They weren't the institutional landlords.

8    Okay, let's not mince words here.  Let's not play

9    cutesy.  Okay, they happen to be both, okay?  But

10   they-- that's-- that wasn't their line of business.

11   Their line of business was real estate brokerage.

12       CHAIRPERSON MENIN:  Okay, sir, it's now your

13   turn.

14       MR. JOHNSON:  Thank you very much.  My name is

15   Philip Johnson.  The rent is too darn high, and this

16   will only make it higher.  So, far today we've only

17   heard populous sound bites and political hand waving.

18   But I'm here to give you some facts, some actual

19   numbers and some math.

20       In Bedford, Stuyvesant, a neighborhood

21   represented by Councilmember Ossé, the average price

22   as of last week for a studio apartment with a fee is

23   $2,275.  The average price for a no fee studio is

24   $2,603.  The no-fee studio is 14% higher.  So, when

25   we are asking what the tenant is getting in exchange
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        285

2    for the broker that they're paying the owner has

3    hired, they are getting cost savings in year one, and

4    they are receiving cost savings in each subsequent

5    year that they renew.

6        Perhaps in Mr. Ossé's fantasy world, New Yorkers

7    only live in their apartments for one to two years,

8    and they move around constantly.  That is not the

9    case.  Many New Yorkers live in their apartments for

10   many, many years.

11       Additionally, he's made allusions earlier that

12   it's only fancy buildings in the which is-- this is

13   the case.  In his--  In Bedford, Stuyvesant, 63% of

14   all pre-war buildings, not luxury fancy new

15   developments are no-fee.  And in fact, 50% of pre-war

16   buildings that are under $2,500 a month for rent are

17   also no fee.  So, it's not just luxury fancy

18   buildings, Mr. Oseé.

19       Additionally, despite asking your office over the

20   course of a year now, almost, for information about

21   whether or not this would affect Co Op and

22   condominium taxes in New York City, I've received no

23   actual research or response.

24

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        286
 2       So, condos and co-ops in New York are taxed based
 3   off the comparable rental properties in their
 4   neighborhoods.
 5       So, as we know that rents will rise from this
 6   legislation, so too will the property taxes of co-op
 7   and condominium owners in every borough of the city.
 8       So, you're proposing legislation here today that
 9   has not only, you know, unintended-- unintended
10   problems for renters, both market and rent
11   stabilized, but also unintended problems for co-op
12   and condo owners.  And despite asking your
13   legislative director--
14       CHAIRPERSON MENIN:  Okay--
15       COUNCILMEMBER OSSÉ:  You did speak to my office a
16   couple weeks ago.
17       MR. JOHNSON:  And I never received-- I was told
18   in writing on August of last year that your office
19   was going to do research on the matter, and they're
20   going to send me your findings.  I have the e-mail.
21   I'm happy to send it to you.
22       COUNCILMEMBER OSSÉ:  You had a followup
23   discussion with Elijah Fox a couple weeks ago.
24
25
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       287

2      MR. JOHNSON:  That's not-- That was a discussion

3   with no findings whatsoever.  You specifically said

4   you would have research with findings.

5      COUNCILMEMBER OSSÉ:  I think we disagreed with

6   your points, but-- but I don't think there were no

7   findings within that conversation, but thank you for

8   your testimony.

9      MR. JOHNSON:  I think if you can't remember what

10  you said on Tiktok, I think maybe you might be

11  misremembering this as well.

12     CHAIRPERSON MENIN:  Okay, thank you very much.

13  We are now officially recessed.  We will resume at

14  345 at 250 Broadway.  Thank you.

15     [GAVEL]

16     [RECESS]

17     CHAIRPERSON MENIN:  I want to thank everyone for

18  their patience in relocating over to 250 Broadway.

19  So I am now going to call the first panel.   I

20  recognize some people might not be here, but I will

21  call the first panel and see.   The first panel is

22  Nick Tigason, Amber Gulyati, and Boris Youssefov.

23     If you could just identify yourself-- Yeah, just

24  so-- Wonderful.  Thank you so much.  That's so

25  helpful.  Thank you.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      288

 2       [BACKGROUND VOICES]

 3       CHAIRPERSON MENIN:  Oh, okay. Brief Pause,

 4   please.  Thank you.

 5       We are going to resume.  Thanks everyone for

 6   their patience.  Okay, please begin.

 7       MR. YOUSSEFOV:  My name is Boris Youssefov.  I am

 8   the oldest son of Jewish immigrants to New York City.

 9   I am-- I support a family of six.  It's me, my two

10   parents, and my three siblings.  My dad works.  My

11   sister works.  I work as an attorney in the city.  We

12   have a combined income of over $250, I assume,

13   something like that.  And yet we cannot-- They cannot

14   move out from me.  My parents can't move out.  My

15   sister can't move out.  My siblings can't move out.

16   Yes, because the prices are crazy.  Yes, because of

17   inflation.  But also yes, because of predatory

18   practices around the broker fees in New York.

19       Over the last three years, different members of

20   my family couldn't move out, and they tried, and they

21   couldn't specifically because of the fees,

22   specifically because of the fees.

