# Exhibit D

```
            NEW YORK CITY COUNCIL STATED MEETING          1
CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

            Of the

STATED MEETING

------------------------ X

                    November 13, 2024
                    Start:  2:20 p.m.
                    Recess: 3:24 p.m.


HELD AT:          COUNCIL CHAMBERS – CITY HALL

B E F O R E:      Adrienne E. Adams, Speaker
                  Amanda Farías, Majority Leader


COUNCIL MEMBERS:
                  Diana Ayala
                  Shaun Abreu
                  Joann Ariola
                  Alexa Avilés
                  Chris Banks
                  Joseph Borelli
                  Erik D. Bottcher
                  Justin L. Brannan
                  Gale A. Brewer
                  Selvena N. Brooks-Powers
                  Tiffany Cabán
                  David M. Carr
                  Carmen N. De La Rosa
                  Eric Dinowitz
                  Oswald Feliz
                  James F. Gennaro
                  Jennifer Gutiérrez
                  Shahana Hanif
                  Kamillah M. Hanks
```

NEW YORK CITY COUNCIL STATED MEETING                 2

COUNCIL MEMBERS: (continued)

                    Robert F. Holden
                    Crystal Hudson
                    Rita C. Joseph
                    Shekar Krishnan
                    Linda Lee
                    Farrah N. Louis
                    Kristy Marmorato
                    Christopher Marte
                    Julie Menin
                    Francisco P. Moya
                    Mercedes Narcisse
                    Sandy Nurse
                    Chi A. Ossé
                    Vickie Paladino
                    Keith Powers
                    Lincoln Restler
                    Kevin C. Riley
                    Carlina Rivera
                    Yusef Salaam
                    Rafael Salamanca, Jr.
                    Pierina Ana Sanchez
                    Lynn C. Schulman
                    Althea V. Stevens
                    Sandra Ung
                    Inna Vernikov
                    Nantasha M. Williams
                    Julie Won
                    Kalman Yeger
                    Susan Zhuang

NEW YORK CITY COUNCIL STATED MEETING        3

A P P E A R A N C E S

INVOCATION DELIVERED BY: Rev. Dr. Frankco
Harris, Mt. Olivet Baptist Church of Hollis
located at 202-03 Hollis Avenue, St. Albans, NY
11412

```
 1   NEW YORK CITY COUNCIL STATED MEETING                4

 2              SERGEANT-AT-ARMS: Check one, two. This is

 3   a pre-recorded sound test for today's Stated Meeting.

 4   Today's date is November 13, 2024. It's being

 5   recorded by Michael Leonardo in the Council Chambers.

 6              SERGEANT-AT-ARMS: At this time, please

 7   place all electronic devices to vibrate.

 8              Madam Majority Leader.

 9              MAJORITY LEADER FARÍAS: Good afternoon,

10   and welcome to the Stated Meeting of November 13,

11   2024. I am Majority Leader Amanda Farías, and I'd

12   like to thank you for joining us.

13              If you would like to follow along, the

14   agenda for today's meeting is posted on our website.

15              On behalf of the Body, I welcome the

16   members of the public who have joined us today.

17              During Stated Meetings, only Members of

18   the Council may speak. Members of the public shall

19   remain silent. If you wish to express your support of

20   any remarks, you may make the silent approval

21   gesture.

22              I want to remind my Colleagues that

23   decorum is to be respected at all times. Insulting

24   each other is not appropriate. All remarks are to be

25   addressed to the Chair, and Members shall not speak
```

1    NEW YORK CITY COUNCIL STATED MEETING                5

2    unless recognized by the Chair. It is essential that

3    even if we disagree, we treat each other with

4    respect.

5            CITY CLERK: Please join us for the Pledge

6    of Allegiance.

7            SERGEANT-AT-ARMS: All rise!

8            ALL: [PLEDGE OF ALLEGIANCE]

9            MAJORITY LEADER FARÍAS: Roll call.

10           CITY CLERK: Abreu.

11           COUNCIL MEMBER ABREU: Present.

12           CITY CLERK: Ariola.

13           COUNCIL MEMBER ARIOLA: Here.

14           CITY CLERK: Avilés.

15           COUNCIL MEMBER AVILÉS: Presente.

16           CITY CLERK: Ayala.

17           COUNCIL MEMBER AYALA: Here.

18           CITY CLERK: Banks.

19           COUNCIL MEMBER BANKS: Presente.

20           CITY CLERK: Bottcher.

21           COUNCIL MEMBER BOTTCHER: Present.

22           CITY CLERK: Brannan.

23           COUNCIL MEMBER BRANNAN: Here.

24           CITY CLERK: Brewer.

25           COUNCIL MEMBER BREWER: Here.

```
 1   NEW YORK CITY COUNCIL STATED MEETING                6
 2              CITY CLERK: Brooks-Powers. Cabán.
 3              COUNCIL MEMBER CABÁN: Here.
 4              CITY CLERK: Carr.
 5              COUNCIL MEMBER CARR: Here.
 6              CITY CLERK: De La Rosa.
 7              COUNCIL MEMBER DE LA ROSA: Here.
 8              CITY CLERK: Brooks-Powers.
 9              MAJORITY LEADER FARÍAS: She identified
10   herself as present earlier.
11              CITY CLERK: Thank you. Dinowitz.
12              COUNCIL MEMBER DINOWITZ: Here.
13              CITY CLERK: Feliz. Gennaro.
14              COUNCIL MEMBER GENNARO: Here.
15              CITY CLERK: Gutiérrez.
16              COUNCIL MEMBER GUTIÉRREZ: Presente.
17              CITY CLERK: Hanif.
18              COUNCIL MEMBER HANIF: Here.
19              CITY CLERK: Hanks.
20              COUNCIL MEMBER HANKS: Present.
21              CITY CLERK: Holden.
22              COUNCIL MEMBER HOLDEN: Here.
23              CITY CLERK: Hudson.
24              COUNCIL MEMBER HUDSON: Present.
25              CITY CLERK: Joseph.
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                    7

 2              COUNCIL MEMBER JOSEPH: Present.

 3              CITY CLERK: Krishnan.

 4              COUNCIL MEMBER KRISHNAN: Here.

 5              CITY CLERK: Lee.

 6              COUNCIL MEMBER LEE: Here.

 7              CITY CLERK: Louis.

 8              COUNCIL MEMBER LOUIS: Present.

 9              CITY CLERK: Marmorato.

10              COUNCIL MEMBER MARMORATO: Present.

11              CITY CLERK: Marte.

12              COUNCIL MEMBER MARTE: Present.

13              CITY CLERK: Mealy. Menin.

14              COUNCIL MEMBER MENIN: Here.

15              CITY CLERK: Moya.

16              COUNCIL MEMBER MOYA: Present.

17              CITY CLERK: Narcisse.

18              COUNCIL MEMBER NARCISSE: Present.

19              CITY CLERK: Nurse.

20              COUNCIL MEMBER NURSE: Present.

21              CITY CLERK: Ossé.

22              COUNCIL MEMBER OSSÉ: Present.

23              CITY CLERK: Paladino.

24              COUNCIL MEMBER PALADINO: Present.

25              CITY CLERK: Powers.
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              8
 2              COUNCIL MEMBER POWERS: Here.
 3              CITY CLERK: Restler.
 4              COUNCIL MEMBER RESTLER: Here.
 5              CITY CLERK: Riley. Rivera.
 6              COUNCIL MEMBER RIVERA: Present.
 7              CITY CLERK: Salaam.
 8              COUNCIL MEMBER SALAAM: Present.
 9              CITY CLERK: Salamanca.
10              COUNCIL MEMBER SALAMANCA: Present.
11              CITY CLERK: Sanchez.
12              COUNCIL MEMBER SANCHEZ: Present.
13              CITY CLERK: Schulman.
14              COUNCIL MEMBER SCHULMAN: Here.
15              CITY CLERK: Stevens.
16              COUNCIL MEMBER STEVENS: Here.
17              CITY CLERK: Ung.
18              COUNCIL MEMBER UNG: Present.
19              CITY CLERK: Vernikov.
20              COUNCIL MEMBER VERNIKOV: Present.
21              CITY CLERK: Williams.
22              COUNCIL MEMBER WILLIAMS: Present.
23              CITY CLERK: Won.
24              COUNCIL MEMBER WON: Present.
25              CITY CLERK: Yeger.
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                9

 2              COUNCIL MEMBER YEGER: Here.

 3              CITY CLERK: Zhuang.

 4              COUNCIL MEMBER ZHUANG: Here.

 5              CITY CLERK: Borelli. Borelli.

 6              COUNCIL MEMBER BORELLI: Here.

 7              CITY CLERK: Farías.

 8              MAJORITY LEADER FARÍAS: Present.

 9              CITY CLERK: Speaker Adams.

10              SPEAKER ADAMS: Present.

11              MAJORITY LEADER FARÍAS: Thank you. We

12   will now have today's invocation, which will be

13   delivered by Reverend Dr. Frankco Harris of Mount

14   Olivet Baptist Church of Hollis, which is located at

15   202-03 Hollis Avenue in Queens.

16              SERGEANT-AT-ARMS: All rise!

17              REVEREND DR. FRANKCO HARRIS: Lord, on

18   today, we thank you for another day that we've never

19   seen before and we will never see again. Help us to

20   take advantage of the time that you have given to us

21   and make the world that we live in a better place. We

22   ask that you will be with our City leaders and

23   officials as they make decisions and policies for the

24   people of this great city. We ask that you meet the

25   needs of this city and multiply our resources, that
```

