UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,

      Plaintiffs,

      v.

THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYUGA, *as Commissioner of New York City Department of Consumer and Worker Protection*,

      Defendants.

No. 24-CV-9678 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  The Court has received a motion to intervene filed by Neighbors Together Corp. *See* ECF No. 31. Pursuant to Local Civil Rule 6.1, Plaintiffs' opposition to the motion must be filed no later than February 25, 2025, and proposed intervenor's reply, if any, must be filed within seven (7) days of the opposition.

  If the motion to intervene is granted: (1) Plaintiff's opposition to the intervenor's cross-motion to dismiss and reply to the intervenor's opposition to the motion for a preliminary injunction will be due on March 28, 2025; and (2) the intervenor's reply to Plaintiff's opposition to the cross-motion to dismiss will be due on April 11, 2025. If the motion to intervene is denied, the briefing schedule will remain unchanged from the Court's January 16, 2025 order. *See* ECF No. 30.

SO ORDERED.

Dated: February 12, 2025
    New York, New York

                     Ronnie Abrams
                     United States District Judge