UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,

**NOTICE OF MOTION**

24-CV-9678 (RA)

Plaintiffs,

-against-

THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYUGA, *as Commissioner of New York City Department of Consumer and Worker Protection*,

Defendants.

------------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of this motion and in opposition to Plaintiffs' motion for a preliminary injunction, dated February 28, 2025; the Declaration of Aimee K. Lulich and accompanying exhibits, and upon the pleadings herein, the undersigned will move this Court, before the Honorable Ronnie Abrams, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, at a time set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to the Order of the Honorable Ronnie Abrams, dated January 16, 2025, any answering papers should be filed on or before March 28, 2025, and reply papers on or before April 11, 2025.

Dated: New York, New York
February 28, 2025

MURIEL GOODE-TRUFANT
Corporation Counsel of
the City of New York
Attorney for Defendants
100 Church St., Rm. 5-143
New York, New York 10007
Email: alulich@law.nyc.gov
Jkatzen@law.nyc.gov
Tel: (212) 356-2369


By:    /S    
Aimee K. Lulich
Jessica Katzen
Assistant Corporation
Counsels


cc: Attorneys of Record (via ECF)

24-CV-09678 (RA)

|  |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,<br><br>                                                                                                                             Plaintiffs,<br><br>                                 -against-<br><br>THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYUGA, *as Commissioner of New York City Department of Consumer and Worker Protection*,<br><br>                                                                                                        Defendants. |
| **NOTICE OF MOTION** |
| *MURIEL GOODE-TRUFANT*<br>*Corporation Counsel of the City of New York*<br>  *Attorney for Defendants*<br>  *100 Church Street Room 5-143*<br>  *New York, N.Y.  10007*<br><br>  *Of Counsel: Aimee Lulich & Jessica Katzen*<br>  *Tel:  (212) 356-2369* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ........................................................................................, 2024......*<br><br> *............................................................................................................ , Esq.*<br><br>*Attorney for ................................................................................................* |