# Exhibit H

```
           NEW YORK CITY COUNCIL STATED MEETING        1
CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

          Of the

STATED MEETING

------------------------ X

                    November 13, 2024
                    Start:  2:20 p.m.
                    Recess: 3:24 p.m.


HELD AT:          COUNCIL CHAMBERS – CITY HALL

B E F O R E:      Adrienne E. Adams, Speaker
                  Amanda Farías, Majority Leader


COUNCIL MEMBERS:
                  Diana Ayala
                  Shaun Abreu
                  Joann Ariola
                  Alexa Avilés
                  Chris Banks
                  Joseph Borelli
                  Erik D. Bottcher
                  Justin L. Brannan
                  Gale A. Brewer
                  Selvena N. Brooks-Powers
                  Tiffany Cabán
                  David M. Carr
                  Carmen N. De La Rosa
                  Eric Dinowitz
                  Oswald Feliz
                  James F. Gennaro
                  Jennifer Gutiérrez
                  Shahana Hanif
                  Kamillah M. Hanks
```

NEW YORK CITY COUNCIL STATED MEETING                2

COUNCIL MEMBERS: (continued)

Robert F. Holden
Crystal Hudson
Rita C. Joseph
Shekar Krishnan
Linda Lee
Farrah N. Louis
Kristy Marmorato
Christopher Marte
Julie Menin
Francisco P. Moya
Mercedes Narcisse
Sandy Nurse
Chi A. Ossé
Vickie Paladino
Keith Powers
Lincoln Restler
Kevin C. Riley
Carlina Rivera
Yusef Salaam
Rafael Salamanca, Jr.
Pierina Ana Sanchez
Lynn C. Schulman
Althea V. Stevens
Sandra Ung
Inna Vernikov
Nantasha M. Williams
Julie Won
Kalman Yeger
Susan Zhuang

