

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**AIMEE K. LULICH**
Assistant Corporation Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

March 25, 2025

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:  Real Estate Board of New York, Inc., et al. v. City of New York, et. al.,
              24-CV-9678 (RA)

Your Honor:

       I am an Assistant Corporation Counsel assigned to represent defendants City of New York and New York City Department of Consumer and Worker Protection ("DCWP") Commissioner Vera Mayuga in the above-referenced matter. I write, jointly with plaintiffs' counsel, to request a two-week extension of the briefing schedule previously endorsed by this Court.

       Plaintiffs' motion for a preliminary injunction was filed on January 13, 2025. Defendants' motion to dismiss and opposition to the motion for a preliminary injunction was filed on February 28, 2025. Under the original briefing schedule, plaintiffs' response is due March 28, 2025 and defendants' reply is due April 11, 2025.

       The State of New York has advised that it intends to seek leave to file a brief as amicus curiae in support of defendants on plaintiffs' field preemption claim. Defendants consent to the State's motion. Plaintiffs agree not to oppose the State's motion to file the amicus brief, subject to an extension of the parties' briefing schedule to permit plaintiffs to respond to arguments set forth in the amicus brief, if appropriate. Accordingly, to accommodate the State's anticipated amicus brief, the parties and State jointly propose the following briefing schedule:

- State's motion for leave to file amicus brief: March 28, 2025
- Plaintiffs' opposition to motion to dismiss/reply to preliminary injunction: April 11, 2025
- Defendants' reply to motion to dismiss: April 25, 2025

I thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      /S
                                      Aimee K. Lulich
                                      Senior Counsel

To: **VIA ECF**
Claude G. Szyfer, Esq.
James Andrew Mackenzie, Esq.
Sean Marotta, Esq.
Daria Anichkova, Esq.
*Attorneys for Plaintiffs*

**Via Email**
Judith Vale, Esq.    (judith.vale@ag.ny.gov)
Kartik Naram, Esq.   (kartik.naram@ag.ny.gov)
*Office of the New York State Attorney General*

Application granted. The Court adopts the briefing schedule proposed above.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 26, 2025