UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIM TEARS, LLC,

Plaintiff,

v.

CEIIFN, GLNAISTORE LLC,
MINGYANGDIANQI, SHILIUU, SHISAN, SUN
DAN MEN'S WEAR STORE, TRENDY-CULB,
WANG FLAT TOYS,
XIANHUIGUANGLIWANGLUO, XJYLWHCM
STORE, XUANLI WOMEN'S WEAR STORE
and ZHEFENGDANGYUSHANGMAO,

Defendants.

24-CV-9678 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than April 14, 2025, Plaintiff shall submit a letter providing the Court with a status

update and proposing a schedule for seeking default judgment, if appropriate.

SO ORDERED.

Dated:      April 8, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge