UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,

                    Plaintiffs,

        v.

THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYGUA, *as Commissioner of New York City Department of Consumer and Worker Protection*,

                    Defendants.

24-CV-9678 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      No later than April 14, 2025, Defendants shall submit a letter advising the Court whether they seek an evidentiary hearing on Plaintiffs' preliminary injunction motion. Plaintiffs shall file their response, if any, by April 17, 2025.

SO ORDERED.

Dated:     April 8, 2025
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge