**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC, | : : : : : : : |
| Plaintiffs, | : Civ. No. 24-cv-09678 (RA) : : |
| v. | : : |
| THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYUGA, *as Commissioner of New York City Department of Consumer and Worker Protection*, | : : : : |
| Defendants. | : : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENTAL DECLARATION OF CLAUDE G. SZYFER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND IN <u>OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>**

**CLAUDE G. SZYFER**, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.  I am a Partner at Hogan Lovells US LLP, attorneys for Plaintiffs Real Estate Board of New York; the New York State Association of Realtors, Inc.; Bohemia Realty Group; Bond New York Real Estate Corp.; Real New York LLC; Level Group Inc.; 4 Corners Realty, LLC; 21 West 74 Corp.; and 8 West 119th Street HDFC (collectively "Plaintiffs") in the above-captioned action.

2.  I respectfully submit this supplemental declaration in support of Plaintiffs' motion for a preliminary injunction to enjoin enforcement of the Fairness in Apartment Rental Expenses ("FARE") Act and in opposition to Defendants' motion to dismiss.

3. Attached as **Exhibit A** is a true and correct copy of current Exclusive Right to Rent Agreements between Plaintiff REAL New York LLC and owners of residential rental buildings in New York City.

4. Attached as **Exhibit B** is a true and correct copy of Legal Memorandum LI05 from the New York Department of State Office of General Counsel, as filed as an exhibit to an Article 78 Petition in *In the matter of the Application of Real Estate Board of New York, Inc., et al., v. New York State Department of State,* Index No. 901586-20 (Sup. Ct. Albany Cnty. Apr. 12, 2021), ECF No. 3.

5. Attached as **Exhibit C** is a true and correct copy of a memorandum titled "The FARE Act FAQs 2.0" from the Office of Council Member Chi Ossé.

6. Attached as **Exhibit D** is a true and correct copy of Proposed Int. No. 360-A, dated July 29, 2024.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 11, 2025

*/s/ Claude G. Szyfer*
Claude G. Szyfer