# Exhibit A



# EXCLUSIVE RIGHT TO RENT AGREEMENT

AGREEMENT made as of **11/01/2024** to **10/31/2025** by and between ▮▮▮▮▮▮▮▮▮▮ having its principal office at ▮▮▮▮▮▮▮▮▮▮ ("Owner"), and **REAL New York LLC** having its principal office at **29 W 30th Street, New York, NY 10001** ("Broker").

STATEMENT OF FACTS

1. ▮▮▮▮▮▮▮▮▮▮ ("Owner") owns the properties at:

    - ▮▮▮▮▮▮▮▮▮▮

    ▮▮▮▮▮▮▮▮▮▮ ("Owner") proposes to rent the market-rate residential apartments in the Property to qualified third parties ("Prospective Tenants").

2. Owner desires to engage Broker as its exclusive marketing and rental representative for the purpose of renting the Unit at the Property and providing advisory and related services to Owner with respect to the marketing of the Property and Broker is willing to accept such engagement, subject to the terms and condition hereinafter set forth.

3. Broker will be collecting a fee from the incoming tenant(s).

4. Broker is licensed as a real estate broker under the laws of the State of New York.

NOW THEREFORE, in consideration of the premises and covenants herein contained, the parties hereto agree as follows:

1. **Appointments and Services:** Owner hereby appoints and engages Broker as its exclusive marketing agent and exclusive rental real estate broker, having the exclusive right to rent the Unit(s) at the Properties during the term of this Agreement of **12(twelve)** months(s) with an automatic monthly extension that may be canceled with 30 day notice. Broker is hereby

granted the exclusive right to offer for rent the Unit on the terms and conditions set forth herein and in accordance with the provisions of this Agreement.

2. **Prospective Tenants:** During the term of this exclusive right, Owner agrees to refer to Broker all inquiries, proposals and offers received by it regarding the leasing of the Unit, including, but not limited to, those other brokers, and Owner agrees to conduct all negotiations with respect to the rental of the Unit, exclusively through Brokers.

3. **Entire Agreement:** All prior understandings and Agreements between the parties relative hereto are superseded by this Agreement, which is the entire and only Agreement between the parties as to the subject matter hereof. This Agreement cannot be altered, modified, amended, changed or canceled or any provision waived or abrogated, except by an instrument in written duly executed by the party sought to be charged, and except further this Agreement may be canceled or terminated in the manner provided elsewhere herein.

4. **Binding:** This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, and assigns.

IN WITNESS WHEREOF, the parties hereto have hereunto executed this Agreement the day first above written.

By:
Name:
Title:

**REAL New York, LLC**
By: _/s/_
Name: Robert Rahmanian
Title: Owner



# EXCLUSIVE RIGHT TO RENT AGREEMENT

AGREEMENT made as of **01/01/2025 to 6/30/2025** by and between ▬▬▬ having its principal office at ▬▬▬ ("Owner"), and **REAL New York LLC** having its principal office at **29 W 30th Street, New York, NY 10001** ("Broker").

STATEMENT OF FACTS

1. ▬▬▬ ("Owner") owns the properties at:

   - ▬▬▬

▬▬▬ ("Owner") proposes to rent the market-rate residential apartments in the Property to qualified third parties ("Prospective Tenants").

2. Owner desires to engage Broker as its exclusive marketing and rental representative for the purpose of renting the Unit at the Property and providing advisory and related services to Owner with respect to the marketing of the Property and Broker is willing to accept such engagement, subject to the terms and condition hereinafter set forth.

3. Broker will be collecting a fee from the incoming tenant(s).

4. Broker is licensed as a real estate broker under the laws of the State of New York.

NOW THEREFORE, in consideration of the premises and covenants herein contained, the parties hereto agree as follows:

1. **Appointments and Services:** Owner hereby appoints and engages Broker as its exclusive marketing agent and exclusive rental real estate broker, having the exclusive right to rent the Unit(s) at the Properties during the term of this Agreement of **6(six)** months(s) with an automatic monthly extension that may be canceled with 30 day notice. Broker is hereby

granted the exclusive right to offer for rent the Unit on the terms and conditions set forth herein and in accordance with the provisions of this Agreement.

