The oral argument previously scheduled for May 12, 2025 is hereby rescheduled to May 2, 2025 at 12:30 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY, 10007. If the parties are unavailable on this date and time they shall promptly notify the Court.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 17, 2025



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**AIMEE K. LULICH**
Assistant Corporation Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

April 16, 2025

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: <u>Real Estate Board of New York, Inc., et al. v. City of New York, et. al.</u>,
          24-CV-9678 (RA)

Your Honor:

      I am an Assistant Corporation Counsel assigned to represent defendants City of New York and New York City Department of Consumer and Worker Protection ("DCWP") Commissioner Vilda Vera Mayuga in the above-referenced matter. I write to request that the Court reschedule the oral arguments for defendants' motion to dismiss, currently scheduled for May 12, 2025, because I will be away from the office on a previously-scheduled vacation at that time. Plaintiffs consent to moving the appearance to an earlier date. Plaintiffs object to an adjournment until after I return because they "want to make sure the Court has sufficient time to decide the matter before the 6/15 date" upon which the challenged law goes into effect.

      To that end, should the Court be able to accommodate an earlier oral argument date, both parties are available on May 6, 2025 and May 9, 2025.

      Should the Court be unavailable to hear arguments on an earlier date, defendants must request an adjournment over plaintiffs' objection due to my planned absence on May 12th through May 20th. While plaintiffs oppose an adjournment until after May 20th, and have not confirmed their availability for that week, defendants submit that defendants' counsel are available May 21st, the morning of May 22nd, and May 23rd.

      I thank the Court for its consideration of this request.

      Respectfully submitted,
      /s
      Aimee K. Lulich
      Senior Counsel

CC:   Counsel of Record (via ECF)