**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC, Plaintiffs, v. THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYUGA, *as Commissioner of New York City Department of Consumer and Worker Protection*, Defendants. | Civ. No. 1:24-cv-09678 (RA) |

---

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Real Estate Board of New York, Inc.; New York State Association of Realtors, Inc.; Bohemia Realty Group; Bond New York Real Estate Corp.; Real New York LLC; Level Group Inc.; Four Corners Realty, LLC; 21 West 74 Corp.; and 8 West 119th Street HDFC hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered by United States District Judge Ronnie Abrams of this Court on June 10, 2025 [Dkt. 61].

Dated: June 12, 2025

*/s/ Claude G. Szyfer*
Claude G. Szyfer
Hogan Lovells US LLP
390 Madison Ave.
New York, N.Y. 10017
(212) 918-3000

*Counsel for Plaintiffs*

\\4124-8433-7245  v1

## CERTIFICATE OF SERVICE

I certify that on June 11, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel, who are registered users.

*/s/ Claude G. Szyfer*

\\4124-8433-7245  v1