UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,

Plaintiffs,

v.

THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYUGA, *as Commissioner of New York City Department of Consumer and Worker Protection*,

Defendants.

No. 24-CV-9678 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court has received Plaintiffs' motion for an injunction pending appeal. Defendants shall file their response, if any, no later than July 7, 2025 at 5:00 p.m. Plaintiffs may reply by July 8, 2025 at 5:00 p.m.

SO ORDERED.

Dated:   June 30, 2025
         New York, New York

Ronnie Abrams
United States District Judge