UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,

Plaintiffs,

v.

THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYUGA, *as Commissioner of New York City Department of Consumer and Worker Protection*,

Defendants.

No. 24-CV-9678 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 27, 2025, Plaintiffs filed a motion seeking a preliminary injunction pending their appeal of this Court's June 10, 2025 Order. *See* ECF No. 67. Defendants have opposed that motion. By no later than 2:00 p.m. on July 9, 2025, Plaintiffs and Defendants shall each file a letter setting forth their respective positions on whether the Court has jurisdiction to grant the relief Plaintiffs seek. *See Goldstein v. Hochul*, No. 22-CV-8300 (VSB), 2023 WL 4622598, at *2 (S.D.N.Y. July 19, 2023).

SO ORDERED.

Dated:   July 8, 2025
         New York, New York

Ronnie Abrams
United States District Judge