UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,

Plaintiffs,

v.

THE CITY OF NEW YORK, a municipal entity, VILDA VERA MAYUGA, as Commissioner of New York City Department of Consumer and Worker Protection,

Defendants.

24-CV-9678 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 5, 2026, the mandate issued from the Second Circuit affirming this Court's June 10, 2025 Opinion & Order. *See* Dkt. 79. Since then, no further action appears to have been taken in this matter. No later than December 8, 2026, the parties shall submit a joint letter to the Court proposing next steps. Failure to comply with this order may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 24, 2026
New York, New York

Ronnie Abrams
United States District Judge