23       The opponents of the bill claim to be the

24   champions of free market and free choice.

25   Unfortunately, the market is only free.  If all the
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       289

2   parties have leverage.  In the current market, it's

3   only the landlords who have leverage, and they abuse

4   that leverage, and they use the brokers to enforce

5   their will.

6       One of the opponents of the bill has made a big

7   fact out of the fact that the longer landlords are

8   not here to oppose the bill, it means that they must

9   be in support of it, because it will raise the

10  prices.

11      Landlords are not there, when I go to see the

12  apartment.  They have other people to do their

13  bidding.  We have REBNBY here who represents

14  landlords, frankly speaking, and they do their

15  bidding.  They bring these people here because they

16  don't like the bill.  The landlords don't want to

17  lose the leverage.  The flexibility that renters will

18  get from this law is immense.  It's not the only

19  choice.  It's not the only solution.  We require

20  more, but this is an important step.  It gives more

21  flexibility to the renters.

22      CHAIRPERSON MENIN:  Thank you very much.

23      Okay, next panel, Gabrielle Guerrero, Tiffany

24  Burt.  Any of them here?  Okay, not here.  John

25  Willis, Moirin Pervin, Andrew Funk.  If you wouldn't

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        290

 2   mind just identifying yourself, please, so we know

 3   who is not here.

 4       MR. FUNK:  I'm Andrew.

 5       Okay, this is on.  Am I good?

 6       Okay, hi.  My name is Andrew Funk.  I'm a real

 7   estate agent here in New York City.  I'm also a

 8   resident of District 4, and I'm in support of Intro

 9   360.

10       I've been practicing real estate for the past

11   year, and I have 100% only done rentals, specifically

12   on the tenant side, representing tenants and

13   transactions.

14       I think real estate agents can bring a lot of

15   value to the transaction in terms of providing

16   tenants access to resources that they don't have

17   access to without an agent, being able to do work for

18   them on their behalf if they're not available to do

19   so, maybe they're moving from out of the state.

20       However, those tenants that I've worked with have

21   chosen to hire me, and elected to utilize my

22   services, and agreed to pay me up front.

23       Tenants that I think are going through the

24   process on their own and finding themselves backed in

25   these corners where they are forced to pay the fees,
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        291

2    I do think it's absolutely egregious, and I do think

3    it's a-- an extortive measure that landlords and

4    owners are taking, capitalizing on this issue of

5    supply and demand.

6         That is where, historically, brokers fees come

7    from in this city, is we have an issue of supply and

8    demand, and so therefore we have a group of people

9    that are taking advantage of that issue, and

10    utilizing it to essentially enforce fees on people

11    that didn't ask for those services.

12         Also, I would just like to point out, I think

13    behind the curtains and behind the scenes, there's a

14    lot of like, illegal practices and extortion that's

15    taking place, as we mentioned before.  You know, when

16    landlords and owners are paying their agents, it's

17    one month when agents take that fee to the market and

18    force a tenant to pay, it suddenly becomes 15%.

19         When we talk about agents utilizing that fee in

20    an effort to prevent other agents working with

21    tenants, and, you know, not letting them come see the

22    inventory, saying, "I don't want to co-broke with

23    you.  I've gotten too many direct deals, so I'm not

24    interested in working with you."  So it actually

25    it's--

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        292

 2        [BELL RINGS]

 3        Yeah.

 4        CHAIRPERSON MENIN:  Thank you.  Thank you very

 5   much.

 6        Okay, going to call the next panel.  Delaney

 7   Maisel, Abigail McNeely, Lociaco Enzo.

 8        MS. MAISEL:  Hello?  Hello.  Good afternoon

 9   committee.  My name is Delaney Maisel.  Thank you for

10   taking the time to listen to me speak.  I'm a native

11   New York City resident who was born and raised in

12   mid-income affordable housing in Greenwich Village.

13   I am a teacher, and an actor, and a singer who would

14   be considered low income.

15        In order to move out of my parents' apartment, I

16   am pretty much reduced to search for an apartment

17   that is affordable and stabilized.  I recently had an

18   experience with a stabilized pre-war unit in Crown

19   Heights Brooklyn.  The unit was $1,500 a month, and

20   the broker let me know that because of the high

21   interest in this unit, they were asking for a $5,000

22   broker fee.  That is almost 30% of the yearly rent

23   for this unit.  He also let me know that many other

24   people were willing to pay this, which intimidated me

25
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        293

2    into not seeing the apartment at all.  Less work for

3    him.

4        When brokers fees act as a barrier to entry, even

5    for affordable units, and are dynamically priced

6    because they are affordable, that is a predatory

7    practice.  This creates a hostile environment for

8    artists and low-income workers who have historically

9    been the backbone of this city.  It makes New York

10   into a city only the richest can afford.  New York is

11   already becoming a billionaire's playground, with

12   lots of people from out of state, out of country,

13   moving in, driving people out, who have lived here

14   our whole lives.  I am one of the people who has

15   grown up in this city and cannot afford to even move

16   out, because of these upfront fees being such a

17   barrier to entry, to getting into any-- any

18   apartment.  It's hard enough to get approved.  It's

19   hard enough to even pay the rent.  To have to pay

20   upfront fees is simply not feasible.  And for people

21   who are artists, who are trying to make the city

22   something less than just full of finance people, it

23   makes it extremely difficult.  Thank you.