1   NEW YORK CITY COUNCIL STATED MEETING                10

2   there is no lack in any area. We also ask that you

3   give us good health, abundant finances, and astute

4   cognitive ability to navigate the vicissitudes of

5   life. We acknowledge that we are better together and

6   we strive to live in peace and harmony with one

7   another. Help us to be a support system for one

8   another when we are in need and to share our surplus

9   with individuals that may lack. Thank you that our

10  best days are ahead of us and we need shades to see

11  this bright future. The Lord bless thee and keep

12  thee. The Lord make his face to shine upon thee and

13  be gracious unto thee. The Lord lift up his

14  countenance upon thee and give thee peace. And

15  everyone said amen.

16          ALL: Amen.

17          MAJORITY LEADER FARÍAS: Thank you. I

18  would now ask Council Member Nantasha Williams to

19  spread the invocation on the record.

20          COUNCIL MEMBER WILLIAMS: Thank you,

21  Majority Leader. It is my honor to introduce a

22  remarkable leader and community servant, Pastor

23  Reverend Dr. Frankco Harris of Mount Olivet Baptist

24  Church in St. Albans, who is originally from

25  Montgomery, Alabama, the birthplace of the Civil

```
 1   NEW YORK CITY COUNCIL STATED MEETING                11

 2   Rights Movement, was raised with strong faith by his

 3   parents, Deacon and Missionary Eddie F. Harris.

 4   Pastor Harris now calls Mount Olivet Baptist Church

 5   in Hollis, Queens home. A talented musician, Dr.

 6   Harris received a full scholarship to Alabama A and M

 7   University, where he excelled in music and

 8   performance. Yet feeling a divine calling to

 9   ministry, he went on to earn advanced degrees in

10   religious studies and worship, including a doctor of

11   ministry. His electrifying preaching and dedication

12   have grown Mount Olivet in membership and spirit. In

13   addition to his pastoral work, Dr. Harris founded

14   FAME, Frankco's Academy for Music Education, to

15   promote music education for inner-city youth

16   alongside his wife, Valerie, a New York City teacher

17   and their two children. He continues to uplift and

18   inspire the community. He's also a constituent, and

19   we love Mount Olivet Baptist Church as they continue

20   to be a pillar of the Southeast Queens community

21   under his dutiful leadership so please join me in

22   welcoming Pastor Reverend Dr. Frankco Harris as he

23   leads us in today's invocation, or as he led us, and

24   with that, I will make a motion to spread today's

25   invocation on the record.
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING               12
 2              MAJORITY LEADER FARÍAS: We will now have
 3  the adoption of minutes by Council Member Chi Ossé.
 4              COUNCIL MEMBER OSSÉ: I make a motion that
 5  the minutes of the Stated Meeting of November 13,
 6  2024, be adopted as printed.
 7              MAJORITY LEADER FARÍAS: Messages and
 8  Papers from the Mayor.
 9              COMMITTEE CLERK: M79, Corporation Council
10  appointment.
11              SPEAKER ADAMS: Rules, Privileges, and
12  Elections.
13              Communication from City, County, and
14  Borough Offices.
15              COMMITTEE CLERK: None.
16              MAJORITY LEADER FARÍAS: Petitions and
17  Communications.
18              COMMITTEE CLERK: None.
19              MAJORITY LEADER FARÍAS: Land Use Call-
20  Ups.
21              COMMITTEE CLERK: None.
22              MAJORITY LEADER FARÍAS: Thank you. We
23  will now have Communication from Speaker Adrienne
24  Adams.
25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              13

 2              SPEAKER ADAMS: Thank you very much, Madam

 3   Majority Leader, and good afternoon, everyone.

 4              Last week, voters across our city, state,

 5   and nation took to the polls to make their voices

 6   heard. It's important that we acknowledge the real

 7   fear and anxiety that people are feeling about the

 8   results of the presidential election. While

 9   respecting the results of an election and the

10   peaceful transfer of power, we must remain vigilant

11   to prevent the potential negative impact a second

12   Trump presidency could mean for the protection and

13   progress of civil rights. While I am disappointed by

14   the outcome of the election, we remain prepared to

15   protect New Yorkers and our diverse city. Our city

16   has consistently persevered in the face of adversity,

17   and this will be no different. We emerge stronger by

18   standing together and, by working to protect each

19   other, we can safeguard our rights and our shared

20   values. Let me also say this. New York City is a city

21   of immigrants. We are home to rich immigrant

22   communities who built our city and power its economy,

23   and New York City will continue to be a beacon for

24   them. We are also proud to be a safe haven for

25   abortion and reproductive care, which New Yorkers
```

```
1   NEW YORK CITY COUNCIL STATED MEETING                14
2   affirmed by overwhelmingly approving Proposition 1,
3   the Equal Rights Amendment. With their vote, New
4   Yorkers enshrined our reproductive and civil rights
5   into the State Constitution, ensuring that access to
6   life-saving healthcare is protected in New York.
7                It is also noteworthy that Proposals 2
8   through 5 passed with the narrowest margin of any New
9   York City ballot proposal in at least 15 years. The
10  Mayor's recent Charter Revision Commission composed
11  solely of his appointees rushed the process to put
12  Proposals 2 through 6 on the ballot without any
13  meaningful input or consideration from New Yorkers.
14  This hasty process undermined the public's ability to
15  engage with these proposals then used misleading
16  language in posing the questions to voters. New
17  Yorkers deserve more transparency and respect for
18  democracy than was characterized by those proposals
19  and the Commission that created them. My bill to
20  establish a Charter Revision Commission is aimed at
21  restoring these democratic norms that were undermined
22  last summer as well as the trust in City government
23  that has been harmed by the events of the past
24  several months. Local elections matter and have a
25  profound impact on our lives. I thank New Yorkers for
```

```
1   NEW YORK CITY COUNCIL STATED MEETING              15

2   getting out to vote and will always encourage all of

3   our neighbors who can vote to exercise that right.

4            The Council will continue to prioritize

5   the protection and strengthening of democracy, civil

6   rights, and safety in our city, ensuring the dignity

7   of all New Yorkers is upheld as we continue working

8   towards a more equitable future for all.

9            On October 24th, a 56-year-old woman

10  passed away in a deadly fire in Council Member

11  Williams' District. A 64-year-old man was also killed

12  after a fire broke out at NYCHA's Frederick Douglass

13  Houses in Council Member Abreu's District. That same

14  day, another fatal fire took place in Council Member

15  Feliz's District, leaving a 34-year-old man dead and

16  another one injured. This marks the fifth death due

17  to a lithium-ion battery fire this year. While the

18  Council has passed key legislation to regulate the

19  licensing and sales of lithium-ion batteries, we know

20  more must be done to prevent these fires and achieve

21  the safety that New Yorkers deserve. Earlier this

22  month, there was yet another fatal fire, taking the

23  lives of two New Yorkers in Council Member Williams'

24  District. Losing someone you love is devastating. My

25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              16
 2   prayers are with all of the grieving families,
 3   neighbors, and victims, and friends of the victims.
 4              November is Puerto Rican Heritage Month.
 5   I want to honor the many contributions and
 6   accomplishments of our Puerto Rican communities who
 7   helped shape our city into what it is today. Join us
 8   for our Puerto Rican Heritage Chamber event next
 9   Monday, November 18th, in honor of the late and
10   beloved Carlos Carillo Higgins. Carlos served the
11   Council for 25 years, joining as a Member of Central
12   Staff in 1999 and working for every Speaker in the
13   city's history. He was the heart of our Community
14   Engagement Division and most recently served as Co-
15   Director of the Community Outreach Unit. Carlos was
16   deeply proud of his beloved Puerto Rico, and he
17   channeled that love into improving his community.
18   Carlos lived by the code that we should strive to
19   lead a place better than we found it, and he always
20   did just that.
21              November is also National Native American
22   Heritage Month when we uplift the history and
23   cultures of Indigenous peoples. It's critical that we
24   recognize that we are currently in the homeland of
25   the Lenape. As a city and country, we must commit to
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                17

 2   meeting the needs of our Indigenous communities and

 3   confronting the disparities they continue to face.

 4            I want to acknowledge November also as

 5   National Alzheimer's Disease Awareness Month. This

 6   disease affects more than 6 million Americans. It's

 7   critical that we recognize them and all families and

 8   caregivers who support their well-being. Thank you to

 9   our Committee Chair on Aging, Council Member Crystal

10   Hudson, for all you do to advance the care for older

11   adults in our city.

12            On November 11th, we observed Veterans

13   Day. I thank all of our veterans for their widespread

14   contributions to our country. My father, my father-

15   in-law, and my husband all served in the United

16   States Air Force, so this is a very important day for

17   my own family, as it is for all families of veterans.

18            November 19th is World Day of Remembrance

19   for Road Traffic Victims, when we remember the

20   victims of traffic violence. We lose too many

21   residents to preventable traffic crashes each year,

22   which underscores the importance of the work ahead to

23   make our streets safer for pedestrians, cyclists,

24   drivers, and all road users alike.

25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              18

 2              On November 20th, our nation will observe

 3   Trans Day of Remembrance, which honors those we have

 4   lost to anti-trans violence. As a city, we remain

 5   focused on supporting and uplifting all LGBTQIA+ New

 6   Yorkers.

 7              Finally, I want to wish a happy birthday

 8   to Council Members Kevin Riley and Keith Powers, who

 9   share a birthday on the 16$^{th}$, happy birthday, and

10   they're sitting together.

11              CHAMBERS: [APPLAUSE]

12              SPEAKER ADAMS: Now, let's move on to our

13   stated agenda.

14              First, we'll vote on the following

15   Finance items. Resolution 627, sponsored by Council

16   Member Justin Brannan, will set the date, place, and

17   time for a public hearing on legislation to increase

18   the annual expenditure for nine Business Improvement

19   Districts; Resolution 630, sponsored by Council

20   Member Keith Powers, will set the date, place, and

21   time for a public hearing on legislation to increase

22   the annual expenditure for the Madison Avenue

23   Business Improvement District and amend the

24   District's plans method of assessment; a Pre-

25   Considered Resolution sponsored by Council Member
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                19
 2   Justin Brannan, authorizing a 40-year Article XI tax
 3   exemption for the preservation of seven affordable
 4   senior housing buildings in Council Member Rivera's,
 5   Menin's, and Powers' Districts; a Pre-Considered
 6   Resolution sponsored by Council Member Justin
 7   Brannan, authorizing a 40-year Article XI tax
 8   exemption for the preservation of one HDFC co-op
 9   building in Council Member Abreu's District; and a
10   Transparency Resolution approving new designations
11   and changes of certain organizations receiving
12   funding in the expense budget.
13            Next, we will vote on the Mayor's
14   appointments of Michael Espiritu and Vanessa
15   Rodriguez as Directors of the New York City Health
16   and Hospitals Corporation.
17            We will also vote on the following Land
18   Use item. The Council will approve La Catrina's
19   application for a revocable consent to operate a
20   sidewalk cafe in Council Member Holden's District.
21            Today, we will also vote on the following
22   pieces of legislation. Resolution 441, sponsored by
23   Council Member Kristy Marmorato, would designate
24   March 29th annually as Vietnam Veterans Day in the
25   City of New York in honor of the bravery and
```