NEW YORK CITY COUNCIL STATED MEETING                3

A P P E A R A N C E S

INVOCATION DELIVERED BY: Rev. Dr. Frankco
Harris, Mt. Olivet Baptist Church of Hollis
located at 202-03 Hollis Avenue, St. Albans, NY
11412

```
 1   NEW YORK CITY COUNCIL STATED MEETING              4

 2              SERGEANT-AT-ARMS: Check one, two. This is

 3   a pre-recorded sound test for today's Stated Meeting.

 4   Today's date is November 13, 2024. It's being

 5   recorded by Michael Leonardo in the Council Chambers.

 6              SERGEANT-AT-ARMS: At this time, please

 7   place all electronic devices to vibrate.

 8              Madam Majority Leader.

 9              MAJORITY LEADER FARÍAS: Good afternoon,

10   and welcome to the Stated Meeting of November 13,

11   2024. I am Majority Leader Amanda Farías, and I'd

12   like to thank you for joining us.

13              If you would like to follow along, the

14   agenda for today's meeting is posted on our website.

15              On behalf of the Body, I welcome the

16   members of the public who have joined us today.

17              During Stated Meetings, only Members of

18   the Council may speak. Members of the public shall

19   remain silent. If you wish to express your support of

20   any remarks, you may make the silent approval

21   gesture.

22              I want to remind my Colleagues that

23   decorum is to be respected at all times. Insulting

24   each other is not appropriate. All remarks are to be

25   addressed to the Chair, and Members shall not speak
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              5

 2   unless recognized by the Chair. It is essential that

 3   even if we disagree, we treat each other with

 4   respect.

 5              CITY CLERK: Please join us for the Pledge

 6   of Allegiance.

 7              SERGEANT-AT-ARMS: All rise!

 8              ALL: [PLEDGE OF ALLEGIANCE]

 9              MAJORITY LEADER FARÍAS: Roll call.

10              CITY CLERK: Abreu.

11              COUNCIL MEMBER ABREU: Present.

12              CITY CLERK: Ariola.

13              COUNCIL MEMBER ARIOLA: Here.

14              CITY CLERK: Avilés.

15              COUNCIL MEMBER AVILÉS: Presente.

16              CITY CLERK: Ayala.

17              COUNCIL MEMBER AYALA: Here.

18              CITY CLERK: Banks.

19              COUNCIL MEMBER BANKS: Presente.

20              CITY CLERK: Bottcher.

21              COUNCIL MEMBER BOTTCHER: Present.

22              CITY CLERK: Brannan.

23              COUNCIL MEMBER BRANNAN: Here.

24              CITY CLERK: Brewer.

25              COUNCIL MEMBER BREWER: Here.
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING                6
 2              CITY CLERK: Brooks-Powers. Cabán.
 3              COUNCIL MEMBER CABÁN: Here.
 4              CITY CLERK: Carr.
 5              COUNCIL MEMBER CARR: Here.
 6              CITY CLERK: De La Rosa.
 7              COUNCIL MEMBER DE LA ROSA: Here.
 8              CITY CLERK: Brooks-Powers.
 9              MAJORITY LEADER FARÍAS: She identified
10  herself as present earlier.
11              CITY CLERK: Thank you. Dinowitz.
12              COUNCIL MEMBER DINOWITZ: Here.
13              CITY CLERK: Feliz. Gennaro.
14              COUNCIL MEMBER GENNARO: Here.
15              CITY CLERK: Gutiérrez.
16              COUNCIL MEMBER GUTIÉRREZ: Presente.
17              CITY CLERK: Hanif.
18              COUNCIL MEMBER HANIF: Here.
19              CITY CLERK: Hanks.
20              COUNCIL MEMBER HANKS: Present.
21              CITY CLERK: Holden.
22              COUNCIL MEMBER HOLDEN: Here.
23              CITY CLERK: Hudson.
24              COUNCIL MEMBER HUDSON: Present.
25              CITY CLERK: Joseph.
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              7
 2             COUNCIL MEMBER JOSEPH: Present.
 3             CITY CLERK: Krishnan.
 4             COUNCIL MEMBER KRISHNAN: Here.
 5             CITY CLERK: Lee.
 6             COUNCIL MEMBER LEE: Here.
 7             CITY CLERK: Louis.
 8             COUNCIL MEMBER LOUIS: Present.
 9             CITY CLERK: Marmorato.
10             COUNCIL MEMBER MARMORATO: Present.
11             CITY CLERK: Marte.
12             COUNCIL MEMBER MARTE: Present.
13             CITY CLERK: Mealy. Menin.
14             COUNCIL MEMBER MENIN: Here.
15             CITY CLERK: Moya.
16             COUNCIL MEMBER MOYA: Present.
17             CITY CLERK: Narcisse.
18             COUNCIL MEMBER NARCISSE: Present.
19             CITY CLERK: Nurse.
20             COUNCIL MEMBER NURSE: Present.
21             CITY CLERK: Ossé.
22             COUNCIL MEMBER OSSÉ: Present.
23             CITY CLERK: Paladino.
24             COUNCIL MEMBER PALADINO: Present.
25             CITY CLERK: Powers.
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                8
 2              COUNCIL MEMBER POWERS: Here.
 3              CITY CLERK: Restler.
 4              COUNCIL MEMBER RESTLER: Here.
 5              CITY CLERK: Riley. Rivera.
 6              COUNCIL MEMBER RIVERA: Present.
 7              CITY CLERK: Salaam.
 8              COUNCIL MEMBER SALAAM: Present.
 9              CITY CLERK: Salamanca.
10              COUNCIL MEMBER SALAMANCA: Present.
11              CITY CLERK: Sanchez.
12              COUNCIL MEMBER SANCHEZ: Present.
13              CITY CLERK: Schulman.
14              COUNCIL MEMBER SCHULMAN: Here.
15              CITY CLERK: Stevens.
16              COUNCIL MEMBER STEVENS: Here.
17              CITY CLERK: Ung.
18              COUNCIL MEMBER UNG: Present.
19              CITY CLERK: Vernikov.
20              COUNCIL MEMBER VERNIKOV: Present.
21              CITY CLERK: Williams.
22              COUNCIL MEMBER WILLIAMS: Present.
23              CITY CLERK: Won.
24              COUNCIL MEMBER WON: Present.
25              CITY CLERK: Yeger.
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                9
 2            COUNCIL MEMBER YEGER: Here.
 3            CITY CLERK: Zhuang.
 4            COUNCIL MEMBER ZHUANG: Here.
 5            CITY CLERK: Borelli. Borelli.
 6            COUNCIL MEMBER BORELLI: Here.
 7            CITY CLERK: Farías.
 8            MAJORITY LEADER FARÍAS: Present.
 9            CITY CLERK: Speaker Adams.
10            SPEAKER ADAMS: Present.
11            MAJORITY LEADER FARÍAS: Thank you. We
12   will now have today's invocation, which will be
13   delivered by Reverend Dr. Frankco Harris of Mount
14   Olivet Baptist Church of Hollis, which is located at
15   202-03 Hollis Avenue in Queens.
16            SERGEANT-AT-ARMS: All rise!
17            REVEREND DR. FRANKCO HARRIS: Lord, on
18   today, we thank you for another day that we've never
19   seen before and we will never see again. Help us to
20   take advantage of the time that you have given to us
21   and make the world that we live in a better place. We
22   ask that you will be with our City leaders and
23   officials as they make decisions and policies for the
24   people of this great city. We ask that you meet the
25   needs of this city and multiply our resources, that
```

```
1   NEW YORK CITY COUNCIL STATED MEETING                10
2   there is no lack in any area. We also ask that you
3   give us good health, abundant finances, and astute
4   cognitive ability to navigate the vicissitudes of
5   life. We acknowledge that we are better together and
6   we strive to live in peace and harmony with one
7   another. Help us to be a support system for one
8   another when we are in need and to share our surplus
9   with individuals that may lack. Thank you that our
10  best days are ahead of us and we need shades to see
11  this bright future. The Lord bless thee and keep
12  thee. The Lord make his face to shine upon thee and
13  be gracious unto thee. The Lord lift up his
14  countenance upon thee and give thee peace. And
15  everyone said amen.
16            ALL: Amen.
17            MAJORITY LEADER FARÍAS: Thank you. I
18  would now ask Council Member Nantasha Williams to
19  spread the invocation on the record.
20            COUNCIL MEMBER WILLIAMS: Thank you,
21  Majority Leader. It is my honor to introduce a
22  remarkable leader and community servant, Pastor
23  Reverend Dr. Frankco Harris of Mount Olivet Baptist
24  Church in St. Albans, who is originally from
25  Montgomery, Alabama, the birthplace of the Civil
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING                11
 2  Rights Movement, was raised with strong faith by his
 3  parents, Deacon and Missionary Eddie F. Harris.
 4  Pastor Harris now calls Mount Olivet Baptist Church
 5  in Hollis, Queens home. A talented musician, Dr.
 6  Harris received a full scholarship to Alabama A and M
 7  University, where he excelled in music and
 8  performance. Yet feeling a divine calling to
 9  ministry, he went on to earn advanced degrees in
10  religious studies and worship, including a doctor of
11  ministry. His electrifying preaching and dedication
12  have grown Mount Olivet in membership and spirit. In
13  addition to his pastoral work, Dr. Harris founded
14  FAME, Frankco's Academy for Music Education, to
15  promote music education for inner-city youth
16  alongside his wife, Valerie, a New York City teacher
17  and their two children. He continues to uplift and
18  inspire the community. He's also a constituent, and
19  we love Mount Olivet Baptist Church as they continue
20  to be a pillar of the Southeast Queens community
21  under his dutiful leadership so please join me in
22  welcoming Pastor Reverend Dr. Frankco Harris as he
23  leads us in today's invocation, or as he led us, and
24  with that, I will make a motion to spread today's
25  invocation on the record.
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING              12

 2               MAJORITY LEADER FARÍAS: We will now have

 3  the adoption of minutes by Council Member Chi Ossé.

 4               COUNCIL MEMBER OSSÉ: I make a motion that

 5  the minutes of the Stated Meeting of November 13,

 6  2024, be adopted as printed.

 7               MAJORITY LEADER FARÍAS: Messages and

 8  Papers from the Mayor.

 9               COMMITTEE CLERK: M79, Corporation Council

10  appointment.

11               SPEAKER ADAMS: Rules, Privileges, and

12  Elections.

13               Communication from City, County, and

14  Borough Offices.

15               COMMITTEE CLERK: None.

16               MAJORITY LEADER FARÍAS: Petitions and

17  Communications.

18               COMMITTEE CLERK: None.

19               MAJORITY LEADER FARÍAS: Land Use Call-

20  Ups.

21               COMMITTEE CLERK: None.

22               MAJORITY LEADER FARÍAS: Thank you. We

23  will now have Communication from Speaker Adrienne