2. **Prospective Tenants:** During the term of this exclusive right, Owner agrees to refer to Broker all inquiries, proposals and offers received by it regarding the leasing of the Unit, including, but not limited to, those other brokers, and Owner agrees to conduct all negotiations with respect to the rental of the Unit, exclusively through Brokers.

3. **Entire Agreement:** All prior understandings and Agreements between the parties relative hereto are superseded by this Agreement, which is the entire and only Agreement between the parties as to the subject matter hereof. This Agreement cannot be altered, modified, amended, changed or canceled or any provision waived or abrogated, except by an instrument in written duly executed by the party sought to be charged, and except further this Agreement may be canceled or terminated in the manner provided elsewhere herein.

4. **Binding:** This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, and assigns.

IN WITNESS WHEREOF, the parties hereto have hereunto executed this Agreement the day first above written.

By:
Name:
Title:

**REAL New York, LLC**
By:
Name: Robert Rahmanian
Title: Owner



# EXCLUSIVE RIGHT TO RENT AGREEMENT

AGREEMENT made as of **03/01/2025 to 8/01/2025** by and between ▮ having its principal office at ▮ ("Owner"), and **REAL New York LLC** having its principal office at **29 W 30th Street, New York, NY 10001** ("Broker").

STATEMENT OF FACTS

1. ▮ ("Owner") owns the properties at:

    - ▮

    ▮ ("Owner") proposes to rent the market-rate residential apartments in the Property to qualified third parties ("Prospective Tenants").

2. Owner desires to engage Broker as its exclusive marketing and rental representative for the purpose of renting the Unit at the Property and providing advisory and related services to Owner with respect to the marketing of the Property and Broker is willing to accept such engagement, subject to the terms and condition hereinafter set forth.

3. Broker will be collecting a fee from the incoming tenant(s).

4. Broker is licensed as a real estate broker under the laws of the State of New York.

NOW THEREFORE, in consideration of the premises and covenants herein contained, the parties hereto agree as follows:

1. **Appointments and Services:** Owner hereby appoints and engages Broker as its exclusive marketing agent and exclusive rental real estate broker, having the exclusive right to rent the Unit(s) at the Properties during the term of this Agreement of **6(six)** months(s) with an automatic monthly extension that may be canceled with 30 day notice. Broker is hereby

granted the exclusive right to offer for rent the Unit on the terms and conditions set forth herein and in accordance with the provisions of this Agreement.

2. **Prospective Tenants:** During the term of this exclusive right, Owner agrees to refer to Broker all inquiries, proposals and offers received by it regarding the leasing of the Unit, including, but not limited to, those other brokers, and Owner agrees to conduct all negotiations with respect to the rental of the Unit, exclusively through Brokers.

3. **Entire Agreement:** All prior understandings and Agreements between the parties relative hereto are superseded by this Agreement, which is the entire and only Agreement between the parties as to the subject matter hereof. This Agreement cannot be altered, modified, amended, changed or canceled or any provision waived or abrogated, except by an instrument in written duly executed by the party sought to be charged, and except further this Agreement may be canceled or terminated in the manner provided elsewhere herein.

4. **Binding:** This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, and assigns.

IN WITNESS WHEREOF, the parties hereto have hereunto executed this Agreement the day first above written.

By:
Name:
Title:

REAL New York, LLC
By:
Name: Robert Rahmanian
Title: Owner



# EXCLUSIVE RIGHT TO RENT AGREEMENT

AGREEMENT made as of **02/15/2025** to **7/15/2025** by and between ▮▮▮▮▮ having its principal office at ▮▮▮▮▮ ("Owner"), and **REAL New York LLC** having its principal office at **29 W 30th Street, New York, NY 10001** ("Broker").

STATEMENT OF FACTS

1. ▮▮▮▮▮ ("Owner") owns the properties at:

   - ▮▮▮▮▮
   - ▮▮▮▮▮
   - ▮▮▮▮▮
   - ▮▮▮▮▮

   ▮▮▮▮▮ ("Owner") proposes to rent the market-rate residential apartments in the Property to qualified third parties ("Prospective Tenants").

2. Owner desires to engage Broker as its exclusive marketing and rental representative for the purpose of renting the Unit at the Property and providing advisory and related services to Owner with respect to the marketing of the Property and Broker is willing to accept such engagement, subject to the terms and condition hereinafter set forth.