24       CHAIRPERSON MENIN:  One question for that-- for

25   the $5,000 fee that you recorded, was there anything

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        294

 2   in writing on that?  How was that communicated to

 3   you?

 4       MS. MAISEL:  Through text.

 5       CHAIRPERSON MENIN:  Text, okay, thank you very

 6   much.  Thank you.  Thank you.  Next panel.  Celia

 7   Weaver, Gordon Lee, and Sharon Brown.

 8       MR. LEE:  Good night, everyone.  My name is Mr.

 9   Gordon Lee from Kings, Brooklyn County.  You can also

10   call God.  I'm a member of all the activist groups

11   because I like to support important causes.  And I

12   was one of the children who was born when the country

13   was protesting President Nixon, June 23 of 1973, as

14   well as vice president, Gerald Ford.  I was born in

15   Broward County, Fort Lauderdale City, Florida, and I

16   came to Kings, Brooklyn County, New York City, 1977

17   when they elected Gerald Ford, and-- I mean James

18   Carter and Gerald Ford left office, and I grew up

19   here under the Reagan presidency.

20       And now I'm here like everyone else, because I

21   also take issue with forced broker fees and rising

22   rent, not only I cannot afford it, but I don't feel

23   that-- we don't feel that I'm getting we're getting

24   our money's worth.  We often don't get repairs that

25   we need.  Instead that, you know, we get forms of
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        295
 2   nasty attitudes, um, from landlords, you know.  We
 3   call them for help, you know.  Some of them, and they
 4   just, they just act critical of us instead.
 5        You know, they were, there's been talk about, um,
 6   mentioning the people who are physically abused by
 7   landlords.  And something else.  I don't know if
 8   anyone in here is aware of this, but I read the
 9   papers--
10        [BELL RINGS]
11        CHAIRPERSON MENIN:  Okay.  Thank-- Thank you very
12   much for your testimony.  Thank you.  We are going to
13   call the next panel.  Benjamin Besl, Justin DeGulio.
14   Okay.  Benjamin Besl, B-E-S-L?  No?  And Justin
15   DeGulio.  You just-- Okay.  Thank you.
16        MR. DEGULIO:  Can you hear me?  All right.  All
17   right.  Just taking some notes.  You start the timer.
18   I wasn't planning to speak today.  My name is Justin
19   Degiulio.  He/him.  I'm a former owner of an
20   independent brokerage.  I started a brokerage in
21   2015.  I've hired and trained over 1000 agents.
22   We've closed thousands and thousands of rental deals.
23   We have a 95%-plus five-star review rating.  We have
24   a very good review on Yelp and Google.  I've heard a
25   lot of compelling points today made by brokers with
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        296

2    very little questioning and engagement by the panel

3    here.  It was a little curious to me, so I started

4    taking some notes.

5        The city continues to push costs on to landlords,

6    which is only going to continue to increase the cost

7    of rent.  To me, it doesn't seem fair whatsoever to

8    be pushing the cost of a broker entirely onto the

9    landlords.  Advocates for this bill are saying that

10   renters are forced into paying broker fees, when

11   we've seen the reality demonstrated today, there's

12   quite a few units that are no fee.  To me, it's--

13   it's like saying you're forced to pay $60,000 for an

14   Audi.  It does not make any sense.  Renters have

15   options.  And yes, the no-fee options are higher.

16   And that's what we're afraid of, is that as we push

17   that cost to landlords, the rent is going to

18   increase.

19       I've heard a lot about bait-and-switch.  Tenants

20   coming to look at apartments thinking they were no

21   fee, and then finding out that they are fee.  I've

22   never heard of that before, and I've worked with

23   thousands and thousands of agents.  I think it's

24   pretty clear online.  That could be something that we

25   could have a discussion about in a separate bill,

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        297
 2   whether the apartments are labeled as fee or no fee.
 3   I noticed on Zillow and StreetEasy there's a no fee
 4   tag, but it does not tell you "fee", when there is a
 5   fee.  So I can understand maybe some confusion there.
 6        I've worked with a lot of internationals,
 7   refugees, people with bad credit.  The 2019 law was
 8   very detrimental to them.  Either they were priced
 9   out-- or they were not priced out, but they don't
10   have an option, they're not going to be considered,
11   or they have to pay an extra cost to insure under
12   guarantors or third party.
13        I understand this would be a big Councilman-- I'm
14   sorry, "Big Councilman".  I'm reading my notes.
15   Understand, be a big win for you.  It's a-- It's a
16   new bill.  You're championing it.  But I don't think
17   that it's a good fit for the city.  I think it's an
18   agenda-driven bill, and I think there's a lot of
19   legislation we could rewrite that would solve this
20   problem a lot better.
21        CHAIRPERSON MENIN:  Thank you.  And sir, were you
22   called on the panel?  Your name--  Oh you were?
23   Okay.  Terrific.  Wonderful.  Thank you.
24        MR. ELLIS:  Hi.  My name is Benjamin Ellis, a 20-
25   year veteran of the real estate industry.  I've
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        298

2    watched multiple ups and downs in the market, and the

3    fees that have tracked those ups and downs.  They are

4    tied to market economics.  They are fully negotiable.