1  NEW YORK CITY COUNCIL STATED MEETING                20

2  sacrifice of the Americans who served and in

3  recognition of the past and present dedication of

4  their families and their caregivers. We thank you to

5  our Staff Member Regina Paul.

6              Resolution 95, sponsored by Council

7  Member Shahana Hanif, would call upon the New York

8  City Department of Education to consult with faith-

9  based organizations to develop and provide all grade

10 levels with a curriculum that focuses on religious

11 diversity and to provide professional development

12 focused on religious diversity for teachers, staff,

13 and administrators; Resolution 13, sponsored by

14 Council Member Rita Joseph, would designate the

15 second Friday in March annually as Social and

16 Emotional Learning Day in the City of New York. We

17 thank our staff member Chloe Rivera.

18              Introduction 663-A, sponsored by Council

19 Member Erik Bottcher, would empower the Department of

20 Transportation to set standards for the size, shape,

21 and materials of news racks. This bill would also

22 restrict news racks from being placed too closely to

23 City infrastructure located on sidewalks. We thank

24 our Staff Members Mark Chen and David Lowenstein.

25

1    NEW YORK CITY COUNCIL STATED MEETING              21

2              Introduction 130-A, sponsored by Council

3    Member Gale Brewer, would expand the Council's

4    organic waste diversion efforts, specifically in

5    parks, by requiring the Department of Parks and

6    Recreation to establish composting facilities for

7    plant waste within at least two parks in each borough

8    by July 2026 and at least three parks in each borough

9    by July 2027 and at least five parks in each borough

10   by July 2028. We thank our Staff Members Chris

11   Sartori and Patrick Mulvihill.

12              Next, Introduction 1088-A, my bill to

13   establish a Charter Revision Commission that

14   prioritizes improving City government and

15   transparency. The Commission would consist of 17

16   members appointed by the Speaker, Mayor, Public

17   Advocate, Comptroller, and all five Borough

18   Presidents. Registered lobbyists would be ineligible

19   to serve on the Commission. The Commission would be

20   required to conduct an extensive outreach campaign to

21   solicit ideas from civic and community leaders and

22   encourage the public to participate in the hearing

23   process. In contrast to the Mayor's Commission that

24   rushed completion of the process in less than two

25   months, the proposed legislation would provide at

1  NEW YORK CITY COUNCIL STATED MEETING                22

2  least eight months for the Commission's work before

3  its earliest submission of proposals for a general

4  election in 2025 and up to 20 months for the 2026

5  general election. Through an open, transparent, and

6  inclusive process, it will actively seek input from

7  across communities ensuring that proposed changes to

8  the City Charter, our Constitution, reflect the needs

9  and priorities of the public. This Commission will

10  have the time and mandate to focus on the long-term

11  well-being of the entire city, not the short-term

12  political gains of any current officeholder. The main

13  goal of this Commission is to rebuild New Yorker's

14  confidence in City government and re-establish model

15  standards for these commissions. We thank our Staff

16  Members, Jayasri Ganapathy, David Seitzer, and Erica

17  Cohen.

18          Introduction 360-A, also known as the

19  FAIR Act, sponsored by Council Member Chi Ossé, would

20  ensure that renters are not forced to pay a fee for

21  the services of a real estate broker they did not

22  hire. It would prohibit brokers from passing their

23  fee onto tenants when the broker is exclusively

24  representing the landlord's interests. Landlords or

25  their agents would be required to disclose the fees

1    NEW YORK CITY COUNCIL STATED MEETING               23

2    that the tenant must pay in their listings and rental

3    agreements. The Department of Consumer and Worker

4    Protection would enforce this bill and would conduct

5    education and outreach. Any person who violates this

6    bill would be subject to a civil penalty or civil

7    action. We thank our staff members, Rachel Cordero,

8    David Seitzer, Natalie Meltzer, and Sarah Swaine.

9            Thank you very much for your attention,

10   Colleagues. Now I turn it back over to our Majority

11   Leader.

12           MAJORITY LEADER FARÍAS: Thank you,

13   Speaker Adams.

14           We will now move into Discussion of

15   General Orders, and I'd like to recognize Council

16   Member Brewer followed by Ossé.

17           COUNCIL MEMBER BREWER: Thank you very

18   much. I'm calling your attention to number 130-A,

19   which is on the agenda today. It will establish

20   composting facilities in city parks to manage plant

21   waste sustainably, modeled after the Riverside Park

22   composting facility, which is so fabulous that people

23   come just to see it, and it is powered by solar. This

24   initiative aims to reduce the amount of organic waste

25   sent to landfills, improve soil health, and decrease

1    NEW YORK CITY COUNCIL STATED MEETING                24

2    greenhouse gas emissions, create green jobs, because

3    they'll have to have jobs to operate the sites. The

4    implementation plan calls for at least one compost

5    facility in two parks per borough by July '26, one

6    compost facility in three parks in each borough by

7    July '27, one compost facility in five parks in July

8    '28. I definitely want to thank Parks Chair Shekar

9    Krishnan, the Compost Coalition, like Eric Goldstein

10   of NRDC, Justin Green of Big Reuse, and my staff,

11   certainly Shula Puder and Cynthia Hornig, and Council

12   Legislation Staff, Patrick Mulvihill and Chris

13   Sartori, and I say, go compost. Thank you very much.

14            MAJORITY LEADER FARÍAS: Thank you. I'd

15   like to recognize Council Member Ossé followed by

16   Bottcher.

17            COUNCIL MEMBER OSSÉ: Thank you, Majority

18   Leader. I would like to speak about Intro. 360-A, or

19   the FAIR Act. Today is the culmination of over a year

20   and a half of work. My team and I collaborated with

21   renters, Council Members, lawyers, workers, brokers,

22   and so many more individuals and groups to create

23   this piece of legislation. We built a coalition

24   spanning the five boroughs who recognize the gravity

25   of the housing crisis we face and are committed to

```
 1   NEW YORK CITY COUNCIL STATED MEETING               25
 2   finally bringing fairness to apartment and rental
 3   expenses. The FAIR Act is simple. It requires that
 4   whoever hires a broker in a rental transaction,
 5   whether landlord or tenant, pays the broker fee. In
 6   too many millions of cases across our city and
 7   decades of history, tenants have been forced to hand
 8   over thousands of dollars in fees to brokers they
 9   never hired nor wanted. The harm of this practice
10   cannot be overstated. Families seeking to grow forgo
11   having children because they can't afford to move
12   into a larger place. Children aging out of their
13   parents' homes are pushed into different
14   neighborhoods or even cities because they can't
15   afford to rent an apartment in their own community.
16   Workers are unable to live near their jobs. Victims
17   are unable to leave domestic abuse. People are unable
18   to bring their talent and drive to our amazing city
19   because of forced broker fees. Today, we end that
20   cruel and archaic practice. I want to thank Speaker
21   Adams as well as advocacy groups, unions, my
22   Colleagues, and everyone else who got us to this
23   moment. Of course, Sarah Swaine, Legislative Counsel,
24   Natalie Meltzer, Policy Analyst, Rachel Codero. In
25   addition to that, today is a win for the people of
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              26
 2   New York as we make official what has long been
 3   common sense. You get what you pay for and you pay
 4   for what you get. I urge all my Colleagues to vote
 5   yes on this bill.
 6              MAJORITY LEADER FARÍAS: Thank you. I'd
 7   like to recognize Council Member Bottcher.
 8              COUNCIL MEMBER BOTTCHER: Today, we're
 9   passing legislation to address those plastic sidewalk
10   newspaper boxes. This is something that New Yorkers,
11   we've got a love-hate relationship with them in true
12   New York fashion. We love having easy access to free
13   periodicals on the sidewalk. We don't love that
14   they're frequently neglected, vandalized, broken,
15   filled with garbage, tipped over, causing sidewalk
16   congestion, and just plain eyesores, and many of them
17   aren't even for newspapers, but promotions for
18   commercial enterprises. Until now, the City hasn't
19   had many tools to address this issue because the
20   current regulations don't empower them to. So today,
21   we're voting on City Council legislation that'll
22   clarify and strengthen the regulations regarding the
23   siting, design, and maintenance of sidewalk news
24   racks. This will empower the DOT to develop standards
25   regarding where they're placed, installed, design
```

1    NEW YORK CITY COUNCIL STATED MEETING                27

2    standards, size, shape, and appearance. It also

3    clarifies that they shouldn't be used just for

4    advertising and promotional purposes. The owners of

5    the news racks will have to affix contact information

6    so we know who to call when they're not being

7    properly maintained. I want to thank Speaker Adams,

8    Majority Whip Selvena Brooks-Powers, Sandra Ung, the

9    prime co-sponsor of this legislation, and all the

10   organizations and residents who came forward to help

11   support this legislation. Together, we'll keep

12   working to improve life for New Yorkers in ways large

13   and small.