24  Adams.

25
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING              13

 2              SPEAKER ADAMS: Thank you very much, Madam

 3  Majority Leader, and good afternoon, everyone.

 4              Last week, voters across our city, state,

 5  and nation took to the polls to make their voices

 6  heard. It's important that we acknowledge the real

 7  fear and anxiety that people are feeling about the

 8  results of the presidential election. While

 9  respecting the results of an election and the

10  peaceful transfer of power, we must remain vigilant

11  to prevent the potential negative impact a second

12  Trump presidency could mean for the protection and

13  progress of civil rights. While I am disappointed by

14  the outcome of the election, we remain prepared to

15  protect New Yorkers and our diverse city. Our city

16  has consistently persevered in the face of adversity,

17  and this will be no different. We emerge stronger by

18  standing together and, by working to protect each

19  other, we can safeguard our rights and our shared

20  values. Let me also say this. New York City is a city

21  of immigrants. We are home to rich immigrant

22  communities who built our city and power its economy,

23  and New York City will continue to be a beacon for

24  them. We are also proud to be a safe haven for

25  abortion and reproductive care, which New Yorkers
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING                14

 2  affirmed by overwhelmingly approving Proposition 1,

 3  the Equal Rights Amendment. With their vote, New

 4  Yorkers enshrined our reproductive and civil rights

 5  into the State Constitution, ensuring that access to

 6  life-saving healthcare is protected in New York.

 7            It is also noteworthy that Proposals 2

 8  through 5 passed with the narrowest margin of any New

 9  York City ballot proposal in at least 15 years. The

10  Mayor's recent Charter Revision Commission composed

11  solely of his appointees rushed the process to put

12  Proposals 2 through 6 on the ballot without any

13  meaningful input or consideration from New Yorkers.

14  This hasty process undermined the public's ability to

15  engage with these proposals then used misleading

16  language in posing the questions to voters. New

17  Yorkers deserve more transparency and respect for

18  democracy than was characterized by those proposals

19  and the Commission that created them. My bill to

20  establish a Charter Revision Commission is aimed at

21  restoring these democratic norms that were undermined

22  last summer as well as the trust in City government

23  that has been harmed by the events of the past

24  several months. Local elections matter and have a

25  profound impact on our lives. I thank New Yorkers for
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                    15
 2   getting out to vote and will always encourage all of
 3   our neighbors who can vote to exercise that right.
 4           The Council will continue to prioritize
 5   the protection and strengthening of democracy, civil
 6   rights, and safety in our city, ensuring the dignity
 7   of all New Yorkers is upheld as we continue working
 8   towards a more equitable future for all.
 9           On October 24th, a 56-year-old woman
10   passed away in a deadly fire in Council Member
11   Williams' District. A 64-year-old man was also killed
12   after a fire broke out at NYCHA's Frederick Douglass
13   Houses in Council Member Abreu's District. That same
14   day, another fatal fire took place in Council Member
15   Feliz's District, leaving a 34-year-old man dead and
16   another one injured. This marks the fifth death due
17   to a lithium-ion battery fire this year. While the
18   Council has passed key legislation to regulate the
19   licensing and sales of lithium-ion batteries, we know
20   more must be done to prevent these fires and achieve
21   the safety that New Yorkers deserve. Earlier this
22   month, there was yet another fatal fire, taking the
23   lives of two New Yorkers in Council Member Williams'
24   District. Losing someone you love is devastating. My
25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              16
 2   prayers are with all of the grieving families,
 3   neighbors, and victims, and friends of the victims.
 4              November is Puerto Rican Heritage Month.
 5   I want to honor the many contributions and
 6   accomplishments of our Puerto Rican communities who
 7   helped shape our city into what it is today. Join us
 8   for our Puerto Rican Heritage Chamber event next
 9   Monday, November 18th, in honor of the late and
10   beloved Carlos Carillo Higgins. Carlos served the
11   Council for 25 years, joining as a Member of Central
12   Staff in 1999 and working for every Speaker in the
13   city's history. He was the heart of our Community
14   Engagement Division and most recently served as Co-
15   Director of the Community Outreach Unit. Carlos was
16   deeply proud of his beloved Puerto Rico, and he
17   channeled that love into improving his community.
18   Carlos lived by the code that we should strive to
19   lead a place better than we found it, and he always
20   did just that.
21              November is also National Native American
22   Heritage Month when we uplift the history and
23   cultures of Indigenous peoples. It's critical that we
24   recognize that we are currently in the homeland of
25   the Lenape. As a city and country, we must commit to
```

```
1   NEW YORK CITY COUNCIL STATED MEETING                17

2   meeting the needs of our Indigenous communities and

3   confronting the disparities they continue to face.

4              I want to acknowledge November also as

5   National Alzheimer's Disease Awareness Month. This

6   disease affects more than 6 million Americans. It's

7   critical that we recognize them and all families and

8   caregivers who support their well-being. Thank you to

9   our Committee Chair on Aging, Council Member Crystal

10  Hudson, for all you do to advance the care for older

11  adults in our city.

12             On November 11th, we observed Veterans

13  Day. I thank all of our veterans for their widespread

14  contributions to our country. My father, my father-

15  in-law, and my husband all served in the United

16  States Air Force, so this is a very important day for

17  my own family, as it is for all families of veterans.

18             November 19th is World Day of Remembrance

19  for Road Traffic Victims, when we remember the

20  victims of traffic violence. We lose too many

21  residents to preventable traffic crashes each year,

22  which underscores the importance of the work ahead to

23  make our streets safer for pedestrians, cyclists,

24  drivers, and all road users alike.

25
```

```
1   NEW YORK CITY COUNCIL STATED MEETING           18

2              On November 20th, our nation will observe

3   Trans Day of Remembrance, which honors those we have

4   lost to anti-trans violence. As a city, we remain

5   focused on supporting and uplifting all LGBTQIA+ New

6   Yorkers.

7              Finally, I want to wish a happy birthday

8   to Council Members Kevin Riley and Keith Powers, who

9   share a birthday on the 16th, happy birthday, and

10  they're sitting together.

11             CHAMBERS: [APPLAUSE]

12             SPEAKER ADAMS: Now, let's move on to our

13  stated agenda.

14             First, we'll vote on the following

15  Finance items. Resolution 627, sponsored by Council

16  Member Justin Brannan, will set the date, place, and

17  time for a public hearing on legislation to increase

18  the annual expenditure for nine Business Improvement

19  Districts; Resolution 630, sponsored by Council

20  Member Keith Powers, will set the date, place, and

21  time for a public hearing on legislation to increase

22  the annual expenditure for the Madison Avenue

23  Business Improvement District and amend the

24  District's plans method of assessment; a Pre-

25  Considered Resolution sponsored by Council Member
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                19
 2   Justin Brannan, authorizing a 40-year Article XI tax
 3   exemption for the preservation of seven affordable
 4   senior housing buildings in Council Member Rivera's,
 5   Menin's, and Powers' Districts; a Pre-Considered
 6   Resolution sponsored by Council Member Justin
 7   Brannan, authorizing a 40-year Article XI tax
 8   exemption for the preservation of one HDFC co-op
 9   building in Council Member Abreu's District; and a
10   Transparency Resolution approving new designations
11   and changes of certain organizations receiving
12   funding in the expense budget.
13          Next, we will vote on the Mayor's
14   appointments of Michael Espiritu and Vanessa
15   Rodriguez as Directors of the New York City Health
16   and Hospitals Corporation.
17          We will also vote on the following Land
18   Use item. The Council will approve La Catrina's
19   application for a revocable consent to operate a
20   sidewalk cafe in Council Member Holden's District.
21          Today, we will also vote on the following
22   pieces of legislation. Resolution 441, sponsored by
23   Council Member Kristy Marmorato, would designate
24   March 29th annually as Vietnam Veterans Day in the
25   City of New York in honor of the bravery and
```

```
1   NEW YORK CITY COUNCIL STATED MEETING              20
2   sacrifice of the Americans who served and in
3   recognition of the past and present dedication of
4   their families and their caregivers. We thank you to
5   our Staff Member Regina Paul.
6              Resolution 95, sponsored by Council
7   Member Shahana Hanif, would call upon the New York
8   City Department of Education to consult with faith-
9   based organizations to develop and provide all grade
10  levels with a curriculum that focuses on religious
11  diversity and to provide professional development
12  focused on religious diversity for teachers, staff,
13  and administrators; Resolution 13, sponsored by
14  Council Member Rita Joseph, would designate the
15  second Friday in March annually as Social and
16  Emotional Learning Day in the City of New York. We
17  thank our staff member Chloe Rivera.
18             Introduction 663-A, sponsored by Council
19  Member Erik Bottcher, would empower the Department of
20  Transportation to set standards for the size, shape,
21  and materials of news racks. This bill would also
22  restrict news racks from being placed too closely to
23  City infrastructure located on sidewalks. We thank
24  our Staff Members Mark Chen and David Lowenstein.
25
```