3. Broker will be collecting a fee from the incoming tenant(s).

4. Broker is licensed as a real estate broker under the laws of the State of New York.

NOW THEREFORE, in consideration of the premises and covenants herein contained, the parties hereto agree as follows:

1. **Appointments and Services:** Owner hereby appoints and engages Broker

as its exclusive marketing agent and exclusive rental real estate broker, having the exclusive right to rent the Unit(s) at the Properties during the term of this Agreement of **6(six)** months(s) with an automatic monthly extension that may be canceled with 30 day notice. Broker is hereby granted the exclusive right to offer for rent the Unit on the terms and conditions set forth herein and in accordance with the provisions of this Agreement.

2. **Prospective Tenants:** During the term of this exclusive right, Owner agrees to refer to Broker all inquiries, proposals and offers received by it regarding the leasing of the Unit, including, but not limited to, those other brokers, and Owner agrees to conduct all negotiations with respect to the rental of the Unit, exclusively through Brokers.

3. **Entire Agreement:** All prior understandings and Agreements between the parties relative hereto are superseded by this Agreement, which is the entire and only Agreement between the parties as to the subject matter hereof. This Agreement cannot be altered, modified, amended, changed or canceled or any provision waived or abrogated, except by an instrument in written duly executed by the party sought to be charged, and except further this Agreement may be canceled or terminated in the manner provided elsewhere herein.

4. **Binding:** This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, and assigns.

IN WITNESS WHEREOF, the parties hereto have hereunto executed this Agreement the day first above written.

By:
Name:
Title:

REAL New York, LLC
By:
Name: Robert Rahmanian
Title: owner



# EXCLUSIVE RIGHT TO RENT AGREEMENT

AGREEMENT made as of **02/01/2025 to 7/30/2025** by and between ████████ ████████ having its principal office at ████████████████████████ ████████ ("Owner"), and **REAL New York LLC** having its principal office at **29 W 30th Street, New York, NY 10001** ("Broker").

STATEMENT OF FACTS

1. ████████████████████████ ("Owner") owns the properties at:

    - ████████
    - ████████

   ████████████████████████████████ ("Owner") proposes to rent the market-rate residential apartments in the Property to qualified third parties ("Prospective Tenants").

2. Owner desires to engage Broker as its exclusive marketing and rental representative for the purpose of renting the Unit at the Property and providing advisory and related services to Owner with respect to the marketing of the Property and Broker is willing to accept such engagement, subject to the terms and condition hereinafter set forth.

3. Broker will be collecting a fee from the incoming tenant(s).

4. Broker is licensed as a real estate broker under the laws of the State of New York.

NOW THEREFORE, in consideration of the premises and covenants herein contained, the parties hereto agree as follows:

1. **Appointments and Services:** Owner hereby appoints and engages Broker as its exclusive marketing agent and exclusive rental real estate broker, having the exclusive right to rent the Unit(s) at the Properties during the

term of this Agreement of **6(six)** months(s) with an automatic monthly extension that may be canceled with 30 day notice. Broker is hereby granted the exclusive right to offer for rent the Unit on the terms and conditions set forth herein and in accordance with the provisions of this Agreement.

2. **Prospective Tenants:** During the term of this exclusive right, Owner agrees to refer to Broker all inquiries, proposals and offers received by it regarding the leasing of the Unit, including, but not limited to, those other brokers, and Owner agrees to conduct all negotiations with respect to the rental of the Unit, exclusively through Brokers.

3. **Entire Agreement:** All prior understandings and Agreements between the parties relative hereto are superseded by this Agreement, which is the entire and only Agreement between the parties as to the subject matter hereof. This Agreement cannot be altered, modified, amended, changed or canceled or any provision waived or abrogated, except by an instrument in written duly executed by the party sought to be charged, and except further this Agreement may be canceled or terminated in the manner provided elsewhere herein.

4. **Binding:** This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, and assigns.

IN WITNESS WHEREOF, the parties hereto have hereunto executed this Agreement the day first above written.

By:
Name:
Title:

REAL New York, LLC
By:
Name: Robert Rehmanun
Title: owner