5    I can't tell you how many times I've seen or

6    negotiated my own fee, or seen my agents negotiate

7    their fees.

8        I'm here to kind of offer up some solution,

9    rather than to just repeat kind of what we've been

10   hearing over and over again.  I think we have two

11   systemic issues:  One is we have a problem with

12   affordability.  That's the kind of pattern that I'm

13   hearing a lot of this testimony.  That affordability

14   is not is a is a market-driven affordability, as

15   admitted by the person sponsoring the bill, Mr. Ossé.

16   That affordability complex will not be solved by

17   targeting a third party, the third party being the

18   brokerage industry, which is there to, as a state-

19   regulated entity, create transparency.

20       The-- The market will shift with the fee.  The

21   problem is because of the affordability issue (and it

22   is a very basic supply and demand problem) the city

23   makes it very, very difficult to build housing.  That

24   is also mirrored simply in the fair housing voucher

25   forms, which should be a boon, because they were just

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        299

2   raised to accommodate rents, more affordable for the

3   people receiving those Fair Housing vouching forms.

4   However, there's no standardization of process, and

5   therefore the brokerage community is left to be the

6   ones holding the bag, trying to navigate a myriad of

7   different issues within these vouchers to create

8   value for those tenants.

9       If we could create a standardization for that, it

10  would help with affordability, because more people

11  would actually be able to utilize the vouchers which

12  they should be able to use.

13      The second part of this is affordability based on

14  supply and demand.  The city simply hasn't done

15  enough to create more housing units.  That is the

16  only thing that will bring down rent.  The 2019 law

17  essentially caused a warehousing of units, driving

18  prices up for renters.  This law will have a

19  similarly unintended effect, as well-intentioned as

20  it may be.  And I think, for the purposes of how the

21  city moves forward, is a dereliction of their duty

22  not to create incentives for developers to build more

23  housing to address the affordability issue.

24      Thank you for your time.

25
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        300

 2       CHAIRPERSON MENIN:  Thank you.  Okay, one second.

 3   We have-- Zoom.  Okay.  Thank you very much to this

 4   panel.  We're now going to Zoom panel.  The first

 5   panel is Ajifanta Morena, then Alexander Seekely, and

 6   Christopher Leon Johnson are all in the first panel.

 7   So...

 8       SERGEANT AT ARMS:  You may begin.

 9       MS. SEEKELY:  Hi.  Hello, my name is Allie.  I

10   live in Queens.  I'm just an ordinary person who

11   needs a place to live.  When I was a child.  I always

12   dreamed of living in the big city, and eight years

13   ago, I moved to New York City.  I lived with

14   roommates for seven years, but finally moved into my

15   own place last year.  I was shocked to learn that I

16   had to pay a $3,000 broker's fee when all the broker

17   had done was let me in to see the apartment.

18       For most of the years that I've lived here, I

19   only made $30,000 per year, about $18,000 after

20   taxes.  $3,000 was a huge sum of money for me when I

21   felt like I did all the work myself.

22       My story is far from unique.  I only found out

23   today that you can negotiate brokers fees.