14            MAJORITY LEADER FARÍAS: Thank you. Seeing

15   no one else signed up to speak. Report of Special

16   Committees.

17            CITY CLERK: None.

18            MAJORITY LEADER FARÍAS: Reports of

19   Standing Committees.

20            CITY CLERK: Report of the Committee on

21   Consumer and Worker Protection, Intro 360-A, Rental

22   Real Estate Broker Fees.

23            SPEAKER ADAMS: Amended and coupled on

24   General Orders.

25

1  NEW YORK CITY COUNCIL STATED MEETING                28

2              CITY CLERK: Report of the Committee on

3  Finance, Resos 627 and 630, Business Improvement

4  Districts.

5              SPEAKER ADAMS: Coupled on General Orders.

6              CITY CLERK: Pre-Considered Reso. 641,

7  Organization Funding.

8              SPEAKER ADAMS: Coupled on General Orders.

9              CITY CLERK: Pre-Considered LU 189 and

10  Reso. 646 and Pre-Considered LU 190 and Reso. 647,

11  Tax Exemptions.

12              SPEAKER ADAMS: Coupled on General Orders.

13              CITY CLERK: Report of the Committee on

14  Governmental Operations, State and Federal

15  Legislation, Intro. 1088-A, Charter Revision

16  Commission.

17              SPEAKER ADAMS: Amended and coupled on

18  General Orders.

19              CITY CLERK: Report of the Committee on

20  Land Use, LU 161 through LU 172 on page 6, Various

21  Applications.

22              SPEAKER ADAMS: Approved with

23  modifications and referred to the City Planning

24  Commission pursuant to Section 1970 of the New York

25  City Charter.

```
 1  NEW YORK CITY COUNCIL STATED MEETING              29
 2            CITY CLERK: LU 188 and Reso. 648,
 3  Sidewalk Cafe.
 4            SPEAKER ADAMS: Coupled on General Orders.
 5            CITY CLERK: Report of the Committee on
 6  Parks and Recreation, Intro. 130-A, Composting
 7  Facilities.
 8            SPEAKER ADAMS: Amended and coupled on
 9  General Orders.
10            CITY CLERK: Report of the Committee on
11  Rules, Privileges, and Elections, Pre-Considered
12  Reso. 643, Approving the Designation for Appointment
13  of Michael Espiritu, Health and Hospitals
14  Corporation.
15            SPEAKER ADAMS: Coupled on General Orders.
16            CITY CLERK: Pre-Considered Reso. 644,
17  Approving the Designation for Appointment of Vanessa
18  Rodriguez, Health and Hospitals Corporation.
19            SPEAKER ADAMS: Coupled on General Orders.
20            CITY CLERK: Report of the Committee on
21  Transportation and Infrastructure, Intro. 663-A, News
22  Rack Requirements.
23            SPEAKER ADAMS: Amended and coupled on
24  General Orders.
25
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING              30
 2              I now ask that the Clerk take a roll call
 3  vote on all of the items coupled on today's General
 4  Orders calendar.
 5              COMMITTEE CLERK WILLIAM MARTIN: Joseph.
 6              COUNCIL MEMBER JOSEPH: Aye on all.
 7              COMMITTEE CLERK WILLIAM MARTIN: Abreu.
 8              COUNCIL MEMBER ABREU: Aye.
 9              COMMITTEE CLERK WILLIAM MARTIN: Ariola.
10              COUNCIL MEMBER ARIOLA: Aye on all with
11  the exception of 360-A for which I am a no.
12              COMMITTEE CLERK WILLIAM MARTIN: Avilés.
13              COUNCIL MEMBER AVILÉS: Aye on all.
14              COMMITTEE CLERK WILLIAM MARTIN: Ayala.
15              COUNCIL MEMBER AYALA: Aye.
16              COMMITTEE CLERK WILLIAM MARTIN: Thank
17  you. Banks.
18              COUNCIL MEMBER BANKS: Aye on all.
19              COMMITTEE CLERK WILLIAM MARTIN: Bottcher.
20              COUNCIL MEMBER BOTTCHER: Aye.
21              COMMITTEE CLERK WILLIAM MARTIN: Brannan.
22              COUNCIL MEMBER BRANNAN: Aye.
23              COMMITTEE CLERK WILLIAM MARTIN: Brewer.
24              COUNCIL MEMBER BREWER: Aye on all.
25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              31
 2               COMMITTEE CLERK WILLIAM MARTIN: Brooks-
 3   Powers. On behalf of Majority Whip Brooks-Powers, I
 4   will disclose for her, I am disclosing for the record
 5   that the NYC Department of Education is funded in the
 6   Transparency Resolution we are adopting, and my child
 7   and sister are associated with that entity.
 8               Council Member Brooks-Powers. We'll come
 9   back to Council Member Brooks-Powers.
10               Cabán. Carr.
11               COUNCIL MEMBER CARR: I vote no on Intro.
12   360-A and aye on the rest.
13               COMMITTEE CLERK WILLIAM MARTIN: De La
14   Rosa.
15               COUNCIL MEMBER DE LA ROSA: Aye.
16               COMMITTEE CLERK WILLIAM MARTIN: Thank
17   you. Dinowitz.
18               COUNCIL MEMBER DINOWITZ: Aye.
19               COMMITTEE CLERK WILLIAM MARTIN: Feliz.
20               COUNCIL MEMBER FELIZ: Permission takes
21   for my vote. Granted maybe, maybe not. Permission to
22   explain my vote.
23               MAJORITY LEADER FARÍAS: Permission
24   granted.
25
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING                32

 2              COUNCIL MEMBER FELIZ: Thank you. Thank

 3  you so much. Proud to vote aye on, especially proud

 4  to vote yes on the broker bill, a bill that is based

 5  on good policy and based on common sense. Anytime we

 6  talk about any industry, an individual selling or

 7  renting a product, generally it's that individual

 8  doing the renting or the selling of that product who

 9  would pay for the advertisement of that product. How

10  is it possible that in the City of New York, a city

11  where we're clearly in a well-documented housing

12  crisis, we're going to put additional obstacles on

13  those that want to rent? We need to make sure that we

14  create a better housing system for everyone,

15  including for low-income families that are struggling

16  to find an apartment. For that reason and for many

17  other reasons, proud to vote aye on that broker bill

18  and on all, and I want to congratulate Council Member

19  Ossé on getting that to the finish line.

20              COMMITTEE CLERK WILLIAM MARTIN: Thank

21  you. Council Member Brooks-Powers. Once again, I'll