1    NEW YORK CITY COUNCIL STATED MEETING                21

2              Introduction 130-A, sponsored by Council

3    Member Gale Brewer, would expand the Council's

4    organic waste diversion efforts, specifically in

5    parks, by requiring the Department of Parks and

6    Recreation to establish composting facilities for

7    plant waste within at least two parks in each borough

8    by July 2026 and at least three parks in each borough

9    by July 2027 and at least five parks in each borough

10   by July 2028. We thank our Staff Members Chris

11   Sartori and Patrick Mulvihill.

12             Next, Introduction 1088-A, my bill to

13   establish a Charter Revision Commission that

14   prioritizes improving City government and

15   transparency. The Commission would consist of 17

16   members appointed by the Speaker, Mayor, Public

17   Advocate, Comptroller, and all five Borough

18   Presidents. Registered lobbyists would be ineligible

19   to serve on the Commission. The Commission would be

20   required to conduct an extensive outreach campaign to

21   solicit ideas from civic and community leaders and

22   encourage the public to participate in the hearing

23   process. In contrast to the Mayor's Commission that

24   rushed completion of the process in less than two

25   months, the proposed legislation would provide at

```
1    NEW YORK CITY COUNCIL STATED MEETING                22

2    least eight months for the Commission's work before

3    its earliest submission of proposals for a general

4    election in 2025 and up to 20 months for the 2026

5    general election. Through an open, transparent, and

6    inclusive process, it will actively seek input from

7    across communities ensuring that proposed changes to

8    the City Charter, our Constitution, reflect the needs

9    and priorities of the public. This Commission will

10   have the time and mandate to focus on the long-term

11   well-being of the entire city, not the short-term

12   political gains of any current officeholder. The main

13   goal of this Commission is to rebuild New Yorker's

14   confidence in City government and re-establish model

15   standards for these commissions. We thank our Staff

16   Members, Jayasri Ganapathy, David Seitzer, and Erica

17   Cohen.

18            Introduction 360-A, also known as the

19   FAIR Act, sponsored by Council Member Chi Ossé, would

20   ensure that renters are not forced to pay a fee for

21   the services of a real estate broker they did not

22   hire. It would prohibit brokers from passing their

23   fee onto tenants when the broker is exclusively

24   representing the landlord's interests. Landlords or

25   their agents would be required to disclose the fees
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING          23
 2   that the tenant must pay in their listings and rental
 3   agreements. The Department of Consumer and Worker
 4   Protection would enforce this bill and would conduct
 5   education and outreach. Any person who violates this
 6   bill would be subject to a civil penalty or civil
 7   action. We thank our staff members, Rachel Cordero,
 8   David Seitzer, Natalie Meltzer, and Sarah Swaine.
 9             Thank you very much for your attention,
10   Colleagues. Now I turn it back over to our Majority
11   Leader.
12             MAJORITY LEADER FARÍAS: Thank you,
13   Speaker Adams.
14             We will now move into Discussion of
15   General Orders, and I'd like to recognize Council
16   Member Brewer followed by Ossé.
17             COUNCIL MEMBER BREWER: Thank you very
18   much. I'm calling your attention to number 130-A,
19   which is on the agenda today. It will establish
20   composting facilities in city parks to manage plant
21   waste sustainably, modeled after the Riverside Park
22   composting facility, which is so fabulous that people
23   come just to see it, and it is powered by solar. This
24   initiative aims to reduce the amount of organic waste
25   sent to landfills, improve soil health, and decrease
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                24
 2   greenhouse gas emissions, create green jobs, because
 3   they'll have to have jobs to operate the sites. The
 4   implementation plan calls for at least one compost
 5   facility in two parks per borough by July '26, one
 6   compost facility in three parks in each borough by
 7   July '27, one compost facility in five parks in July
 8   '28. I definitely want to thank Parks Chair Shekar
 9   Krishnan, the Compost Coalition, like Eric Goldstein
10   of NRDC, Justin Green of Big Reuse, and my staff,
11   certainly Shula Puder and Cynthia Hornig, and Council
12   Legislation Staff, Patrick Mulvihill and Chris
13   Sartori, and I say, go compost. Thank you very much.
14           MAJORITY LEADER FARÍAS: Thank you. I'd
15   like to recognize Council Member Ossé followed by
16   Bottcher.
17           COUNCIL MEMBER OSSÉ: Thank you, Majority
18   Leader. I would like to speak about Intro. 360-A, or
19   the FAIR Act. Today is the culmination of over a year
20   and a half of work. My team and I collaborated with
21   renters, Council Members, lawyers, workers, brokers,
22   and so many more individuals and groups to create
23   this piece of legislation. We built a coalition
24   spanning the five boroughs who recognize the gravity
25   of the housing crisis we face and are committed to
```

```
 1    NEW YORK CITY COUNCIL STATED MEETING              25
 2    finally bringing fairness to apartment and rental
 3    expenses. The FAIR Act is simple. It requires that
 4    whoever hires a broker in a rental transaction,
 5    whether landlord or tenant, pays the broker fee. In
 6    too many millions of cases across our city and
 7    decades of history, tenants have been forced to hand
 8    over thousands of dollars in fees to brokers they
 9    never hired nor wanted. The harm of this practice
10    cannot be overstated. Families seeking to grow forgo
11    having children because they can't afford to move
12    into a larger place. Children aging out of their
13    parents' homes are pushed into different
14    neighborhoods or even cities because they can't
15    afford to rent an apartment in their own community.
16    Workers are unable to live near their jobs. Victims
17    are unable to leave domestic abuse. People are unable
18    to bring their talent and drive to our amazing city
19    because of forced broker fees. Today, we end that
20    cruel and archaic practice. I want to thank Speaker
21    Adams as well as advocacy groups, unions, my
22    Colleagues, and everyone else who got us to this
23    moment. Of course, Sarah Swaine, Legislative Counsel,
24    Natalie Meltzer, Policy Analyst, Rachel Codero. In
25    addition to that, today is a win for the people of
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING              26
 2  New York as we make official what has long been
 3  common sense. You get what you pay for and you pay
 4  for what you get. I urge all my Colleagues to vote
 5  yes on this bill.
 6            MAJORITY LEADER FARÍAS: Thank you. I'd
 7  like to recognize Council Member Bottcher.
 8            COUNCIL MEMBER BOTTCHER: Today, we're
 9  passing legislation to address those plastic sidewalk
10  newspaper boxes. This is something that New Yorkers,
11  we've got a love-hate relationship with them in true
12  New York fashion. We love having easy access to free
13  periodicals on the sidewalk. We don't love that
14  they're frequently neglected, vandalized, broken,
15  filled with garbage, tipped over, causing sidewalk
16  congestion, and just plain eyesores, and many of them
17  aren't even for newspapers, but promotions for
18  commercial enterprises. Until now, the City hasn't
19  had many tools to address this issue because the
20  current regulations don't empower them to. So today,
21  we're voting on City Council legislation that'll
22  clarify and strengthen the regulations regarding the
23  siting, design, and maintenance of sidewalk news
24  racks. This will empower the DOT to develop standards
25  regarding where they're placed, installed, design
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              27
 2   standards, size, shape, and appearance. It also
 3   clarifies that they shouldn't be used just for
 4   advertising and promotional purposes. The owners of
 5   the news racks will have to affix contact information
 6   so we know who to call when they're not being
 7   properly maintained. I want to thank Speaker Adams,
 8   Majority Whip Selvena Brooks-Powers, Sandra Ung, the
 9   prime co-sponsor of this legislation, and all the
10   organizations and residents who came forward to help
11   support this legislation. Together, we'll keep
12   working to improve life for New Yorkers in ways large
13   and small.
14            MAJORITY LEADER FARÍAS: Thank you. Seeing
15   no one else signed up to speak. Report of Special
16   Committees.
17            CITY CLERK: None.
18            MAJORITY LEADER FARÍAS: Reports of
19   Standing Committees.
20            CITY CLERK: Report of the Committee on
21   Consumer and Worker Protection, Intro 360-A, Rental
22   Real Estate Broker Fees.
23            SPEAKER ADAMS: Amended and coupled on
24   General Orders.
25
```