24   Naturally, the brokers did not tell me that.  I just

25   wished I'd had a choice about hiring the broker, and
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        301
 2   that's exactly what the FARE Act does.  It gives
 3   tenants like me who can't afford a broker a choice
 4   about whether to hire one.  All we want is a choice.
 5       The icing on the cake was when my broker couldn't
 6   even meet me to give me the keys.  She left them at a
 7   restaurant for me to pick up.
 8       Thank you for your time.
 9       CHAIRPERSON MENIN:  Thank you very much.  Just
10   one second, please.
11       Okay.  Is Christopher Leon Johnson on?  Okay.
12       MR. JOHNSON:  Yeah, I'm on.  I'm on.
13       CHAIRPERSON MENIN:  You're up.
14       MR. JOHNSON:  Hey.  Can you hear me?  Hello.
15   What's up, everybody.  It's Christopher Leon Johnson
16   here.  So I'm here speaking on-- as opposition to
17   this bill.  I'm-- I'm against the bill Intro 360, and
18   I'm going to explain why.  Because the reason what's
19   going on is Chi Ossé, as a Councilmember, I believe
20   he's only doing this to appease certain special
21   interests, such as Opening New York For All, and
22   Trans or Open Plans and all these other so-called
23   tenant advocacy nonprofits, that doesn't really
24   advocate for the tenants the right way.
25
```

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION       302

2      Like we got to keep real with this right?  I

3  sell--  I used to sell insurance 10 years ago.  And,

4  you know, like I said, as an agent, and you know, the

5  brokers have to make their money.  The agents got to

6  make their money too.

7      If you get-- If you put this bill-- let this bill

8  go through, guys, the agents won't make a lot of

9  money.  The brokers won't make a lot of money,

10  because, yeah, even if the landlords are forced to

11  hire a broker themselves, and they got to pay the

12  broker fees, it's going to be passed on to the

13  tenants.  And you might not think that they might not

14  pay it at one spot right at the-- at the moment, but

15  they'll pay it time in and time out, and it'll build

16  up.  And there's no guarantee that a tenant will make

17  those payments, because we don't know how it goes.

18  You can get a lease, and you can break a lease

19  because of non-payments, and you litigate it.

20      So, like I said, this bill is a bad bill.  We got

21  a housing crisis in New York City, the way you solve

22  the housing crisis is building more housing, right

23  housing.  Not housing that's going to benefit Open

24  New York For All, where people pay $5,000 a month in

25  rent.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      303

 2        You know these people that that so-called

 3   advocate for tenants, like Crown Heights Tenant

 4   Union, and all these other non-profits, they want to

 5   complain about paying $10,000 for broker's fee, but

 6   won't they get at [inaudible] for all for advocating

 7   to make people pay $5,000 a month in rent.

 8        But zingers you've got to-- you can't-- this bill

 9   cannot go through.  I'm against the bill.  You know,

10   we got support REBNY guys with this bill, um, being

11   killed.  It's an ineffective bill.  We have to solve

12   the housing crisis in other ways.

13        [BELL RINGS]

14        You've got to pass-- introduce bills to really

15   solve the house crisis, not introducing bills--

16        CHAIRPERSON MENIN:  Okay.  Thank you very-- Thank

17   you very much.  Thank you.  Thank you.

18        Okay.  I believe Ajifanta Marenah has come back

19   on.

20        MS. MARENAH:  That's me.  That's me.

21        SERGEANT AT ARMS:  You may begin.

22        MS. MARENAH:  Hello.  Good evening, everybody. My

23   name is Ajifanta Marenah.  I'm the Advocacy Program

24   Manager at Muslim Community Network.  I'm here today

25   to express my support and the organization's support
```

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        304

2   for the FARE Act.  We believe that this allows for

3   housing justice in New York, it allows for fair

4   housing access and it allows for equity in housing--

5   in the housing system in New York.

6       The Muslim community network has a Muslim woman

7   empowerment program, which caters to Muslim women all

8   around New York who make on average, $20,000 to

9   $30,000.  When we surveyed them, we found that on--

10  one of the top issues impacting the woman is housing.

11  Some of these women experience domestic violence, and

12  the only way to leave if is if they're able to get

13  housing.  But with brokers fees, it makes it

14  impossible for these women to get housing in New

15  York.  If someone is making on average, $20,000 to

16  $30,000, but required to pay at least $10,000 to be

17  able to get housing, it is not feasible, and it is

18  not possible.