22  read her disclosure. I'm disclosing for the record,

23  NYC Department of Education is funded in the

24  Transparency Resolution we are adopting, and my child

25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                33

 2   and sister are associated with that entity. Council

 3   Member Brooks-Powers, how do you vote?

 4             For the record, Majority Whip Brooks-

 5   Powers has signaled her affirmative vote remotely.

 6   Thank you, Council Member.

 7             Gennaro.

 8             COUNCIL MEMBER GENNARO: Madam Majority

 9   Leader, I wish to speak on my vote.

10             MAJORITY LEADER FARÍAS: Permission

11   granted.

12             COUNCIL MEMBER GENNARO: Thank you. I'm a

13   proud co-sponsor of the Speaker's bill, 1088-A. I

14   wish to be associated with her good remarks on that

15   bill. This will be an opportunity to right a really

16   horrendous wrong, and I urge everyone to support this

17   good bill and to be vigilant as we go forward to

18   protect the integrity of this institution. Thank you

19   very much. Oh, and I vote aye on all.

20             COMMITTEE CLERK WILLIAM MARTIN: Thank

21   you. Gutiérrez.

22             COUNCIL MEMBER GUTIÉRREZ: I vote aye.

23   Congrats to all my Colleagues, especially Council

24   Member Ossé. Thank you.

25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                34
 2             COMMITTEE CLERK WILLIAM MARTIN: Thank
 3   you. Hanif.
 4             COUNCIL MEMBER HANIF: Aye on all.
 5   Congrats, Chi.
 6             COMMITTEE CLERK WILLIAM MARTIN: Hanks.
 7             COUNCIL MEMBER HANKS: Aye on all and
 8   congratulations, Council Member Ossé.
 9             COMMITTEE CLERK WILLIAM MARTIN: Holden.
10             COUNCIL MEMBER HOLDEN: Aye on all.
11             COMMITTEE CLERK WILLIAM MARTIN: Hudson.
12             COUNCIL MEMBER HUDSON: Aye on all.
13   Congratulations to Council Member Ossé and to all New
14   Yorkers who will now avoid paying a broker fee that
15   they didn't hire a broker for.
16             COMMITTEE CLERK WILLIAM MARTIN: Krishnan.
17             COUNCIL MEMBER KRISHNAN: Aye on all.
18             COMMITTEE CLERK WILLIAM MARTIN: Lee.
19             COUNCIL MEMBER LEE: Aye on all.
20             COMMITTEE CLERK WILLIAM MARTIN: Louis.
21             COUNCIL MEMBER LOUIS: Aye on all.
22             COMMITTEE CLERK WILLIAM MARTIN:
23   Marmorato.
24             COUNCIL MEMBER MARMORATO: I vote aye on
25   all with the exception of 360-A.
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                35
 2              COMMITTEE CLERK WILLIAM MARTIN: Marte.
 3              COUNCIL MEMBER MARTE: I vote aye on all.
 4   Congrats, Chi.
 5              COMMITTEE CLERK WILLIAM MARTIN: Mealy.
 6   Menin.
 7              COUNCIL MEMBER MENIN: Aye.
 8              COMMITTEE CLERK WILLIAM MARTIN: Moya.
 9              COUNCIL MEMBER MOYA: I vote aye.
10              COMMITTEE CLERK WILLIAM MARTIN: Thank
11   you. Narcisse.
12              COUNCIL MEMBER NARCISSE: Permission to
13   explain my vote?
14              MAJORITY LEADER FARÍAS: Permission
15   granted.
16              COUNCIL MEMBER NARCISSE: I want to say
17   thank you, thank you, Majority Leader, and thank you,
18   Madam Speaker. 1088, people probably don't understand
19   why I clap because it's so important to have all our
20   community involved in the process of democracy.
21   Democracy is not one person. I came from a country
22   that was still struggling for democracy and, when I
23   see democracy, I enjoy it, every second of it. I
24   probably can overdo it at times. I was on the street
25   to educate people. People need to be part of
```

1    NEW YORK CITY COUNCIL STATED MEETING                    36

2    government. We have it right here because that's the

3    way we have to live our lives and for all the Staff

4    that worked on it, that pushing us to do it every

5    day, remind us that we are here for the people, for

6    the work of the people so I want to vote aye and

7    congratulation to all my Colleagues and Madam

8    Speaker.

9              COMMITTEE CLERK WILLIAM MARTIN: Thank

10   you. Nurse.

11             COUNCIL MEMBER NURSE: I vote aye.

12             COMMITTEE CLERK WILLIAM MARTIN: Ossé.

13             COUNCIL MEMBER OSSÉ: Permission to

14   explain my vote?

15             MAJORITY LEADER FARÍAS: Permission

16   granted.

17             COUNCIL MEMBER OSSÉ: Aye on all, and I

18   want to add that today is a win for all New Yorkers

19   and proof of what progressive governance can

20   accomplish. Finally, after over a year and a half of

21   work, after a seemingly endless fight against a

22   relentless and ruthless real estate lobby hell-bent

23   on fleecing the people of our city, we passed the

24   FAIR Act. Housing is the largest cost for New Yorkers

25   and our number one political concern. For too many

1   NEW YORK CITY COUNCIL STATED MEETING                37

2   decades, tenants have been forced to hand over

3   thousands of dollars and fees to a broker they never

4   hired or asked for, straining their budgets and

5   restricting their freedom of movement. This paradigm

6   has always been unacceptable, and now we vote for it

7   to end. This victory did not come easy. Again, we

8   built a coalition of labor unions, advocacy groups,

9   electeds, New Yorkers of all backgrounds and, yes,

10  even brokers. We mobilized the people through a

11  social media campaign that garnered millions of

12  impressions, providing and proving the potential for

13  a new and more democratic era of mass politics and we

14  won through unity. I want to thank Speaker Adams,

15  Jeremy John, and Council Member Shaun Abreu and

16  Oswald Feliz for their early belief in this project

17  and all of my Colleagues in this Body. I also want to

18  thank the unions, groups, and every organization

19  whose advocacy made this possible and, of course, I

20  wouldn't be here without my staff. I want to thank my

21  former Chief-of-Staff Naomi Hopkins who was there

22  when we launched this campaign and my current Chief-

23  of-Staff Arlean Gillin who is here to finish it.