1    NEW YORK CITY COUNCIL STATED MEETING                28

2              CITY CLERK: Report of the Committee on

3    Finance, Resos 627 and 630, Business Improvement

4    Districts.

5              SPEAKER ADAMS: Coupled on General Orders.

6              CITY CLERK: Pre-Considered Reso. 641,

7    Organization Funding.

8              SPEAKER ADAMS: Coupled on General Orders.

9              CITY CLERK: Pre-Considered LU 189 and

10   Reso. 646 and Pre-Considered LU 190 and Reso. 647,

11   Tax Exemptions.

12             SPEAKER ADAMS: Coupled on General Orders.

13             CITY CLERK: Report of the Committee on

14   Governmental Operations, State and Federal

15   Legislation, Intro. 1088-A, Charter Revision

16   Commission.

17             SPEAKER ADAMS: Amended and coupled on

18   General Orders.

19             CITY CLERK: Report of the Committee on

20   Land Use, LU 161 through LU 172 on page 6, Various

21   Applications.

22             SPEAKER ADAMS: Approved with

23   modifications and referred to the City Planning

24   Commission pursuant to Section 1970 of the New York

25   City Charter.

```
 1   NEW YORK CITY COUNCIL STATED MEETING              29

 2              CITY CLERK: LU 188 and Reso. 648,

 3   Sidewalk Cafe.

 4              SPEAKER ADAMS: Coupled on General Orders.

 5              CITY CLERK: Report of the Committee on

 6   Parks and Recreation, Intro. 130-A, Composting

 7   Facilities.

 8              SPEAKER ADAMS: Amended and coupled on

 9   General Orders.

10              CITY CLERK: Report of the Committee on

11   Rules, Privileges, and Elections, Pre-Considered

12   Reso. 643, Approving the Designation for Appointment

13   of Michael Espiritu, Health and Hospitals

14   Corporation.

15              SPEAKER ADAMS: Coupled on General Orders.

16              CITY CLERK: Pre-Considered Reso. 644,

17   Approving the Designation for Appointment of Vanessa

18   Rodriguez, Health and Hospitals Corporation.

19              SPEAKER ADAMS: Coupled on General Orders.

20              CITY CLERK: Report of the Committee on

21   Transportation and Infrastructure, Intro. 663-A, News

22   Rack Requirements.

23              SPEAKER ADAMS: Amended and coupled on

24   General Orders.

25
```

1  NEW YORK CITY COUNCIL STATED MEETING            30

2              I now ask that the Clerk take a roll call

3  vote on all of the items coupled on today's General

4  Orders calendar.

5              COMMITTEE CLERK WILLIAM MARTIN: Joseph.

6              COUNCIL MEMBER JOSEPH: Aye on all.

7              COMMITTEE CLERK WILLIAM MARTIN: Abreu.

8              COUNCIL MEMBER ABREU: Aye.

9              COMMITTEE CLERK WILLIAM MARTIN: Ariola.

10             COUNCIL MEMBER ARIOLA: Aye on all with

11 the exception of 360-A for which I am a no.

12             COMMITTEE CLERK WILLIAM MARTIN: Avilés.

13             COUNCIL MEMBER AVILÉS: Aye on all.

14             COMMITTEE CLERK WILLIAM MARTIN: Ayala.

15             COUNCIL MEMBER AYALA: Aye.

16             COMMITTEE CLERK WILLIAM MARTIN: Thank

17 you. Banks.

18             COUNCIL MEMBER BANKS: Aye on all.

19             COMMITTEE CLERK WILLIAM MARTIN: Bottcher.

20             COUNCIL MEMBER BOTTCHER: Aye.

21             COMMITTEE CLERK WILLIAM MARTIN: Brannan.

22             COUNCIL MEMBER BRANNAN: Aye.

23             COMMITTEE CLERK WILLIAM MARTIN: Brewer.

24             COUNCIL MEMBER BREWER: Aye on all.

25

1   NEW YORK CITY COUNCIL STATED MEETING                31

2              COMMITTEE CLERK WILLIAM MARTIN: Brooks-

3   Powers. On behalf of Majority Whip Brooks-Powers, I

4   will disclose for her, I am disclosing for the record

5   that the NYC Department of Education is funded in the

6   Transparency Resolution we are adopting, and my child

7   and sister are associated with that entity.

8              Council Member Brooks-Powers. We'll come

9   back to Council Member Brooks-Powers.

10             Cabán. Carr.

11             COUNCIL MEMBER CARR: I vote no on Intro.

12  360-A and aye on the rest.

13             COMMITTEE CLERK WILLIAM MARTIN: De La

14  Rosa.

15             COUNCIL MEMBER DE LA ROSA: Aye.

16             COMMITTEE CLERK WILLIAM MARTIN: Thank

17  you. Dinowitz.

18             COUNCIL MEMBER DINOWITZ: Aye.

19             COMMITTEE CLERK WILLIAM MARTIN: Feliz.

20             COUNCIL MEMBER FELIZ: Permission takes

21  for my vote. Granted maybe, maybe not. Permission to

22  explain my vote.

23             MAJORITY LEADER FARÍAS: Permission

24  granted.