19      We need to make housing affordable in New York.

20  We need to make it accessible, and we need to make

21  sure the process is fair and equitable.  And so for

22  that reason, we thank Councilmember Chi Ossé for

23  introducing this bill, and we strongly support the

24  FARE Act.  Thank you.

25
```

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      305

2      CHAIRPERSON MENIN:  Thank you.  And now there's

3  another panel on Zoom, so I will read the names.

4  Jared Gold, Miranda Coplin, Summer Omar, Neil Cajo,

5  and Lucy Sexton.  So I'm going to start with, in

6  order, Jared Gold, if you are on, if you could please

7  begin.  Jared Gold.

8      SERGEANT AT ARMS:  You may begin.

9      MR. GOLD.  I thank you.  Sorry.  I wasn't

10  unmuted.  Good afternoon, Chairman and members of The

11  Committee.  So much of this hearing before the

12  intermission felt like artisanal double speak.

13  Anyone who has ever interacted with an owner-side

14  broker knows that they-- most or many, do not provide

15  any of those high-minded helpful services that the

16  advocates claimed they provide.

17      I've lived in Queens for a little while, I've

18  only paid two broker fees in my life.  But while

19  moving I've interacted with dozens of brokers, and in

20  all but one single case, the broker has offered

21  nearly nothing to me.  They opened the door.  Several

22  times the broker told me that I could have the

23  apartment if I paid more in the broker's fee (not

24  more in the rent, just more in the broker's fee),

25  just money straight to their pocket.

1  COMMITTEE ON CONSUMER AND WORKER PROTECTION      306

2      Once, a broker told me that he had another offer

3  from another candidate, but he liked me, so the no-

4  fee unit became a half-fee unit.  I don't know how to

5  describe any of that, but straight extortion.

6      I appreciate the hardship that the brokers would

7  experience if this bill passed, but as the committee

8  well knows, the status quo is not worth preserving

9  simply because it is the status quo.  And anyone who

10  looks at the real estate status quo would observe

11  that brokers who contribute so little to tenants, but

12  extort thousands of dollars from them, will

13  eventually be outmoded, maybe by legislation, likely

14  by technology, and these inefficiencies and arbitrage

15  maximizing middlemen don't exist in the long run,

16  they just don't.

17      It's not the job of this council to bail out

18  brokers who made career decisions based on the

19  assumption that their racket would continue forever.

20  It's time to move on to a more modern system of

21  housing distribution.  I'd urge the committee to

22  adopt the FARE Act.  Thank you.

23      CHAIRPERSON MENIN:  Thank you.  Next is Miranda

24  Kaplan.  Miranda Coplin, if you're on.

25      SERGEANT AT ARMS:  You may begin.

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        307

 2       MS. COPLIN:  Can you hear me?  I am here as a New

 3   York City resident to support the FARE Act.  I have

 4   lived here for about six years, and my partner was

 5   born and raised here, and I have watched my partner's

 6   family be systemically priced out of their own

 7   neighborhood in Brooklyn due to not being able to pay

 8   ridiculous fees that are often dropped on them at the

 9   last second.  And my partner and I have been unable

10   to move out of their family home because we can't

11   find places that are within our price range that come

12   without fees.

13       And it's just a very hard struggle, and this is

14   one step towards making finding an apartment in New

15   York a little bit more equitable.  So I support it.

16   That's all for me.

17       CHAIRPERSON MENIN:  Thank you.  Next is Summer

18   Omar.

19       SERGEANT AT ARMS:  You may begin.

20       MS. OMAR:  My name is Summer Omar.  I'm a public

21   interest attorney, and I wanted to strongly support

22   the FARE Act.

23       As other people have already said, we're living

24   through the most profound housing affordability

25   crisis of this generation.  Each day, you can see a
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        308

2    new headline that sounds the alarm about the depth

3    and severity of this crisis.  More than half of

4    renters are rent burdened.  A majority can't pay rent

5    and make ends meet to put food on the table, and

6    otherwise live their lives with some measure of

7    dignity.

8        New Yorkers can barely shoulder the cost of

9    living day-to-day, let alone paying for the services

10   of someone they did not hire.  Each new fact and

11   figure about how punishing the city is becoming

12   should inspire bold, courageous action.

13       Through the FARE Act, Councilmember Ossé is

14   answering that call to action, and you can see

15   through all this testimony, clearly New Yorkers are

16   glad that somebody has the audacity to stick their

17   neck out for us, not for lobbyists, not for special

18   interests, but for the people that the City Council

19   has the privilege and obligation to actually

20   represent.

21       I'm hopeful that this bill will pass, and I'm

22   also optimistic that for every other council member

23   that's watching this unfold, you're inspired to

24   similarly steel your backbone, appreciate the gravity

25

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        309

2    of the moment we're living in, and fight for us.

3    Thank you.

4        CHAIRPERSON MENIN:  Thank you.  Next speaker,

5    Neil Cudjoe.

6        SERGEANT AT ARMS:  You may begin.

7        MR. CUDJOE:  I'm unmuted?  Yeah, good afternoon.

8    Neil Cudjoe, real estate broker, and I'm-- I'm for to

9    stop the Intro 360.  I'm-- I was there, and I'm

10   hearing a lot of this testimony.  People don't have

11   to go through a broker, you know?  You could look for

12   an apartment yourself.

13       You know when-- when I first came into New York,

14   I've been in New York 20 years, and when I first came

15   to New York, I found my own apartment by knocking on-

16   - door to door and finding the owner to-- to give me

17   the listing to help a family member of mine get an

18   apartment.  And I did that for myself to find my own

19   apartment, you know?  I hear a lot of people say, "I

20   found an apartment myself."  No.  These brokers did

21   the-- went from door to door, made the phone calls,

22   called 100 numbers to get the listing, to go to the

23   apartments and the houses and take pictures and put

24   them-- and to pay to advertise these-- these units.

25   The-- the brokers are the ones that did the work.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION       310

2    You know, I'm hearing that a lot.  Like, "I found it.

3    I found it myself.  I went online.  Saw it myself."

4    But the broker is the one that did the footwork to

5    put the ad online and me, what I feel-- I feel that

6    the reason why-- why the rents are so high is mainly

7    because of the that 2019 Bill, you know, because it's

8    true.  You have a lot of landlords warehousing

9    apartments, and you have few vacancies and, and

10   brokers are charging-- charging fees, you know?  Like

11   they only have a few apartments where they could

12   charge fees on.

13       [BELL RINGS]

14       CHAIRPERSON MENIN:  Okay.  Thank you very much

15   for your testimony today.  And we have one more

16   panelist on Zoom, and then I'm going to read through

17   every single person who signed up, who we didn't hear

18   from, to make sure we did not miss anyone.  Lucy

19   Sexton.

20       SERGEANT AT ARMS:  You may begin.

21       MS. SEXTON:  Okay, thanks so much.  I'm Lucy

22   Sexton.  She/her.  I'm with New Yorkers for Culture

23   and Arts, a coalition of 400 individual artists,

24   small organizations, and large institutions.  I'm

25   here to speak on behalf of artists.

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        311

2         The housing crisis for artists is critical, and

3    artists are the industry workers of this town.   The

4    creative economy is 13% of our economy.   These are

5    your workers, and increasingly they cannot afford to

6    live here.   Dance NYC recently did a survey that said

7    that the typical dancer works four to five jobs and

8    has a household income, with the other people they

9    lived with, totaling $50,000.   They also have to move

10   more often because there's so few apartments that are

11   rent stabilized.   That means they are facing these

12   huge, one-time fees.   It requires access to capital.

13   And you heard other people testify today.   They had

14   access to capital because they had families that had

15   money.

16        This is the inequitable system where a working

17   kid who is here trying to make their living as a

18   dancer, who comes from New York, who comes from a

19   working class family, does not have that access to

20   capital, and can't afford that barrier of getting

21   that-- those broker fees.   And this is a real

22   barrier.   And this is a critical problem.   In the

23   last five years, we have lost 25% of our teaching

24   artists have moved out of New York City.

25

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       312

 2        New York City without artists is going to be New

 3   York City without a creative economy.  That is going

 4   to take $110 billion.  That is what the creative

 5   economy generates.

 6        So, this is a workforce worth investing in, worth

 7   protecting any way that you can.  And of course, it's

 8   a larger problem.  This is only one piece of it, but

 9   it's an important piece of it, and it's a real

10   barrier.  So, removing that barrier will make it more

11   possible for artists to continue to live and work and

12   thrive here in New York City.  Thank you for

13   introducing this bill.  We are definitely in favor of

14   the FARE Act.

15        CHAIRPERSON MENIN:  Thank you very much.  Okay,

16   I'm now going to read through the list of everyone

17   who signed up but has not yet testified to make sure

18   we didn't miss anyone.

19        If you are here and you do not hear your name

20   called and you wish to testify, please go see one of

21   the Sergeants, who is raising his hand right there,

22   and let him know.  Or if you're on Zoom, just raise

23   your hand.

24        Okay, bear with me.  Shanna Walla, Doug Albert,

25   Shannon Lucitra, Ruth Patterson, Jean McCoon,
```