24  Thank you to my Legislative Director, May

25  Vutrapongvatana, who shepherded this bill through the

```
 1  NEW YORK CITY COUNCIL STATED MEETING              38
 2  Council, and thank you to my Director of
 3  Communications, Elijah Fox, who crafted and executed
 4  the communications, political, and social media
 5  strategy that won this fight against a million-dollar
 6  lobby and for the people of our city. We fought for
 7  New York and today we win for New York. This one's
 8  for you. Thank you so much.
 9              COMMITTEE CLERK WILLIAM MARTIN: Thank
10  you. Paladino.
11              COUNCIL MEMBER PALADINO: I'd like to
12  explain my vote.
13              MAJORITY LEADER FARÍAS: So ordered.
14              COUNCIL MEMBER PALADINO: Thank you. I
15  vote aye on all except for 360-A, and here's my
16  explanation. Let's give another side to 360-A. We
17  talk a lot here about the affordability crisis. Yet,
18  here we are with yet another law that will only make
19  life more expensive in the end. These fees aren't
20  going anywhere. They are now just going to be built
21  into rents, and rents will go up as a result, all
22  while hurting small business people in this city who
23  make their living helping tenants find housing. This
24  bill will force thousands of housing units to go
25  unadvertised, greatly limiting transparency and
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                39
 2   cutting the general public off from potential housing
 3   opportunities. Because new units will not be
 4   advertised and the limitations placed on them by this
 5   new law, potential tenants won't have the leverage to
 6   negotiate the best possible deal between competing
 7   brokers. This will fundamentally break the rental
 8   market, driving up prices and limiting availability,
 9   and then in a few more years we'll all sit here again
10   and wonder why housing is even more expensive and try
11   to pass yet another dumb command economic solution
12   destined to fail this city. At what point is everyone
13   here going to realize that we're only going to make
14   things worse. I sincerely hope that the real estate
15   industry sues to have this law stopped. Thank you.
16             COMMITTEE CLERK WILLIAM MARTIN: Cabán.
17             COUNCIL MEMBER Cabán: Congratulations to
18   Council Member Ossé, and I vote aye on all.
19             COMMITTEE CLERK WILLIAM MARTIN: Thank You
20   Council Member. Powers.
21             COUNCIL MEMBER POWERS: I vote aye.
22             COMMITTEE CLERK WILLIAM MARTIN: Restler.
23             COUNCIL MEMBER RESTLER: Big (INAUDIBLE)
24   and gratitude to Council Member Ossé for his
25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              40
 2   leadership. Proud to vote aye on all. It's a good day
 3   for tenants in New York City.
 4               COMMITTEE CLERK WILLIAM MARTIN: Riley.
 5               COUNCIL MEMBER RILEY: Just want to state
 6   for the record on the Transparency Resolution, both
 7   of my daughters attend a DOE school, and I vote aye
 8   on all and congratulations to my brother, Council
 9   Member Ossé.
10               COMMITTEE CLERK WILLIAM MARTIN: Rivera.
11               COUNCIL MEMBER RIVERA: I vote aye.
12   Congratulations to my Colleagues.
13               COMMITTEE CLERK WILLIAM MARTIN: Salaam.
14               COUNCIL MEMBER SALAAM: I vote aye on all.
15   Congratulations.
16               COMMITTEE CLERK WILLIAM MARTIN:
17   Salamanca.
18               COUNCIL MEMBER SALAMANCA: Aye on all.
19               COMMITTEE CLERK WILLIAM MARTIN: Sanchez.
20               COUNCIL MEMBER SANCHEZ: Permission to
21   explain my vote.
22               MAJORITY LEADER FARÍAS: Permission
23   granted.
24               COUNCIL MEMBER SANCHEZ: Thank you, Madam
25   Leader. I just want to say there is a saying in
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              41
 2   Spanish that Translates to that person who invites,
 3   pays, and that is what this bill is doing (SPEAKING
 4   SPANISH) Congratulations to Council Member Ossé. You
 5   really created possibility here, and it's a lesson to
 6   all of us. We can build and do a lot for New Yorkers
 7   in our city. Congratulations. I vote aye.
 8              COMMITTEE CLERK WILLIAM MARTIN: Schulman.
 9              COUNCIL MEMBER SCHULMAN: Aye on all.
10              COMMITTEE CLERK WILLIAM MARTIN: Stevens.
11              COUNCIL MEMBER STEVENS: I would like to
12   disclose for the record that my daughter attends CUNY
13   and works at New York Presbyterian Hospital, and I
14   would like to vote aye and all and congratulations,
15   Chi, on an amazing bill that I do not believe is
16   dumb. Thanks.
17              COMMITTEE CLERK WILLIAM MARTIN: Ung.
18              COUNCIL MEMBER UNG: Aye on all.
19              COMMITTEE CLERK WILLIAM MARTIN: Vernikov.
20              COUNCIL MEMBER VERNIKOV: No on 360-A and
21   aye on the rest.
22              COMMITTEE CLERK WILLIAM MARTIN: Williams.
23              COUNCIL MEMBER WILLIAMS: I vote aye and
24   congrats, Council Member Ossé. I know you worked
25
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING                42
 2  really hard to get this done, and I'm very proud of
 3  you.
 4                COMMITTEE CLERK WILLIAM MARTIN: Won.
 5                COUNCIL MEMBER WON: Aye on all.
 6  Congratulations, Chi Ossé.
 7                COMMITTEE CLERK WILLIAM MARTIN: Yeger.
 8                COUNCIL MEMBER YEGER: Madam President,
 9  may I be excused to explain my vote?
10                MAJORITY LEADER FARÍAS: Permission
11  granted.
12                COUNCIL MEMBER YEGER: Thank you very
13  much. Sometimes what might seem like a fair and
14  reasonable law, a good idea, a commonsense concept is
15  nonetheless outside the purview of this institution
16  and this Body adopt, and that happens because we are
17  a creature and a creation of the State of New York,
18  and we don't have the authority as much as we would
19  like it to regulate every single part of this city,
20  notwithstanding the fact that we are the City's
21  Legislature. This is a particular example of that.
22  New York State Law, the Real Property Law, Article
23  12a regulates brokers, regulates the fees that they
24  accept, regulates the method by which they can accept
25  commissions, regulates their licensure. The State has
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING                43
 2  opined on this topic. They've said that they will
 3  control this topic. That takes us out of the mix. It
 4  doesn't mean that we can't propose a good idea. It
 5  just means we don't have the authority legally to
 6  adopt it and, over time, over the last several years,
 7  and this time will soon come to an end, I have opined
 8  on this topic and sometimes the courts have agreed
 9  with me and sometimes they haven't, and we don't know
10  what will happen, but I like to err on the side of my
11  reading of the law and on 1088, I can't agree that
12  the Council has the legal authority to pass this bill
13  so I vote no on Intro. 360. I also vote no on Intro.
14  1088 for reasons that I stated five years ago on this
15  exact topic. I don't believe we should outsource our
16  work to a commission of players to be named later,
17  and I think if we want to amend the Charter, we ought
18  to do it here and we do it in every single meeting or
19  virtually every single meeting of this Council, we
20  amend the Charter in various ways so we can do it
21  here. We should do it here. That's what we get paid
22  for. I also vote no on Resos 627 and 630. You're
23  probably tired of hearing why but BIDs are taxes and
24  I don't like to increase taxes on New Yorkers. I'm
25
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING              44
 2  not going to do it now. Thank you very much, Madam
 3  President.
 4              COMMITTEE CLERK WILLIAM MARTIN: Zhuang.
 5              COUNCIL MEMBER ZHUANG: Aye on all except
 6  Intro. 360-A.
 7              COMMITTEE CLERK WILLIAM MARTIN: Borelli.
 8              COUNCIL MEMBER BORELLI: Aye on all except
 9  360-A.
10              COMMITTEE CLERK WILLIAM MARTIN: Farías.
11              MAJORITY LEADER FARÍAS: I vote aye on
12  all. Congratulations, Council Member Ossé.
13              COMMITTEE CLERK WILLIAM MARTIN: Speaker
14  Adams.
15              SPEAKER ADAMS: Aye on all.
16              MAJORITY LEADER FARÍAS: I'd like to
17  recognize Council Member Sanchez.
18              COUNCIL MEMBER SANCHEZ: Thank You, Madam
19  Leader. I would like to say for the record that my
20  sibling Works at CUNY BMCC. I forget the exact
21  language.
22              MAJORITY LEADER FARÍAS: That's good.
23  Thank you for stating your disclosure.
24              All items on today's General Order
25  Calendar are adopted by a vote of 50 in the
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                45

 2   affirmative, zero and the negative, and zero

 3   abstentions with the exception of Intro. 360-A which

 4   was adopted by a vote of 42 in the affirmative, 8 and

 5   the negative, and zero abstentions, and Introduction

 6   1088-A which was adopted by a vote of 49 in the

 7   affirmative, 1 in the negative, and zero abstentions,

 8   and Resolutions 627 and 630 which was adopted by a

 9   vote of 49 in the affirmative, 1 in the negative, and

10   zero abstentions.

11               Introduction and Reading of Bills.

12               SPEAKER ADAMS: All bills have been

13   referred to Committee as indicated on today's Agenda.

14               MAJORITY LEADER FARÍAS: Thank you.

15               We will now move into the Discussion of

16   Resolutions, and I would like to recognize Council

17   Member Marmorato.

18               COUNCIL MEMBER MARMORATO: Thank you,

19   Majority Leader. As I stated during the Veterans

20   Committee, it's a privilege to bring this Resolution

21   forward, one that holds deep significance for me and

22   so many in District 13. Today, we vote to designate

23   March 29th as Vietnam Veterans Day in New York City,

24   a gesture that may seem simple but has a profound

25   meaning for our veterans and their families. The
```

```
1   NEW YORK CITY COUNCIL STATED MEETING              46
2   inspiration for this Resolution came from a
3   conversation with one of my constituents, Oscar Ruiz,
4   at a veterans' breakfast in Morris Park. Oscar shared
5   with me the struggles he and so many Vietnam veterans
6   have faced for years, especially the pain of
7   returning home to a city that did not offer them the
8   recognition or support that they deserved. Hearing
9   his story was a powerful reminder that, as a city, we
10  have the responsibility to do so much better. By
11  designating March 29th as Vietnam Veterans Day, we're
12  making a promise to our Vietnam veterans and their
13  families that their sacrifice, service, and
14  resilience will never be forgotten. This day will
15  serve as a constant reminder that New York City
16  honors them and sees them, values them and their
17  contributions…
18            MAJORITY LEADER FARÍAS: Council Member,
19  your time has expired.
20            COUNCIL MEMBER MARMORATO: Okay. Thank
21  you. I'd like to thank Regina Paul and my Chief-of-
22  Staff and all of my Council Members that vote yes.
23  Thank you.
24            MAJORITY LEADER FARÍAS: I'd like to
25  recognize Council Member Hanif.
```

1    NEW YORK CITY COUNCIL STATED MEETING                47

2              COUNCIL MEMBER HANIF: Thank you. Thank

3    you to Speaker Adams for including Resolution 95 on

4    today's agenda. I also want to thank the 35 sponsors

5    of this Resolution, including co-prime sponsor,

6    Council Member Schulman, and Education Chair Joseph

7    for their support. This Resolution calls on the

8    Department of Education to consult with faith-based

9    organizations to develop and provide all grade levels

10   with the curriculum that focuses on religious

11   diversity. I encourage all my Colleagues to vote in

12   favor of Reso. 95 and for New York City Public

13   Schools to develop and implement this curriculum

14   immediately. Thank you.