25

```
 1   NEW YORK CITY COUNCIL STATED MEETING                32

 2              COUNCIL MEMBER FELIZ: Thank you. Thank

 3   you so much. Proud to vote aye on, especially proud

 4   to vote yes on the broker bill, a bill that is based

 5   on good policy and based on common sense. Anytime we

 6   talk about any industry, an individual selling or

 7   renting a product, generally it's that individual

 8   doing the renting or the selling of that product who

 9   would pay for the advertisement of that product. How

10   is it possible that in the City of New York, a city

11   where we're clearly in a well-documented housing

12   crisis, we're going to put additional obstacles on

13   those that want to rent? We need to make sure that we

14   create a better housing system for everyone,

15   including for low-income families that are struggling

16   to find an apartment. For that reason and for many

17   other reasons, proud to vote aye on that broker bill

18   and on all, and I want to congratulate Council Member

19   Ossé on getting that to the finish line.

20              COMMITTEE CLERK WILLIAM MARTIN: Thank

21   you. Council Member Brooks-Powers. Once again, I'll

22   read her disclosure. I'm disclosing for the record,

23   NYC Department of Education is funded in the

24   Transparency Resolution we are adopting, and my child

25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING            33

 2   and sister are associated with that entity. Council

 3   Member Brooks-Powers, how do you vote?

 4            For the record, Majority Whip Brooks-

 5   Powers has signaled her affirmative vote remotely.

 6   Thank you, Council Member.

 7            Gennaro.

 8            COUNCIL MEMBER GENNARO: Madam Majority

 9   Leader, I wish to speak on my vote.

10            MAJORITY LEADER FARÍAS: Permission

11   granted.

12            COUNCIL MEMBER GENNARO: Thank you. I'm a

13   proud co-sponsor of the Speaker's bill, 1088-A. I

14   wish to be associated with her good remarks on that

15   bill. This will be an opportunity to right a really

16   horrendous wrong, and I urge everyone to support this

17   good bill and to be vigilant as we go forward to

18   protect the integrity of this institution. Thank you

19   very much. Oh, and I vote aye on all.

20            COMMITTEE CLERK WILLIAM MARTIN: Thank

21   you. Gutiérrez.

22            COUNCIL MEMBER GUTIÉRREZ: I vote aye.

23   Congrats to all my Colleagues, especially Council

24   Member Ossé. Thank you.

25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              34
 2              COMMITTEE CLERK WILLIAM MARTIN: Thank
 3   you. Hanif.
 4              COUNCIL MEMBER HANIF: Aye on all.
 5   Congrats, Chi.
 6              COMMITTEE CLERK WILLIAM MARTIN: Hanks.
 7              COUNCIL MEMBER HANKS: Aye on all and
 8   congratulations, Council Member Ossé.
 9              COMMITTEE CLERK WILLIAM MARTIN: Holden.
10              COUNCIL MEMBER HOLDEN: Aye on all.
11              COMMITTEE CLERK WILLIAM MARTIN: Hudson.
12              COUNCIL MEMBER HUDSON: Aye on all.
13   Congratulations to Council Member Ossé and to all New
14   Yorkers who will now avoid paying a broker fee that
15   they didn't hire a broker for.
16              COMMITTEE CLERK WILLIAM MARTIN: Krishnan.
17              COUNCIL MEMBER KRISHNAN: Aye on all.
18              COMMITTEE CLERK WILLIAM MARTIN: Lee.
19              COUNCIL MEMBER LEE: Aye on all.
20              COMMITTEE CLERK WILLIAM MARTIN: Louis.
21              COUNCIL MEMBER LOUIS: Aye on all.
22              COMMITTEE CLERK WILLIAM MARTIN:
23   Marmorato.
24              COUNCIL MEMBER MARMORATO: I vote aye on
25   all with the exception of 360-A.
```

```
1  NEW YORK CITY COUNCIL STATED MEETING                35

2              COMMITTEE CLERK WILLIAM MARTIN: Marte.

3              COUNCIL MEMBER MARTE: I vote aye on all.

4  Congrats, Chi.

5              COMMITTEE CLERK WILLIAM MARTIN: Mealy.

6  Menin.

7              COUNCIL MEMBER MENIN: Aye.

8              COMMITTEE CLERK WILLIAM MARTIN: Moya.

9              COUNCIL MEMBER MOYA: I vote aye.

10             COMMITTEE CLERK WILLIAM MARTIN: Thank

11 you. Narcisse.

12             COUNCIL MEMBER NARCISSE: Permission to

13 explain my vote?

14             MAJORITY LEADER FARÍAS: Permission

15 granted.

16             COUNCIL MEMBER NARCISSE: I want to say

17 thank you, thank you, Majority Leader, and thank you,

18 Madam Speaker. 1088, people probably don't understand

19 why I clap because it's so important to have all our

20 community involved in the process of democracy.

21 Democracy is not one person. I came from a country

22 that was still struggling for democracy and, when I

23 see democracy, I enjoy it, every second of it. I

24 probably can overdo it at times. I was on the street

25 to educate people. People need to be part of
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                36
 2   government. We have it right here because that's the
 3   way we have to live our lives and for all the Staff
 4   that worked on it, that pushing us to do it every
 5   day, remind us that we are here for the people, for
 6   the work of the people so I want to vote aye and
 7   congratulation to all my Colleagues and Madam
 8   Speaker.
 9             COMMITTEE CLERK WILLIAM MARTIN: Thank
10   you. Nurse.
11             COUNCIL MEMBER NURSE: I vote aye.
12             COMMITTEE CLERK WILLIAM MARTIN: Ossé.
13             COUNCIL MEMBER OSSÉ: Permission to
14   explain my vote?
15             MAJORITY LEADER FARÍAS: Permission
16   granted.
17             COUNCIL MEMBER OSSÉ: Aye on all, and I
18   want to add that today is a win for all New Yorkers
19   and proof of what progressive governance can
20   accomplish. Finally, after over a year and a half of
21   work, after a seemingly endless fight against a
22   relentless and ruthless real estate lobby hell-bent
23   on fleecing the people of our city, we passed the
24   FAIR Act. Housing is the largest cost for New Yorkers
25   and our number one political concern. For too many
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                37

 2   decades, tenants have been forced to hand over

 3   thousands of dollars and fees to a broker they never

 4   hired or asked for, straining their budgets and

 5   restricting their freedom of movement. This paradigm

 6   has always been unacceptable, and now we vote for it

 7   to end. This victory did not come easy. Again, we

 8   built a coalition of labor unions, advocacy groups,

 9   electeds, New Yorkers of all backgrounds and, yes,

10   even brokers. We mobilized the people through a

11   social media campaign that garnered millions of

12   impressions, providing and proving the potential for

13   a new and more democratic era of mass politics and we

14   won through unity. I want to thank Speaker Adams,

15   Jeremy John, and Council Member Shaun Abreu and

16   Oswald Feliz for their early belief in this project

17   and all of my Colleagues in this Body. I also want to

18   thank the unions, groups, and every organization

19   whose advocacy made this possible and, of course, I

20   wouldn't be here without my staff. I want to thank my

21   former Chief-of-Staff Naomi Hopkins who was there

22   when we launched this campaign and my current Chief-

23   of-Staff Arlean Gillin who is here to finish it.

24   Thank you to my Legislative Director, May

25   Vutrapongvatana, who shepherded this bill through the
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              38
 2   Council, and thank you to my Director of
 3   Communications, Elijah Fox, who crafted and executed
 4   the communications, political, and social media
 5   strategy that won this fight against a million-dollar
 6   lobby and for the people of our city. We fought for
 7   New York and today we win for New York. This one's
 8   for you. Thank you so much.
 9               COMMITTEE CLERK WILLIAM MARTIN: Thank
10   you. Paladino.
11               COUNCIL MEMBER PALADINO: I'd like to
12   explain my vote.
13               MAJORITY LEADER FARÍAS: So ordered.
14               COUNCIL MEMBER PALADINO: Thank you. I
15   vote aye on all except for 360-A, and here's my
16   explanation. Let's give another side to 360-A. We
17   talk a lot here about the affordability crisis. Yet,
18   here we are with yet another law that will only make
19   life more expensive in the end. These fees aren't
20   going anywhere. They are now just going to be built
21   into rents, and rents will go up as a result, all
22   while hurting small business people in this city who
23   make their living helping tenants find housing. This
24   bill will force thousands of housing units to go
25   unadvertised, greatly limiting transparency and
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                39
 2   cutting the general public off from potential housing
 3   opportunities. Because new units will not be
 4   advertised and the limitations placed on them by this
 5   new law, potential tenants won't have the leverage to
 6   negotiate the best possible deal between competing
 7   brokers. This will fundamentally break the rental
 8   market, driving up prices and limiting availability,
 9   and then in a few more years we'll all sit here again
10   and wonder why housing is even more expensive and try
11   to pass yet another dumb command economic solution
12   destined to fail this city. At what point is everyone
13   here going to realize that we're only going to make
14   things worse. I sincerely hope that the real estate
15   industry sues to have this law stopped. Thank you.
16             COMMITTEE CLERK WILLIAM MARTIN: Cabán.
17             COUNCIL MEMBER Cabán: Congratulations to
18   Council Member Ossé, and I vote aye on all.
19             COMMITTEE CLERK WILLIAM MARTIN: Thank You
20   Council Member. Powers.
21             COUNCIL MEMBER POWERS: I vote aye.
22             COMMITTEE CLERK WILLIAM MARTIN: Restler.
23             COUNCIL MEMBER RESTLER: Big (INAUDIBLE)
24   and gratitude to Council Member Ossé for his
25
```

```
1   NEW YORK CITY COUNCIL STATED MEETING              40
2   leadership. Proud to vote aye on all. It's a good day
3   for tenants in New York City.
4               COMMITTEE CLERK WILLIAM MARTIN: Riley.
5               COUNCIL MEMBER RILEY: Just want to state
6   for the record on the Transparency Resolution, both
7   of my daughters attend a DOE school, and I vote aye
8   on all and congratulations to my brother, Council
9   Member Ossé.
10              COMMITTEE CLERK WILLIAM MARTIN: Rivera.
11              COUNCIL MEMBER RIVERA: I vote aye.
12  Congratulations to my Colleagues.
13              COMMITTEE CLERK WILLIAM MARTIN: Salaam.
14              COUNCIL MEMBER SALAAM: I vote aye on all.
15  Congratulations.
16              COMMITTEE CLERK WILLIAM MARTIN:
17  Salamanca.
18              COUNCIL MEMBER SALAMANCA: Aye on all.
19              COMMITTEE CLERK WILLIAM MARTIN: Sanchez.
20              COUNCIL MEMBER SANCHEZ: Permission to
21  explain my vote.
22              MAJORITY LEADER FARÍAS: Permission
23  granted.
24              COUNCIL MEMBER SANCHEZ: Thank you, Madam
25  Leader. I just want to say there is a saying in
```

```
1   NEW YORK CITY COUNCIL STATED MEETING                41
2   Spanish that Translates to that person who invites,
3   pays, and that is what this bill is doing (SPEAKING
4   SPANISH) Congratulations to Council Member Ossé. You
5   really created possibility here, and it's a lesson to
6   all of us. We can build and do a lot for New Yorkers
7   in our city. Congratulations. I vote aye.
8              COMMITTEE CLERK WILLIAM MARTIN: Schulman.
9              COUNCIL MEMBER SCHULMAN: Aye on all.
10             COMMITTEE CLERK WILLIAM MARTIN: Stevens.
11             COUNCIL MEMBER STEVENS: I would like to
12  disclose for the record that my daughter attends CUNY
13  and works at New York Presbyterian Hospital, and I
14  would like to vote aye and all and congratulations,
15  Chi, on an amazing bill that I do not believe is
16  dumb. Thanks.
17             COMMITTEE CLERK WILLIAM MARTIN: Ung.
18             COUNCIL MEMBER UNG: Aye on all.
19             COMMITTEE CLERK WILLIAM MARTIN: Vernikov.
20             COUNCIL MEMBER VERNIKOV: No on 360-A and
21  aye on the rest.
22             COMMITTEE CLERK WILLIAM MARTIN: Williams.
23             COUNCIL MEMBER WILLIAMS: I vote aye and
24  congrats, Council Member Ossé. I know you worked
25
```