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        313

 2   Gianpaolo Pernicone, Maxwell Fleishman, Shakim Hinz,

 3   Kiala Fai, Shreya Wadawa, Michaela Everett, Thomas

 4   Jaluka, Kadisha Pickney, Sheena Sam, Urdiana Cebulos,

 5   Rah Landram, Katie Wolf, Rodell Rodriguez, Zachary

 6   Thorpe, AJ Parker, Albin Henneberger, Alyssa White,

 7   Charles McCraron, Mikaela Rore, Miranda Hernandez,

 8   Sperki Brethwaite, Quinn Parker, Kayla Sinclair,

 9   Ashley Rivera-Cobo, Benjamin Tamerin, Valerie

10   Gordizenda, Emoni Kolpama, Michelle Villa-Gomez

11   Mieto, Christine Sanders, Mildred Tompkins, Cassandra

12   Smith, Quinn Van Ravat, Kiana Connelly, Antoine

13   Besan, Regine De Cosard, Michael Kala, Yin Yang,

14   Nicholas Lamis, Deasha Almodovar, Tashina Brignell,

15   Rashida Landrum, Rima Desai, Matthew Weisberg,

16   Whitney Hu, Ayzad Tenweir, Winsome Pendergrass,

17   Cynthia Novis, Marshall Madsen, Edward Siegel,

18   Miranda Copeland, Emily Hanson, Stephanie Potager,

19   Robert Romanian.

20       Okay.

21       You didn't hear--?  Okay.  So do you want to just

22   fill out-- If you could go to the sergeant and fill a

23   card out, please, then you can testify.

24       Yeah, if you could just-- If there's-- Again, if

25   there's anyone here and you didn't hear your name
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION      314

2   read, and you wish to testify, just please fill a

3   card out, and then We will call you.

4       Thank you.  Okay.  Amber Guidati.

5       Let's go ahead.

6       MS. GUIDATI:  Thank you.  Sorry.  I'm a New York

7   City resident.  I currently live in Queens.  Chi Ossé

8   is not my representative, but he is today, so thank

9   you.

10      And I just wanted to say that I had a written

11  testimony that I scrapped because I've been here

12  since 8:00 a.m. and listened to everybody.  And I

13  feel-- Yeah, I feel quite delusioned by the

14  experiences that folks in the opposition have stated.

15  I feel as though there's not great representation for

16  the actuality of what younger folks are experiencing

17  when they're moving between apartments or in the city

18  for the first time.

19      I can say myself that my partner and I have been

20  here for eight years, and we have paid nearly $12,000

21  in broker fees alone.  Not moving costs, not first,

22  last.  Security broker fees alone.  And it has been

23  devastating.  We've been here the entirety of COVID.

24  We've dealt with landlords.  We've done the whole

25  back-and-forth.  And the reality is, every single

```
1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        315

2    time that we've had to deal with a broker, we can

3    barely get them to respond to any messages.  We

4    barely get them to show up.

5        It has been a nightmare, and I feel like we have

6    not been straight up about this, especially for you

7    know younger millennials that are here.  I don't know

8    what millennial has $10,000 to $20,000 in a savings

9    account.  It's just non-existent, especially given

10   inflation, where in some neighborhoods, milk is $10,

11   $11, $12 a gallon.  It's just not the reality.

12       So, I wanted to speak for those that didn't get

13   to speak today that are probably in that situation.

14   There was also a comment made earlier about how

15   brokers and people in the real estate industry were

16   here on their own time.  I am not at work today.  The

17   500 700 people that came out this morning and were

18   outside also were not at work today and missed out on

19   pay in the same exact way that the brokers did.  So,

20   I think that that's an important thing to note, and I

21   thank you for your time.  Thank you.

22       Okay.  Thank you very much.  And our last speaker

23   before we close the hearing is Sharon Brown.  You

24       MS. BROWN:  Hello.  My name-- Am I ready?  My

25   name is Sharon Brown.  I worked in the real estate
```

1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        316

2   industry out of New York City for Florida Properties.