15             MAJORITY LEADER FARÍAS: Seeing no one

16   else signed up to speak, we will now have a voice

17   vote on today's resolutions. If you wish to vote

18   against or abstain from any of today's Resolutions,

19   please notify the Legislative Documents Units by

20   email or by approaching the dais.

21             I'll now read today's Resolutions into

22   the record. Resolution 13 designates the second

23   Friday in March annually as Social and Emotional

24   Learning Day in the City of New York and recognizing

25   the importance of ensuring that pre-kindergarten

```
 1  NEW YORK CITY COUNCIL STATED MEETING               48
 2  through 12th grade public school students acquire the
 3  social emotional competencies needed to succeed in
 4  life. Will all those in favor say aye?
 5            CHAMBERS: Aye.
 6            MAJORITY LEADER FARÍAS: All opposed say
 7  nay.
 8            CHAMBERS: (SILENT)
 9            MAJORITY LEADER FARÍAS: Any abstentions?
10            CHAMBERS: (SILENT) The ayes have it.
11  Resolution 95 calls upon the New York City Department
12  of Education to consult with faith-based
13  organizations to develop and provide all grade levels
14  with curriculum that focuses on religious diversity,
15  to provide professional development focused on the
16  religious diversity for teachers, staff, and
17  administrators, to ensure accurate classification of
18  hate crimes in annual school reports, and immediate
19  notification and fulfilled disclosures to parents of
20  hate crime statistics, and to ensure that schools
21  take actions to condemn bullying and harassment based
22  on religious clothing, food requirements, and the
23  need for prayer space and time year-round. Will all
24  those in favor say aye?
25            CHAMBERS: Aye.
```

1   NEW YORK CITY COUNCIL STATED MEETING                    49

2              MAJORITY LEADER FARÍAS: All opposed say

3   nay.

4              CHAMBERS: (SILENT)

5              MAJORITY LEADER FARÍAS: Any abstentions?

6              CHAMBERS: (SILENT)

7              MAJORITY LEADER FARÍAS: The ayes have it.

8   Resolution 441 designates March 29 annually as

9   Vietnam Veterans Day in the City of New York in honor

10  of the bravery and sacrifice of the Americans who

11  served and in recognition of the past and present

12  dedication of their families and caregivers. Will all

13  those in favor say aye?

14             CHAMBERS: Aye.

15             MAJORITY LEADER FARÍAS: All opposed say

16  nay.

17             CHAMBERS: (SILENT)

18             MAJORITY LEADER FARÍAS: Any abstentions?

19             CHAMBERS: (SILENT)

20             MAJORITY LEADER FARÍAS: The ayes have it.

21  We will now move into General Discussion, and I'd

22  like to recognize Council Member Louis followed by

23  Ariola then Salaam.

24             COUNCIL MEMBER LOUIS: Thank you, Majority

25  Leader. Today, I am proud to introduce Intro. 1107, a

1  NEW YORK CITY COUNCIL STATED MEETING                50

2  bill aimed at expanding flexibility for our city's

3  one- and two-family homeowners to provide short-term

4  rentals alongside Speaker Adrienne Adams and Council

5  Members Narcisse and Riley. While we support Local

6  Law 18's goal of safeguarding our housing stock, we

7  must ensure that we are not marginalizing responsible

8  small homeowners. These families are the backbone of

9  our city. These are union workers, service providers,

10  and hard-working individuals. Local law 18 overlooked

11  the reality faced by these homeowners, families who

12  like so many across the city are now in an economic

13  crisis. Rising costs and mortgages coupled with the

14  increase in lack of affordable housing have left them

15  struggling to make ends meet. For many, short-term

16  rental income has become a vital resource to help

17  cover these escalating mortgage costs. In fact,

18  single and two-family homes now account for 66

19  percent of foreclosures in New York City, with

20  neighborhoods like East Flatbush and Canarsie seeing

21  the highest rates of foreclosure. These homeowners

22  are not large corporations. These are everyday

23  families who live in diverse mixed-income

24  neighborhoods from Crown Heights, Southeast Queens,

25  parts of the Bronx, Harlem, and beyond. These

```
 1   NEW YORK CITY COUNCIL STATED MEETING              51
 2   homeowners pursuing the American dream are being held
 3   back by a policy that treats them as if they are
 4   commercial enterprises. Intro. 1107 addresses these
 5   change these challenges, allowing homeowners to rent
 6   out their properties responsibly. We are committed to
 7   working collaboratively with the Hotel Association
 8   Unions and advocates to ensure this legislation
 9   serves the best interests of all New Yorkers. I
10   encourage and urge my Colleagues to support Intro.
11   1107 to keep the American dream alive in our city and
12   to help bring urgently needed relief to those who are
13   struggling to maintain their homes. Thank you.
14              MAJORITY LEADER FARÍAS: Thank you. And
15   just as a friendly reminder for those that are
16   remaining in Chambers, if you are going to leave
17   Chambers, please do so as quietly as possible.
18              I'd like to recognize Council Member
19   Ariola followed by Salaam and Narcisse.
20              COUNCIL MEMBER ARIOLA: Thank you,
21   Majority Leader. I'd like to talk about Reso. 5. It
22   was discussed yesterday at Dem Conference, and I've
23   had conversation with some of you individually today.
24   I'd like to take a moment to clarify the intent and
25   content of the bill in the legislature that the Reso.
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING                52

 2  5 supports. As all of you know, I've been fighting

 3  for the City workers who have been unable to return

 4  to work due to inequitable practices of the New York

 5  City Law Department. Many City workers who did not

 6  take the COVID-19 vaccination were never removed from

 7  their jobs, even without reasonable accommodation

 8  requests, and others returned when the mandates were

 9  lifted without signing any waiver of their civil

10  service rights. There is a remaining group of workers

11  that are not being allowed back to work without

12  signing away their rights. There is no protocol or

13  explanation as to why some were able to return

14  without it and some were not. This is an unfair

15  practice and one that we, as representatives of this

16  City, should not be allowing to continue. Reso. 5

17  supports legislation in Albany, A9196, that would

18  remove this inequity. It would simply allow everyone

19  to return to work in the same manner that others

20  have. It is not an anti-vaccination bill nor is it a

21  bill that is giving the workers any back pay for days

22  they were not working. It would just end the unfair

23  practices of the Law Department and make sure that

24  all workers are being treated equally. I ask you to

25  carefully look over both pieces of legislation and
```

1   NEW YORK CITY COUNCIL STATED MEETING                53

2   reach out to me if you have any questions. Please

3   help me right the wrong that thousands of workers are

4   still facing. Do it for firefighter Rashad Taylor,

5   Firefighter Sikhu Abdul, Paramedic Corinne Rosado,

6   and all of the first responders and City workers that

7   just want to return to work, many of whom have

8   testified before this body sharing their hardships.

9   Thank you for the time.

10          MAJORITY LEADER FARÍAS: I'd like to

11  recognize Council Member Salaam followed by Narcisse

12  and Stevens.

13          COUNCIL MEMBER SALAAM: Thank you. Good

14  afternoon, esteemed Members of this great Legislative

15  Body and the honorable Speaker. Today, I'm proud to

16  introduce Resolution number 645 calling on the New

17  York State Legislature to pass and the Governor to

18  sign S182-A/A710, crucial legislation to edn

19  qualified immunity for public officials who violate

20  constitutional rights. First, I want to extend my

21  heartfelt thanks to Senator Robert Jackson and

22  Assembly Member Pamela Hunter who have championed

23  this legislation in the New York State Legislature.