1  NEW YORK CITY COUNCIL STATED MEETING                42

2  really hard to get this done, and I'm very proud of

3  you.

4           COMMITTEE CLERK WILLIAM MARTIN: Won.

5           COUNCIL MEMBER WON: Aye on all.

6  Congratulations, Chi Ossé.

7           COMMITTEE CLERK WILLIAM MARTIN: Yeger.

8           COUNCIL MEMBER YEGER: Madam President,

9  may I be excused to explain my vote?

10          MAJORITY LEADER FARÍAS: Permission

11 granted.

12          COUNCIL MEMBER YEGER: Thank you very

13 much. Sometimes what might seem like a fair and

14 reasonable law, a good idea, a commonsense concept is

15 nonetheless outside the purview of this institution

16 and this Body adopt, and that happens because we are

17 a creature and a creation of the State of New York,

18 and we don't have the authority as much as we would

19 like it to regulate every single part of this city,

20 notwithstanding the fact that we are the City's

21 Legislature. This is a particular example of that.

22 New York State Law, the Real Property Law, Article

23 12a regulates brokers, regulates the fees that they

24 accept, regulates the method by which they can accept

25 commissions, regulates their licensure. The State has

```
 1  NEW YORK CITY COUNCIL STATED MEETING              43
 2  opined on this topic. They've said that they will
 3  control this topic. That takes us out of the mix. It
 4  doesn't mean that we can't propose a good idea. It
 5  just means we don't have the authority legally to
 6  adopt it and, over time, over the last several years,
 7  and this time will soon come to an end, I have opined
 8  on this topic and sometimes the courts have agreed
 9  with me and sometimes they haven't, and we don't know
10  what will happen, but I like to err on the side of my
11  reading of the law and on 1088, I can't agree that
12  the Council has the legal authority to pass this bill
13  so I vote no on Intro. 360. I also vote no on Intro.
14  1088 for reasons that I stated five years ago on this
15  exact topic. I don't believe we should outsource our
16  work to a commission of players to be named later,
17  and I think if we want to amend the Charter, we ought
18  to do it here and we do it in every single meeting or
19  virtually every single meeting of this Council, we
20  amend the Charter in various ways so we can do it
21  here. We should do it here. That's what we get paid
22  for. I also vote no on Resos 627 and 630. You're
23  probably tired of hearing why but BIDs are taxes and
24  I don't like to increase taxes on New Yorkers. I'm
25
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING              44
 2   not going to do it now. Thank you very much, Madam
 3   President.
 4                COMMITTEE CLERK WILLIAM MARTIN: Zhuang.
 5                COUNCIL MEMBER ZHUANG: Aye on all except
 6   Intro. 360-A.
 7                COMMITTEE CLERK WILLIAM MARTIN: Borelli.
 8                COUNCIL MEMBER BORELLI: Aye on all except
 9   360-A.
10                COMMITTEE CLERK WILLIAM MARTIN: Farías.
11                MAJORITY LEADER FARÍAS: I vote aye on
12   all. Congratulations, Council Member Ossé.
13                COMMITTEE CLERK WILLIAM MARTIN: Speaker
14   Adams.
15                SPEAKER ADAMS: Aye on all.
16                MAJORITY LEADER FARÍAS: I'd like to
17   recognize Council Member Sanchez.
18                COUNCIL MEMBER SANCHEZ: Thank You, Madam
19   Leader. I would like to say for the record that my
20   sibling Works at CUNY BMCC. I forget the exact
21   language.
22                MAJORITY LEADER FARÍAS: That's good.
23   Thank you for stating your disclosure.
24                All items on today's General Order
25   Calendar are adopted by a vote of 50 in the
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING                45
 2  affirmative, zero and the negative, and zero
 3  abstentions with the exception of Intro. 360-A which
 4  was adopted by a vote of 42 in the affirmative, 8 and
 5  the negative, and zero abstentions, and Introduction
 6  1088-A which was adopted by a vote of 49 in the
 7  affirmative, 1 in the negative, and zero abstentions,
 8  and Resolutions 627 and 630 which was adopted by a
 9  vote of 49 in the affirmative, 1 in the negative, and
10  zero abstentions.
11              Introduction and Reading of Bills.
12              SPEAKER ADAMS: All bills have been
13  referred to Committee as indicated on today's Agenda.
14              MAJORITY LEADER FARÍAS: Thank you.
15              We will now move into the Discussion of
16  Resolutions, and I would like to recognize Council
17  Member Marmorato.
18              COUNCIL MEMBER MARMORATO: Thank you,
19  Majority Leader. As I stated during the Veterans
20  Committee, it's a privilege to bring this Resolution
21  forward, one that holds deep significance for me and
22  so many in District 13. Today, we vote to designate
23  March 29th as Vietnam Veterans Day in New York City,
24  a gesture that may seem simple but has a profound
25  meaning for our veterans and their families. The
```

```
1  NEW YORK CITY COUNCIL STATED MEETING                46
2  inspiration for this Resolution came from a
3  conversation with one of my constituents, Oscar Ruiz,
4  at a veterans' breakfast in Morris Park. Oscar shared
5  with me the struggles he and so many Vietnam veterans
6  have faced for years, especially the pain of
7  returning home to a city that did not offer them the
8  recognition or support that they deserved. Hearing
9  his story was a powerful reminder that, as a city, we
10 have the responsibility to do so much better. By
11 designating March 29th as Vietnam Veterans Day, we're
12 making a promise to our Vietnam veterans and their
13 families that their sacrifice, service, and
14 resilience will never be forgotten. This day will
15 serve as a constant reminder that New York City
16 honors them and sees them, values them and their
17 contributions…
18           MAJORITY LEADER FARÍAS: Council Member,
19 your time has expired.
20           COUNCIL MEMBER MARMORATO: Okay. Thank
21 you. I'd like to thank Regina Paul and my Chief-of-
22 Staff and all of my Council Members that vote yes.
23 Thank you.
24           MAJORITY LEADER FARÍAS: I'd like to
25 recognize Council Member Hanif.
```

```
1    NEW YORK CITY COUNCIL STATED MEETING              47

2              COUNCIL MEMBER HANIF: Thank you. Thank

3    you to Speaker Adams for including Resolution 95 on

4    today's agenda. I also want to thank the 35 sponsors

5    of this Resolution, including co-prime sponsor,

6    Council Member Schulman, and Education Chair Joseph

7    for their support. This Resolution calls on the

8    Department of Education to consult with faith-based

9    organizations to develop and provide all grade levels

10   with the curriculum that focuses on religious

11   diversity. I encourage all my Colleagues to vote in

12   favor of Reso. 95 and for New York City Public

13   Schools to develop and implement this curriculum

14   immediately. Thank you.

15              MAJORITY LEADER FARÍAS: Seeing no one

16   else signed up to speak, we will now have a voice

17   vote on today's resolutions. If you wish to vote

18   against or abstain from any of today's Resolutions,

19   please notify the Legislative Documents Units by

20   email or by approaching the dais.

21              I'll now read today's Resolutions into

22   the record. Resolution 13 designates the second

23   Friday in March annually as Social and Emotional

24   Learning Day in the City of New York and recognizing

25   the importance of ensuring that pre-kindergarten
```

```
1   NEW YORK CITY COUNCIL STATED MEETING              48
2   through 12th grade public school students acquire the
3   social emotional competencies needed to succeed in
4   life. Will all those in favor say aye?
5                CHAMBERS: Aye.
6                MAJORITY LEADER FARÍAS: All opposed say
7   nay.
8                CHAMBERS: (SILENT)
9                MAJORITY LEADER FARÍAS: Any abstentions?
10               CHAMBERS: (SILENT) The ayes have it.
11  Resolution 95 calls upon the New York City Department
12  of Education to consult with faith-based
13  organizations to develop and provide all grade levels
14  with curriculum that focuses on religious diversity,
15  to provide professional development focused on the
16  religious diversity for teachers, staff, and
17  administrators, to ensure accurate classification of
18  hate crimes in annual school reports, and immediate
19  notification and fulfilled disclosures to parents of
20  hate crime statistics, and to ensure that schools
21  take actions to condemn bullying and harassment based
22  on religious clothing, food requirements, and the
23  need for prayer space and time year-round. Will all
24  those in favor say aye?
25               CHAMBERS: Aye.
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING              49
 2              MAJORITY LEADER FARÍAS: All opposed say
 3  nay.
 4              CHAMBERS: (SILENT)
 5              MAJORITY LEADER FARÍAS: Any abstentions?
 6              CHAMBERS: (SILENT)
 7              MAJORITY LEADER FARÍAS: The ayes have it.
 8  Resolution 441 designates March 29 annually as
 9  Vietnam Veterans Day in the City of New York in honor
10  of the bravery and sacrifice of the Americans who
11  served and in recognition of the past and present
12  dedication of their families and caregivers. Will all
13  those in favor say aye?
14              CHAMBERS: Aye.
15              MAJORITY LEADER FARÍAS: All opposed say
16  nay.
17              CHAMBERS: (SILENT)
18              MAJORITY LEADER FARÍAS: Any abstentions?
19              CHAMBERS: (SILENT)
20              MAJORITY LEADER FARÍAS: The ayes have it.
21  We will now move into General Discussion, and I'd
22  like to recognize Council Member Louis followed by
23  Ariola then Salaam.
24              COUNCIL MEMBER LOUIS: Thank you, Majority
25  Leader. Today, I am proud to introduce Intro. 1107, a
```

```
1    NEW YORK CITY COUNCIL STATED MEETING              50

2    bill aimed at expanding flexibility for our city's

3    one- and two-family homeowners to provide short-term

4    rentals alongside Speaker Adrienne Adams and Council

5    Members Narcisse and Riley. While we support Local

6    Law 18's goal of safeguarding our housing stock, we

7    must ensure that we are not marginalizing responsible

8    small homeowners. These families are the backbone of

9    our city. These are union workers, service providers,

10   and hard-working individuals. Local law 18 overlooked

11   the reality faced by these homeowners, families who

12   like so many across the city are now in an economic

13   crisis. Rising costs and mortgages coupled with the

14   increase in lack of affordable housing have left them

15   struggling to make ends meet. For many, short-term

16   rental income has become a vital resource to help

17   cover these escalating mortgage costs. In fact,

18   single and two-family homes now account for 66

19   percent of foreclosures in New York City, with

20   neighborhoods like East Flatbush and Canarsie seeing

21   the highest rates of foreclosure. These homeowners

22   are not large corporations. These are everyday

23   families who live in diverse mixed-income

24   neighborhoods from Crown Heights, Southeast Queens,

25   parts of the Bronx, Harlem, and beyond. These
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                51
 2   homeowners pursuing the American dream are being held
 3   back by a policy that treats them as if they are
 4   commercial enterprises. Intro. 1107 addresses these
 5   change these challenges, allowing homeowners to rent
 6   out their properties responsibly. We are committed to
 7   working collaboratively with the Hotel Association
 8   Unions and advocates to ensure this legislation
 9   serves the best interests of all New Yorkers. I
10   encourage and urge my Colleagues to support Intro.
11   1107 to keep the American dream alive in our city and
12   to help bring urgently needed relief to those who are
13   struggling to maintain their homes. Thank you.
14            MAJORITY LEADER FARÍAS: Thank you. And
15   just as a friendly reminder for those that are
16   remaining in Chambers, if you are going to leave
17   Chambers, please do so as quietly as possible.
18            I'd like to recognize Council Member
19   Ariola followed by Salaam and Narcisse.
20            COUNCIL MEMBER ARIOLA: Thank you,
21   Majority Leader. I'd like to talk about Reso. 5. It
22   was discussed yesterday at Dem Conference, and I've
23   had conversation with some of you individually today.
24   I'd like to take a moment to clarify the intent and
25   content of the bill in the legislature that the Reso.
```