3   I'm noting also was one of the earlier speakers, it

4   was done on Shavuot, which a lot of the Jewish people

5   weren't able to come out because it's a holy day.  So

6   let's take that into account when we're doing stuff

7   with this bill.

8       I also want to say, defend Israel, release the

9   hostages, let Yaweh's people go.  Defend Israel.

10      Okay, so the landlords, they need to make sure

11  that the fees are up front from the brokers between

12  the two of them, but the landlords don't seem to have

13  a big problem between what the brokers are doing.  So

14  the brokers need to make it clear what charges they

15  have for people that are going to be using their

16  services.  They can't have hidden fees.  If they're

17  going to have fees, they have to let everyone know

18  what is going on.  It can't be hidden costs for the

19  tenants, they should know if it's going to be a

20  sliding fee, if it's going to be a flat fee.  If they

21  want to find houses, people that are landlords should

22  not turn them away because of the fact that they want

23  to force them to go to a broker, and then some of the

24  landlords are getting a kickback when people have to

25  use a brokerage firm to come to them.  Some of the

```
1   COMMITTEE ON CONSUMER AND WORKER PROTECTION       317

2   landlords are friendly with the brokerage firm, so we

3   have to make sure-- and we don't want it to be

4   abusive on all three sides.

5       So they need to come to the table and do some

6   kind of bargaining where it will help all of them.

7   I've been on all sides of the argument.  I worked in

8   the real estate industry.  I've been a landlord and I

9   have been a tenant, and it need--  they need to have

10  bargaining where they come together.  No hidden fees.

11  No hidden costs.  That's what should happen there.

12      [BELL RINGS]

13      Thank you.

14      Defend Israel.  Release the hostages--

15      CHAIRPERSON MENIN:  Okay.  No no.  We cannot--

16  Okay.  Everyone has their two minutes so, yeah--

17      MS. BROWN:  [inaudible]

18      CHAIRPERSON MENIN:  No, no, no, no, no, no, no.

19  We're not going to do this.

20      Okay.  First of all, I really want to thank

21  everyone for their patience.  We had unbelievable

22  testimony today.  I think no matter where one stands

23  on the bill, I thought it was just so great to see

24  the kind of civic engagement that we saw, where

25  people stayed with us, literally, to 4:30.  So I just
```

1    COMMITTEE ON CONSUMER AND WORKER PROTECTION        318

2    want to thank you for doing that.  We take all of

3    this testimony incredibly seriously.

4        People also have the right to submit testimony

5    within 72 hours of this hearing.  So, I just want to

6    make sure people know that.  We're going to take all

7    of this under advisement and continue conversations.

8    Before I turn it over to my colleague for any closing

9    statement he wants to make, I do want to say, for

10   those of you that were in the beginning of the

11   hearing, imposed a 5:00 p.m. deadline on the

12   administration to give us their data.  They have

13   indicated that we are going to get something before

14   5pm so we will-- at a later time.  We are going to

15   close the hearing.  We're not going to keep it open

16   for that.  But we will share that data as soon as we

17   get it.  So once again, I want to thank everyone for

18   coming out today.  And I now want to turn it over to

19   my colleague, Councilmember Ossé, for any closing

20   statement.

21       COUNCILMEMBER OSSÉ:  Thank you so much.  Can you

22   guys hear me? Thank you so much, Chair Menin, and to

23   everyone that came out to testify today, whether in

24   support or against.  I know a lot of us are working

25   people and have jobs.  So, for people to take the

```
 1   COMMITTEE ON CONSUMER AND WORKER PROTECTION        319

 2   time out of their days from 8 a.m. to wait until now

 3   to testify is wonderful, and really appreciative.

 4       You know, this bill is necessary, and I think we

 5   heard that from a sizable amount of people today.

 6   You know, through the support of labor unions,

 7   immigration organizations and regular tenants in New

 8   York City, this seems to be a top priority for the

 9   council's legislative agenda, and I really hope that

10   we get it past the finish line.

11       This is not an anti-broker bill.  I think I've

12   said that multiple times throughout this hearing,

13   even in the hiring of a broker myself.  But I just

14   don't believe that anyone should be forced for some

15   force to pay something for something that they didn't

16   hire or order, and that's what this bill is trying to

17   do.  Thank you.

18       CHAIRPERSON MENIN:  Thank you so much everyone.

19   This hearing is now closed.

20       [GAVEL]

21

22

23

24

25
```

C E R T I F I C A T E

World Wide Dictation certifies that the

foregoing transcript is a true and accurate

record of the proceedings.   We further certify

that there is no relation to any of the parties

to this action by blood or marriage, and that

there is interest in the outcome of this matter.



Date _____ July 25, 2024 _____