24  Their commitment to justice and accountability is

25  instrumental in advancing this important cause. I

```
 1   NEW YORK CITY COUNCIL STATED MEETING                54
 2   also want to acknowledge the tireless advocacy of the
 3   Innocence Project. Their work has shined a light on
 4   the barriers to justice faced by too many and has
 5   been vital in the movement to end qualified immunity.
 6   As public servants, we are entrusted with the welfare
 7   and safety of every New Yorker. Yet, that trust
 8   cannot exist without accountability. Qualified
 9   immunity has been a barrier for far too long,
10   allowing officials to evade responsibility for
11   actions that harm the very people they are meant to
12   protect. This legislation represents a chance to
13   bridge that gap. It ensures that families and
14   individuals seeking justice have a fair hearing and
15   that no one, regardless of position, is above the
16   law. This Resolution is not merely a policy matter;
17   it is a moral imperative. Our communities deserve to
18   feel safe and to trust that their rights will be
19   upheld without exception. By supporting S182-A/A710,
20   we affirm that public officials must meet the same
21   legal standards as every citizen. This step forward
22   is essential in our fight for a fair, just, and
23   equitable society. Let us work together to build a
24   New York that upholds justice for all. Thank you.
25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              55
 2              MAJORITY LEADER FARÍAS: I'd like to
 3   recognize Council Member Narcisse followed by Stevens
 4   and Sanchez.
 5              COUNCIL MEMBER NARCISSE: Thank you,
 6   Madame Majority, and thank you, Madame Speaker.
 7   Colleagues, I urge your support for Intro. 948 and my
 8   Colleague Farrah N. Louis, 1107, two bills that
 9   address the urgent need for greater housing
10   flexibility and affordability in our city by updating
11   the definition of family in our Building and
12   Administrative Code. Intro. 948 allows single
13   individuals and families to open their homes to up to
14   four borders, roomers, or lodgers. Intro. 1107
15   further enhances housing accessibility by providing
16   additional measure to support affordable housing
17   options to New Yorkers. These measures are small but
18   vital steps toward alleviating housing pressure. I
19   know that firsthand because I have a part of my
20   District that the highest foreclosure. Now, this is
21   for particular communities that's facing rising costs
22   and limited space. This bill helped ensure that our
23   city remains adaptable to the evolving housing needs
24   to New Yorkers. Together, these bills aim to create a
25   more flexible and sustainable housing landscape for
```

```
1   NEW YORK CITY COUNCIL STATED MEETING              56
2   all New Yorkers. I respectfully ask for your support
3   in making this much-needed changes in realty because
4   we know how difficult it is. We heard the bill today
5   that it is hard for our New Yorkers so let's make it
6   possible and let democracy run in this Chamber, too.
7   Thank you.
8             MAJORITY LEADER FARÍAS: I'd like to
9   recognize Council Member Stevens followed by Sanchez,
10  Hudson, and Borelli.
11            COUNCIL MEMBER STEVENS: It is my pleasure
12  to introduce legislation alongside Council Member
13  Lee, Intro. 1112, which requires each police precinct
14  in New York City to develop and implement a special
15  needs plan for identifying and responding to
16  individuals with special needs such as Alzheimer's
17  disease, dementia, Down syndrome, and other relating
18  conditions. The precinct plan would include processes
19  to identify individuals with special needs within
20  their communities and establish a precinct-specific
21  respond protocol for interactions with them. As a
22  City, we to recognize the urgent need to address
23  mental health concerns in our community. When it
24  comes to public safety, we should not leave it up to
25  one agency as we are a city with diverse needs. This
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                57
 2   legislation aims to foster a safe and more
 3   understanding environment for individuals with
 4   special needs, prioritizing partnerships between law
 5   enforcement, families, healthcare providers and, most
 6   importantly, non-profit organizations who are on the
 7   front line and doing this work. I invite my
 8   Colleagues to sign on to Intro. 1112 as we must
 9   continue to take steps forward together to ensure
10   that we create a holistic solution to keep residents
11   safe while providing support and mental health
12   resources for individuals with special needs. Thank
13   you.
14                   MAJORITY LEADER FARÍAS: Recognizing
15   Council Member Sanchez followed by Hudson then
16   Borelli.
17                   COUNCIL MEMBER SANCHEZ: Thank you, Madam
18   Leader. Today, I'm proud to introduce with Council
19   Member Hanks, Intro. 1110, which will require the
20   Department of Education to annually report on safe
21   passage routes in place at different NYC schools.
22   Safe passage routes consist of designated walking
23   routes established in coordination with community-
24   based organizations or law enforcement to ensure
25   safety of students who travel to and from school.
```

1  NEW YORK CITY COUNCIL STATED MEETING                58

2  Violence across New York City is uneven. While some

3  parts of our city can feel like havens, others can

4  feel like war zones. In fact, official NYPD data

5  shows that shootings occur on the same blocks year

6  after year. Just 4 percent of New York City's 120,000

7  blocks account for nearly all of the city's shootings

8  according to this data. As we continue to pursue

9  strategies that make our community safer and make our

10 community members feel safer, 1110 is a tool in the

11 arsenal to protect our youngest. In Chicago, where

12 they've had safe routes and they have analyzed the

13 outcomes of the program because they had good data,

14 which is what 1110 would do for us, schools that had

15 the program for more than two years showed a 20

16 percent decline in violent crime and all crimes

17 overall. I hope my Colleagues would join me in

18 signing on to this legislation so we can receive

19 better data and expand use of safe passage in the

20 communities that need this program.

21          MAJORITY LEADER FARÍAS: Council Member

22 Hudson followed by my Minority Leader Borelli.

23          COUNCIL MEMBER HUDSON: Thank you so much.

24 Last session, we made tremendous progress, passing

25 our first Age-in-Place NYC package that included laws

```
 1  NEW YORK CITY COUNCIL STATED MEETING                59
 2  to expand the Right-to-Counsel for older tenants,
 3  mandate universal design in City-funded housing, and
 4  expand access to telemedicine and culturally
 5  appropriate programming at older adult centers. These
 6  are major steps toward a more inclusive city that
 7  values its older adult population, but the fight
 8  isn't over. This session, we're pushing forward with
 9  even more critical reforms, stronger coordination
10  across City agencies to support older adults, more
11  options for home-delivered meals, expanded support to
12  keep older adults connected in a digital world, and
13  new tools to help seniors protect themselves from
14  fraud, and we're working on policies that will help
15  lay the groundwork for a comprehensive universal
16  elder care system across all five boroughs. The
17  reality is that we would all be fortunate to age in
18  this great city and aging is a privilege. It's not
19  just our responsibility to support our older adults
20  today but into their future. You can help protect
21  them by signing on to the Age-in-Place 2.0 package.
22  Thank you.
23              MAJORITY LEADER FARÍAS: Thank you. Now
24  recognizing Minority Leader Borelli.
25
```

1   NEW YORK CITY COUNCIL STATED MEETING                60

2              MINORITY LEADER BORELLI: Thank you. I

3   rise today to offer a congratulations to a former New

4   Yorker, President Trump on his reelection. I want to

5   also extend that congratulations to the new Members

6   of our House Delegation, Rep-elect Gillen and Rep-

7   elect Riley. And why do I mention those three?

8   Because all three have committed to trying to end the

9   cap on the SALT Tax, and I think if they can work

10  together on it, certainly, that's a lesson for all of

11  us. I want to also congratulate some New Yorkers who

12  have been asked to be in the Trump Administration.

13  First and foremost is former Rep Lee Zeldin. I'm

14  hopeful that as head of the EPA, he can end the

15  threat from this horrible scam called congestion

16  pricing which proves to do nothing for my community

17  other than to add more congestion and more pollution.

18  Just ask the MTA's own report. I've just found out

19  the Governor intends to reinstate it with a December

20  29th start date and, unfortunately, it's things like

21  this that really validate the criticisms from the

22  biggest cynics of government. When you scrap

23  something before an election and then reimplement it

24  a week later, it really does validate why people hate

25  government just so much. Finally, I'd like to

```
1    NEW YORK CITY COUNCIL STATED MEETING                61
2    congratulate Elise Stefanik, the new UN ambassador.
3    She's made the fight against antisemitism one of the
4    foremost things she's done in the House of
5    Representatives. I think the UN can use a voice like
6    that. Actually, last but not least, will give a
7    Congratulations to Steve Witkoff who is going to
8    become the special envoy to the Middle East. Now, as
9    someone who was a real estate developer and the owner
10   of thousands of units here in New York, I think he'd
11   see Mideast peace as sort of a retirement job after
12   dealing with us in the City Council. I don't know
13   about you. I don't think the ayatollah has much on
14   Mr. Restler and his friends. That's a joke. Thank you
15   very much.
16              MAJORITY LEADER FARÍAS: Thank you, and
17   I'll take a moment to recognize and congratulate our
18   Council Member Kalman Yeger for winning his election
19   this November 5th as well.
20               Seeing no one else signed up to speak,
21   I'll now call on Speaker Adrienne Adams to close
22   today's Stated Meeting.
23              SPEAKER ADAMS: Thank you. The Stated
24   Meeting of November 13, 2024, is hereby adjourned.
25
```

<u>C E R T I F I C A T E</u>

World Wide Dictation certifies that the
foregoing transcript is a true and accurate
record of the proceedings. We further certify that
there is no relation to any of the parties to
this action by blood or marriage, and that there
is interest in the outcome of this matter.



Date _____ November 15, 2024 _____