1  NEW YORK CITY COUNCIL STATED MEETING                52

2  5 supports. As all of you know, I've been fighting

3  for the City workers who have been unable to return

4  to work due to inequitable practices of the New York

5  City Law Department. Many City workers who did not

6  take the COVID-19 vaccination were never removed from

7  their jobs, even without reasonable accommodation

8  requests, and others returned when the mandates were

9  lifted without signing any waiver of their civil

10  service rights. There is a remaining group of workers

11  that are not being allowed back to work without

12  signing away their rights. There is no protocol or

13  explanation as to why some were able to return

14  without it and some were not. This is an unfair

15  practice and one that we, as representatives of this

16  City, should not be allowing to continue. Reso. 5

17  supports legislation in Albany, A9196, that would

18  remove this inequity. It would simply allow everyone

19  to return to work in the same manner that others

20  have. It is not an anti-vaccination bill nor is it a

21  bill that is giving the workers any back pay for days

22  they were not working. It would just end the unfair

23  practices of the Law Department and make sure that

24  all workers are being treated equally. I ask you to

25  carefully look over both pieces of legislation and

```
 1  NEW YORK CITY COUNCIL STATED MEETING                53
 2  reach out to me if you have any questions. Please
 3  help me right the wrong that thousands of workers are
 4  still facing. Do it for firefighter Rashad Taylor,
 5  Firefighter Sikhu Abdul, Paramedic Corinne Rosado,
 6  and all of the first responders and City workers that
 7  just want to return to work, many of whom have
 8  testified before this body sharing their hardships.
 9  Thank you for the time.
10          MAJORITY LEADER FARÍAS: I'd like to
11  recognize Council Member Salaam followed by Narcisse
12  and Stevens.
13          COUNCIL MEMBER SALAAM: Thank you. Good
14  afternoon, esteemed Members of this great Legislative
15  Body and the honorable Speaker. Today, I'm proud to
16  introduce Resolution number 645 calling on the New
17  York State Legislature to pass and the Governor to
18  sign S182-A/A710, crucial legislation to edn
19  qualified immunity for public officials who violate
20  constitutional rights. First, I want to extend my
21  heartfelt thanks to Senator Robert Jackson and
22  Assembly Member Pamela Hunter who have championed
23  this legislation in the New York State Legislature.
24  Their commitment to justice and accountability is
25  instrumental in advancing this important cause. I
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                54
 2   also want to acknowledge the tireless advocacy of the
 3   Innocence Project. Their work has shined a light on
 4   the barriers to justice faced by too many and has
 5   been vital in the movement to end qualified immunity.
 6   As public servants, we are entrusted with the welfare
 7   and safety of every New Yorker. Yet, that trust
 8   cannot exist without accountability. Qualified
 9   immunity has been a barrier for far too long,
10   allowing officials to evade responsibility for
11   actions that harm the very people they are meant to
12   protect. This legislation represents a chance to
13   bridge that gap. It ensures that families and
14   individuals seeking justice have a fair hearing and
15   that no one, regardless of position, is above the
16   law. This Resolution is not merely a policy matter;
17   it is a moral imperative. Our communities deserve to
18   feel safe and to trust that their rights will be
19   upheld without exception. By supporting S182-A/A710,
20   we affirm that public officials must meet the same
21   legal standards as every citizen. This step forward
22   is essential in our fight for a fair, just, and
23   equitable society. Let us work together to build a
24   New York that upholds justice for all. Thank you.
25
```

```
 1  NEW YORK CITY COUNCIL STATED MEETING            55
 2              MAJORITY LEADER FARÍAS: I'd like to
 3  recognize Council Member Narcisse followed by Stevens
 4  and Sanchez.
 5              COUNCIL MEMBER NARCISSE: Thank you,
 6  Madame Majority, and thank you, Madame Speaker.
 7  Colleagues, I urge your support for Intro. 948 and my
 8  Colleague Farrah N. Louis, 1107, two bills that
 9  address the urgent need for greater housing
10  flexibility and affordability in our city by updating
11  the definition of family in our Building and
12  Administrative Code. Intro. 948 allows single
13  individuals and families to open their homes to up to
14  four borders, roomers, or lodgers. Intro. 1107
15  further enhances housing accessibility by providing
16  additional measure to support affordable housing
17  options to New Yorkers. These measures are small but
18  vital steps toward alleviating housing pressure. I
19  know that firsthand because I have a part of my
20  District that the highest foreclosure. Now, this is
21  for particular communities that's facing rising costs
22  and limited space. This bill helped ensure that our
23  city remains adaptable to the evolving housing needs
24  to New Yorkers. Together, these bills aim to create a
25  more flexible and sustainable housing landscape for
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                56

 2   all New Yorkers. I respectfully ask for your support

 3   in making this much-needed changes in realty because

 4   we know how difficult it is. We heard the bill today

 5   that it is hard for our New Yorkers so let's make it

 6   possible and let democracy run in this Chamber, too.

 7   Thank you.

 8               MAJORITY LEADER FARÍAS: I'd like to

 9   recognize Council Member Stevens followed by Sanchez,

10   Hudson, and Borelli.

11               COUNCIL MEMBER STEVENS: It is my pleasure

12   to introduce legislation alongside Council Member

13   Lee, Intro. 1112, which requires each police precinct

14   in New York City to develop and implement a special

15   needs plan for identifying and responding to

16   individuals with special needs such as Alzheimer's

17   disease, dementia, Down syndrome, and other relating

18   conditions. The precinct plan would include processes

19   to identify individuals with special needs within

20   their communities and establish a precinct-specific

21   respond protocol for interactions with them. As a

22   City, we to recognize the urgent need to address

23   mental health concerns in our community. When it

24   comes to public safety, we should not leave it up to

25   one agency as we are a city with diverse needs. This
```

```
 1   NEW YORK CITY COUNCIL STATED MEETING                57
 2   legislation aims to foster a safe and more
 3   understanding environment for individuals with
 4   special needs, prioritizing partnerships between law
 5   enforcement, families, healthcare providers and, most
 6   importantly, non-profit organizations who are on the
 7   front line and doing this work. I invite my
 8   Colleagues to sign on to Intro. 1112 as we must
 9   continue to take steps forward together to ensure
10   that we create a holistic solution to keep residents
11   safe while providing support and mental health
12   resources for individuals with special needs. Thank
13   you.
14              MAJORITY LEADER FARÍAS: Recognizing
15   Council Member Sanchez followed by Hudson then
16   Borelli.
17              COUNCIL MEMBER SANCHEZ: Thank you, Madam
18   Leader. Today, I'm proud to introduce with Council
19   Member Hanks, Intro. 1110, which will require the
20   Department of Education to annually report on safe
21   passage routes in place at different NYC schools.
22   Safe passage routes consist of designated walking
23   routes established in coordination with community-
24   based organizations or law enforcement to ensure
25   safety of students who travel to and from school.
```

1    NEW YORK CITY COUNCIL STATED MEETING                58

2    Violence across New York City is uneven. While some

3    parts of our city can feel like havens, others can

4    feel like war zones. In fact, official NYPD data

5    shows that shootings occur on the same blocks year

6    after year. Just 4 percent of New York City's 120,000

7    blocks account for nearly all of the city's shootings

8    according to this data. As we continue to pursue

9    strategies that make our community safer and make our

10   community members feel safer, 1110 is a tool in the

11   arsenal to protect our youngest. In Chicago, where

12   they've had safe routes and they have analyzed the

13   outcomes of the program because they had good data,

14   which is what 1110 would do for us, schools that had

15   the program for more than two years showed a 20

16   percent decline in violent crime and all crimes

17   overall. I hope my Colleagues would join me in

18   signing on to this legislation so we can receive

19   better data and expand use of safe passage in the

20   communities that need this program.

21            MAJORITY LEADER FARÍAS: Council Member

22   Hudson followed by my Minority Leader Borelli.

23            COUNCIL MEMBER HUDSON: Thank you so much.

24   Last session, we made tremendous progress, passing

25   our first Age-in-Place NYC package that included laws

```
 1   NEW YORK CITY COUNCIL STATED MEETING                59
 2   to expand the Right-to-Counsel for older tenants,
 3   mandate universal design in City-funded housing, and
 4   expand access to telemedicine and culturally
 5   appropriate programming at older adult centers. These
 6   are major steps toward a more inclusive city that
 7   values its older adult population, but the fight
 8   isn't over. This session, we're pushing forward with
 9   even more critical reforms, stronger coordination
10   across City agencies to support older adults, more
11   options for home-delivered meals, expanded support to
12   keep older adults connected in a digital world, and
13   new tools to help seniors protect themselves from
14   fraud, and we're working on policies that will help
15   lay the groundwork for a comprehensive universal
16   elder care system across all five boroughs. The
17   reality is that we would all be fortunate to age in
18   this great city and aging is a privilege. It's not
19   just our responsibility to support our older adults
20   today but into their future. You can help protect
21   them by signing on to the Age-in-Place 2.0 package.
22   Thank you.
23               MAJORITY LEADER FARÍAS: Thank you. Now
24   recognizing Minority Leader Borelli.
25
```

1   NEW YORK CITY COUNCIL STATED MEETING              60

2              MINORITY LEADER BORELLI: Thank you. I

3   rise today to offer a congratulations to a former New

4   Yorker, President Trump on his reelection. I want to

5   also extend that congratulations to the new Members

6   of our House Delegation, Rep-elect Gillen and Rep-

7   elect Riley. And why do I mention those three?

8   Because all three have committed to trying to end the

9   cap on the SALT Tax, and I think if they can work

10  together on it, certainly, that's a lesson for all of

11  us. I want to also congratulate some New Yorkers who

12  have been asked to be in the Trump Administration.

13  First and foremost is former Rep Lee Zeldin. I'm

14  hopeful that as head of the EPA, he can end the

15  threat from this horrible scam called congestion

16  pricing which proves to do nothing for my community

17  other than to add more congestion and more pollution.

18  Just ask the MTA's own report. I've just found out

19  the Governor intends to reinstate it with a December

20  29th start date and, unfortunately, it's things like

21  this that really validate the criticisms from the

22  biggest cynics of government. When you scrap

23  something before an election and then reimplement it

24  a week later, it really does validate why people hate

25  government just so much. Finally, I'd like to

```
 1   NEW YORK CITY COUNCIL STATED MEETING              61
 2   congratulate Elise Stefanik, the new UN ambassador.
 3   She's made the fight against antisemitism one of the
 4   foremost things she's done in the House of
 5   Representatives. I think the UN can use a voice like
 6   that. Actually, last but not least, will give a
 7   Congratulations to Steve Witkoff who is going to
 8   become the special envoy to the Middle East. Now, as
 9   someone who was a real estate developer and the owner
10   of thousands of units here in New York, I think he'd
11   see Mideast peace as sort of a retirement job after
12   dealing with us in the City Council. I don't know
13   about you. I don't think the ayatollah has much on
14   Mr. Restler and his friends. That's a joke. Thank you
15   very much.
16              MAJORITY LEADER FARÍAS: Thank you, and
17   I'll take a moment to recognize and congratulate our
18   Council Member Kalman Yeger for winning his election
19   this November 5th as well.
20               Seeing no one else signed up to speak,
21   I'll now call on Speaker Adrienne Adams to close
22   today's Stated Meeting.
23              SPEAKER ADAMS: Thank you. The Stated
24   Meeting of November 13, 2024, is hereby adjourned.
25
```

C E R T I F I C A T E

World Wide Dictation certifies that the

foregoing transcript is a true and accurate

record of the proceedings. We further certify that

there is no relation to any of the parties to

this action by blood or marriage, and that there

is interest in the outcome of this matter.



Date _____ November 15, 2024 _____